# Exhibit 1

UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAC'QUANN (ADMIRE) HARVARD,
J.H., a minor, by and through his parent
And natural guardian, VALENTINE ROBINSON;
ANGEL MEDDLER; JUAN ESPINOSA;
JERMORE BURGESS (a/k/a SHAM'LA
GOD ALLAH); and JAMES W. KENDRICK,
JR. on behalf of themselves and all others
Similarly situated,

                Plaintiffs           CASE NO.:  19-CV-212

vs.

MARK INCH, in his official capacity as
Secretary of the FLORIDA DEPARTMENT OF
CORRECTIONS, an Agency of the State
of Florida.

                Defendants.

_____/

## DEFENDANT'S PRELIMINARY WITNESS LIST
## FOR THE PURPOSES OF DEFENDANTS' MOTON TO TRANSFER

    This witness list includes the Florida Department of Corrections' ("FDC")

initial assessment of possible witnesses implicated by the current allegations of the

Amended Complaint.[1]

_____

[1] For security reasons, FDC is not listing its former employees' current address but rather lists the federal district where the former employees were last known to reside.

1.     **The Named Plaintiffs**:  Defendants are likely to call as witnesses in this case each current or former Plaintiff, depending on the Court's ruling on the Defendants' Motion to Dismiss:

Jac'Quann Harvard (DC# L66795), currently incarcerated at Wakulla Annex

Angel Meddler (DC# J54237), currently incarcerated at Lowell Annex

J.H. (a minor) (DC# J56775), currently incarcerated at Florida State Prison

Juan N. Espinosa (DC# 419680), currently incarcerated at Reception Medical Center

Jerome Burgess (DC# 990922), currently incarcerated at Suwannee C.I.

James Kendrick, Jr. (DC# Y06426), currently incarcerated at Florida State Prison

Johnny Hill (DC# J33728), currently incarcerated at Santa Rosa C.I.

2.     **Wardens and Assistant Wardens**:  The wardens and assistant wardens for the institutions where the named Plaintiffs are currently incarcerated (or were most recently incarcerated in the case of Harvard) will likely be witnesses in this case as they have particular knowledge regarding the policies and practices at their institutions, specifically practices regarding inmates in confinement. Recent wardens and assistant wardens are:

A.     **Florida State Prison:**

Barry V. Reddish
Warden
Currently employed at Florida State Prison (M.D. Fla.)

2

Brad E. Whitehead
Previously Assistant Warden at Florida State Prison
No longer employed by FDC
Last known residence: (M.D. Fla.)

Christopher E. Lane
Previously Assistant Warden at Florida State Prison
Currently employed as Warden at Tomoka C.I. (M.D. Fla.)

Donald E. Jackson, Jr.
Previously Assistant Warden at Florida State Prison
No longer employed by FDC
Last known residence: (M.D. Fla.)

James E. Taylor
Assistant Warden
Currently employed at Florida State Prison (M.D. Fla.)

Jeffrey R. McClellan
Assistant Warden
Currently employed at Florida State Prison (M.D. Fla.)

John M. Palmer
Previously Warden at Florida State Prison
Currently employed as Assistant Regional Director in Region II (M.D. Fla.)

Joseph S. Edwards
Previously Assistant Warden at Florida State Prison
Currently employed as Warden at Reception and Medical Center (M.D. Fla.)

**B.   <u>Lowell C.I.</u>:**

Angela F. Gordon
Previously Warden at Lowell C.I.
Currently employed as Regional Director of Institutions in Region I (N.D. Fla.)

Daniel R. Hopkins
Previously Assistant Warden at Lowell C.I.
No longer employed by FDC
Last known residence: (N.D. Fla.)

Darlene Lumpkin
Previously Assistant Warden at Lowell C.I.
No longer employed by FDC
Last known residence: (C.D. Cal.)

Gustavo A. Mazorra
Previously Warden at Lowell C.I.
No longer employed by FDC
Last known residence: (M.D. Fla.)

Hope E. Gartman
Previously Warden at Lowell C.I.
Currently employed as Director of Institutional Operations at the
Central Office (M.D. Fla.)

James M. Blackwood
Previously Assistant Warden at Lowell C.I.
No longer employed by FDC
Last known residence: (N.D. Fla.)

Leslee L. Pippin
Assistant Warden
Currently employed at Lowell C.I. (M.D. Fla.)

