UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAC'QUANN (ADMIRE)
HARVARD; et al.,

    Plaintiffs,

vs.                                        CASE NO. 4:19-cv-00212-MW-CAS

MARK INCH, in his official
capacity as Secretary of the Florida
Department of Corrections; and
FLORIDA DEPARTMENT OF
CORRECTIONS, an Agency of the
State of Florida,

    Defendants.
_____/

**DEFENDANTS' DISPOSITIVE MOTION TO DISMISS
CLAIMS ASSERTED BY PLAINTIFFS J.H., ANGEL MEDDLER,
JEROME BURGESS, AND JAMES KENDRICK, JR.,
AND
PARTIALLY DISPOSITIVE MOTION TO DISMISS
CLAIMS BY PLAINTIFFS ADMIRE HARVARD,
<u>JUAN ESPINOSA, AND JOHNNY HILL</u>**

    Defendants, pursuant to Rule 12(b)(1) and (6) of the Federal Rules of Civil Procedure and Northern District of Florida Local Rule 7.1, hereby request dismissal of the Plaintiffs' claims asserted in their Amended Complaint, for the following reasons:

    1.    The Amended Complaint does not comply with Federal Rule of Civil Procedure 8(a)(2), and does not adequately allege facts to plausibly support the

claims asserted by each Plaintiff.  *See* Section III of Defendants' Memorandum of Law in support of this Motion to Dismiss ("Defendants' Supporting Memorandum").

2. The Amended Complaint fails to address each Plaintiff's limited standing.  *See* Section IV of Defendants' Supporting Memorandum.

3. The joinder of all Plaintiffs in this lawsuit violates Federal Rule of Civil Procedure 20(a)(1), as their claims do not arise from the same transaction, occurrence, or series of transactions or occurrences.  *See* Section V of Defendants' Supporting Memorandum.

4. Plaintiffs have failed to exhaust their administrative remedies for most of their claims, and those claims should be dismissed with prejudice.  *See* Section VI of Defendants' Supporting Memorandum.

5. Plaintiffs' unexhausted claims also fail to state claims upon which relief can be granted because they should have been brought as habeas corpus claims or are not actionable under existing precedent.  *See* Section VII of Defendants' Supporting Memorandum.

WHEREFORE, Defendants respectfully request that this Court enter an Order:

A. dismissing *with prejudice* the following claims for failure to exhaust administrative remedies:

(i) all of the claims asserted by J.H., Angel Meddler, Jerome Burgess, and James Kendrick, Jr.;

(ii) all of Admire Harvard's claims under the Americans With Disabilities Act (Second Cause of Action) and Section 504 of the Rehabilitation Act (Third Cause of Action);

(iii) Admire Harvard's claims under 42 U.S.C. §1983 (First Cause of Action), excepting only any such claims that are based on visitation and phone privileges;

(iv) all of Juan Espinosa's claims, excepting only any such claims that are based on his alleged need for more programs to help with his recovery and communication; and

(v) all of Johnny Hill's claims under 42 U.S.C. §1983 (First Cause of Action);

and

B. dismissing Plaintiffs' remaining claims without prejudice and requiring any Second Amended Complaint to:

(i) eliminate unnecessary and inflammatory allegations,

(ii) include claims of only one Plaintiff (with the other Plaintiffs free to file separate lawsuits),

(iii) include only those claims that the named Plaintiff has standing to pursue,

(iv) clearly identify which factual allegations support each of the named Plaintiff's claims, and

(v) clearly allege facts to support the claims, including the specific policies and practices at issue (and identifying which are policies and which are practices), how those policies and practices have affected the Plaintiff, what the Plaintiff's claimed disability is, and what accommodation the Plaintiff is requesting.

August 6, 2019                                              Respectfully submitted,

*s/ Daniel J. Gerber*
DANIEL J. GERBER, ESQUIRE
Florida Bar No. 0764957
E-mail: dgerber@rumberger.com (primary)
          docketingorlando@rumberger.com and
          dgerbersecy@rumberger.com (secondary)
RUMBERGER, KIRK & CALDWELL
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida  32802-1873
Telephone:  (407) 872-7300
Telecopier:  (407) 841-2133

**Attorneys for Defendants**

4

12596482.v1