Martin Martinez
Previously Assistant Warden at Lowell C.I.
No longer employed by FDC
Last known residence: (M.D. Fla.)

Michael J. Quimby
Assistant Warden
Currently employed at Lowell C.I. (M.D. Fla.)

Stephen B. Rossiter
Warden
Currently employed at Lowell C.I. (M.D. Fla.)

**C.**   <u>**Union C.I.:**</u>

Carlos E. Norman
Previously Correctional Officer Colonel at Union C.I.
Currently employed as Assistant Warden at Madison C.I. (N.D. Fla.)

Daiquiri D. Duncan
Previously Correctional Officer Colonel at Union C.I.
Currently employed as Assistant Warden at Reception and Medical Center (M.D. Fla.)

David W. Maddox
Previously Assistant Warden at Union C.I.
Currently employed as Warden at Apalachee C.I. (N.D. Fla.)

Diane J. Andrews
Previously Warden at Union C.I.
No longer employed by FDC
Last known residence: (M.D. Fla.)

Joseph A. Falk
Assistant Warden
Currently employed at Union C.I. (M.D. Fla.)

Kevin D. Jordan
Previously Warden at Union C.I.
No longer employed by FDC
Last known residence: (M.D. Fla.)

Paul A. Kish
Assistant Warden
Currently employed at Baker C.I. (M.D. Fla.)

Tifani S. Knox
Assistant Warden
Currently employed at Union C.I. (M.D. Fla.)

Timmy J. Robinson
Previously Correctional Officer Major at Union C.I.
Currently employed as Assistant Warden at Lake C.I. (M.D. Fla.)

Tommy D. Dicks
Previously Classification Supervisor at Union C.I.
Currently employed as Assistant Warden at Wakulla C.I. (N.D. Fla.)

Tony D. Anderson
Warden
Currently employed at Union C.I. (M.D. Fla.)

Torrey M. Johnson
Previously Assistant Warden at Union C.I.
No longer employed by FDC
Last known residence: (N.D. Fla.)

**D.     Suwannee C.I.**

Christopher C. Hodgson
Warden
Currently employed at Suwanee C.I. (M.D. Fla.)

Marvin W. Clemmons
Previously Warden at Suwannee C.I.
Currently employed as Warden at Santa Rosa C.I. (N.D. Fla.)

Thomas N. Reid
Previously Warden at Suwannee C.I.
Currently employed as Regional Director of Institutions, Region IV (S.D. Fla.)

James E. Taylor
Previously Assistant Warden at Suwannee C.I.
Currently employed as Assistant Warden at Florida State Prison (M.D. Fla.)

6

Hope E. Gartman
Previously Assistant Warden at Suwanee C.I.
Currently employed as Director of Institutional Operations, Central Office (N.D. Fla.)

David J. Allen
Assistant Warden
Currently employed at Suwannee C.I. (M.D. Fla.)

Christopher E. Lane
Previously Assistant Warden at Suwanee C.I.
Currently employed as Warden at Tomoka C.I. (M.D. Fla.)

Walter F. Mock
Assistant Warden
Currently employed at Suwannee C.I. (M.D. Fla.)

Stephanie Crawford
Assistant Warden
Currently employed at Suwannee C.I. (M.D. Fla.)

**E.    Santa Rosa C.I.**

Marvin W. Clemmons
Warden
Currently employed at Santa Rosa C.I. (N.D. Fla.)

James G. Coker
Previously Warden at Santa Rosa C.I.
Currently employed as Warden at Wakulla C.I. (N.D. Fla.)

Richard D. Comerford
Previously Warden at Santa Rosa C.I.
Currently employed as Director of Institutions at Central Office (N.D. Fla.)

Jeffrey M. Smith
Assistant Warden
Currently employed at Santa Rosa C.I. (N.D. Fla.)

Ronnie C. Segers
Previously Assistant Warden at Santa Rosa C.I.
Currently employed as Assistant Warden at Holmes C.I. (N.D. Fla.)

Michael F. Pabis Jr.
Assistant Warden
Currently employed at Santa Rosa C.I. (N.D. Fla.)

Michael J. Booker
Previously Assistant Warden at Santa Rosa C.I.
Currently employed as Warden at Okaloosa C.I. (N.D. Fla.)

Jessica Maria Santiago
Assistant Warden
Currently employed at Santa Rosa C.I. (N.D. Fla.)

Micha M. Neal
Assistant Warden
Currently works at Santa Rosa C.I. (N.D. Fla.)

Cynthia S. Courtney
Previously Assistant Warden at Santa Rosa C.I.
Currently employed as Assistant Warden at Okaloosa C.I. (N.D. Fla.)

**F.**     **Sumter C.I.**

Jess Baldridge
Warden
Currently employed at Sumter C.I. (M.D. Fla.)

John H. Debell
Previously Warden at Sumter C.I.
Currently employed as Warden at Polk C.I. (M.D. Fla.)

Jimmy R. Johnson
Previously Warden at Sumter C.I.
No longer employed by FDC
Last known residence: (N.D. Fla.)

Matthew B. Sumner
Assistant Warden
Currently employed at Sumter C.I. (M.D. Fla.)

Angel Velez
Previously Assistant Warden at Sumter C.I.
Currently employed as Classification Officer at Lowell C.I. (M.D. Fla.)

Lloyd W. Burke
Previously Assistant Warden at Sumter C.I.
Currently employed at Assistant Warden at Marion C.I. (M.D. Fla.)

Travis T. Lamb
Previously Assistant Warden at Sumter C.I.
Currently employed as Warden at Mayo C.I. (N.D. Fla.)

Gillian L. Woodard
Assistant Warden
Currently employed at Sumter C.I. (M.D. Fla.)

Ronda T. Flowers
Previously Assistant Warden at Sumter C.I.
Currently employed as Assistant Warden at Lake C.I. (M.D. Fla.)

3.    **ICT**: The institutional classification team (ICT) is a team consisting of the warden or assistant warden, classification supervisor, chief of security, and other members as necessary. The ICT is responsible for making work, program, housing, and inmate status decisions at each institution and for making other classification recommendations to the state classification office. Pursuant to Florida Administrative Code ("F.A.C.") 33-601.800, the ICT evaluates the recommendations for Close Management placement and the mental health assessment, as well as interviews the inmate, and considers the information

provided by the inmate in determining Close Management placement.  The ICT is also responsible for reviewing Close Management inmates on a regular schedule as mandated by F.A.C. 33-601.800, as well as inmates in other forms of confinement. *See* F.A.C. 33-602.222.   Members of the ICT responsible for evaluating and reviewing the named Plaintiffs while in confinement and for evaluating the Close Management recommendation will likely be witnesses in this case.   In addition to the wardens and assistant wardens listed above, those persons may include the following classification and security officers or, in specific instances, their designees for certain ICT meetings:

### A.    Florida State Prison:

Charles G. Combs
Previously Correctional Officer Major at Florida State Prison
No longer employed by FDC
Last known residence: (M.D. Fla.)

Christopher J. Jackowski
Previously Correctional Officer Colonel at Florida State Prison
No longer employed by FDC
Last known residence: (M.D. Fla.)

Christopher L. McKenzie
Correctional Officer Major
Currently employed at Florida State Prison (M.D. Fla.)

Gina D. Gay
Classification Supervisor
Currently employed at Florida State Prison (M.D. Fla.)

Jeffrey A. Brown
Previously Correctional Officer Major at Florida State Prison
Currently employed as Colonel at Holmes C.I. (N.D. Fla.)

Jeffrey M. Smith
Previously Correctional Officer Colonel at Florida State Prison
Currently employed as Assistant Warden at Santa Rosa C.I. (N.D. Fla.)

Julie L. Walmsley
Previously Classification Supervisor at Florida State Prison
No longer employed by FDC
Last known residence: (M.D. Fla.)

Krissy M. Stanford
Classification Supervisor
Currently employed at Florida State Prison (M.D. Fla.)

Matthew S. Handley
Correctional Officer Major
Currently employed at Florida State Prison (M.D. Fla.)

Marshall D. Herring
Previously Classification Supervisor at Florida State Prison
Currently employed as Assistant Warden at Columbia C.I. (M.D. Fla.)

Michael A. Honour
Correctional Officer Colonel
Currently employed at Florida State Prison (M.D. Fla.)

Milton D. Williams
Previously Correctional Officer Colonel at Florida State Prison
No longer employed by FDC
Last known residence: (M.D. Fla.)

Tommy T. Robinson
Previously Correctional Officer Major at Florida State Prison
Currently employed as Warden at Putnam C.I. (M.D. Fla.)

**B.     Lowell C.I.:**

Charles W. Day
Previously Correctional Officer Major at Lowell C.I.
Currently employed as Captain at Marion C.I. (M.D. Fla.)

Dorothea M. Holder
Previously Classification Supervisor at Lowell C.I.
Currently employed as Correctional Service Administrator at
Women's Reception Center (M.D. Fla.)

Edith R. Pride
Previously Correctional Officer Colonel at Lowell C.I.
No longer employed by FDC
Last known residence: (N.D. Fla.)

Emilie M. Keeling
Previously Correctional Officer Colonel at Lowell C.I.
Currently employed as Assistant Warden at Hernando C.I. (M.D. Fla.)

Felicia L. Rossin
Correctional Officer Colonel
Currently employed at Lowell C.I. (M.D. Fla.)

Jacqueline D. Sanders
Previously Classification Supervisor at Lowell C.I.
Currently employed as Classification Supervisor at Zephyrhills C.I.
(M.D. Fla.)

John H. Debell
Previously Classification Supervisor at Lowell C.I.
Currently employed as Warden at Polk C.I. (M.D. Fla.)

Judy V. Lola
Previously Correctional Officer Major at Lowell C.I.
No longer employed by FDC
Last known residence: (M.D. Fla.)

Leon J. Corbin
Major
Currently employed at Lowell C.I. (M.D. Fla.)

Max Blanks
Previously Correctional Service Administrator at Lowell C.I.
Currently employed as Correctional Services Consultant at the Central
Office (N.D. Fla.)

Michelle L. Nipper
Previously Correctional Officer Major at Lowell C.I.
Currently employed as Major at Baker C.I. (M.D. Fla.)

Mitzi K. Shiver
Classification Supervisor
Currently employed at Lowell C.I. (M.D. Fla.)

Sheila Totrina Jones McGuire
Previously Classification Supervisor at Lowell C.I.
Currently employed as Classification Supervisor at Women's
Reception Center (M.D. Fla.)

Stacey M. Tosi
Previously Classification Supervisor at Lowell C.I.
Currently employed as Correctional Service Administrator at Region
III (M.D. Fla.)

Varrick C. Cooper
Correctional Officer Major
Currently employed at Lowell C.I. (M.D. Fla.)

Yolanda R. Lanier
Classification Supervisor
Currently employed at Lowell C.I. (M.D. Fla.)

Scott J. Cumbie
Previously Correctional Officer Colonel at Lowell C.I.
Currently employed as Assistant Warden at Okeechobee C.I. (S.D.
Fla.)

**C.    Union C.I.:**

Daniel F. Manning
Previously Correctional Officer Major at Union C.I.
Currently employed as Colonel at New River C.I. (M.D. Fla.)

Emma A. Biascochea
Correctional Officer Major
Currently employed at Union C.I. (M.D. Fla.)

Jared L. Cox
Previously Correctional Officer Major at Union C.I.
Currently employed as Colonel at Madison C.I. (N.D. Fla.)

Jeffery K. Lindsey
Correctional Officer Colonel
Currently employed at Union C.I. (M.D. Fla.)

Kevin N. Box
Previously Correctional Officer Colonel at Union C.I.
No longer employed by FDC
Last known residence: (M.D. Fla.)

Michael A. Davis
Previously Classification Supervisor at Union C.I.
No longer employed by FDC
Last known residence: (M.D. Fla.)

Richard J. Andrews, Jr.
Classification Supervisor
Currently employed at Union C.I. (M.D. Fla.)

Serena M. Marlow
Classification Supervisor
Currently employed at Union C.I. (M.D. Fla.)

Stanley D. Peterson
Previously Correctional Officer Major at Union C.I.
Currently employed as Colonel at Baker C.I. (M.D. Fla.)

### D.    Suwannee C.I.

Roger A. Hesters
Correctional Officer Colonel
Currently employed at Suwannee C.I. (M.D. Fla.)

Tommy R. Boston J.
Previously Correctional Officer Colonel at Suwannee C.I.
Currently employed as Assistant Warden at Lancaster C.I  (N.D. Fla.)

Ronny C. Morgan II
Previously Correctional Officer Colonel at Suwannee C.I.
No longer employed by FDC
Last known residence: (M.D. Fla.)

Richard A. Lukens
Previously Correctional Officer Colonel at Suwannee C.I.
Currently employed as Correctional Officer Major at Taylor C.I.
(N.D. Fla.)

Frank P. Freihofer
Classification supervisor
Currently employed at Suwannee C.I. (M.D. Fla)

Shelly M. Glass
Classification Supervisor
Currently employed at Suwannee C.I. (M.D. Fla.)

Melissa Lynn Comerford
Previously Classification Supervisor at Suwannee C.I.
Currently employed as Classification Supervisor at Liberty C.I. (N.D. Fla.)

Curtis B. Goodwin
Previously Classification Supervisor at Suwannee C.I.
Currently employed as Assistant Warden at Taylor C.I. (N.D. Fla.)

Tammy P. Roberts
Previously Classification Supervisor at Suwannee C.I.
No longer employed by FDC
Last known residence: (N.D. Fla.)

Amelia Hill
Previously Classicization Supervisor at Suwannee C.I.
Currently employed as Assistant Warden at Mayo C.I. (N.D. Fla)

## E.    Santa Rosa C.I.

Larry Childs
Correctional Officer Colonel
Currently employed at Santa Rosa C.I. (N.D. Fla.)

David B. Dunlap
Previously Correctional Officer Colonel at Santa Rosa C.I.
Currently employed as Assistant Warden at Century C.I. (N.D. Fla.)

John F. Kolodziej
Previously Correctional Officer Colonel at Santa Rosa C.I.
Currently employed as Warden at Century C.I. (N.D. Fla.)

Zachary D. Barlow
Classification Supervisor
Currently employed at Santa Rosa C.I. (N.D. Fla.)

Susan S. Dove
Previously Classification Supervisor at Santa Rosa C.I.
Currently employed as Classification Supervisor at Okaloosa C.I.
(N.D. Fla.)

James D. Pittman
Classification Supervisor
Currently employed at Santa Rosa C.I. (N.D. Fla.)

Teresa L. Floyd
Previously employed as Classification Supervisor at Santa Rosa C.I.
Currently employed as Classification Supervisor at Calhoun C.I.
(N.D. Fla.)

16

Pamela J. Brown
Classification Supervisor
Currently works at Santa Rosa C.I. (N.D. Fla.)

## F.   Sumter C.I.

James E. Perry
Correctional Officer Colonel
Currently employed at Sumter C.I. (M.D. Fla.)

Raymond A. Rosser
Previously Correctional Officer Colonel at Sumter C.I.
Currently employed as Assistant Warden at Martin C.I. (S.D. Fla.)

Gary A. Patterson
Previously Correctional Officer Colonel at Sumter C.I.
No longer employed by FDC
Last known residence: (M.D. Fla.)

Christopher S. Edelen
Previously Correctional Officer Colonel at Sumter C.I.
Currently employed as Warden at Taylor C.I. (N.D. Fla.)

Timothy D. Hooten
Previously Correctional Officer Colonel at Sumter C.I.
Currently employed as Correctional Service Administrator Region III
(M.D. Fla.)

Lloyd W. Burke
Correctional Officer Colonel
Currently employed at Sumter C.I. (M.D. Fla.)

Wallace M. Douglass
Previously Correctional Officer Colonel at Sumter C.I.
No longer employed by FDC
Last known residence: (M.D. Fla.)

Denise L. Oudshoff
Classification Supervisor
Currently employed at Sumter C.I. (M.D. Fla.)

Amy S. Frizzell
Previously Classification Supervisor at Sumter C.I.
Currently employed as Warden at Lake C.I. (M.D. Fla.)

Ronda T. Flowers
Classification Supervisor
Currently employed at Sumter C.I. (M.D. Fla.)

4.     **Discipline:** Depending on the court's ruling on standing, one issue in this case may be Disciplinary Confinement.  This form of restrictive housing is decided after a disciplinary hearing by the disciplinary team at the local institution level.  The disciplinary team is made up of at least two staff persons, one of whom shall be a classification officer, senior classification officer, or classification supervisor, who will serve as the team chair at the direction of the warden, and a correctional officer lieutenant or above, who will be responsible for hearing disciplinary reports.  F.A.C. 33-601.302. In addition, disciplinary teams often use an investigator who is a staff member assigned to investigate infractions, conduct interviews, and collect evidence relating to a disciplinary infraction. *Id*.  The members of the disciplinary team who imposed disciplinary restrictive housing for the named Plaintiffs, and the investigators involved, will likely be witnesses in this case. In addition, other witnesses who were involved in the disciplinary hearing

process, including correctional officers and other inmates, are likely to be called as

witnesses  By way of example, some of those persons are:

### A.    Harvard

Ronnie Weems
Correctional Officer
Florida State Prison (M.D. Fla.)

Brandon Woods
Correctional Officer
Florida State Prison (M.D. Fla.)

Austin Fowler
Correctional Officer
Florida State Prison (M.D. Fla.)

Justin Desue
Correctional Officer
Florida State Prison (M.D. Fla.)

Manuel Gonzalez
Correctional Officer
Florida State Prison (M.D. Fla.)

B. Goodwin
Classification Supervisor
Suwannee C.I. (M.D. Fla.)

### B.    J.H.

Randal M. Taylor
Correctional Officer
Sumter Annex (M.D. Fla.)

Marc Rivera
Inmate
Sumter Annex (M.D. Fla.)

Aaron Hayberg
Correctional Officer
Sumter Annex (M.D. Fla.)

Shane M. Cherry
Correctional Officer
Sumter Annex (M.D. Fla.)

Jason Spies
Inmate
Sumter C.I. (M.D. Fla.)

Walter DeLoach
Sergeant
Suwannee C.I. (M.D. Fla.)

Markus Jackson
Correctional Officer
Suwannee C.I. (M.D. Fla.)

T.E. North
Correctional Officer
Suwannee C.I. (M.D. Fla.)

**C.     Meddler**

Tiffany Firkins
Correctional Officer
Lowell Annex (M.D. Fla.)

William Moore
Lieutenant
Lowell Annex (M.D. Fla.)

P.A. Waldron
Correctional Officer
Lowell Annex (M.D. Fla.)

T.R. Firkins
Correctional Officer
Lowell Annex (M.D. Fla.)

Andrea Brooks
Correctional Officer
Lowell Annex (M.D. Fla.)

**D.     Espinosa**

J. Hockaday
Chief Legal Officer
Everglades C.I. (S.D. Fla.)

**E.     Burgess**

E.R. Shaw
Correctional Officer
Columbia Annex (M.D. Fla.)

W.W. Kelley
Correctional Officer
Suwannee C.I. Annex (M.D. Fla.)

R.N. Shute
Correctional Officer
Suwannee C.I. Annex (M.D. Fla.)

R.L. Pope
Correctional Officer
Suwannee C.I. Annex (M.D. Fla.)

**F.     Kendrick**

C. Pina
Correctional Officer
Graceville C.F. (N.D. Fla.)

Aaron Martinez
Correctional Officer
Graceville C.F. (N.D. Fla.)

William Hall
Correctional Officer
Florida State Prison (M.D. Fla.)

## G.    Hill

Rajadorai Calnaido
Psychiatrist
Santa Rosa Annex (N.D. Fla.)

Jeffery Nunn
Correctional Officer
Florida State Prison (M.D. Fla.)

Jamie Sharpe
Correctional Officer
Reception and Medical Center (M.D. Fla.)

Mickey White
Correctional Officer
Reception and Medical Center (M.D. Fla.)

Carol Abbott
Nurse Practitioner
Reception and Medical Center (M.D. Fla.)

Zachary Thornton
Correctional Officer
Suwannee C.I. (M.D. Fla.)

Daniel Eaton
Correctional Officer
Suwannee C.I. (M.D. Fla.)

5.    **Mental Health**:  The mental health of prisoners held in confinement, particularly the named Plaintiffs may be an issue in this case.  The Florida Administrative Code outlines that as mental health staff deems necessary, a multi-disciplinary services team will develop an individualized service plan (ISP) for inmates in Close Management.  F.A.C. 33-601.800(7).  Individuals on this multi-disciplinary services team will have information about the inmate's mental health and are likely to be witnesses.  ISPs are typically prepared, reviewed, and executed by a senior behavioral analyst, case manager, psychiatrists and/or psychologists, nurse practitioners, correction officers and classification officers at the specific institution at which the inmate is incarcerated.  For example, ISPs prepared for the following named Plaintiffs have included the following individuals who will likely be witnesses in this case:

### A.    Harvard

Shywon Hatcher
Mental Health Professional
Florida State Prison (M.D. Fla.)

Amor Rumbaua
Psychiatrist
Florida State Prison (M.D. Fla.)

Tan Cao
Psychiatrist
Florida State Prison (M.D. Fla.)

George Emanoilidis
Psychological Services Director
Florida State Prison (M.D. Fla.)

 Letesia Hankerson
Offices of Health Services
Florida State Prison (M.D. Fla.)

Gonzalo Espino
Site Medical Director
Florida State Prison (M.D. Fla.)

Randly Woods
Psychiatrist
Santa Rosa C.I. (N.D. Fla.)

J.C. Elwood
Mental Health Specialist
Santa Rosa C.I. (N.D. Fla.)

Rajadorai Calnaido
Psychiatrist
Santa Rosa C.I. Annex (N.D. Fla.)

**B.     J.H.**

A. Negron
Medical Director
Sumter C.I. (M.D. Fla.)

Tanya Oppenheimer
Psychologist
Sumter C.I. (M.D. Fla.)

Y.C. Leon
Psychiatrist
Sumter C.I. (M.D. Fla.)

M.K. Bond
Office of Health Services
Sumter C.I. (M.D. Fla.)

M. Franz
Office of Health Services
Sumter C.I. (M.D. Fla.)

S. Martinez
Mental Health Professional
Sumter C.I. (M.D. Fla.)

L. Anderson
Mental Health Professional
Suwannee C.I. (M.D. Fla.)

**C.    Meddler**

Le-Ann Egan
Senior Psychologist
Lowell C.I. (M.D. Fla.)

Cindy Moreira-Harris
Psychologist
Lowell C.I. (M.D. Fla.)

Frank N. Anthony
Psychiatrist
Lowell C.I. (M.D. Fla.)

Bogdan Mlodzik
Psychiatrist
Lowell C.I. (M.D. Fla.)

**D.    Espinosa**

Thomas Marcic
Psychologist
Reception and Medical Center (M.D. Fla.)

Mark Cooper
Radiologist
Reception Medical Center (M.D. Fla.)

A. Diaz
H.S.A.
Martin C.I. (S.D. Fla.)

**E.     Burgess**

John Shobris
Psychologist
Suwannee C.I. (M.D. Fla.)

Gerald Hoyt
Mental Health Professional
Suwannee C.I. (M.D. Fla.)

M. Stofel
Grievance Officer
Suwannee C.I. (M.D. Fla.)

L. Anderson
Mental Health Professional
Suwannee C.I. (M.D. Fla.)

**F.     Kendrick**

George Emanoilidis
Psychological Services Director
Florida State Prison (M.D. Fla.)

Amor Rumbaua
Psychiatrist
Florida State Prison (M.D. Fla.)

Cleo Bowie
Mental Health Counselor Intern
Florida State Prison (M.D. Fla.)

26

R. Kampfer
Mental Health Nurse
Florida State Prison (M.D. Fla.)

**G.    Hill**

M. Lopez
Psychologist
Suwannee C.I. (M.D. Fla.)

S. Jackson
Mental Health Professional
Suwannee C.I. (M.D. Fla.)

R. Gabb
Psychiatry
Suwannee C.I. (M.D. Fla.)

George Emanoilidis
Psychological Services Director
Florida State Prison (M.D. Fla.)

M. Laroche
Mental Health Professional
Reception and Medical Center (M.D. Fla.)

Pablo Lomangcolob
Psychiatrist
Reception and Medical Center (M.D. Fla.)

Lesley-Ann Bernard-Pantin
Psychiatrist
Reception and Medical Center (M.D. Fla.)

**6.    FDC Policy:**  Policy level witnesses may expected to testify about discuss FDC policies and data.  The issues may include: (1) the care and treatment of prisoners; (2) the reasons for restrictive housing and specific types of

management; (3) policies regarding periodic review of the status of prisoners in various types of restrictive housing; (4) the continuing assessment of risk factors which bear on the safety of all participants in FDC correctional institutions. Although the specific witnesses on policy issues cannot be identified based on the current operative complaint, these witnesses could include:

Wes Kirkland, Deputy Director Institutional Operations (N.D. Fla.)

Alan McManus, Chief of Inmate Grievance Appeals (N.D. Fla.)

Rusty McLaughlin, Chief of Classification Management (N.D. Fla.)

Dean Aufderheide, Ph.D, Chief of Mental Health Services (N.D. Fla.)

Michael Harrell, Chief of Security Operations (N.D. Fla.)

12590299.v1