# Composite Exhibit 8

Formal Grievance Log # 15-6-28939


[Not filed pending Order on Motion to File Under Seal]

Formal Grievance Log # 15-6-42808


[Not filed pending Order on Motion to File Under Seal]

Formal Grievance Log # 17-6-02671


[Not filed pending Order on Motion to File Under Seal]

Formal Grievance Log # 18-6-31717

[Not filed pending Order on Motion to File Under Seal]

Formal Grievance Log # 18-6-32806

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
AUG 06 2018
Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden ☐ Assistant Warden ☑ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse, on the behalf of:**

| Espinosa | Juan | A | 419680 | Martin Corr. Inst. |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

Part A – Inmate Grievance 18-6-32806

This appeal follows the "Denial" of my appeal log#: 1807-430-056. The inmate appeal a DR of Battery or attempted Battery on a correctional officer 1-15. In the response of the Denial of the appeal it states that the inmate Espinosa was found guilty based on officer's statement. "Officer been C.O. A Barrero", here the inmate Espinosa will state and agree that C.O. officer C.O. Barrero had to write a "Incident Report. On the Incident Report the names of the officer's and inmate most have been on the Incident Record. This denial also claims that order "HIPPA" it would be a violation to get the inmate's name that was on the medic team. "HIPPA" only state that it would be a violation to lead any of the inmate's medical file. (not to get the inmate's name. The investigation officer here did not conduct a full due process review of the investigation (if the investigation officer would have looked at the incident report he would have gotten the officer's names and the inmate name.) This incident was taped by one officer. The (?) and Captain Scarpatta.) on that tape you can hear the (?) ordering Captain Scarpatta to get the statements from the two officers and the inmate. Report where wrote up statements where wrote up by the inmate and officers. and the investigation officer could not find the names of the officers and the inmate that witness this incident. That only will show that the investigation officer did not do a full due process investigation in to this matter. The incident happened on 6-27-18. The DR was served on 6-29-18. and the DR hearing was held on 7-3-18

8-1-18
DATE

[signature]
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____ / _____
# Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Martin Correctional Institution

5a 1-15 6/27/18

AUG 01 2018

Submitted by the inmate on: ______

Receipt for Appeals Being Forwarded to Central Office

Institutional Mailing Log #: ______

1807-430-056
(Received By)

Grievance Office

DISTRIBUTION: INSTITUTION/FACILITY
INMATE (2 Copies)
INMATE'S FILE
INSTITUTIONAL GRIEVANCE FILE

CENTRAL OFFICE
INMATE
INMATE'S FILE - INSTITUTION/FACILITY
CENTRAL OFFICE INMATE FILE
CENTRAL OFFICE GRIEVANCE FILE

This also state that because the Video Tape was outside of the institution. He has no access to the Video Tape the investigation officer could have investigated to see if there was indeed a Video Tape. This Disciplinary Report was conducted with 6 days. The inmate Believe's that they cover the whole "incident up" (nothing that the inmate requested was Provide at the DR hearing. Inmate Espinosa is request from the administrative Review Board a full investigation of this incident where CO. A. Borrero beat up inmate Espinosa. That is a violent of inmate's Espinosa constitutional Right here, and the institution does not or did not do a full de novo review. It's because they are hiding the truth done to the truth. also there is another problem (classification as Hodge was on the DR team that found inmate Espinosa guilty and her name is on the team 33-103-006. Classification Hodge cannot have anything to do with the review process of her name is on the (team). (That is a violent to the appeal rules.) also classification J. Arkus" classification supervisor also was on the team that recommend that inmate Espinosa get put on close — management. How can classification J. Arkus be on the review decision also. that is the reason inmate Espinosa does believe that he is been denied the full investigation that needs to be done with this matter. (Someone needs to understand that inmate Espinosa got beat up by officer is Borrero here. That is a felony and Espinosa is requesting a full investigation if the institution will not do with him that what Espinosa is saying will be true. and the officer A. Borrero will then be dismiss. It's up to this administrator is true review to be a full investigation in to this matter. to clear and correct this DR.

Juan A. Espinosa 4/9030
Date filed 8-1-18

MAIL CB/FILED
WITH AGENCY CLERK

AUG 1 0 2018

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| ESPINOSA, JUAN | 419580 | 18-6-32806 | MARTIN C.I. | D3121S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been reviewed and evaluated. The response that you received at the institutional level has been reviewed and is found to appropriately address the concerns that you raised at the institutional level as well as the Central Office level.

Your issue regarding the grievance process is a separate issue and should be grieved as such, also, being initiated at the appropriate level.

Your administrative appeal is denied.

S. Milliken

*S. Milliken*

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 8/8/18 DATE |
|---|---|---|

FLORIDA DEPART NT OF CORRECTIONS
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

Martin Correctional
Institution

☐ **Third Party Grievance Alleging Sexual Abuse**

JUL 06 2018

TO: ☑ Warden     ☐ Assistant Warden     ☐ Secretary, Florida Department of Corrections
From or IF Alleging Sexual Abuse, on the behalf of:

Grievance Office

ESPINOSA Juan A          419680        Martin Coll. East.
Last    First    Middle Initial         DC Number        Institution

---

**Part A – Inmate Grievance**          1807-430-056

on 6-28-18. I was service with a Disciplinary Report
log no: 430-181191. Charge 1-15 Battery or Attempted
Battery on a corrections officer, on 7-3-18. I was
find guilty of the charge. This appeal now follows
The Violation/infraction's are CU. I Requested the Statement
of the two officers and the DR TEAM stated to me the
because I did not give there names. There was no Statements
made by the two office. (2). I also Requested a Statement for
the other inmate that was there. The DR Team States the
same thing. because there was no name no Statement was made by
the inmate. (3) I Requested the Video tape from the office or
the workers. and was told by the DR Team no Video tape. The
investigating officer doty is to conduct a full investigation
in to this matter. (now the day of this incident the
Chief told Captain Scanport to get the Statement's
from the two officers and the inmate.) The investigating
office did not do a full investigating in to this matter. if
all The evidence and Statement's would have be present at
The DR Hearing I would have be Vindicate of this charge.
by not presenting all of the evidence's and Statement's the
DR Team find me guilty of this charge. (There is no where in
The witness paper that states that I have to interest the
name of the witness) if the investigator office would have don
The correct investigation with this case. I would not have
been found guilty of this charge. I am Request this Charge to be
overturn by this appel

7-3-18                                    [signature]
DATE                              SIGNATURE OF GRIEVANT AND D.C. #

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:          _____ / _____
                                                                            #        Signature

Classification   Hedge.          158

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code.  When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office.  The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels.  The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution.  If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____          Institutional Mailing Log #: _____          (Received By)  6/27/18
                        (Date)                                                              430-181191
                                                                                            1-15

DISTRIBUTION:    INSTITUTION/FACILITY          CENTRAL OFFICE
                 INMATE (2 Copies)             INMATE
                 INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
                 INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                               CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)                      Incorporated by Reference in Rule 33-103.006, F.A.C.

Martin Correctional
Institution

JUL 2 3 2018

**PART B - RESPONSE**

Grievance Office

| ESPINOSA, JUAN | 419680 | 1807-430-056 | MARTIN C.I. | D3121S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT STATE LOCATION | HOUSING LOCATION |

Your Request for Administrative Remedy and Appeal has been received, evaluated and the following determined:

A review of DR log 430-181191 was conducted and it revealed ON THE DC6-112B that you did not list the names of the two officers on the trip or the inmate on the trip. As the statement of facts stated, this incident occurred on an outside hospital trip, therefore your calling of witnesses needed to be more specific. Calling on an inmate from an outside medical trip, you needed to provide the name of the inmate. The institution is not at liberty to divulge his name due to HIPPA violations, the name of that inmate on transport must remain confidential. You called for the video to be reviewed, however the investigating officer and the institution does not have access to off property camera review and you did not provide what evidence a camera would have shown on the DC6-151. The DR Team read and considered all statements and evidence and found you guilty of the infraction. You have not provided any new information or evidence that was not known to you or the DR team at the time of your DR hearing that would warrant the overturning of this disciplinary report.

Based on the information listed above, your grievance is Denied.

You may obtain further administrative review of your complaint by obtaining and completing form DC1-303, Request for Administrative Remedy or Appeal, providing attachments as required, and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun St. Tallahassee, FL 32399.

J. Parrish, Classification Supervisor          R. Bryner, Warden

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 7/23/18 <br> DATE |

Formal Grievance Log # 18-6-34865

FL    A DEPART    NT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

AUG 1 6 2018

Department    Corrections
    at Corrections peals

☐ **Third Party Grievance Alleging Sexual Abuse** ✓

TO: ☐ Warden    ☐ Assistant Warden    ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Espinosa Juan A | C419080 | Martin C.I. |
|---|---|---|
| Last    First    Middle Initial | DC Number | Institution |

Part A – Inmate Grievance    18-6-34865

This is an amendment to Disciplinary Record log no.
1807-430-056. That was denied on 7-23-18, and appeal on or about
7-25-18. The Inmate does not have the log no. to the appeal.
The record by Co-A Borrelo has claim that this incident
resulted in the use of force, by using ELE reason.
That is the officers claim of use of force. Inmate Espinosa
will now state that if he was tased by the officer to put him
under control as the officer has stated. The inmate would have
no burns marks on his body. The inmate has no burns marks on
his body, did a full examination and did not make down any
burns on the inmate. This investigate was conducted in a
process of less than two days. The Incident was on 8-2-18
D.R. was served on 8-10-18 the D.R. hearing was on 8-2-18.
This is an incident where the inmate has claimed that Co-A
Borrelo beat him up and the investigation is done in less than
two days, and the hearing concluded and case close. It is impossi-
ble for an officer to conclude this final of investigation in less than
two days. The inmate will state that the institution is acting
on the knot that Co-A Borrelo beat up inmate Espinosa.
Co-A Borrelo has lied on the reports, and the investig-
ing officer has refuse to do a full & fare investigation into
this matter. Espinosa will request a full investigation to this
matter. Co-A Borrelo beat up inmate Espinosa. Someone must to
look in to this matter and not accept on the knot that
Inmate Espinosa has claim that officer Co-A Borrelo beat him up

| 8-12-18 | |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D C # |

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS

____ / ____
#        Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103 006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below)

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103 007 (6)(d)

Receipt for Appeals Being Forwarded to Central Office

AUG 1 3 2018

Submitted by the inmate on: _____    Institutional Mailing Log # _____

(430) NF 5a
(Received By)

DISTRIBUTION:    INSTITUTION/FACILITY         CENTRAL OFFICE
                 INMATE (2 Copies)             INMATE
                 INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
                 INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                               CENTRAL OFFICE GRIEVANCE FILE

6-27-18 HS

DC1-303 (Effective 11/13)    Incorporated by Reference in Rule 33-103 006, F.A.C.

RANDOM FILED
WITH AGENCY CLERK

SEP 0 5 2018

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| ESPINOSA, JUAN | 419680 | 18-6-34865 | MARTIN C.I. | D3121S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been received in non-compliance. This appeal is determined to be a supplement to an appeal, which has already been accepted for review by this office. There is no provision in Chapter 33-103, which allows for supplements and/or amendments to be presented unless they contain relevant and determinative information which was not accessible to or known by the inmate at the time the original appeal was filed. You have not provided sufficient proof of this requirement.

Your request for administrative appeal is returned without action.

S. Milliken

_____          *S. Milliken*          8/21/18
SIGNATURE AND TYPED OR PRINTED NAME OF          SIGNATURE OF WARDEN, ASST          DATE
EMPLOYEE RESPONDING          WARDEN, OR SECRETARY'S
          REPRESENTATIVE

Formal Grievance Log # 18-6-37249

*clans*                    *Appeal (b)*

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**                    *Appeal*

MAILED/FILED
WITH AGENCY CLERK
SEP ___ 2018

Department of Corrections
By Bureau of Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO ☐ Warden    ☐ Assistant Warden    ☑ Secretary, Florida Department of Corrections
From or IF Alleging Sexual Abuse, on the behalf of

_Espinosa Juan A_ _____   _C419680_   _____
Last   First   Middle Initial        DC Number     Institution

---

**Part A – Inmate Grievance**                    8-637249

This appeal comes from the Denial of an appeal
that the Institutional level log no: 1808-430-022.
This appeal has too many infraction it Denial
by the institution. and it must be Received on the
infraction. it states that CM/OM-3 Recommendation is
inappropriate for the charge 1-15. therefore the ICT
would not make that Recommendation. On 7-5-18 Inmate
Espinosa was taking before the ICT and was told by
ICT that he was being Recommendation for C-M-3.
That day Classification D. Vargas advise Espinosa that
it was up to State Classification to approve the O-m.
On 7-11-18 The Inmate was once again taking to
ICT. And was told by ICT you now been Recom-
endation for C-M-1. by Rule 33-601-800 (C)-(1) The Class-
ification officer shall forward Form DC6-2330 to the Supervisor
under 33-601-800 (G). the ICT will make the Recommend-
ation to the S.CO. 33-601-800 (A). The SCO will Review
the Recommendation and if the Recommendation is Disapprove
or modified by the S.CO the Inmate will be informed of
the decision in writing by the S.CO. In this Denial
it states that ICT would not make that Recommend
I'm requesting the Video of the date 7-5-18. To
Show that I was taking to ICT and the video from
7-11-18 where I was once again taking to ICT and to
interview the Door officer 00. Williams that took
8-24-18.

_____                    _Juan Espinosa_ _____
DATE                                 SIGNATURE OF GRIEVANT AND D C #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS**    ___ / ___
                                                                              #    Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103 006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, is he entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage-free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the informal grievance procedure if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F A C  33-103 007 (6)(d)

Institution                    Receipt for Appeals Being Forwarded to Central Office

AUG 24 2018                                                          _JC_
Submitted by the inmate on _____   Institutional Mailing Log # _____   _1808-(430) 022_
                                                                              (Received By)
Grievance Office
DISTRIBUTION: INSTITUTION/FACILITY        CENTRAL OFFICE
              INMATE (2 Copies)           INMATE
              INMATE'S FILE               INMATE'S FILE  INSTITUTION/FACILITY
              INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                          CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103 006, F A C

Inmate Espinosa to the E.C.T. Interview on 7-5-18, by rule 33-601-800 once the Accommodation has been made. (the only one that can change the level is SCO not the E.C.T. Team. As was done in this case)

Also the Request written by Inmate Espinosa to Classification D Vargas was submitted on 7-26-18  21 days after 7-5-18 by that time Mr. Vargas had already known that Inmate Espinosa had been placed on C-M-I. After 7-12-18. All the paper work that Mr. Vargas submitted to Inmate Espinosa are date 7-5-18 and 7-30-18. That Mr. Vargas print-out see request by Inmate.

The Denial also states that Inmate Espinosa acknowledged that he received the notification by signing the document on 7-11-18 the E.C.T. deliberates and recommended C-M-I, now Inmate Espinosa is now requesting the document on Form DC6-223-C. That is been stated that he sins on 7-11-12 and will request from the receive board to request the document also Inmate now claims that on 7-11-18 he did no sins any document from the E.C.T. Team. And is now requesting a copy of this document to show his signature

2

that on 7-11-18 Inmate did not sign
any paper for ICT. this is a complete
false and misleading statement to Denied
the Inmate Relief.

they also are claiming that the DC6-229C
form that I Inmate Espinosa was Denied by
Classification Hodge was the Document that
the Inmate attach to the formal Grievance.
this is no formal Grievance filed with these
Answers and the Request to Classification
O-unagas are on Printed out on 7-30-18
and the Document's Classification Hodge
Delivered to the Inmate are Printed out on
8-2-18 they cannot be the Same Documents
See Exhibit (A) (Print-out.)

[here] Classification ICT made a mistake when
it mistakly Recommend C-m-3 then come back
and Re-recommend for C-m-1. they made a
mistake. and now they are Denying Relief to
the Inmate. the Inmate now is Requesting
a full Recourse for Relief by this mans
with all the mistake done in this Denial
The Inmate is Requesting Relief and any and
All other Relief the honorable Court

Stakes.                  Respectfully Submitted
                         /s/
Date                     John A Espinosa 414858
8-24-18                  Martin Correctional East
                         1150 Sw Allapattah Road
                         Indiantown, Florida 34956

WITH AGENCY CLERK

OCT 24 2018

Bureau   inmate   evance Appeals

**PART B - RESPONSE**

| ESPINOSA, JUAN | 419680 | 18-6-37249 | MARTIN C I | D3121S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been received, evaluated and referred to Bureau of Classification Management, who provided the following information  The response that you received at the institutional level has been reviewed and is found to appropriately address the concerns that you raised at the institutional level as well as the Central Office level

Your administrative appeal is denied

T  Bowden

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST WARDEN, OR SECRETARY'S REPRESENTATIVE | 10/24/18 DATE |

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

*Martin Correctional Institution*

AUG 0 6 2018

Grievance Office

☐ Third Party Grievance Alleging Sexual Abuse

TO ☐ Warden ☑ Assistant Warden ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

Espinosa, Class , A          619680          martin Correction Inst.

Last     First     Middle Initial        DC Number        Institution

---

**Part A – Inmate Grievance**     1808-430-022

on 6-28-2018 I Received a DR for 1-15. on 7-3-2018
I was found Guilty by The Classification Team and was Sentence
to 60 days D-C confinement and lose of 100 days G-time. on 7-5-18
I have Mr. Vargas Team (1) come to my cell 2258 and had me
Sign a paper. that he has now Claim it was for AC/confine-
ment of environment of C-M-(1). that was approved on
7-12-2018. on 7-5-2018. I when before The Review Team and
was told that I was been recommend for C-M-3. on 7-11-18
I when back before The Review Team and this Time I was
told That I had a new Recommendation for C-M-(1). on 7-12-18
I was approved by "SCO" for C-M-1. now under 33-601-800
Close Mangement. under Section (C) (1) it states, The Classifica-
officer Shall complete Section C of The Report of Close
Management, Form DC6-233C. The Classification officer shall
forward form DC6-233C to The Classification supervisor.
The Classification officer "shall" ensure that The Inmate Rec-
-eives a copy of The Report of close management form DC6-233C
to give The Inmate 48 hours to prepare for The Close-mana-
ement Review. ~~Inless~~ Unless Waived by completing a C-M
Form DC6-265. In This case for C-M-3 that was Recommend
on 7-5-18 the Inmate never received from DC6-233C to prepare
for The Team Review, or waived The 48 hours form DC6-265.
that was The first Recommendation by The Team. (now on 7-11-
18. Espinosa was Taking once again before The Review Team this
time The Review Team Told Inmate Espinosa that he now

8-1-18                          [signature] Class A C [signature]
DATE                       SIGNATURE OF GRIEVANT AND D C #

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS

Class - Vargas                        _____ / _____
                                      #         Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F A C. 33-103.007 (6)(d)

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on _____     Institutional Mailing Log # _____     _____
                              (Date)                                                              (Received by)

DISTRIBUTION         INSTITUTION/FACILITY          CENTRAL OFFICE
                     INMATE (2 Copies)             INMATE
                     INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
                     INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                                   CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F A C

under Rule 33-601.800. here that there was a new
recomendation from C-M-3 to C-M-1. the process
must now start all over again with the new recommend
tion of C-M-(1) not C-M-(3) that new process did'not
take place the Review team uses all the paper
work from the Recommedtion of 7-5-18. The Inmate
did not Recived Form DC6-2330 intill 8-1-2018. see Exhibi
(A) Request. They used form DC6-128 by Senior Psyoh-
logist evaluation for C-M-C3 on the new recomendtion
to C-M-1. by Page (1) Section 1. Referal for assigment
to close mangement the date is 7-5-2018. It also states
that Inmate was provided copy of ICT Recomendtion
that did not happen because Inmate Recived the
DC6-2330 form on 8-1-2018 from classification team
(1) O Vargas by Request that Inmate Espinosa Schmidt
on 7-26-18.
Inmate Espinosa Received the close mangement form
DC6-2330 after the SCO approved him for C-M-1.
and all of the paper-work here where done on 7-5-18
for C-M-3. not C-M-1.
Section 2. notice of close Mangement Review. states
that this notice is Delivered no Earlier that 48 hours
this notice was Delivered on 7-5-18 after that the
Inmate got a new Recomendation from C-M-3 to C-M-1
the notice of 7-5-18 is "no good" classification had
to Provide a new notice before 7-11-18 when the Recomen-
dation for C-M-1. the new recommendation where at 7-11-18
and the Decision was rendered by (SCO) on 7-12-18 at
180 hours.
under Rule 33-601-800 close mangement there has be a
violation of the Rules. on the Inmate never
was given the 48 hours to prepare under DC6-805
form the Inmate never Recived form ~~DC6~~ DC6-
2330.

                    2

till after the (5:00) hrs - memoranes the close
management (1) on - 7-11-18. the inmate never
waived his 48 hours to prepare for the hearing.
Classification Violated the rule's by not
Delivering The DC6-233C form before the
hearing team. But after on 8-1-18 only after
the inmate requested to know information.

under the rule of 33-601-800 close management
the appeal starts to get overturn by the
rule's of 33-601-800 c.m. the inmate will
respectfully request that he be taking off
c-m-(1), by the Violations of these rules
and classification on the I of cm team be
Allow to ReClance Espinose back under c-m
1 or 3  the rule's will not allow it

this appeal is timely filed because inmate Espinose
never was given form DC6-233C till 8-1-18 by
Classification see Exhibit (A) this Violation will
not allow this proceeding to take place a
Second time, and if Denied the f.d.o. appeal
Bound in Tallahasse center office will overturn this
appeal

inmate Espinose respectfully request that by
the Violations of rule's under 33-601-800 that he
be taking off c-m-(1) and this appeal approved

date 8-1-18 filed   (s) Jean N Espinose
                     Jean N Espinose c#89880

c.c. filed on 8-1-18        13

*Martin Correctional Institution*

**PART B - RESPONSE**

AUG 2 0 2018

| ESPINOSA, JUAN | 419680 | 1808-430-022 | MARTIN C.I. | D3121S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE | HOUSING LOCATION |

*Grievance Office*

Your Request for Administrative Remedy and Appeal has been received, evaluated and the following determined

A review of the data base revealed that on 7/3/2018 you were found guilty of the infraction 1-15, Battery on A Correctional Officer  The penalty you received for the infraction 1-15 was 53 days Disciplinary Confinement and 100 days loss of Gain time  You were recommended for CM placement due to your involvement in an incident where you spit on a Correction Officer which demonstrates your inability to live in general population without disruption and was not based solely on disciplinary action you received  A CM 3 recommendation is inappropriate for the charge 1-15 therefore the ICT would not make that recommendation  On 7/5/2018 CLO Vargas informed you cell front that you were being recommend for CM1 based on the battery charge you received on 6/27/2018 and your involvement in the incident  You acknowledged that you received the notification by signing the document  On 7/11/2018 the ICT deliberated and recommended CM1  On 7/12/18 the State Classification Officer reviewed your case and approved your CM1 recommendation  Thereafter, the DC6-223C was delivered to you by CLO Hodge which was the document you attached to your formal grievance

Based on the information listed above, your grievance is Denied

You may obtain further administrative review of your complaint by obtaining and completing form DC1-303, Request for Administrative Remedy or Appeal, providing attachments as required, and forwarding your complaint to the Bureau of Inmate Grievance Appeals,  501 South Calhoun St  Tallahassee, FL 32399

J  Parrish, Classification Supervisor                    R  Bryner, Warden

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN  ASST WARDEN, OR SECRETARY'S REPRESENTATIVE | 8/17/18<br>DATE |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

| Mail Number | D-3121-S |
|---|---|
| Team Number | 1 |
| Institution | Martin C.I |

Classification Team (1) mr. D. Vargas

| TO: (Check One) | ☐ Warden | ☑ Classification | ☐ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☐ Asst Warden | ☐ Security | ☐ Mental Health | ☐ Other |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Juan A Espinosa | 419680 | D-3121S | none | 7-26-18 |

**REQUEST** Dear mr. Vargas                    Check here if this is an informal grievance ☐

I write to you requesting to know from you to Please tell me or explain to me the paper that you had me "Sing." that you told me not to (copy) that it was "nothing." Please allow me to explain to you. that I do not sing any thing with out Reading it. When I asked you what this was for you Just told me, sing it its no thing. This is what you told me. at this time I am Requesting to know from you what you had me sing, or for you to Please give me a copy. I would hate to think that you had me sing something that can alter me in the further. (I already have enough Problems with the C-p that I'm pending. Thank you Juan A Espinosa

All requests will be handled in one of the following ways  1) Written Information or  2) Personal Interview   All informal grievances will be responded to in writing

| Inmate (Signature) | Juan A Espinosa | DC# | 419680 |
|---|---|---|---|

RECEIVED
JUL 30 2018
BY:_____

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                                    **DATE RECEIVED:** _____

Inmate Espinosa,

The paper you signed was acknowledgment of completion of the CMI.

Which was approved on 7/12/2018

The following pertains to informal grievances only

Based on the above official responding, your grievance is _____ (Returned, Denied, or Approved)  If your informal grievance is denied, have the right to submit a formal grievance in accordance with Chapter 33-103 006, F A C )

| Official (Print Name) | D. Vargas | Official (Signature) | [signature] | Date | 7/30/18 |
|---|---|---|---|---|---|

Original Inmate (plus one copy)
CC Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103 005, Florida Administrative Code

Informal Grievances and Inmate Requests will be responded to within 10 days following receipt by staff
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103 006, F A C  attaching a copy of your informal grievance and response and forwarding your complaint to the warden or assistant warden no than 15 days after the grievance is responded to  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103 005, F A C

Formal Grievance Log # 18-6-37250

FLORIDA DEPARTMENT OF CORRECTIONS

*Appeal (A)*

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Espinosa Juan A | 419680 | |
|---|---|---|
| Last    First    Middle Initial | DC Number | Institution |

**MAILED/FILED WITH AGENCY CLERK**
SEP 05 2018
Department of Corrections
Bureau of Inmate Grievance Appeals

---

Part A – Inmate Grievance                    8-6-37250

This is an appeal that was Denied from log no.
1808-430-040. This was an amendment to appeal
log no: 1808-430-022. Now this appeal follows.
On 7-24-18 Inmate Espinosa Requested to know the
time to be able to appeal his O-m decision. Classification
O. Vargas. Advised Inmate Espinosa that he had 15
days from the date Classification Hodge issued
the DC6-233(c) form. See Exhibit (A). Request, The
Inmate then amended his appeal log no. 18008-430
022 with his amended appeal. The amended appeal log no.
1808-430-040 was Denied on the based that the
Inmate had already filed a formal Grievance and was
non compliance with CH-33-103.014(4). The Inmate is
filing an Amended appeal to log no: 1808-430-022. There
is no formal Grievance been filed here this was an
amendment to another appeal correcting the mistake
done by the ICT team. The Institution refuse to
correct the amended appeal see the correction for the
relief sought by the Inmate. The Inmate will Request
to have the appeal's consolidate together so that the
head can have a clear understanding of the mistake
that where conducted by the ICT team and where
the inmate has been Refuse relief by the Institution
The inmate will respectful Request based on the facts
to be granted relief by this inmate. See page Two

8-24-18
DATE                                   SIGNATURE OF GRIEVANT AND D.C. #

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____ / _____
                                                                      #        Signature

---

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d)

Martin Correctional
Institution                    Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on   AUG 27 2018   Institutional Mailing Log #: _____   1808-430-040/022
                                                                                          (Received By)

DISTRIBUTION:   INSTITUTION/FACILITY          CENTRAL OFFICE
                INMATE                         INMATE
Grievance Office  INMATE                       INMATE'S FILE   INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
                                               CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)                      Incorporated by Reference in Rule 33-103.006, F.A.C.

Inmate Espinosa will put this Review Board on "notice" that he filed another Amendment to the appeal on log no: 1808-470-040 and has still not Received a response. he will Respectfully request to have that amendment consolidate with these two appeals before this Review Board makes it's decision.

as state's that classification I cst made a mistake with this case and did not serve the Inmate the o-n appeals before the 48 hours, or had the Inmate Received the Recommendation appeals after the hearing based on all of this relief should be Grant to Inmate Espinosa and have his o-n-i status remove,

Respectfully Submitted by

/S/

Jean A Espinosa 419680
Martin Correctional Inst
1150 Allapattah Road
Indiantown Florida 34956

date 8-24-18

OCT 24 2018

**PART B - RESPONSE**

| ESPINOSA, JUAN | 419680 | 18-6-37250 | MARTIN C I | D3121S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been received, evaluated and referred to Bureau of Classification Management, who provided the following information  The response that you received at the institutional level has been reviewed and is found to appropriately address the concerns that you raised at the institutional level as well as the Central Office level

Your administrative appeal is denied

T  Bowden

---

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST WARDEN, OR SECRETARY'S REPRESENTATIVE

10/2/18 DATE

Institution

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

AUG 0 7 2018

☐ Third Party Grievance Alleging Sexual Abuse

Grievance Office

TO ☑ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of

Esquivas Juan A    419680    Martin Corr. East
Last   First   Middle Initial    DC Number    Institution

**Part A – Inmate Grievance**    1808-430-040

(Amend Appeal to the Rules Regulations of 33-601-800.
(Rule 33-601-800) Close Management State"
1-(a) State Classification Officer (SCO) - The Office or Staff at
the center level that is Responsible for the Review of
Inmate Classification decision. duties include approving
disapproving, or modifying I.C.T. Recommendations.
Rule 33-601-800 (C) and (C)(1) State
Rule (C). The Classification Officer "Shall" complete Section
(1) of the Report of close management (form DC6-2330)
(C)(1). The Classification Officer shall" forward the form
DC6-2330 to the Classification Supervisor. the Classificat.
"Shall" ensure that the Inmate Receives a Copy of the
Report of close management (form DC6-2330) to prepare for
the close management Review. The Inmate will be given
a minimum of 48 hours to prepare for the Review unless
waived by completing a close management waiver (form DC6-
Rule (9) The I.C.T. "Shall" ensure that the
Inmate was given a minimum of 48 hours to prepare
for the Review unless waived by Inmate by completing
(form DC6-265) The I.C.T. will make a Recommendation to
the (SCO). This Recommendation will be documented on form
DC6-2330) The I.C.T. will inform the Inmate of the
basis of it decision and "Provide a "Copy of the Team's
decision to the Inmate after the "conclusion of the
hearing"   See: page (2)

8-6-18
DATE    SIGNATURE OF GRIEVANT AND D C #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS

Class-Vargas    ___/___
    #    Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below)

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d)

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on _____    Institutional Mailing Log # _____    _____
    (Date)    (Received By)

DISTRIBUTION:   INSTITUTION/FACILITY    CENTRAL OFFICE
    INMATE (2 Copies)    INMATE
    INMATE'S FILE    INMATE'S FILE   INSTITUTION/FACILITY
    INSTITUTIONAL GRIEVANCE FILE    CENTRAL OFFICE INMATE FILE
        CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)    Incorporated by Reference in Rule 33-103.006, F A C

Martin Correctional
Institution

AUG 2 0 2018

Grievance Office

**PART B - RESPONSE**

| ESPINOSA, JUAN | 419680 | 1808-430-040 | MARTIN C I | D3121S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your Request for Administrative Remedy and Appeal has been received, evaluated and the following determined

Your formal grievance has been received in non-compliance and is being returned without action per chapter 33-103 014(1)

(m) A decision has already been rendered to an inmate by a particular office on the issue currently being grieved before it

This office has previously addressed this issue in appeal log number 1808-430-022  We will not redress this issue or your allegations, as there is no provision in the grievance process to readdress a decision already rendered by this office

Based on the information listed above, your grievance is Returned without action

J  Parrish, Classification Supervisor                    R  Bryner, Warden

| _____ | _____ | 8/16/18 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST WARDEN  OR SECRETARY'S REPRESENTATIVE | DATE |

**Martin Correctional Institution**

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

AUG 06 2018

Grievance Office

☐ Third Party Grievance Alleging Sexual Abuse

TO ☑ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of

Espinosa, Lisa , A _____ 649680 _____ Martin Correction Ins.
Last    First    Middle Initial        DC Number              Institution

---

**Part A – Inmate Grievance**        1808-430-022

on 6-28-2018. I Received a D.R. for -1-15. on 7-3-2018
I was found Guilty by The Classification Team and was Sentence
to 60 days D.C confindment and loss of 100 days G time, on 7-5-18
I have Mr Vargas Team (1) came to my cell 2258 and had me
sign a paper, that he has new claim it was for AC/confine-
ment of environment of C-M-(1). That was approved on
7-12-2018, on 7-5-2018. I when before The Review Team and
was told that I was been Recommend for C-M-3. on 7-11-18
I when back before The Review Team and this time I was
Told that I had a new Recommention for C-M-(1). on 7-12-18
I was approved by "SCO" for C-M-1. now order 33-601-800
Close Mangement. under Section (a) (1) it states ( The Classition
officer "shall complete Section (1) of the Report of Close
mangement, form DC6-233C. The Classification Officer shall
forward form DC6-233C to the Classification Supervisor.
The classification officer "shall" ensure that the Inmate Rec-
-eives a copy of the Report of close mangement form DC6-233
to give the Inmate 48 hours to prepare for the close-manga
ement Review. ~~unless~~ unless waives by completing a C-M
form DC6-265. In this case for C-M-3. that was Recommended
on 7-5-18 The Inmate never Received form DC6-233C to prepare
for The Team Review, or waived the 48 hours form DC6-265.
That was the first Recommentation by The Team. (now on 7-11
18 Espinosa was Taking once again before The Review Team This
time The Review Team Told Inmate Espinosa that the now
8-1-18
DATE                                    [signature] Lisa N Espinosa
                                        SIGNATURE OF GRIEVANT AND D C #

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS    _____ / _____
                                                                         #        Signature

Class Vargas

under Rule 33-601.800. been that there was a new
recommendation from C-m-3 to C-m-1, the process
most now start all over again with the new recommenda
tion of C-m-(1) not C-m-(3). That new process did not
take place the review team uses all the paper
work from the recommendation of 7-5-18. The team
did not received form DC6-2330 intill 8-1-2018. see exhib
(n) request. they cited form DC6-128 by Senior Psycho
logist explanation for C-m-(3) on the new recommendtio
to C-m-1. By page (1) Section 1. Referral for assignment
to close management the date is 7-5-2018. it also states
that inmate was provided copy of ICT recommendation
that did not happen because inmate received the
DC6-2330 form on 8-1-2018 from classification team
(1) O Vargas by request that inmate Espinosa Schmidt
on 7-26-18.

Inmate Espinosa received the close management form
DC6-2330 after the SCO approved him for C-m-1.
and all of the paper work here where done on 7-5-18
for C-m-3. not C-m-1.

Section 2. notice of close management review. states
that this notice is Delivered no Earlier that 48 hours
this notice was Delivered on 7-5-18 after that the
inmate got a new recommendation from C-m-3 to C-m-
The notice of 7-5-18 is "no good" Classification had
to Provide a new notice before 7-11-18 when the Review
dated for C-m-1. The new recommendation when on 7-11-
and the Decision was approved by (SCO) on 7-12-18 at
1505 hours.

under Rule 33-601-800 close management there has be a
Violation of the Rules. on the inmate never
was given the 48 hours to prepare under DC6-865
form the inmate never received form ~~DC6~~ DC6-
2330.

                    2

till after the (5:00) head-measured the close
management (1) on 7-11-18. the inmate never
waived his 48 hours to prepare for the hearing
classification violated the rule's by not
delivering the DC6-233c form before the
hearing team. but after on 8-1-18 only after
the inmate requested to know infraction.

under the rule of 33-601-800 close management
the appeal starts to get review by the
rule's of 33-601-800 cm. the inmate will
respectfully request that he be taking off
c-m-(1), by the violation's of these rules
and classification of the I cm review team be
allow to replace espinosa back under c-m
1 cm 3 the rule's will not allow it

this appeal is timely filed because inmate Espinosa
never was given form DC6-233c till 8-1-18 by
classification see exhibit (A) this violation will
not allow this proceedings to take place a
second time, and if denied the the appeal
beond in tallahssee center office will overturn this
appeal

inmate Espinosa respectfully request that by
the violation of rule's under 33-601-800 that be
he taking off c-m-1) and this appeal approved
date 8-1-18 filed _____ (Signature)
                        Sean A Espinosa CM8780

c.c. filed on 8-1-18          3

Martin Correctional
Institution

AUG 20 2018

Grievance Office

**PART B - RESPONSE**

| ESPINOSA, JUAN | 419680 | 1808-430-022 | MARTIN C.I. | D3121S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE | HOUSING LOCATION |

Your Request for Administrative Remedy and Appeal has been received, evaluated and the following determined

A review of the data base revealed that on 7/3/2018 you were found guilty of the infraction 1-15, Battery on A Correctional Officer  The penalty you received for the infraction 1-15 was 53 days Disciplinary Confinement and 100 days loss of Gain time  You were recommended for CM placement due to your involvement in an incident where you spit on a Correction Officer which demonstrates your inability to live in general population without disruption and was not based solely on disciplinary action you received  A CM 3 recommendation is inappropriate for the charge 1-15 therefore the ICT would not make that recommendation  On 7/5/2018 CLO Vargas informed you cell front that you were being recommended for CM1 based on the battery charge you received on 6/27/2018 and your involvement in the incident  You acknowledged that you received the notification by signing the document  On 7/11/2018 the ICT deliberated and recommended CM1  On 7/12/18 the State Classification Officer reviewed your case and approved your CM1 recommendation  Thereafter, the DC6-223C was delivered to you by CLO Hodge which was the document you attached to your formal grievance

Based on the information listed above, your grievance is Denied

You may obtain further administrative review of your complaint by obtaining and completing form DC1-303, Request for Administrative Remedy or Appeal, providing attachments as required, and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun St  Tallahassee, FL 32399

J Parrish, Classification Supervisor                    R Bryner, Warden

_____                    _____          8/17/18
SIGNATURE AND TYPED OR PRINTED NAME OF              SIGNATURE OF WARDEN, ASST          DATE
EMPLOYEE RESPONDING                                 WARDEN, OR SECRETARY'S
                                                    REPRESENTATIVE

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

Mail Number _D-3121 5_
Team Number _1_
Institution _Martin C.C_

_Team (1) AL VARGAS._

| TO: (Check One) | ☐ Warden | ☐ Classification | ☐ Medical | ☐ Dental |
| | ☐ Asst Warden | ☐ Security | ☐ Mental Health | ☐ Other _mail Dept_ |

| FROM. | Inmate Name | DC Number | Quarters | Job Assignment | Date |
| | Espinosa A Juan | 5/6680 | D-3125 | MODC | 7-24-18 |

REQUEST _Dear AL VARGAS._           Check here if this is an informal grievance ▓▓

at this time Im requesting to know that time
that I have to cancel this decision to More
need C-A-1. Classification that told me that I
can appeal. But I find to wait to get the Yellow
form all that I have now is this form that tellng
me that I was appeal for a-n-1 on 7-12-2018.
I need to know how much time I have from 7-12-18
to appeal this Decision by The state classification.
the DRE-283C then. C I first got this today and
that is because I requested from gcv total date
158-1-18. I need to know the time prior to
appeal. (I was told That I could appeal)

All requests will be handled in one of the following ways  1) Written Information or  2) Personal Interview  All
informal grievances will be responded to in writing

| Inmate (Signature) | | DC# |

--- DO NOT WRITE BELOW THIS LINE ---

**RESPONSE** _Classification_

DATE RECEIVED·

**RECEIVED**
AUG 0 8 2018
BY __

Inmate Espinosa      you have 15 Days from the
Day you received the JK283 delivered
to you By MS Hardy C/o

|The following pertains to Informal grievances only|

Based on the above information, your grievance is _____ (Returned, Denied, or Approved)  If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103 006, F A C J

| Official (Print Name) _VARGAS_ | Official (Signature) _____ | Date _8/9/18_ |

Original  Inmate (plus one copy)
CC  Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103 005, Florida Administrative Code

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as
required by Rule 33-103 006  F A C , attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no
later than 15 days after the grievance is responded to  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103 005, F A C

Formal Grievance Log # 18-6-40931


[Not filed pending Order on Motion to File Under Seal]

Formal Grievance Log # 18-6-40945


[Not filed pending Order on Motion to File Under Seal]

Formal Grievance Log # 18-6-42194

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden     ☐ Assistant Warden     ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

Samson Jean A.          419680          Martin Correc. Ins.
Last   First   Middle Initial          DC Number          Institution

---

Part A – Inmate Grievance          18-6-42194

At This Time I am inquiring to Appeal log no.
18-6-37250 and 18-6-37249. The acknowledge
Receipt date is 8-24-18. The 30 days have expire
and The Inmate has not Received any Response
from This office. no Extension of Time has
been Requested from This office.

The Institution has not informed the Inmate
of any Extensions or any other information
Relate to those appeals.

The Inmate will now Respectfully Request from
This office if any decision has been Render to
This appeals in the about Reference number
Seems that the Inmate has Received no
information from This office and Since the
30 days have Expired.

If This office has made it's decision in the
above log no. 18-6-37250 and 18-6-37249. The
Inmate will Respectfully Request from This office
to Please forward any and all decisions to the
Inmate.

The Inmate has Requested other information
to This incident at the Institutional level at
This Time. and is awaiting This information
But The Inmate is Requesting any and all Render
decisions by This office.

9-27-18                              Samson Jean
DATE                              SIGNATURE OF GRIEVANT AND D.C. #

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:     _____ / _____
                                                                            #        Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006 Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on SEP 28 2018          Institutional Mailing Log #: _____          9d NFF (43u)
                              (Date)                                                                    (Received By)

DISTRIBUTION:     INSTITUTION/FACILITY          CENTRAL OFFICE
                  INMATE (2 copies)              INMATE
                  INMATE'S FILE                  INMATE'S FILE - INSTITUTION/FACILITY
                  INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
                                                 CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)          incorporated by Reference in Rule 33-103.006, F.A.C.

WITH AGENCY CLERK

OCT 31 20

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| ESPINOSA, JUAN | 419680 | 18-6-42194 | MARTIN C.I. | D3121S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative review has been received, reviewed, and evaluated.

Both appeals will be mailed soon. A delay in the responses is noted.

Based on the foregoing information, your appeal is returned with no action.

S. Milliken

_S. Milliken_                          10/16/18

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

Formal Grievance Log # 18-6-44993

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

OCT 2 2 2018

Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Spigs, Juan H. | 419680 | Marti C.I. |
|---|---|---|
| Last    First    Middle Initial | DC Number | Institution |

---

**Part A – Inmate Grievance**

18-10-44993

On or About 8-18-18 Inmate filed appeal to formal Grievance log no. 1808-430-022. Since then over 50 days has past and the Inmate has not received any response to his appeal no extension of time has been requested. The Inmate does not have the log no. to this appeal that is in Tallahassee in a falsification of a document on the appeal log no. 1808-430-022.

The Inmate will respectfully request if any ruling or decision has been made by this board and if so can you please forward the ruling to the Inmate.

The Inmate has requested from the institution if any response has been rendered in this appeal but to no avail he is getting no response to his request.

The Inmate did request one time this information from this office but got no response.

So if any decision has been made to this appeal could you please allow the Inmate to know over 50 days have past.

So please let me know you are saving time with this matter and hope that this matter can be taking care soon.

Thank you for your time

_(signature)_

| 10-11-18 | _(signature)_ |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _____ / _____

#       Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Martin Correctional
Institution

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: OCT 16 2018    Institutional Mailing Log #: _____    9d  NF  ($30)

(Received By)

DISTRIBUTION:  INSTITUTION/FACILITY    CENTRAL OFFICE
        INMATE (2 copies)          INMATE
        _(stamp)_                  INMATE'S FILE - INSTITUTION/FACILITY
        INSTITUTIONAL GRIEVANCE FILE    CENTRAL OFFICE INMATE FILE
                         CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)        Incorporated by Reference in Rule 33-103.006, F.A.C.

WITH AGENCY CLERK

NOV 0 9 2018

Fl... ...t Corrections
Bur... ... Appeals

**PART B - RESPONSE**

| ESPINOSA, JUAN | 419680 | 18-6-44993 | MARTIN C.I. | D3121S |
|----------------|--------|------------|-------------|--------|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative review has been received, reviewed, and evaluated. Appeal log number 18-6-37249, received on 8/24/18, concerning Classification, is currently under review by this office. There may be occasions when more in-depth inquiry is needed. This type of inquiry may cause us to exceed our time frame, however, in an attempt to provide you with the most appropriate response we will continue our inquiry and provide you with a response upon completion.

Based on the above information this administrative appeal is approved in that our response to appeal log number 18-6-37249, was not responded to within the thirty day time frame.

S. Milliken

_____
SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

*S. Milliken*

SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

10/30/18
DATE

Formal Grievance Log # 18-6-45844

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

MAILED/FILED
WITH AGENCY CLERK

OCT 25 2018

Department of Corrections
Bureau of Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| _Espinosa Juan N._ | _CA9880_ | _Martin C.I._ |
|---|---|---|
| Last      First      Middle Initial | DC Number | Institution |

---

Part A – Inmate Grievance                     18-6-45844

under Ch-33. F.A.C. 33-103.006 15751 (C)(A) additional Space
is need and one additional pages will be need by Inmate Espinosa
under Rule 15751 (C)(A). The inmate will respectfully request
to have Plaines Itsafe body an out agency to get the
correct results to this matter.

This is a serious matter when a Document is falsifi-
cation against an inmate, because the institution made
a mistake in it's paper work, and when the inmate
argue it the institution will not render the correct
response to grant relief. The Grievance Process is for
this and shall not be bias and Grant Relief where
relief is do.

All the institution has to do is Record this signed
Document what is Form DC6-230. Signed with the
date of 7-11-18. As it has stated that the Inmate signed
on that date. and this matter will be done with it. the
institution cannot Record this Document if not then the
Right Action must be taking on the falsification of this
Document. inmate knows that he did not sign this
Document.

Who ever besause to the appeal log no: 1808-430-072 is
Responsible for that response to the appeal. The
inmate will respectfully request a full de novo Investiga-
ation in to this matter by the Bureau of inmate Grievance
Bread in to this matter. Thank you for your time
10-11-18

| _10-11-18_ | _Juan Espinosa_ |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:   _____ / _____
                                                                          #        Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _10/25/18_                Institutional Mailing Log #: _____   (430) NF 13
                              (Date)                                                              (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
|  | INMATE (2 Copies) | INMATE |
|  | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
|  | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
|  |  | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)                    Incorporated by Reference in Rule 33-103.006, F.A.C.

MAILED/FILED
WITH AGENCY CLERK

NOV 1 4 2018

Department of Corrections
Bureau of Inmate Grievance Appeals

PART B - RESPONSE

| ESPINOSA, JUAN | 419680 | 18-6-45844 | MARTIN C.I. | D3121S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103, Inmate Grievance Procedure. The rule requires that you first submit your grievance at the appropriate level at the institution. You have not done so or you have not provided this office with a copy of that grievance, nor have you provided a valid or acceptable reason for not following the rules.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.

Based on the foregoing information, your appeal is returned without action.

S. Milliken

*S. Milliken*                    11/1/18

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

Formal Grievance Log # 18-6-45883

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

OCT 25 2018

Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden ☐ Assistant Warden ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Espinosa Juan. A | 419680 | Martin C.I |
|---|---|---|
| Last First Middle Initial | DC Number | Institution |

**Part A – Inmate Grievance**    18-6-45883

The Appeal comes from The appeal log no: 1809-430-088, where Inmate Espinosa Requested an Investigate by The Institution Inspector for The Falsification of an appeal log no: 1808-430-022, where it states That on 7-11-18. Inmate Juan. A Espinosa Stating ( You acknowledges That you Received The Notification by Signing The Document on 7-11-2018. Inmate Espinosa Requested an Investigate in to the Signing of The Document That is Stating That he Signed This Document on 7-11-18. in four of The Inst. I.C.T Team. This Investigate was Requested by The Inst. Inspector. The Inspector forward the grievance to Classification Team one D. Vargas. See grievance log no: 430-1809-0123. The Inmate is Requesting an Investigate in to The Falsification of The Response of Appeal log no: 1808-430-022. of The Signing of a Document That The Inmate is claiming he he never Signed. Classification me Vargas when back to Formal Grievance log no: 1808-430-068 and log no: 1808-430-022, appeal 1808-430-022 is based on The Inmate no getting his 48 hours to prepare for his hearing, and he Reclassified from C-M-3 to C-M-1. on Different date's on date been 7-5-11 and The other date 7-11-18. log no: 1808-430-065. was no Manediate log no: 1808-430-022, These two appeal has nothing to do with The Inmate Requesting an Investigate in to The Falsification of a Document They are Stating The Inmate Signed

| 10-11-18 | [signature] |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**  ____ / _____

  # Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

OCT 22 2018

Grievance Office

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____ (Date)    Institutional Mailing Log #: _____

1808-430-065/vcr

2c 1809-430-088

(Received By)

**DISTRIBUTION:**

| INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|
| INMATE (2 Copies) | INMATE |
| INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
|  | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)        Incorporated by Reference in Rule 33-103.006, F.A.C.

on 7-11-18. the Investigate the Inmate his Requested is for the Institution to Record the Document the State in Formal Grievance log no: 1808-430-022 that he Signed on 2-11-18. in his Grievance to the Inspector log no: 430-1809-0123, the Institution Response by Stating this has already been address. if its been address where is the Signed Document by the Inmate on 2-11-18. in Formal Grievance it's the Same Response log no: 1809-430-088 it's the Same thing. the Institution is Reusing to Answer correctly to the Grievance's and appeal.

now the Inmate is Requesting in this appeal to have the Bureau of Inmate Grievance to order the Institution to Record then the Signed Document that would be DC6-2330 form. Signed by the Inmate on -7-11-18. the Inmate has two DC6-2330 form. one Record by classification mr. Vargas dated 7-5-18. no Signature of Inmate. and one copy Record by classification ms. Hodge 2-6-18 classification mr. Vargas DC6-2330 was Printed out in 7-30-18 and mr. Hodge's was Printed out on 8-3-18. no Signatures on neither one.

So where is the form DC6-2330 that they are claiming the Inmate Signed on 7-11-18. on Appeal 1809-430-088 it States Documentation within your classification File confirms the Response that you Received for formal grievance 1808-430-022 is correct.

2

This all a false and incorrect statis. by the Institution Inmate Espinosa has never signed any form on -7-11-18. and will take a lie detector test / Polygraph test to prove this Inmate Request's in this appeal to have the Institution Provide this signed Document that they are Stating the Inmate Signed on 7-11-18 in front of the C of team on -7-11-18. And will bring an end to this matter by the Inmate and the Institution and if no Document is Provided the belief is do to the Inmate.

The Grievance and appeal Process, under Ch. 33-F.A.C. 33-103.017. Inmate Grievance - Reprisal Rule 15784. 33.103.107 F.A.C.
— (1) Inmate Shall be allowed access to the grievance Process without hindrance. Staff found to be obstructing an inmates access to the Grievance Process shall be Subject to disciplinary action Ranging from oral Reprimand up dismissal in accordance with Rule 33-208-001, 003 F.A.C. good faith use of Participation in Grievance Process Shall not Result in any Reprisal or any Retaliation against Inmate Espinosa.

So his Right to Call on the Grievance's or appeal Process here at Martin C.I. the Institution will Retaliation against any inmate that will go out Side the Institution with a formal complaint that has merit and can Cause them Problems.

This matter about this signed Document need to be investigate correctly because the Institution will not do it.

5

MAILED/FILED
WITH AGENCY CLERK

NOV 1 4 2018

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| ESPINOSA, JUAN | 115880 | 18-6-45883 | MARTIN C.I. | D3121S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative appeal has been received in non-compliance with Chapter 33-103.014(i), which states that the appeal (1808-430-022) must be received in the Office of the Secretary within fifteen calendar days from the date the response to the formal grievance is returned to the inmate.

Therefore, your appeal is being returned without action.

S. Milliken

| | *S. Milliken* | 11/1/18 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

*Martin Correctional Institution*

☐ Third Party Grievance Alleging Sexual Abuse

SEP 1 9 2018

TO: ☑ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:   ~Grievance Office~

Spinosa   Juan A                  419680       M.C.I.
_____   _____   _____
Last    First    Middle Initial          DC Number      Institution

Part A – Inmate Grievance    1809-430-088

This Appeal is from Grievance log no: 430-1809-012?
where I Requested an Investigate by the Institut-
ional Inspecter to Investigate an Appeal from log
no: 1808-430-022. See Exhibit (A). my Grievance was
forward to Classification and Esponsed by D. Vargas
Team 1. where his Esponse was that this issue was
Already addressed on formal Grievance log no:
1808-430-022. And 1808-430-065. See Exhibit (A)
and (B). now my Appeal here is based on the "basis"
1cation on log no: 1808-430-022, of that docu-
ment. where it has Stated that I Inmate Espinosa
on 7-11-18 Acknowledged that you Received the
no Action by Signing the document o 7-11-18
my Argument in my Grievance and this appeal is
that I on 7-11-18 did not Sign any document. and
Stating that appeal log no: 1808-430-022. is false
when it stated that I Sign the document. because on
7-11-18 I Inmate Espinosa did not Sign any document
So Appeal from log no: 1808-430-022 and log no: 1808-430
-065 had no Argument to my Request to Investigate
my Grievance log no: 430-1809-0123, Requesting to Produce
the document that they Saying that I Signed on -7-11-
18. This is easy enter they have the document that
they say I Signed they don't. I'm Requesting the
document to be Produced. See Page (2)

9-17-18                         [signature]
_____              _____
DATE                          SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**    _____ / _____
                                                                              #      Signature

GR - FM

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled to Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on:_____   Institutional Mailing Log #:_____

_____              _____
(Date)                       (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

The question is Can the document be Produced that is the investigate that I Requested. if the document Cannot be Produced. the the Statement made on Appeal log no: 1808-430-022 is Falsed and that will be a Big Problem.

[21] this Appeal will State that formal Grievance log no: 1808-430-065 And 1808-430-022 have no Contention to Appeal 470-1809-0123. when the investigate that I Request is of log no: 1808-430-022.

I do hope that this matter Can be taking Care of at the institution level because this is an institution's Problem.

I also Requested the document though Classification and they have not Produced the document the document is Part of the institution Act no a close management is has to be in my field Signed by me. that is what they Claim.
if there is no Document then I will Request that my close management states be taking off and to be allow to go before I.C.T. once again to go to General population

I Request a full dade Recive

Thank you for your time with this matter. Thank you

Juan A Espinosa 419680

Date Filed 9-17-18
C.C. Filed 9-17-18

PART B - RESPONSE

*Institution Martin Correctional Institution*

OCT 05 2018

OCT 0 3 2018

D312

Grievance Office

| ESPINOSA, JUAN | 419680 | 1809-430-088   MARTIN C.I. | | |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Grievance Office

Your Request for Administrative Remedy and Appeal has been received, evaluated and the following determined:

You are grieving more than one issue as you are grieving the falsification of the response to your grievance and your CM placement. We will address the following issue only and your CM placement will need to be submitted separately and to the Office of the Secretary.

Documentation within your classification file confirms the response that you received for formal grievance 1808-430-022 is correct.

Returned per chapter 33-103.014(1)
(a) The grievance addresses more than one issue or complaint.

Based on the information listed above, your grievance is Returned without action.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.

J. Lankford, Acting Colonel                    J. Holtz, Assistant Warden

---

SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST.
WARDEN OR SECRETARY'S
REPRESENTATIVE

10/3/18
DATE

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

*Martin Correctional Institution*

AUG 13 2018

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☑ Warden      ☐ Assistant Warden      ☐ Secretary, Florida Department of Corrections

Grievance Office

From or IF Alleging Sexual Abuse, on the behalf of:

| Espinosa Juan M | | | 419680 | Martin. C.I |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

---

**Part A – Inmate Grievance**    1808-430-065

Second amendment to appeal filed on 8-7-18. This amendment is to make clear that Inmate Espinosa was not serve close management form DC6-233C until 20 days after the SCO hard approved him for C-M one, by 33-601-800 (C)(1). The classification office shall ensure that the Inmate receives a copy of the Report of Close management form DC6-233C, to prepare for the close management Review. The Inmate will be given a minimum 48 hours to prepare for the Review unless waived by completing a Close management waiver form DC6-233C. In this case on 7-5-18. The Inmate was before ICT Review heard and was advised of the recommendation for C-M-3 on 7-11-18. The Inmate when taken the ICT hard again and was advised that he was now been recommendation for C-M-1, a DC6-2330. form was given to the Inmate to prepare for the Review and the Inmate never signed any DC6-205 form to waive the 48 hours. on or about 8-7-18. Classification "Hodge" came to see the Inmate at cell O-331-S and stated to the Inmate I forgot to give you the C-M-1 papers. form DC6-233-C. Inmate stated to her that the DC6-233C form is done no good because they are dated 7-5-18. and on 7-11-18 the Inmate was reclassified from C-M-3. to C-M-1. and that the form dated 7-5-18 where for C-M-3. and that he had already approved. She stated well I will have to lock in to that. based on the code 33-601-800(C)(1). The Inmate states for close management must be removed based on this violation.

| 8-12-18 | *(signature)* |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**     _____ / _____

Class - ☒ Vargas                                    # | Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: _____     Institutional Mailing Log #: _____     _____

(Date)                                                                                                (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)                    Incorporated by Reference in Rule 33-103.006, F.A.C.

**Martin Correctional Institution**

### PART B - RESPONSE

SEP 0 4 2018

| ESPINOSA, JUAN | 419680 | 1808-430-065 | MARTIN C.I. | D3121S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Grievance Office

Your Request for Administrative Remedy and Appeal has been received, evaluated and the following determined:

All your concerns were addressed on formal grievance log 1808-430-022 therefore this grievance is being returned without action per chapter 33-103-014 (1)(m); A decision has already been rendered to an inmate by a particular office on the issue currently being grieved before it

Based on the information listed above, your grievance is Returned without action.

J. Parrish, Classification Supervisor                 R. Bryner, Warden

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 9/24/18 DATE |

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

*Martin Correctional Institution*

AUG 06 2018

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden ☐ Assistant Warden ☐ Secretary, Florida Department ~~of Corrections~~ Grievance Office

From or IF Alleging Sexual Abuse, on the behalf of: 

Espinosa, Dias, A    DC Number: 419680    Institution: martin collection Inst.

Last   First   Middle Initial

---

**Part A – Inmate Grievance**   1808-430-022

On 6-28-2018 I Received a DR for 1-15. on 7-3-2018 I was found Guilty by The Classification Team, and was Santene to 60 days D-C confinment and lose of 100 days G-time. on 7-5-18 I have Mr. Vargas Team (1) came to my cell 2158 and had me sign a paper, that he has now Claim it was for AC/continment of envikonment of C-M-(1). That was approved on 7-12-2018. on 7-5-2018. I when before The Review Team and was told that I was been Recommend for C-M-3. on 7-11-18 I when back before The Review Team and this time I was told that I had a new Recomportion for C-M-(1). on 7-12-18 I was approved by "SCO" for C-M-1. now under 33-601-800 Close Mangaement. under Section (a) (1) it states( The Classificatio officer "Shall" complate Section (1)of The Report of close mangaement, Form DC6-233C. The Classification officer Shall forwand form DC6-233C to The Classification Supervisor The classification officer "Shall" ensure that The Inmate Receives a copy of the Report of close mangaement form DC6-233C to give The Inmate 48 hours to prepare for the close-mang ement Review. ~~ unless waived~~ unless waived by completing a c-m Form DC6-265. In this Case for C-M-3. that was Recomendend on 7-5-18. The Inmate never Received form DC6-233C to prepare for The Team Review, or waived The 48 hours form DC6-265. that was the first Recommentation by the Team. (now on 7-11-18. Espinosa was taking once again before The Review Team this time The Review Team told Inmate Espinosa that he now

DATE: 8-1-18

SIGNATURE OF GRIEVANT AND D.C. #

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** ___ / ___

Class Vargas    #    Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: _____    Institutional Mailing Log #: _____

(Date)                                                          (Received by)

DISTRIBUTION:   INSTITUTION/FACILITY          CENTRAL OFFICE
                INMATE (2 Copies)             INMATE
                INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                              CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

under Rule 33-601-800. been that there was a new
recomendation from c-m-3 to c-m-1. the process
most now start all over again with the new recommend
tion of c-m-(1) not c-m-(3) that new process did not
take place the review team uses all the paper
work from the recommedtion of 7-5-18. The inmate
did not recived Form DC6-2330 until 8-1-2018. see exhibit
(A) request. they used Form DO6-128 by Senior Psych-
logist evalution for c-m-c3 on the new recommedtion
to c-m-1. by page (1) section 1. Referal for assignment
to close mangement the date is 7-5-2018. It also states
that inmate was provided copy of ici recommedation.
that did not happen because inmate Received the
DO6-2330 form on 8-1-2018 from classification team
(1) 0 villians by request that inmate Espinosa Schmidts
on 7-26-18.
Inmate Espinosa received the close mangement form
DC6-233C after the sco moved him for c-m-1.
and all of the paper-work here where done on 7-5-18
for c-m-3. not c-m-1.
Section 2. notice of close mangement Review, states
that this notice is Delivered to Caller this 48 hours
this notice was Delivered on 7-5-18. after that the
inmate got a new recommendation from c-m-3 to c-m-1
the notice of 7-5-18 is "no good" Classification has
to provide a new notice. before 7-11-18 when the Recom-
mend and the Decision was approved by (SCO) on 7-12-18 at
1805 hours.
under Rule 33-601-800 close mangement there has be a
violation of the rules. on the inmate never
was given the 48 hours to prepare under DO6-265
form. the inmate never recived Form ~~DO6~~ DO6-
233C.

$\mathcal{E}$

till after the (SCC) had removed the close
management (1) on - 7-11-18. the inmate never
waived his 48 hours to prepare for the hearing
classification violated the rule's by not
delivering the DCG-2530 form before the
hearing term. But after on 8-1-18. only after
the inmate requests to know information.

under the rule of 33-601-800 close management
the appeal starts to get direction by the
rule's of 33-601-800 c-m. the inmate will
respectfully request that he be taking off
c-m-(1). by the violation's of these rules
and classification or the I of review term be
allow to replace Espinosa that under c-m
1 or 3. the rule's will not allow it

this appeal is timely filed because inmate Espinosa
never was given form DCG-2530 till 8-1-18 by
classification see exhibit (C) this violation will
not allow this proceeding to take place a
second time. and if denied the this appeal
board in Tallahassee center office will overturn this
appeal

inmate Espinosa respectfully request that by
the violation of rule's under 33-601-800 that he
he taking off c-m-(1) and this appeal approved
date 8-1-18 filed            /s/ Juan A Espinosa

                             Juan A Espinosa #P8080

c.c. filed on 8-1-18            3

Martin Correctional
Institution

AUG 2 0 2018

Grievance Office

## PART B - RESPONSE

| ESPINOSA, JUAN | 419680 | 1808-430-022 | MARTIN C.I. | D3121S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE | HOUSING LOCATION |

Your Request for Administrative Remedy and Appeal has been received, evaluated and the following determined:

A review of the data base revealed that on 7/3/2018 you were found guilty of the infraction 1-15, Battery on A Correctional Officer. The penalty you received for the infraction 1-15 was 53 days Disciplinary Confinement and 100 days loss of Gain time. You were recommended for CM placement due to your involvement in an incident where you spit on a Correction Officer which demonstrates your inability to live in general population without disruption and was not based solely on disciplinary action you received. A CM 3 recommendation is inappropriate for the charge 1-15 therefore the ICT would not make that recommendation. On 7/5/2018 CLO Vargas informed you cell front that you were being recommended for CM1 based on the battery charge you received on 6/27/2018 and your involvement in the incident. You acknowledged that you received the notification by signing the document. On 7/11/2018 the ICT deliberated and recommended CM1. On 7/12/18 the State Classification Officer reviewed your case and approved your CM1 recommendation. Thereafter, the DC6-223C was delivered to you by CLO Hodge which was the document you attached to your formal grievance.

Based on the information listed above, your grievance is Denied.

You may obtain further administrative review of your complaint by obtaining and completing form DC1-303, Request for Administrative Remedy or Appeal, providing attachments as required, and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun St. Tallahassee, FL 32399.

J. Parrish, Classification Supervisor          R. Bryner, Warden

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 8/17/18 DATE |
|---|---|---|

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

Mail Number: _O-3121-S_
Team Number: _1_
Institution: _martin C.I._

( _Institution Inspector_ )430-1809-0123

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☑ Other ___ |
|---|---|---|---|---|

| FROM: | Inmate Name _Espinosa M. Juan_ | DC Number _419680_ | Quarters _O-3121-S_ | Job Assignment _none_ | Date _9-9-18_ |
|---|---|---|---|---|---|

REQUEST _Deny Inspector_        Check here if this is an informal grievance ☑

at this time I'm requesting an investigate in
to the falsification on an appeal log no. 1800-430
-022. where it states that I inmate Espinosa signed a
document on 7/11/18. (it states you acknowledge
that you received the notification by signing the
document on 7-11-18.) that is the answer on the
appeal here at Martin C.I.
Now the investigate that I'm requesting is that
I have never signed an document on 7/11/18. at the I.C.T
Team hearing on the reaspodation team. I have req-
uested this document through classification team cu. mr
Vargas and Asst. Warden Mr. R. Bryan to no answer to

All requests will be handled in one of the following ways: 1) Written Information or    2) Personal Interview. All
informal grievances will be responded to in writing.

Inmate (Signature) _Juan M Espinosa_        DC#: _419680_

---

DO NOT WRITE BELOW THIS LINE

CLASSIFICATION
RESPONSE                                    DATE RECEIVED: ___

Inmate Espinosa, your request for administrative remedy was received and evaluated. This issue was already
addressed on formal grievance logs# 1808-430-065, 1808-430-022.   This grievance is being returned without
action, in accordance with Chapter 33-103.014(1)(m) ;A decision has already been rendered to an
inmate by a particular office on the issue currently being grieved before it.

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): D. Vargas | Official (Signature): clo D.vargas | Date: 9/10/2018 |
|---|---|---|

05B

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as
required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later
than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

my requests.

I want to take a lie detector test / Poly-
-graph test as evidence that on 7-11-18 I
did not sign any document for I.C.T. now who
ever falsification this appeal to denies
me relief most be held for there actions.

Through my appeal under OC1-303. Tallahassee
has be put on notice of this incident. and
And requested through my appeal the Document
to be "Produced" and I have also requested
here at mother.c.i for the Document to be
"Produced".

Under Rule 33-208-003. (21) "falsification of written
Document (dob related) Require's Dismissal"
I am requesting from you the Institutional
Inspector to investigate this matter. at
the Institutional level Tallahassee has already
has be put on notice of this incident.
I do not wish my Questions. I dont want Relief.
I will hope that this matter will be take
care of soon.

Thank you for your time with this matter.
Please to free to ask me any Question's with this
matter.      Thank you   /s/ Glenn A. Espinosa
                          Glenn A Espinosa C/1980

Date
8-9-18    co Filed 9-9-18

Formal Grievance Log # 18-6-47437

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

NOV 02 2018

Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse** ✓

TO: ☐ Warden  ☐ Assistant Warden  ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of: 419680  Martin C.I

Espinosa Juan A.
Last    First    Middle Initial    DC Number    Institution

---

Part A – Inmate Grievance   18-6-47457

This filing is based on Appeal log no. 18-6-31250
That was acknowledge Receipt date of 8-24-18.
Inmate Espinosa has Inquired about this Appeal
a number of times with no Responses to his inquire to
the Bureau of inmate Grievance Appeals, now the
under 33-103-011(3)(b)(d). F.A.C. provide formal response to
the inmate within 15 Calendar days. now from 8-24-18 till
this date of 10-26-18 make the 15 days his Past with
the Appeal pending with this office. from 8-24-18 its
been 63 day since 8-24-18 with no response to the
inmate with his Appeal no extension of time as Requested
by this office. now if this office is conducting an
investigate in to this matter the inmate should
be informed or an extension should have been Requested
but none of the above has been done. if there is
a problem with the Appeal or investigate taking place
the inmate shall be informed. this office has done no-
thing to allow the inmate to know the process that
his Appeal has taking. The inmate believes that he has
a Right to know what has happened to his appeal. an
acknowledge that this office received the appeal on
8-24-18. but till this date of 10-26-18. The inmate
has not received any response from this office. The
inmate will now Respectfully Request to know if this
office has complete its investigate with this matter.
10-26-18

DATE                    SIGNATURE OF GRIEVANT AND D.C. #

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**  _____ / _____
                                                                          #    Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the Institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006,
Florida Administrative Code.  When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by
Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office.  The grievance may be sealed in the envelope by the inmate and
processed postage free through routine institutional channels.  The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the
institution.  If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the
grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Martin Correctional
Institution

OCT 26 2018

Submitted by the inmate on: _____    Institutional Mailing Log #: _____

Grievance Office

Receipt for Appeals Being Forwarded to Central Office

(43) NF 9d
(Received By)

DISTRIBUTION:    INSTITUTION/FACILITY        CENTRAL OFFICE
                INMATE (2 Copies)           INMATE
                INMATE'S FILE               INMATE'S FILE - INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE CENTRAL OFFICE INMATE FILE
                                            CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)    Incorporated by Reference in Rule 33-103.006, F.A.C.

NOV 2 1 2018

DEPARTMENT OF CORRECTIONS
BUREAU OF INMATE GRIEVANCE APPEALS

**PART B - RESPONSE**

| ESPINOSA, JUAN | 419680 | 18-6-47437 | MARTIN C.I. | D3121S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative review has been received, reviewed, and evaluated.

The referenced appeal was mailed to you on 10/24/18. A delay in the response is noted.

Based on the foregoing information, your appeal is returned with no action.

S. Milliken

_____

SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

*S. Milliken*

SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

11/8/18

DATE

Formal Grievance Log # 18-6-47438

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
NOV 02 2018
Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Espinosa, Leon A. | 649680 | Martin C.I. |
|---|---|---|
| Last   First   Middle Initial | DC Number | Institution |

---

**Part A – Inmate Grievance**   18-6-47459

This is inquiring to an appeal Log#. 18-6-37249
18-6-37249. That this office acknowledge received
on 8-24-18. From date 8-24-18. 63 days have pass
and the inmate has no received my response or information
on the appeal. Now code 33-103-011(3)(B)(C)(d). This
office has 15 days to response. This has not filing place
this office has not requested any extensional time
from the inmate. The inmate is requesting, requesting
if the investigate has been going into this office
or if there has been any decision to conduct the
investigate that has held on the response from
this office. The inmate believe that enough
time has past for this office to do its investigate
63 days is enough of the inmate believe. Now if
there is any decision to get any information to get
this investigate for the inmate should be aware of
it by this office. None of the above has happen.
So that inmate always requesting, request to know
what has happen to his appeal and the investigate
with the appeal. The inmate has open a clear
reason for appeal. If there is a problem with the
appeal the inmate is requesting to know. The first
action has fail to the correct investigate and it's
now the hands of this office to correct the
this mistake. Just requesting to know where my appeal is at.

10-26-18

_____    _____
DATE                          SIGNATURE OF GRIEVANT AND D.C. #

**BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _____ / _____
                                                                          #        Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Martin Correctional
Institution

OCT 26 2018

Receipt for Appeals Being Forwarded to Central Office

Submitted by the Inmate on: _____

Grievance Office

Institutional Mailing Log #: _____    NF 9d

                                                          (Received By)

| DISTRIBUTION: INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|
| INMATE (2 Copies) | INMATE |
| INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
|  | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

NOV 2 1 2018

DEPARTMENT OF CORRECTIONS
BUREAU OF INMATE GRIEVANCE APPEALS

**PART B - RESPONSE**

| ESPINOSA, JUAN | 419680 | 18-6-47438 | MARTIN C.I. | D3121S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative review has been received, reviewed, and evaluated.

The referenced appeal was mailed to you on 10/24/18. A delay in the response is noted.

Based on the foregoing information, your appeal is returned with no action.

S. Milliken

_____          *S. Milliken*          *11/8/18*

SIGNATURE AND TYPED OR PRINTED NAME OF          SIGNATURE OF WARDEN, ASST.          DATE
EMPLOYEE RESPONDING          WARDEN, OR SECRETARY'S
          REPRESENTATIVE

Formal Grievance Log # 18-6-50546

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
NOV 2 6 2018
Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Espinosa, Juan, M. | 419680 | Martin C.I |
|---|---|---|
| Last    First    Middle Initial | DC Number | Institution |

| Part A – Inmate Grievance | 18-6-50546 |
|---|---|

This appeal is under 33-103-007, appeal and Direct Grievance to The
office of The Secretary. All appeal may be Submitted according to The
time limits Set Forth in Rule 33-103-11. F.R.C. Using Form DC1-303, in this
appeal (2) additional Pages is needed. The appeal been now appeal
Date 11-1-18. inmate did not Received the appeal till 11-16-18. from The
Grievance Coordinator for mail room. This appeal is from an appeal log no: 18-6-
-458-83 where The Response States appeal has been Received is non compli-
ance with Ch-33-103-(14)(G) which States that The appeal (1808-430-002)
most be Received in This office of The Secretary within fifteen Calendar
days from the date The Response to the formal grievance is Returned
to the inmate. Therefore, your appeal is being Returned without action.
This Response is dated -11-1-18 why it took 16 days to get to the inmate. The
inmate does not know. inmate will demonstrate by Exhibit (b) appeal that
appeal log no: (1808-430-002 was Properly exhausted through Institutional
level and and the office of Bureau of inmate Grievance appeal. did
Received the appeal log no: (1808-430-022 on time. The Response that
was given to appeal log no: 18-6-45883 is incorrect, and This office
must do a Full Review to Correct The error. appeal log no: 1808-
430-002, was A Direct appeal Challenging inmate Espinosa been Put
on Close Management. no informal Grievance was needed. The appeal
was Filed on 8-1-18 log no:1808-430-022. Response date 8-17-18 appeal
was Filed on 8-24-18. log no: 18-6-37249. Response was on 10-2-18.
The appeal was exhausted correctly to The of The office of Bureau of inmate
Grievance appeal. See: Exhibit (A). all dates within Time by The Rule
(now) The inmate will bring to The attention of Division
11-17-18
_____
DATE

_____
SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**   _____ / _____

\#      Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code.  When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled to Chapter 33-103 file a direct grievance he may address his grievance directly to the Secretary's Office.  The grievance may be sealed in the envelope by the inmate and processed postage-free through routine institutional channels.  The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

NOV 1 9 2018
Submitted by the inmate on: _____
(date)

Grievance Office

Receipt for Appeals Being Forwarded to Central Office

Institutional Mailing Log #: _____

1808-430-002-022
1809-430-088
_____
(Received By)

DISTRIBUTION:    INSTITUTION/FACILITY          CENTRAL OFFICE
                 INMATE (2 Copies)             INMATE
                 INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
                 INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                               CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)              Incorporated by Reference in Rule 33-103.006, F.A.C.

that the inmate has been Requesting and <u>no
one</u> will give the inmate the correct Response to
the Document. The Document is the Response
that was given to the inmate by Martin C.I. on
Appeal log No: 1808-430-022, where it States that
inmate Espinosa "<u>Signing</u>" the document on 7-11-18.
See: Exhibit (A). The inmate's argument is that
he did not "Signed" any Paper on 7-11-18 before
the I.C.T team. The Document States that the
"inmate Received the Document." The argument is
that he has not Received the Document and
when he has Requested the Document it has it
Denied the Document by Classification and the
Assit Warden here at Martin C.I.

Espinosa is and has been claiming that the
Document is "<u>Falsed</u>" because he has not <u>Signed</u>
any Paper on 7-11-18. inmate is willing to take A
"<u>lie detector / Polygraph test</u>" to Show that what
he has been claiming about this "<u>Document is True</u>."

The inmate now will State that he Cannot believe
how the Bureau of inmate Grievance appeal has
Response this way.

The <u>falsification</u> by a State employee is
a <u>Serious matter</u>.

The inmate Requested an investigate at the Institution level by the Institution Inspecter and was Denied. The inmate appeals And the Response was in.correct it is the Review of inmate Grievance appeals Job. when an inmate makes a States / allegation of this kind to investigate. inmate now believe's it is all been covered up. to keep the Institution from been investigated by Tallahasse.

The inmates Grievance's Procedure is the only Remedy an inmate has when there has been an mistake that needs to be corrected. in this Case they have Refuse to correct this mistake or even investigate it to see if what the inmate has Claim is True or not.

Espinosa will pray and hope that with this Appeal this office the correct investigate will be done by this office to clear this matter up. all the correct paper work has been filed to this office. Date filed 11-17-18. This appeal is timely filed inmate Received the Response on 11-16-18. Thank you for your time with this matter. Thank you /s/ Juan A. E

Juan A. Espinosa 419680
Date filed 11-17-18
C.C. filed 11-17-18

DEC 19 2018

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| ESPINOSA, JUAN | 419680 | 18-6-50546 | MARTIN C.I. | D3121S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative review has been received, reviewed and evaluated.

In accordance with Chapter 33-103.014(m), there are no provisions in the Inmate Grievance Procedure for you to appeal a decision already rendered by this office.

Based on the foregoing information, your appeal is returned without action.

S. Milliken

_____
SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

*S. Milliken*

SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

12/3/18
DATE

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

Martin Correctional
Institution

AUG 13 2018

Grievance Office

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☑ Warden     ☐ Assistant Warden     ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Espinosa  Elvin  N | C419680 | Martin. C.I |
|---|---|---|
| Last     First     Middle Initial | DC Number | Institution |

Part A – Inmate Grievance       1808-430-065

Second amendment to appeal filed on 8-7-18.
This amendment is to make clear that Inmate
Espinosa was not given Close management Form DC6-233
until 20 days after the OSCO had approved him for C-
one, by 33-601-800 (O)(1). The classification office
shell ensure that the Inmate receives copy of the
Report of Close management form DC6-2330, to prepare for
the close management Review. The Inmate will be given a
minimum 48 hours to prepare for the review unless waived by
completing a close management waiver form DC6-233C. In the
Case on 7-5-18. The Inmate when before ICT Review heard and was
advised of the Recommendation for C-M-3. on 7-11-18. The
Inmate when before the ICT held again and was advised he
he was now been Recommendation for C-M-1, on DC6-2330. for
was given to the Inmate to prepare for the review and the
Inmate never signed any DC6-2O5 form or waive the 48
hours. on or about 8-9-18. Classification Hodge came to see the
Inmate at Cell Q-331 S and states to the Inmate I forgot to give
you the C-M-1-papers. form DC6-233-C Inmate states to her is
the DC6-2330 form and is no good because they are dated 7-5-18 and
on 7-11-18 the Inmate was Reclassified from C-M-3 to C-M-1. and
that the form dated 7-5-18 where for C-M-3. and that he had
already signed She states well I will have to look into to that.
based on the Rule 33-601-800(C)(1). The Inmate states his
Close management must be Removed. based on this Violation.

| 8-12-18 | [signature] Elvin N Espinosa |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

Class- ☒ Vargas          _____ / _____
                          #        Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: _____   Institutional Mailing Log #: _____   _____
                              (Date)                                                      (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

Martin Correctional
Institution

PART B - RESPONSE

SEP 0 4 2018

Grievance Office

| ESPINOSA, JUAN | 419680 | 1808-430-065 | MARTIN C.I. | D3121S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your Request for Administrative Remedy and Appeal has been received, evaluated and the following determined:

All your concerns were addressed on formal grievance log 1808-430-022 therefore this grievance is being returned without action per chapter 33-103-014 (1)(m); A decision has already been rendered to an inmate by a particular office on the issue currently being grieved before it

Based on the information listed above, your grievance is Returned without action.

J. Parrish, Classification Supervisor            R. Bryner, Warden

SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

9/28/18

DATE

FLORIDA DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

OCT 25 2018

Department of Corrections
Inmate Grievance Appeals

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden     ☐ Assistant Warden     ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Espinosa Juan. A | | | 419080 | Martin C.I |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

---

**Part A – Inmate Grievance**     18-6-45883

The Appeal Comes from the appeal log no: 1809-430-
088, where Inmate Espinosa requested an Investigate by
the Institution Inspector for the falsification of an
appeal log no: 1808-430-022. where it states that on
7-11-18. Inmate Juan Espinosa stating (you acknowl-
edged that you received the notification by Signing
the document on 7-11-2018. Inmate Espinosa Request
an Investigate in to the Signing of the document that is
stating that he Signed this document, on 7-11-18. in
front of the Inst I.C.T team. This Investigate was
Requested by the Inst Inspector. The Inspector Forward
the grievance to classification team on D. Vargas. See
grievance log no: 430-1809-0123. The Inmate is Requesting
an investigate in to the falsification of the League
of appeal log no: 1808-430-022. of the Signing of a docu-
ment that the Inmate is Claing he his never Signed.
Classification mr Vargas when back to Formal Grievance
log no: 1808-430-065 and log no: 1808-430-022, appeal log
430-022 is based on the Inmate no getting his 48 hours to
prepare for his hearing. and be Reclassified from C-m-3 to
C-m-1. on Different date's on date been 7-5-11 and the
other date 7-11-18. log no: 1808-430-065. was no Amending
log no: 1808-430-022, these two appeal has nothing to do with
the Inmate Requesting an Investigate in to the falsi-
ication of a document they never Stating the Inmate Sig

| 10-11-18 | Espinosa Juan |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**     _____ / _____
                                                                                  #        Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Martin Corrections

OCT 22 2018

Receipt for Appeals Being Forwarded to Central Office

Grievance Office

Submitted by the inmate on: _____     Institutional Mailing Log #: _____

1808-430-065 /cc:
2c   1809-430-088
(Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INSTITUTION/FACILITY | CENTRAL OFFICE |
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

on 7-11-18. the Investigate the Inmate his Requestes is for the Institution to Record the Document the State in Formal Grievance log no: 1808-430-022 that he Signed on 7-11-18. in his Grievance to the Inspector (log no: 430-1809-0123, the Institution Response by States this has already been address. if it's been address where is the Signed Document by the Inmate on 7-11-18. in Formal Grievance it's the Same Response log no: 1809-430-088 it's the Same thing. the Institution is Refusing to answer correctly. to the Grievance's and appeal.

now the Inmate is Requesting in this appeal to have the Bureau of Inmate Grievance to order the Institution to Record then the Signed Document that would be DC6-2330 form. Signed by the Inmate on — 7-11-18. the Inmate has two DC6-2330 form. one Recorded by Classification ms Vargas dated 7-5-18. no Signature of Inmate and one Cope Recieved by classification ms Hodge 8-6-18 classification ms Vargas DC6-2330 was Dated out on 7-30-18 and ms Hodge's was Dated out on 8-3-18. no Signature on neither one.

so where is the form DC6-2330 that they are claiming the Inmate Signed on 7-11-18. on appeal 1809-430-088 it states Documentation within your classification File confirms the Response that you Received for formal grievance 1808-430-022 is Correct.

2

This all is false and incorrect stated by the Institution Inmate Espinosa has neaver Signed any form on 7-11-18. and will take a lie detector test / Polygraph test to Prove this Inmate request's in this appeal to have the Institution Procures this Signed Document that they are Stating the Inmate Signed on 7-11-18 in front of the I of Team on 7-11-18. that will bring an end to this matter by the Inmate and the Institution and if no Document is Procures the belief is do to the Inmate.

The Grievance and appeal Process, under ch. 33-F.A.C. 33 103.017. Inmate Grievance - Reprisal Rule 15784. 33.103.107 F.A.C.
(1) Inmate Shall be allowed access to the grievance Process without hindrance. Staff found to be obstructing an Inmates Access to the Grievance Process shall be Subject to disciplinary action ranging from oral Repriment to dismissal in accordance with Rule 33-208-001, 003 F.A.C. good faith use of Participation in Grievance Process Shall not Result in any Repeisal or any Retaliation against Inmate Espinosa. for his Right to cate on the Grievance's or appeal Process here at north C.I. The Institution will Retaliates against any Inmate that will go out side the Institution with a Formal complain that has proof and can case them Problems.

This matter about this Signed Document nead to be investigate acuratley because the Institution will not do it.

_3_

MAILED/FILED
WITH AGENCY CLERK

NOV 1 4 2018

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| ESPINOSA, JUAN | G19680 | 18-6-45883 | MARTIN C.I. | D3121S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative appeal has been received in non-compliance with Chapter 33-103.014(i), which states that the appeal (1808-430-022) must be received in the Office of the Secretary within fifteen calendar days from the date the response to the formal grievance is returned to the inmate.

Therefore, your appeal is being returned without action.

S. Milliken

| S. Milliken | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

FLO    A DEPARTME  F OF C    ECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

*Martin Correctional Institution*

SEP 1 9 2018

Grievance Office

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☑ Warden          ☐ Assistant Warden          ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

_Spinosa  Juan A_                    _419680_                    _M.C.I._

Last    First    Middle Initial          DC Number          Institution

---

**Part A – Inmate Grievance**          1809-430-088

This appeal is from Grievance log no: 430-1809-012 where I Requested an Investigate by the Institutional Inspector to Investigate an appeal from log no: 1808-430-022. See Exhibit (A). my Grievance was forwarded to Classification and Espoused by D. Vargas Team 1. where his Response was that this issue was already addressed on formal Grievance log no: 1808-430-022. and 1808-430-065. See Exhibit (A) and (B). now my appeal here is based on the false iaption on log no: 1808-430-022. of that document. where it has stated that I Juan Spinosa on 7-11-18 Acknowledged that you Received the notification by Signing the document on 7-11-18 my Argument in my Grievance and this appeal is that I on 7-11-18 did not sign any document. not stating that appeal log no: 1808-430-022. is false when it stated that I Sign the document. because on 7-11-18 I Juan Spinosa did not sign any document. So appeal from log no: 1808-430-022 and log no: 1808-430-065 had no Argument to my Request to Investigate my Grievance log no: 430-1809-0123, Requesting to Produce the document that they Saying that I signed on -7-18. This is easy enter they have the document that they say I Signed. they dont. I am Requesting the document to be Produced. See page (2)

_9-17-18_                    _Juan Spinosa_

DATE                    SIGNATURE OF GRIEVANT AND D.C. #

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ___ / ___

GR - FRY

# / Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____   Institutional Mailing Log #: _____   _____

(Date)                                              (Received By)

DISTRIBUTION:    INSTITUTION/FACILITY          CENTRAL OFFICE
                INMATE (2 Copies)              INMATE
                INMATE'S FILE                  INMATE'S FILE - INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
                                               CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)                    Incorporated by Reference in Rule 33-103.006, F.A.C.

The question is Can the document be Produced
that is the investigate that I Requested,
if the document Cannot be Produced, the
the Statement made on Appeal log no! 1808-
480-022 is Falsed and that will be a Big
Problem.

[In] this Appeal will state that formal Grievance
log no: 1808-430-065, and 1808-430-022 has no
contention to Appeal 430-1809-0123. when
the Investigate that I Request is of
log no: 1808-430-022.

I do hope that this matter can be taking
Care of at the Institution level because
this is an Institutions' Problem.

I also Requested the document though
Classification and they have not Produced the
document the Document is part of the Institution
but no on close management is has to be in my file
signed by me that is what they Claim.

if there is no Document then I will request
that my close management states be taking off
and to be allow to go before I do, once again
to go to General population

I request a full denie Recive
Thank you for your time with this
matter. Thank you

Juan A Espinosa 419680

Date Filed 9-17-18
C.c Filed 9-17-18

PART B - RESPONSE

Institution Martin Correctional
Institution

OCT 05 2018

OCT 03 2018

| ESPINOSA, JUAN | 419680 | 1809-430-088 | MARTIN CI | D312-S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Grievance Office

Grievance Office

Your Request for Administrative Remedy and Appeal has been received, evaluated and the following determined:

You are grieving more than one issue as you are grieving the falsification of the response to your grievance and your CM placement. We will address the following issue only and your CM placement will need to be submitted separately and to the Office of the Secretary.

Documentation within your classification file confirms the response that you received for formal grievance 1808-430-022 is correct.

Returned per chapter 33-103.014(1)
(a) The grievance addresses more than one issue or complaint.

Based on the information listed above, your grievance is Returned without action.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.

J. Lankford, Acting Colonel          J. Holtz, Assistant Warden

| | | 10/2/18 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN OR SECRETARY'S REPRESENTATIVE | DATE |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

Mail Number: _D-9121-S_
Team Number: _____
Institution: _Martin C.I._

( _Instiletion Inspecter_ )430-1809-0123

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☑ Other |
|---|---|---|---|---|

| FROM: | Inmate Name _Espinosa N. Juan_ | DC Number _C119680_ | Quarters _D-9121-S_ | Job Assignment _none_ | Date _9-9-18_ |
|---|---|---|---|---|---|

**REQUEST** _Any Inspecter_          Check here if this is an informal grievance ☑

_At this time I'm Requesting an Investigate in to the faisification on an Appeal log no. 1800-430 -022. were it states that Inmate Espinosa Signed a document on 7/11/18. ( it states. you acknowledge that you Received the notification by Signing the document on 7-11-18.) that is the answer on the Appeal here at Martin C.I._

_now the Investigate that I'm Requesting is that I have never Signed any document on 7/11/18. at the I.C.T Team hearing on the Reconpasstany Team. I have Requested this document through Classification Team Mr. Vargas and Asst. warden Mr. R. Bryan. to no answer_

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature) _Juan N Espinosa_              DC#: _C119680_

**CLASSIFICATION**
**RESPONSE**          DO NOT WRITE BELOW THIS LINE

DATE RECEIVED: _____

Inmate Espinosa, your request for administrative remedy was received and evaluated. This issue was already

addressed on formal grievance logs# 1808-430-065, 1808-430-022,   This grievance is being returned without

action, in accordance with Chapter 33-103.014(1)(m) ;A decision has already been rendered to an

inmate by a particular office on the issue currently being grieved before it.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____ . (Returned, Denied, or Approved.)  If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): | D. Vargas | Official (Signature): | _c/o D.vargas_ | Date: | 9/10/2018 |
|---|---|---|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

_05B_

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as
required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later
than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

my Request's.

I want to take a lie detector test / poly-
-graph test as evidence that on 7-11-18 I
did not sign any document for I.C.T. now who
ever falsification this appear to Demand
me relief must be held for there action's.
Through my appeal under DC1-303. Tallahassee
has be put on notice of this incident. and
and requested through my appeal the Document
to be "Produced" and I have also requested
here at martin c.i for the Document to be
"Produced".

under Rule 33-208-003. (3) "Falsification of written
Document (Job related) Requires Dismissal"
I am Requesting from you the Institutional
Inspector to investigate this matter, at
the Institutional level Tallahassee has already
has be put on notice of this incident.
I do not wish my Problems. I just want Relief.
I will hope that this matter will be take
care of Soon.

Thank you for your time with this matter
Please to free to ask me any Question's with this
matter     Thank you   /s/ Glenn A Espinosa

                              Glenn A Espinosa C/1980

Date
9-7-18.   CC filed 9-7-18.

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of: _Espinosa Juan A_
_____
Last   First   Middle Initial   DC Number   Institution

---

**Part A – Inmate Grievance**

This appeal comes from the Denial of an appeal that the institutional level log no: 1808-430-022. This appeal has two many infraction to it Denial. by the institution. and it must be received on the infraction. it states that (A)O-m-3 Recommendation is inappropriate for the change 1-15. Therefore the ICT would not make that Recommendation. On 7-5-18. Inmate Espinosa was taking before the ICT and was told by ICT. That he was being Recommendation for O-m-3. That day classification D. Vargas advise Espinosa that it was up to State Classification to appear the O-m. on 7-11-18. The Inmate was once again taking to ICT. and was told by ICT you are now been Recomm-endation for O-m-1. by Rule 33-601-800 (C)-(1) The Class-ification officer shall forward Form DC6-2330 to the Supervisor under 33-601-800 (G). The ICT will make the Recommenda-tion to the SCO. 33-601-800(H). The SCO will Review the Recommendation and if the Recommendation is disapprove or modified by the SCO the Inmate will be informed of the decision in writing by the SCO. in this Denial it states that ICT would not make that Recommendm-. Thru reviewing the video of the date 7-5-18. to show that I was taking to ICT. and the video from 7-11-18. where I was once again taking to ICT. and to Interview the Door officer Co. williams that took

8-24-18
DATE

SIGNATURE OF GRIEVANT AND D.C. #

---

**BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _____ / _____
#    Signature

---

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by _____ to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and institution. If the _____ through _____ channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the grievance will be returned to the inmate for _____ at the _____ or his designated representative determines that the reason supplied is not adequate, the _____ to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forward_____

Submitted by the inmate on: _____

Institutional Mailing Log #: _____

_____
(Received By)

DISTRIBUTION: INSTITUTION/FACILITY   CENTRAL OFFICE
INMATE (2 Copies)   INMATE
INMATE'S FILE   INMATE'S FILE - INSTITUTION/FACILITY
INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)   Incorporated by Reference in Rule 33-103.006, F.A.C.

Inmate Espinosa to the I.C.T. Interview on 7-5
18, by rule 33-601-800 once the Accommodation
has been made. (the only one that can Change
the level is SCO not the I.C.T. Team. as
was done in this case.)

Also the Request written by Inmate Espinosa
to Classification O. Vargas was Submitted on
7-26-18  21 days after 7-5-18. by that
time mr. Vargas had already known that
Inmate Espinosa had been Placed on C-M-I.
After 7-12-18. all the once work that
mr. Vargas Submitted to Inmate Espinosa are
Between 7-5-18 and 7-30-18. that mr. Vargas
print-out see Request by Inmate.

the Denial Also States that Inmate Espinosa
Acknowledges that he Received the notification
by Signing the document on 7-11-18. the
I.C.T. deliberates and Recommeded C-M-I, now
Inmate Espinosa is now Requesting the Document
on Form DOG-723-C. that is been stated that
he Sins on 7-11-12 And will Request from this
Receive Board to Request the Document Also
Inmate now Claims that on 7-11-18 he did
no Sin ANY. Document from the I.C.T
Team. And is now Requesting a Copy of
this Document. to Show his Signature

2

that on 7-11-18 Inmate did not sign
any paper for ICT. This is a complete
false and misleading statement to Deny
the Inmate relief.

The also are claiming that the DOC-223C
form that Inmate Espinosa was asking by
classification Hodge was the document that
the inmate attach to the formal Grievance.
This is no formal Grievance filed with these
Papers and the Request to Classification
Q-unless are on Dated out on 7-30-18
and the Document's classification Hodge
Delivered to the Inmate are Dated out on
8-2-18. The cannot be the Same Documents
See (Exhibit (A) Print-out.)

[here] Classification ICT made a mistake when
it mistake Reclassed C-10-3 then come back
and re-Reclassed for C-m-1. they made a
mistake, and now they are Denying Relief to
the inmate. the inmate now is Requesting
a full License for Relief by this shows
with all the mistake done in this Denial
The inmate is Requesting Relief and any and
All other Relief to be taking from C-m
States.                    Respectfully Submitted

                              /S/
Date                         John A Espinosa 979856
8-24-18                      Martin Correctional Inst
                            1150 S.W. Allapattah Road
                                  Indiantown 34956

WITH AGENCY CLERK

OCT 2 4 2018

Bureau . Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| ESPINOSA, JUAN | 419680 | 18-6-37249 | MARTIN C.I. | D3121S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been received, evaluated and referred to Bureau of Classification Management, who provided the following information: The response that you received at the institutional level has been reviewed and is found to appropriately address the concerns that you raised at the institutional level as well as the Central Office level.

Your administrative appeal is denied.

T. Bowden

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

**PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| ESPINOSA, JUAN | 419680 | 18-6-37249 | MARTIN C.I. | D3121S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

02 (PROGRAM ASSIGNMENT)

| 8/24/18 | 18-6-37249 |
|---|---|
| DATE | GRIEVANCE LOG NUMBER |

FLO     A DEPARTMENT OF CORRECTIONS

**Martin Correctiona Institution**

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

AUG 0 6 2018

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☑ Warden     ☐ Assistant Warden     ☐ Secretary, Florida Department ~~Grievance Office~~

From or IF Alleging Sexual Abuse, on the behalf of:

_Crimosa  Cios  A_     _549650_     _mattin collection_
Last   First   Middle Initial     DC Number     Institution

Part A – Inmate Grievance     1808-930-022

on 6-28-2018. I Received a DR for -1-15. on 7-3-2018
I was found Guilty by The Classification Team and was Sentn
to 60 days D-C confinement and lose of 100 days G-Time. on 7-5-
I have mr. Vargas Team (1) come to my cell 2258 and had me
Sign a paper. That he has now Claim it was for AC/continue-
ment of environment of C-M-(1). That was approved on
7-12-2018. on 7-5-2018. I when before The Review Team and
was told that I was been Recommend for C-M-3. on 7-11-
I when back before the Review Team and This Time I was
told that I had a new Recomation for C-M-(1). on 7-12-
I was approved by "SCO" for C-M-1. now under 33-601-800
Close Mangement. under Section (2) (1) it states The Classific
Officer "Shall complete Section (1) of The Report of Close
mangement. Form DC6-2930. The Classification officer shall
forward form DC6-2930 to The classification Supervisor
The Classification officer "shall" ensure that The Inmate Rec
-eives a copy of the Report of close mangement form DC6-2
to give The Inmate 48 hours to prepare for The close-man-
gement Review. ~~and~~ unless waives by completion a C-m
form DC6-265. IN This Case for C-M-3. That was Recomend
on 7-5-18. The Inmate never Received Form DC6-2930 to prepare
for The Team Review, or waives the 48 hours form DC6-265.
That was the first Recomendation by The Team. (now on 7-
18. Imose was Taking once again before The Review Team Th
time The Review Team told Inmate Crimos that The new
8-1-18

_8-1-18_
DATE

SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____ / _____
                                                                        #      Signature

_Class  Vargas_

under Rule 33-601.800. been that there was a new
recommendation from c-m-3 to c-m-1. the process
must now start all over again with the new recommen-
tion of c-m-(1) not c-m-(3) that new process did'in
take place the review team uses all the paper
work from the recommendation of 7-5-18. The TM
did not received Form DC6-2330 intill 8-1-2018. see Ex.
(A) Request. they cited Form DC6-128 by Senior Psy-
logist evaluation for c-m-CB on the new recommends
to c-m-1. by page (1) Section 1. Referral for assignms
to close management the date is 7-5-2018. It also states
that Inmate was provided copy of ICT recommendation.
that did not happen because Inmate Received the
DC6-2330 form on 8-1-2018 from classification Team
(1) D Valgas by request that Inmate Espinosa Schmidt
on 7-26-18.

Inmate Espinosa received the close management form
DC6-2330 after the SCO approved him for c-m-1.
and all of the paper-work there where done on 7-5-1.
for c-m-3. not c-m-1.

Section 2. notice of close management Review. state's
that this notice is Delivered no Earlier that 48 hou
this notice was Delivered on 7-5-18. after that the
Inmate got a new recommendation from c-m-3 to c-m
The notice of 7-5-18 is "no good" Classification had
to prepare a new notice. before 7-11-18 when the recom
dation for c-m-1. the new commendation where at 7-11,
and the Decision was approved by (SCO) on 7-12-18 at
1805 hours.

under Rule 33-601-800 close management there has bee a
Violation of the rules. on the Inmate never
was given the 48 hours to prepare under DC6-265
form. the Inmate never received Form ~~DC6~~ DC6-
2330.

2.

till after the (SCO) had removed the Case
Manager (I) on - 7-11-18. the Inmate never
waived his 48 hours to prepare for the hear
Classification Violated. the Rule's by not
Delivering the DC6-233 Form before the
Review team. But after on 8-1-18. only after
the Inmate requests to know information.

under the Rule on 33-601-800 close Management
the appeal starts to get creation by the
Rule's of 33-601-800 one. The inmate will
Respectfully request that he be taking off
C-M-(V), by the Violations of these Rules
and classification on the I or Review team to
Allow to DeRance Espinosa that under C-M
I CM 3. the Rule's will not allow it

this appeal is timely Filed because inmate Espin-
nosa was given form DC6-2330 till 8-1-18 by
classification see Exhibit (A) this Violation will
not allow this Proceeding to take Place a
Second time, and if Denied the the appeal
Board in Tallahassee central office will creation this
appeal

inmate Espinosa Respectfully Request that by
the Violation of Rule's under 33-601-800 that be
he Taking off C-M-V) and this appeal approved

date 8-1-18 filed    /s/ DeRance M Espinosa
                      DeRance M Espinosa #886809

c.c. filed on 8-1-18          3

Martin Correctional
Institution

AUG 2 0 2018

Grievance Office

**PART B - RESPONSE**

| ESPINOSA, JUAN | 419680 | 1808-430-022 | MARTIN C.I. | D3121S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your Request for Administrative Remedy and Appeal has been received, evaluated and the following determined:

A review of the data base revealed that on 7/3/2018 you were found guilty of the infraction 1-15, Battery on A Correctional Officer. The penalty you received for the infraction 1-15 was 53 days Disciplinary Confinement and 100 days loss of Gain time. You were recommended for CM placement due to your involvement in an incident where you spit on a Correction Officer which demonstrates your inability to live in general population without disruption and was not based solely on disciplinary action you received. A CM 3 recommendation is inappropriate for the charge 1-15 therefore the ICT would not make that recommendation. On 7/5/2018 CLO Vargas informed you cell front that you were being recommended for CM1 based on the battery charge you received on 6/27/2018 and your involvement in the incident. You acknowledged that you received the notification by signing the document. On 7/11/2018 the ICT deliberated and recommended CM1. On 7/12/18 the State Classification Officer reviewed your case and approved your CM1 recommendation. Thereafter, the DC6-223C was delivered to you by CLO Hodge which was the document you attached to your formal grievance.

Based on the information listed above, your grievance is Denied.

You may obtain further administrative review of your complaint by obtaining and completing form DC1-303, Request for Administrative Remedy or Appeal, providing attachments as required, and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun St. Tallahassee, FL 32399.

J. Parrish, Classification Supervisor                    R. Bryner, Warden

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 8/17/18 |
|---|---|---|
| | | DATE |

**PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| ESPINOSA, JUAN | 419680 | 1808-430-022 | MARTIN C.I. | D3121S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

02 (PROGRAM ASSIGNMENT)

| 8/6/18 | 1808-430-022 |
|---|---|
| DATE | FORMAL GRIEVANCE LOG NUMBER |

*Exhibit (A)*

Formal Grievance Log # 18-6-53290

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

DEC 14 2018

Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden ☐ Assistant Warden ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Espinosa Juan A | C19680 | Martin C.I. |
|---|---|---|
| Last First Middle Initial | DC Number | Institution |

---

**Part A – Inmate Grievance** 18-6-53290

On or about Nov. 20, 2018 Inmate Espinosa filed under Rule
33-103-007 F.A.C. an appeal to the Secretary of the
Department of Corrections under 33-103-006(2)(h) by this
Rule the Institution grievance coordinator shall log all formal
Grievance and provide the inmates with receipts the
appeal will be forwarded to the Bureau of Policy
Management and Inmate Appeal after being processed for
mailing in accordance with Paragraph 33-103-006(8)(b)
and (6) F.A.C. The Bureau of Policy management and
Inmate appeal shall log all appeals and forward receipt
to the inmate.
The reference appeal log no. is 18-6-45844.
The inmate has not received any log no. from the
Institution or the office of Bureau of inmate
Grievance appeals
The inmate will now respectfully request from this
office to have them mail to the log no. to this
appeal with all respect so the inmate can have the
log no. for his files with this matter that is now
pending before this office.
The inmate will respectfully thank this office for
it's time with this matter.
Thank you for your time
Thank you Juan N Erwin

| 12-10-18 | Juan N Erwin |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____ / _____
# Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

DEC 12 2018

Receipt for Appeals Being Forwarded to Central Office

Grievance Office

Submitted by the inmate on: _____ Institutional Mailing Log #: _____ 9d (420) NF
(Date)                                                                (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INSTITUTION/FACILITY | CENTRAL OFFICE |
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)                    Incorporated by Reference in Rule 33-103.006, F.A.C.

WITH AGENCY CLERK

DEC 26 2018

Department of Corrections

**PART B - RESPONSE**

| ESPINOSA, JUAN 419680 | | 18-6-53290 | MARTIN C.I. | D3121S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103, Inmate Grievance Procedure. The rule requires that you first submit your grievance at the appropriate level at the institution. You have not done so or you have not provided this office with a copy of that grievance, nor have you provided a valid or acceptable reason for not following the rules.

Although your appeal addresses the inmate grievance process, you must follow the routine grievance process as outlined in Chapter 33-103, Inmate Grievance Procedure.

A review of your Central Office log reveals all appeals have been mailed back to you.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.

Based on the foregoing information, your appeal is returned without action.

S. Milliken

---

SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

*S. Milliken*

SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

12/20/18

DATE

Formal Grievance Log # 19-6-00627

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

JAN 0 3 2019

Bureau of Inmate Grievance Appeals

☐ Third Party Grievance Alleging Sexual Abuse

TO ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of

| Espinosa Juan, M. | 419680 | Martin C. I. |
|---|---|---|
| Last   First   Middle Initial | DC Number | Institution |

Part A – Inmate Grievance                    19-6-00627

This formal grievance is to Inquire to appeal log no. 18-6-44993. Acknowledge Receipt date is 10-18-18 Since the date of 10-18-18 that this office Received the appeal 65 days have past, and the inmate has not Received any notification in Reference to the appeal.

This office has not Requested an Extension of time from the inmate to this appeal. The inmate does understand that there is time that this office may go outside the time frame to be able to do a full and correct investigate to be able to give a correct Response to the investigate has conducted with this matter. if that is the case with this appeal. Can this office give the inmate notice of that, and if any Ruling has been made with this appeal Can this office please forward it Ruling or decision to the inmate. The inmate will allow this office to take the time that it needs. it dose that the institution has not notify the inmate to any thing that has take place with this appeal.

So the inmate will dose Respectfully Request a notification to the appeal. Thank You

12-20-18
DATE                          SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS**

_____ / _____
#        Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103 006, Florida Administrative Code   When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below)

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a grievance directly to the Secretary, he may address his grievance directly to the Secretary's Office   The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels   The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the ution   If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F A C 33-103 007 (6)(d)

DEC 2 2019
MW

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the Inmate on: _____   Institutional Mailing Log #: _____   (Received By)
(Date)

| DISTRIBUTION | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

9h(430)

DC1-303 (Effective 11/13)                    Incorporated by Reference in Rule 33-103 006, F A C

```
MAILED/FILED
WITH AGENCY CLERK

JAN 1 8 2019

Department of Corrections
Bureau of Inmate Grievance Appeals
```

**PART B - RESPONSE**

| ESPINOSA, JUAN | 439680 | 19-6-00627 | MARTIN C.I. | D3121S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative review has been received, reviewed, and evaluated

Our records reflect that appeal 18-6-44993 was received on 10/18/18, responded to on 10/30/18 and mailed to you on 11/9/18  Your appeal was responded to within 30 days

Based on the foregoing information, your appeal is denied

C  Neel

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST WARDEN, OR SECRETARY'S REPRESENTATIVE | 01/08/2019<br>DATE |

Formal Grievance Log # 19-6-02504

FL A DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

RECEIVED
JAN 14 2019
Department of Corrections
Inmate Grievance Appeals

☐ Third Party Grievance Alleging Sexual Abuse

TO ☐ Warden ☐ Assistant Warden ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of

_Espinosa Juan R_ _419680_ _Martin C.I._
Last    First    Middle Initial    DC Number    Institution

Part A – Inmate Grievance    19-6-02564

This is Request to Know if this Department has completed it's
investigate to log no:18-6-37949, that was approved by stating was
not responded to within the thirty day time frame.
Now this appeal stated with appeal log no:18-6-37949, Received
by this office on 8-04-18. (and the respons it stated " Correcting
Classification, it currently under review by this office. that response
was dated 10-30-18 and that log no: was on 18-6-44993, it also
states this type of inquiry may cause us to exceed our time frame,
however, in an attempt to provide you with the most appropriate resp-
onse we will continue our inquiry and provide you a response upon completion,
that was your response to me on 10-30-18, it has been over two month's
now, now, I want to make this clear to this office I'm not rushing you
with this investigate, I want your office to do a complete and thorough
investigate in to this matter, where I'm alleging the falsification of
state document that I'm told that I signed on 7-11-18, where inmate
Espinosa is stating that on 7-11-18 inmate did not sign any document. But
appeal log no:18C8-490-022, it states you acknowledges that you received the
notification by signing the document on 7-11-18 now I have records of
the document from head of department here at Martin C.I. no one has been
able to provide the signed document.) I do believe that is what your office is
investigate as to where is the signed document, I would please request if your
office is still investigate or is the investigate is done with. thank you for
your time with this matter, any and all information that you may be able
to provide me with this matter will be thankfully to you.
thank you for all of your time. thank you
1-7-19
DATE    SIGNATURE OF GRIEVANT AND D C #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS ___/___
                                                                    #    Signature

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d)

Martin
Institution

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on JAN 07 2019 Institutional Mailing Log #: _____ B: NF (430)
                                                                              (Received By)

DISTRIBUTION:    INSTITUTION/FACILITY    CENTRAL OFFICE
Grievance        (2 Copies)             INMATE
                 INMATE'S FILE          INMATE'S FILE INSTITUTION/FACILITY
                 INSTITUTIONAL GRIEVANCE FILE    CENTRAL OFFICE INMATE FILE
                                        CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)    Incorporated by Reference in Rule 33-103.006, F A C

WITH AGENCY CLERK

JAN 30 2019

**PART B - RESPONSE**

ESPINOSA, JUAN — Department of Corrections — Bureau of Inmate Grievance Appeals — 106580

| | 19-6-02504 | FLORIDA STATE PRISON | C1224S |
|---|---|---|---|
| NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative appeal is in noncompliance with Chapter 33-103, Inmate Grievance Procedure, as your appeal is so broad, general, and vague in nature that it cannot be clearly reviewed, evaluated, and responded to, and/or your appeal is not written legibly and cannot be clearly understood. Your appeal should present only the specific facts and circumstances related to your complaint. If you do not understand the grievance procedure, you should seek the assistance of another inmate or staff member.

Based on the foregoing information, your appeal is returned with no action.

S. Milliken

*S. Milliken*

_____
SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

_____
SIGNATURE OF WARDEN, ASST
WARDEN, OR SECRETARY'S
REPRESENTATIVE

1/18/19
DATE

Formal Grievance Log # 19-6-02866

FLORIDA DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

RECEIVED
JAN 14 2019
Department of Corrections
Inmate Grievance Appeals

☒ Third Party Grievance Alleging Sexual Abuse

TO  ☐ Warden   ☐ Assistant Warden   ☒ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

Owusu Twum N.          C49680          Martin C. I.
Last   First   Middle Initial        DC Number        Institution

Part A – Inmate Grievance                    19-6-028606

This appeal is from log no: 1812-930-062 that was denied at the first
level, that states " The officer cannot ascertain what you did with those
items while they were in your possession, nor be held responsible for items
you have lost or misplaced. This is the institutent response to my appeal
on Request that I Requested from The Property Room.

now as Records indicate I was placed in confinement on 6-27-18. my proper-
ty was inventoried on 6-28-18 as by the Property list. The Items I
Requested were on the Property inventor Property list.

now when I Request the Items I'm told by Property Sergeant what you did
with those items while they were in your possession, nor be held responsible for
items you lost or misplaced, on the appeal it states The same this officer can
not ascertain what you did with those items while they were in your possession,
nor held Responsible for items you have lost or misplaced.

as Records indicate by Property list dated 6-28-18, that the property that
I Requested were on the property list (1) Sweater (2) Soap's (3), and (4)
earbuds and Radio, and batteries, Two Sheet no's

now if the property is inventored / Impounded a day after I was placed
in confinement on 6-27-18, and property inventored / Impounded on 6-28-18
and the property is on the Impounded Personal property list ( How CAN The
Inmate lose or misplaced the property when I Inmate Espurawa is not in full
control of the property. The officer's why did Tho inventored for The
property, Room officer / Sergeant, are the ones with full control of the
property. The property is Stored by the Property list dated 6-28-18
this Property was Impounded by the Property list dated 6-28-18
There is no way The Inmate had control of the Property, to loss

1-3-19
DATE                                      SIGNATURE OF GRIEVANT AND D C #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS    _____ / _____
                                                                          #        Signature

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103 006, Florida Administrative Code   When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below)

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office   The grievance may be sealed in the envelope by the inmate and processed postage-free through routine institutional channels   The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution   If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103 007 (6)(d)

Receipt for Appeals Being Forwarded to Central Office

JAN 07 2019

Submitted by the inmate on: _____   Institutional Mailing Log # _____   _____
                            (Date)                                                      (Received By)

Grievance Office

DISTRIBUTION: INSTITUTION/FACILITY        CENTRAL OFFICE
                INMATE (2 Copies)            INMATE
                INMATE'S FILE                INMATE'S FILE - INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                             CENTRAL OFFICE GRIEVANCE FILE

11A

1812-430-062

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103 006, F A C

or misplace the property as indicated in those response's by the institution. (It is clearly shown that the inmate was placed in confinement on 6-27-18. Inmate impounded Personal property list. Impounded on 6-28-18 all 4 items on the en Impound Personal property list dated 6-28-18.)

(" Grievance concerning lost Personal property shall be processed according to the provisions of this chapter and paragraphs 33-602-201 (14) (a) through (e) F.A.C.

33-602-201 Inmate property.

(7) Impounded Property

(a) When it is necessary to take and impound items of personal property belonging to or in the possession of an inmate. That property shall be taken, handled, processed and secured in a manner that will safeguard it from loss, damage, destruction or theft while under the control of the departmen.

(b). When Personal property of an inmate is taken. It will be inventoried according to the following procedure on Form DC6-220 inmate impounded personal property list. and wherever practical, in the presence of the inmate (In this case Inmate Espinosa was placed in confinement on 6-27-18 his property was impounded on 6-28-18.

(1) The inventory list shall specifically list and identify each item or each group or package of personal items such as legal papers, etc. as an assortment on form DC6-220

(2) The inventory list shall be signed and dated by the employee recording the inventory and signed by the inmate, each in the presence of the other. doing so would be a danger or a threat to security or unless the inmate is unavailable. Inmate was placed in confinement on 6-27-18. Property impounded on 6-28-18

(d) Authorized property impounded during a period of close management, administrative confinement, or disciplinary confinement shall be held by the institution and returned to the inmate at the end of such period.

_____ 2 _____

In this case Inmate is in administrative confinement. Pending close management.

So the inmate requested the items from the Property room. Seeing that he is allow to have them and those are the responses that the inmate has received at the Institional level.

Now the Inmate will state that it is impossible for the inmate to loss or misplace the Property when the Inmate was placed in confinement on 6-27-18 his Property was impounded on 6-28-18 by Propertys list date, and the Property are the Propertys list. That the inmate has request so how can the Inmate loss or misplace the Property / items when he did not have any control of this Property / items.

(The Inmate will state this once again to make this clear Inmate was placed in confinement on 6-22-18. Property was inventoried on 6-28-18 the items / Propertys the has Requested on the Property list. The Inmate had no Physical control of the Property.

(11) (a) The Property will be inventoried and stored in Secure area. (b) An attempt will be made to locate the Person or Persons indicated on the inmate notification Loces who will take Possession of the Property.

Now I do not know what has happen to my Property seeing that I was placed in confinement. the day before my Property was impounded. [If ] my Property has been lost misplaced or stolen I do not know I dest In Requesting my Property. it is the Responsible of the Institution not to loss or misplace or allow my Property to get Stolded. ( This is no Fault of my own as the date's had indicated). This movant should be approved and my Property returned to me.

Thank you for your time. with this matter.
Thank you            /s/ Juan Espinosa
Date Filed 1-3-19        @ Juan A Espinosa  T19680

**PART B - RESPONSE**

| ESPINOSA, JUAN | 419680 | 19-6-02866 | FLORIDA STATE PRISON | C1224S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been received, evaluated, and referred to the Warden for appropriate handling and action

The institution will be providing you with a response once their review is completed

If you feel that the institutional response does not adequately resolve the issue, you may once again appeal to this office within 15 days from the date of the institutional response

Based on this action, your appeal is approved for further inquiry

A Johns

| | _A. Johns_ | 1-22-8 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

# DEPARTMENT OF CORRECTIONS

## Inmate Impounded Personal Property List
### (Please Print)

COPY

Inmate's Name **Espenosa, Ivan**   Inmate Number **416680**

Institution **Martin CI**   Date Property Stored **6-28-18**

| Item | Number | Code | Item | Number | Code |
|---|---|---|---|---|---|
| Legal mail | misc | K | Tumbler | 2 | S |
| Shower slides | 1pair | K | Canteen bag | 4 | S |
| State tooth paste (used) | 3 | K | Bowl | 1 | S |
| Soap | 1 | K | Brush | 1 | S |
| Powder stick deodrant | 1 | K | Coffee cup | 1 | S |
| Bible | 2 | K | Rain coat | 1 | S |
| Glasses / case | 1 | K | Sweater | 1 | S |
| Colgate | 1 | K | Gym shorts | 1 | S |
| Dictionary | 1 | M | Soap dish | 3 | S |
| Legal book / softcover | 1 | M | long john pants | 1 | S |
| Crocs | 1pair | K | Back brace | 1 | S |
| | | | Knee brace | 1 | S |
| | | | medicine bag Bu | 1 | S |
| | | | toothbrush holder | 1 | S |
| | | | Comb / lock | 1 | S |
| | | | Deck cards | 2 | S |
| | | | Denture / Case | 1 | S |
| | | | nail clipper | 1 | S |
| | | | sunglass / case 2 | 1 | S |
| | 2 | | Dominoes | misc | S |
| | | | Hard cover books | 7 | S |
| | | | Native bag | 1 | S |
| | | | sunscreen | 1 | S |
| | 2 | | shave lotion | 2 | S |
| | | | Soap | 3 | S |
| | 3 | | tennis shoes | 1 pr | S |
| | | | ear buds & radio | 1 | S |
| | | | chapstic | 1 | S |
| | 4 | | nasal spray | 1 | S |
| | | | batteries | 4 | S |

I   Signature of Officer(s) inventorying property

**6-28-18**
Date

**K. Tanar**   **Sgt**
Officer's Name-PRINT   Rank

Signature of Officer

**6-28-18** COPY
Date

**B Bravley**   **CO**
Officer's Name-PRINT   Rank

**B Bravley**
Signature of Officer

II   The personal property listed above was inventoried in my presence and is a true listing of all personal property taken from me

_____   _____   _____
Date   Signature of Inmate   Inmate Number

III   I have on this date received all of the above personal property marked K – Inmate allowed to keep

_____   _____   _____
Signature of Inmate   Inmate Number   Date

_____   _____   _____
Date   Name of Officer issuing property-PRINT   Rank

_____
Signature of Officer issuing property

IV   I have on this date received all of the above listed personal property which has been stored

_____   _____   _____
Date   Signature of Inmate   Inmate Number

V   Signature of Property Officer who returns property to inmate

_____   _____
Date   Name of Officer returning stored property-PRINT

_____   _____
Signature of Officer returning stored property   Rank

ORIGINAL - Remain with property until Section IV is signed by inmate, then original
will be filed in the inmate's Personal Property File.
COPY   - To inmate whose property is collected.
COPY   - To inmate's Personal Property File

Symbols Indicate
S - storage
C - contraband/confiscated
K - inmate allowed to keep

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

Martin Correctional
Institution

DEC 1 4 2018

Grievance Office

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☑ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of

_Caruso Juan M._  _____  ____   CH9680   Marlin C.I.
Last    First   Middle Initial        DC Number    Institution

Part A – Inmate Grievance    1812-430-062

This appeal follows the Grievance log no: 430-18-12-018. by
Sergeant K. Hicks See: Exhibit (A). Grievance. That has
that my property was inventored in the Presence of two officer
in accordance with Policy. Futhermore. this officer cannot
ascertain "(what you did with those items while they were
in your Possession @nor hold responsible for items you have
lost or misplaced.")
my Property was inventored by Sergeant K. Tannok. and Co.B
Crawley. (you can see the items that where stored
my ear-buds and Radio my Sweater 3 Soaps and two
Package of batteries. with the lost of my Property
I do not know what Sergeant K. Hicks is talking about
I have my Property list that shows those items being
stored by these two officers on 6-28-18.
I Begined to loss my Ear-buds with Radio and my
Sweater with the three Soaps and two Package's of
batteries.
and Sergeant K. Hicks is now telling me that I lost or
misplaced these items. I was Placed in Confinment on
6-27-18 at about 9:30 pm. My property was inventored and
Stored by the two officers. (so how can I lose the property
there is no way for that to happen. the Property was stored
so that meant it was lost misplaced or Stolen from the
Property room. see: Exhibit (A) and (B). now I lost want my
Property I lost Personal now it's gone. see: Exhibit 2.

12-13-18                          _Juan M. Caruso_
DATE                    SIGNATURE OF GRIEVANT AND D C #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS

PROPERTY                          ____/____
                                   #     Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103 006, Florida Administrative Code   When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below)

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office  The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels.  The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution  If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F A C. 33-103 007 (6)(d)

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on _____   Institutional Mailing Log # _____
                    (Date)

|  |  | (Received By) |
|---|---|---|
| DISTRIBUTION | INSTITUTION/FACILITY | CENTRAL OFFICE |
|  | INMATE (2 Copies) | INMATE |
|  | INMATE S FILE | INMATE'S FILE  INSTITUTION/FACILITY |
|  | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
|  |  | CENTRAL OFFICE GRIEVANCE FILE |

11A
430-1812-0118

DC1-303 (Effective 11/13)       Incorporated by Reference in Rule 33-103 006, F A C

now I do not know how Sergeant E. Hicks can tell me that these items that I Emrade Espinosa lost or misplaced when they are inventoried by Policy as he has stated by the two officer's and stored in my property by the two officer's, see Exhibit (B), you can see the items that I was allowed to keep and the items that I reported are not on this list. (They are on the list to be stored.

and you can see that I never signed the property list so I do not know what is going on here with my property.

Sergeant E. Hicks is the property room Sergeant / Supervisor and is the one Responsible for my property, once it is stored by the inventoried officer's and placed in the property room, now he is the one responsible for that property.

now under Ch 33-602.201 (7) Impound Property says when it is necessary to take and impound items of Personal property belonging to or in the posse-ssion of an inmate, that property shall be taken handled Processed, and Stored in a manner that will safeguard it from loss damage, destruction

2

or "theft" while it is under the control of
the Department.

(b) when Personal Property of an inmate is taken it will
be inventoried according to the following Procedure on Form
DC6-220 inmate impounded Personal Property list. whenever
Practical, in the Presence of the inmate.

(c) after being inventoried, the property will be removed as
soon as possible to a Secure area where it will be Safe from
loss, theft, or damage and to which other inmates do no
have access.

(1) Any Part of the Property being returned will be listed
on the appropriate Released, Form DC6-225, inmate Partial
Property return receipt, and any property found to be
missing at that time will be noted on the Form DC6-225.
what it look like here is that these Rules were not followed
by Someone and now my Property is missing, loss, damage
or stolen. (This response by Sergeant K Hicks. is
complete inaccurat and erroneous.)

all that I am Requesting is my Property back, I don't
know what happened to it. I've been to confinent it
was inventories Stored and now it's lost. I do not
know who is Responsible here. I cannot be Responsible
because it was holdup and Stored see! exhibit (B), I just
want my Property.

Thank you for your time Thank you
                                    Sam A Perez 98880
                                    dated 12-19-18

                    3

Martin Correctional
Institution

1/02/2019

**PART B - RESPONSE**

| ESPINOSA, JUAN | 419680 | 1812-430-062 | MARTIN C I | D3121S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | Grievance Office |

Your Request for Administrative Remedy and Appeal has been received, evaluated and the following determined

Records indicate your property was inventoried in the presence of two officer with policy. Furthermore, this office cannot ascertain what you did with those items while they were in your possession, nor be held responsible for items you have lost or misplaced

Based on the information listed above, your grievance is Denied

You may obtain further administrative review of your complaint by obtaining and completing form DC1-303, Request for Administrative Remedy or Appeal, providing attachments as required, and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun St Tallahassee, FL 32399

J Lankford, Colonel                    J Holtz, Assistant Warden

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST WARDEN, OR SECRETARY'S REPRESENTATIVE | 1/2/18 DATE |

**INMATE REQUEST**

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Mail Number: _0 3121-5_
Team Number: _1_
Institution _MARINOE_

*Property Room & Seargent*

| TO: (Check One) | ☐ Warden | ☐ Classification | ☐ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | John P Sparso | 919640 | N-3121-5 | none | 12-5-18 |

**REQUEST** 430-1812-0118    Check here if this is an informal grievance ☐

I have been writing for over a month now for property That I requested to have. Them is no confirmed are These words are I requested to have my (Radio with ear buds) in Sweater) (two Package of hygienes) and (3 soaps)
I have fared to talk to the officer he took my name and I told him What I wanted, anytime to come to confirmed he dont tells me told on.
They allow to have this property. So what is the problem That I can not if it could get lost there - help me This property Thank you

*All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.*

Inmate (Signature) _John P Sparso_    DC# _919650_

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE** *Property*    DATE RECEIVED: _12/06/18_

~~Your Request for Administrative Remedy and Appeal has been received, evaluated and the following determined~~

Records indicate your property was inventoried in the presence of two officers, in accordance with policy Furthermore, this office cannot ascertain what you did with those items while they were in your possession, nor be held responsible for items you have lost or misplaced.

[The following pertains to informal grievances only]
Based on the above information, your grievance is _DENIED_. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.  K Hicks Sgt _K. Hicks_  12/11/18

_MA_

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

Formal Grievance Log # 19-6-06668

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

[RECEIVED stamp]
FEB 11

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden      ☐ Assistant Warden      ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

Espinosa Juan, A.                    419680          R.M.C. Main Unit
_____      _____    _____
Last    First    Middle Initial         DC Number          Institution

---

Part A – Inmate Grievance                    19-6-01668

This Inquire is to Grievance log no: 18-6-44993, that was
dated 10-30-18, from this Response 90 days have past with
no response from this office. See exhibit (A), dated nov. 9 2018
by this office,

Inmate is now inquiring to know if such review has been
completed, and if this review has been completed what is
the results to the review by this office,

Inmate Espinosa has inquired about this matter on
before with no response by this office,

This office states that it needed more time to complete
it's review,

The inmate has the right to know where this review is going
and if more time is need by this office,

Inmate believes that 90 days is more then enough time
for this office to complete it's review of the
classification department of matter I.E., but if more time is
needed by this office, then this office most give
notification to the inmate and this office has given no
notification to the inmate at all about this since 10-30-18,

Inmate Espinosa will wait for this office to response to
this inquire time frame that has taking with this
matter, and if more time is need from this office
what is the properly time this office will need
with this matter.

Thank you for your time with this matter.

2-4-19                              [signature]
_____          _____
DATE                             SIGNATURE OF GRIEVANT AND D.C. #

[RECEIVED stamp: FEB 0 8 2019 RMC MAILROOM]

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

2-6-19                                              _____
                                                      Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 2-8-19        Institutional Mailing Log #: 209-510     B. Holton
                         (Date)                                              (Received By)
                                                                                    9d

DISTRIBUTION:       INSTITUTION/FACILITY              CENTRAL OFFICE
                    INMATE (2 Copies)                 INMATE
                    INMATE'S FILE                     INMATE'S FILE - INSTITUTION/FACILITY
                    INSTITUTIONAL GRIEVANCE FILE      CENTRAL OFFICE INMATE FILE
                                                      CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)                 Incorporated by Reference in Rule 33-103.006, F.A.C.

MAILED/FILED
WITH AGENCY CLERK

FEB 2 0 2019

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| ESPINOSA, JUAN | 979680 | 19-6-06668 | R.M.C.- MAIN UNIT | K3202L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative review has been received, reviewed, and evaluated.

A review of the grievance/appeal log database reveals that appeal log 18-6-37249 was responded to and mailed to you from this office. However, in view of your claim, a copy was obtained and is attached for you.

Based on the foregoing information, your appeal is returned.

A. Keaton

_____                    *A. Keaton*                         2/15/19

SIGNATURE AND TYPED OR PRINTED NAME OF          SIGNATURE OF WARDEN, ASST.          DATE
EMPLOYEE RESPONDING                             WARDEN, OR SECRETARY'S
                                                REPRESENTATIVE



PART B - RESPONSE

| ESPINOSA, JUAN | 419680 | 18-6-37249 | MARTIN C I | D3121S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been received, evaluated and referred to Bureau of Classification Management, who provided the following information. The response that you received at the institutional level has been reviewed and is found to appropriately address the concerns that you raised at the institutional level as well as the Central Office level.

Your administrative appeal is denied

T. Bowden

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

class                          FLORIDA DEPARTMENT OF CORRECTIONS          appeal (b)
                          REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

☐ Third Party Grievance Alleging Sexual Abuse

TO ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of
__Espinosa  Ken  A__         __619050__
Last    First   Middle Initial      DC Number      Institution

Part A – Inmate Grievance                                    18-6-37245

This appeal comes from the Denial of an appeal
that the Institution level log no: 1808-430-022.
This appeal has too many infraction to it Denial.
by the Institution. and it must be looked on the
infraction. it states that CNCM-3 recomendation is
in appropriate for the charge 1-15 therefore the ICT
would not make that recomendation. on 7-5-18 Inmate
Espinosa was taking before the ICT and was told by
ICT that he was being recomendation for C-m-3.
That the classification D. Vargas police Espinosa that
it was in the State classification to reduce the C-m.
on 7-11-18 the Inmate was once again taking to
ICT, and was told by ICT who now been recomen-
dation for C-m-1. by Rule 33-601-800 (C)-(1). The class-
ification action shall forward Form DC6-7330 to the Supervisor
under 33-601-800 (b). The ICT will make the recomen-
ation to the SCO. 33-601-800(1). The SCO will Review
the recomendation and it the recomendation is disappov-
ed notify the Inmate and be informed of
the decision in writting by the SCO. in this Denial
it states that ICT would not make that recomendation
in regarding the Video of the date 7-5-18. to
show that I was taking to ICT and the Video Rec.
7-11-18 where I was once again taking to ICT and the
Interview the Door officer Co. graham that took
8-24-18

__DATE__                          __SIGNATURE OF GRIEVANT AND D.C. #__

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS          #  / Signature

INSTRUCTIONS
This form is used for filing a formal grievance at the Institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled to Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

AUG 24 2018                                              1806-430-022
Submitted by the inmate on:        Institutional Mailing Log #:        (Received by)

DISTRIBUTION:                      CENTRAL OFFICE
INSTITUTION/FACILITY               INMATE
INMATE (2 Copies)                  INMATE & FILE   INSTITUTION/FACILITY
INMATE'S FILE                      CENTRAL OFFICE INMATE FILE
INSTITUTIONAL GRIEVANCE FILE       CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C

Inmate Espinosa to the E.C.T. Interview on 7-5
18. by the 33-601-000 once the accommodation
has been made. (the cap can that can change
the level is SCO not the ECT Team. as
was done in this case.)

also the Request written by Inmate Espinosa
to Classification O Vargas was submitted on
7-26-18  21 days after 7-5-18 by that
time ms Vargas had already known that
Inmate E. Espinosa had been Placed on C-O-S,
after 7-12-18. all the once work that
ms Vargas submitted to Inmate Espinosa are
late 7-5-18 and 7-20-18. that ms Vargas
print-out see request by Inmate.

the Denial also states that Inmate Espinosa
acknowledged that he received the notification
by Signing the document on 7-11-18  the
ICT deliberates and reconnedes C-O-S, now
Inmate Espinosa is now requesting the document
CK Form DC6-223-C. that is been stated that
he sins on 7-11-18 and will request from this
Receive Board to request the document also
Inmate now Claisens that on 7-11-18 he did
no sins any Document from the ICT
Team. and is now Requesting a copy of
this Document. to show by Signature

2

And on 7-11-18 Inmate did not sign
any paper for I.C.T. This is a complete
false and misleading statement to Misled
the Inmate Relief.

They also are claiming that the 006-229
form that I Inmate Express was asked by
Classification Hooks was not documented. That
the Inmate return to the formal Grievance.
This is no formal Grievance filed with those
Appeals and the Report to Classification
O-Umpins are on printed out on 7-30-18
and the Documents Classification Hooks
Delivered to the Inmate are printed out on
8-2-18 The cannot be the same Documents
See Exhibit (D) Print-out.)

[Here] Classification I.C.T made a mistake when
it misstated Recommend O-10-3 then come back
and Re-recommend the O-mit, the made a
mistake, and now they are denying Relief to
the Inmate. the Inmate now is Requesting
a full Review for Relief by this claim
with all the mistake done in this denial
The Inmate is Requesting Relief and any and
all other Relief to be taking from Court

Respectfully Summited

Date                 /S/
8-27-18              Jean A Express 973858
                     Martin Correction Inst.
                     1150  SW Allapattah Road
                     Indiantown, Florida 34956

FLORIDA DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

Martin Correctional
Institution

AUG 06 2018

☐ Third Party Grievance Alleging Sexual Abuse

TO ☑ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections   Grievance Office

From or IF Alleging Sexual Abuse, on the behalf of: _Espinoza, Luis , A_   _C/19580_   _martin correction inst_

Last   First   Middle Initial        DC Number        Institution

Part A – Inmate Grievance   1808-930-022

on 6-28-2018 I Received a D.R. for -1-15. on 7-3-2018
I was found Guilty by The Classification Team and was Sentence
to 60 days D-C confinment and lost of 100 days G-time. on 7-5-18
I have Mr. Vargas Team (1) come to my cell 2256 and had me
sign a paper that he has now claim it was for AC (confine-
ment of environment of C-m-(1). That was approved on
7-12-2018. on 7-5-2018. I Am before The Review Team and
was told that I was been Recomend for C-m-3, on 7-11-18
I when back before The Review Team and This Time I was
told That I had a new Recommendation for C-m-(1). on 7-12-18
I was approved by "SCO" for C-m-1. now under 33-601-800
Close Management. under Section (Q) (1) it states The Classification
officer "Shall complete Section (3) of The Report of close
management. form 006-272G. The Classification officer shall
forward form 006-272G to The Classification Supervisor.
The Classification officer "Shall ensure that The Inmate Rec-
eives a copy of The Report of close management form 006-272G
to give The Inmate 48 hours to prepare for The close-mana-
ement Review. _____ confess grievance to completion for c-m
form 006-265. In This case for c-m-3 That was Recomending
on 7-5-18 The Inmate never Received from 006-272G to prepare
for The Team Review. Or unless The 48 hours from 006-265.
That was The first Recommandation by The Team. (now on 7-11-
18. Espinoza was taking once again before The Review Team This
Time The Review Team told Inmate Espinoza That The new

_8-1-18_                                    _Luis Espinoza (Sign)_

DATE                                    SIGNATURE OF GRIEVANT AND DC #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS                    _____ /

_Class Vargas_                                             Signature

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103 006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F A C. 33-103 007 (6)(d)

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on _____   Institutional Mailing Log # _____

(Date)                                                          (Received By)

DISTRIBUTION        INSTITUTION/FACILITY              CENTRAL OFFICE
INMATE (2 Copies)              INMATE
INMATE'S FILE              INMATE'S FILE - INSTITUTION/FACILITY
INSTITUTIONAL GRIEVANCE FILE              CENTRAL OFFICE INMATE FILE
CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)        Incorporated by Reference in Rule 33-103 006, F A C

under Rule 33-601.800. been that there was a new
recommendation from C-M-3 to O-M-1, the Process
must now start all over again with the new recommend-
tion of O-M-1 not C-M-3) that new Process did not
take Place the review team used all the paper
work from the recommendation of 8-5-18. The Inmate
did not received form DC6-2730 until 8-1-2018. See Exhibit
(A) Report. This was form DC6-128 by Senior Psych-
ologist Evaluation for C-M-CM on the new Recommendation
to O-M-1. by Page (1) Section 1. Referral for assignment
to close management the date is 7-5-2018. It also states
that Inmate was Unaware of of ICT Recommendation
that did not happen because Inmate Received the
DC6-2770 Form on 8-1-2018 from classification from
(1) 0 Vargas by report that Inmate Espinosa Schmidt
on 7-26-18.

Inmate Espinosa received the close management form
DC6-233C after the SCO notices him for C-M-1.
and all of the paper work was where close on 7-5-18
for C-M-3. not C-M-1.

Section 2. notice of close management review. state's
that, this notice is Delivered received that if there
this notice was Delivered on 7-5-18 after that the
Inmate got a new recommendation from C-M-3 to C-M-1
The notice of 7-5-18 i's "no new" classification, has
to Closes a new notice before for C-M-1 when the Inmate
notice for C-M-1. The new recommendation when at 7-11-18
and the Decision was approved by (SCO) on 7-12-18 at
not hours.

under Rule 33-601-800 Close management this has be a
Violation of the Rules. on the Inmate never
was given the 48 hours to prepare under DC6-865
form the Inmate never received form ~~~ DC6-
233C.

                                    2

till after the b(5)(c) had approve the close
management (1) on -7-11-18. the inmate have
waived his 48 hours to prepare for the hearing.
Classification Violated the rule's by not
Delivering the DC6-233C form before the
hearing team. But after on 8-1-18 only after
the Inmate reported to know information.

under the Rule of 33-601-800 close management
the appeal stato to get certifcation by the
rule's of 33-601-800 c.m. the inmate will
respectfully request that he be taking off
c-m-(1), by the Violation's of these rule's
and classification on the I C T hearing team he
allow to ReAttace Expose hard under c-m
1 c.n 3 the rule's will not allow it

this appeal is timely Filed because inmate Expose
have was given form DC6-233C tile 8-1-18 by
classification see Exhibit (A) this Violation will
not allow this Proceeding to tile Appeas a
Secand time, and is Denied the file appeal
Board in Tallahassee certifcation will certifcation this
appeal

Inmate Expose respectfully request that by
the Violation of Rule's under 33-601-800 that he
be Taking off c-m-(1) and this appeal approved
date 8-1-18 filed _____
                        Sean A Ezummon CC#86050
c.c. filed on 8-1-18          B

Martin Correctional
Institution
AUG 20 2018

**PART B - RESPONSE**

| ESPINOSA, JUAN | 419680 | 1808-430-022 | MARTIN C.I. | D31215 |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Grievance Office

Your Request for Administrative Remedy and Appeal has been received, evaluated and the following determined

A review of the data base revealed that on 7/3/2018 you were found guilty of the infraction 1-15, Battery on A Correctional Officer  The penalty you received for the infraction 1-15 was 53 days Disciplinary Confinement and 100 days loss of Gain time  You were recommended for CM placement due to your involvement in an incident where you spit on a Correction Officer which demonstrates your inability to live in general population without disruption and was not based solely on disciplinary action you received  A CM 3 recommendation is inappropriate for the charge 1-15 therefore the ICT would not make that recommendation  On 7/5/2018 CLO Vargas informed you call front that you were being recommended for CM1 based on the battery charge you received on 6/27/2018 and your involvement in the incident  You acknowledged that you received the notification by signing the document  On 7/11/2018 the ICT deliberated and recommended CM1  On 7/12/18 the State Classification Officer reviewed your case and approved your CM1 recommendation  Thereafter, the DC6-223C was delivered to you by CLO Hodge which was the document you attached to your formal grievance

Based on the information listed above, your grievance is Denied

You may obtain further administrative review of your complaint by obtaining and completing form DC1-303, Request for Administrative Remedy or Appeal, providing attachments as required, and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun St  Tallahassee, FL 32399

J  Parrish, Classification Supervisor                    R  Bryner, Warden

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN ASST WARDEN, OR SECRETARY'S REPRESENTATIVE | 8/20/18 DATE |
|---|---|---|

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

INMATE REQUEST

Classification Team (1) Mr. O. Vargas

Mail Number: O-3161-S
Team Number: 1
Institution: Santa C.E.

TO: (Check One)
☐ Warden   ☑ Classification   ☐ Medical   ☐ Dental
☐ Asst. Warden   ☐ Security   ☐ Mental Health   ☐ Other

FROM: Inmate Name: Jean A. Espinosa   DC Number: 419680   Quarters: O-3215   Job Assignment: none   Date: 7-26-18

REQUEST   Dear Mr. Vargas

Check here if this is an informal grievance ☐

I wish to say transfer to Team Sec. to please
tell me explain to me the paper that say find no
sing. That you told me not to sing that it was
"nothing." Please allow me to explain to Sec. That I
do not sing any-thing with-out Rox (x.x.) when I ask
Sec. what this was for Sec. just told me sing it its no
thing. This is what Sec. told me, at this time I am
requesting a new Team Sec. what Sec. had me sing on.
for Sec. to please give me a copy. I would hate to think
that Sec. had me sing something that may affect me
in the future. I already have anxiety dealings with the
C.M. that I'm dealing. Thank you.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All
informal grievances will be responded to in writing.

Inmate (Signature): Jean A C---   DC#: 419680

RECEIVED
JUL 3 0 2018

DO NOT WRITE BELOW THIS LINE

**RESPONSE**   DATE RECEIVED: _____   BY: ___

Inmate Espinosa,
        the paper you signed was
acknowledgment of notification of the CM.1
which was approved on 7/12/2018

The following pertains to informal grievances only
Based on the above information, your grievance is _____ (Returned, Denied, or Approved) If your informal grievance is denied,
have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

Official (Print Name): J. Vargas   Official (Signature): ___   Date: 7/30/18

Original Inmate (plus one copy)
CC Returned by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005 Florida Administrative Code

Informal Grievances and Inmate Requests will be responded to within 10 days following receipt by staff
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as
required by Rule 33-103.006, F.A.C. attaching a copy of your informal grievance and response and forwarding your complaint to the warden or assistant warden no
than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

NOV 0 9 2018

**PART B - RESPONSE**

| ESPINOSA, JUAN | 419680 | 18-6-44993 | MARTIN C.I. | D3121S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative review has been received, reviewed, and evaluated. Appeal log number 18-6-37249, received on 8/24/18, concerning Classification, is currently under review by this office. There may be occasions when more in-depth inquiry is needed. This type of inquiry may cause us to exceed our time frame, however, in an attempt to provide you with the most appropriate response we will continue our inquiry and provide you with a response upon completion.

Based on the above information this administrative appeal is approved in that our response to appeal log number 18-6-37249, was not responded to within the thirty day time frame.

S. Milliken

_S. Milliken_

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 10/30/18 DATE |

Formal Grievance Log # 19-6-07330

*Class.*

FLORIDA DEPARTMENT OF C.

REQUEST FOR ADMINISTRATIVE REMED...

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden      ☐ Assistant Warden      ☑ Secretary, Florida Department of Corrections

FEB 19 2019

Department of Corrections
Inmate Grievance Appeals

From or IF Alleging Sexual Abuse, on the behalf of:

Samoa Juan A _____ 979680 _____ B.C.E. Man Unit
Last   First   Middle Initial        DC Number                    Institution

Part A – Inmate Grievance                     19-6-01330

The appeal is based on the "denial" of my grievance log #
1902-209-005 where I was denied administrative remedy
to be release from my close management status, my request
for a second review was denied based on professional
judgement and experience I was not able to present
my case correctly now that I cannot speak. I have prepared
a statement for classification before any decision was
made (see exhibit (A). I also prepared a statement for
I.C.T and SCO. Here classification had made its decision
before I presented my statement. That was based on my
medical condition and the affect my close manage-
ment is having on me.
Under 33-601-800 Rule (1)(C). SCO shall conduct an
onsite interview with each inmate at least once every 6
months or as often as necessary to determine if continuation
modification or removal from close management status is
appropriate (This interview took less the five minute out
side my cell door. I was not given opportunity to present
my argument correct I cant talk my voice box I can't
speak I cannot speak I have incomparable skills to
be able to get my point across I have to write every
down I am also at this time out for another surgery
to remove another tumor from my throat and a surgery to
the broken bone repair on my right foot
all of these medical problems have cause me to become
2-14-19 _____ /s/ Juan A Samoa
DATE                                    SIGNATURE OF GRIEVANT AND D.C. #

SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

FEB 14 2019

RMC MAIN                              Signature

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code.  When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution.  If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 2-14-19        Institutional Mailing Log #: 209-5109        /s/ B. Nelson
                    (Date)                              (Received By)

2c

DISTRIBUTION:   INSTITUTION/FACILITY          CENTRAL OFFICE
                INMATE (2 Copies)             INMATE
                INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                              CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.          1902-209-005

2/14/19

the condition of my C-M Status is not helping with my Renovir it has cause me to be more Stress and Depressed seeing that I am having a HARD dealing dealing with the lost of my voice. I need to learn communicative Skills they do not have them on C-M Status, by the Instructional Report I have shown a Positive adjustment that will show that I am not A Threat to Security or Staff or any other inmate or asset I do not have a behavior this was a one time incident that is shown by my DOC Record my Positive adjustment and attitude to archive my release from close Management has been shown. I will respectfully request a full review of my C-M. confinement to determine if I should be release to open Population or have my status re modification from (2) to Status (3), if I cannot be release from my C-M confinement then I will request to have my status lower to C-M (3) to help me with my Renovir and medical condition due to the fact that I will be able to get the correct programs to help me with communicative that I need and Skills, and will help with Visit to get moral Support that is need than a note now, telephone Visits do me no good I cant Speak this is a Big part of a person's Recover and with the chance that I am going through all of this is needed

<u>2 of 3</u>

and with the lost of my Voice and in Solitary Confinement under these conditions is not helping at all with my Recover I have more Surgery coming up

that is my Reason to Request For a Second Review under 33-601-800 Rule (16)(a). if Review is not warrant my Remediction of C-m status from (2) to (3) is warrant by this argument Present my medical condition and my Recover. I'm Request For a reinsted Review by C-m Rules.

I want to thank you for allowing me to Present my argument to this board for Reconsider to Remove me from C-m status or to Remodified my status from (2) to (3)

Thank you For your time Thank You

/s/ Juan A. Espinosa

C Juan A. Espinosa #9850

Dated Filed - 2-14-19
C-C Filed - 2-14-19

_3 of 3_

WITH AGENCY CLERK

APR 0 5 2019

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| ESPINOSA, JUAN | 419680 | 19-6-07330 | R M.C.- MAIN UNIT | K3202L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been received, evaluated and referred to the Bureau of Classification Management, who provided the following information

The response that you received at the institutional level has been reviewed and is found to appropnately address the concerns that you raised at the institutional level as well as the Central Office level

Your administrative appeal is denied

T BOWDEN

---

SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST
WARDEN, OR SECRETARY'S
REPRESENTATIVE

4/3/19
DATE

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Johnson        John      A                  | 419680 | R.M.C Main Unit |
|---|---|---|
| Last      First      Middle Initial | DC Number | Institution |

---

C.A on 1-29-19  I.C.T on 30     Part A – Inmate Grievance     SCO-31-19

This appeal comes from a 6 months Reviery classifications I.C.T. and S.C.O my C.M. Status was Reduce from (1) to C-m-C4 under my Reviery now under 33-601-800 (16)(C) also Management of the STG shall conduct an onsite interview with each inmate at least once every 6 months or as often as necessary to determine if continuation, modification or Removal from close management status is appropriate. I'm requesting to be Removed from close management due to my medical condition on 12-28-18 I had surgery to remove tumors from my lymph nodes Brain and left, doc to the operation I have lost my Voice. 25 days later the tumors are back on my Right side of my throat, now being in Solitary Confinement is not helping me with the lost of my Voice, I'm under alot of stress and I'm depress trying to deal with the lost of my Voice, there is no program's to help me in c-m, to learn to deal with this lost, "at all," I will have to have more Surgery to remove the new tumors, I'm now waiting to see medical about this new Problem, under The Americans with Disabilities Act I have a Disabilities I have no Voice, and I'm requesting to have another Reviery with SCO to be release from my close management status back to general population so that I may seek the correct program's to help me to deal with the lost of my Voice. Solitary confinement is not helping me at all, I've been a month kenth in that one 30 years and the lost of my Voice has put me under a great deal of depress and stress now, I need the correct needed program's to help me to learn and deal with the lost of my Voice, that I cannot get on c-m, I'm requesting my Release from c-m due to this medical condition and other medical condition as well. I thank you.

| 1-31-19 | (signature) |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**  _____ / _____
   #      Signature

(2c)

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103 006, Florida Administrative Code   When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below)

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office   The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels   The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution   If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C 33-103 007 (6)(d)

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on  2-1-19       Institutional Mailing Log #  1902-205 - 005       (Received By)
    (Date)

| DISTRIBUTION | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

**PART B - RESPONSE**

| ESPINOSA, JUAN | 419680 | 1902-209-005 | R.M.C.- MAIN UNIT | K3202L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Log #1902-209-005 Espinoso, Juan DC#419680
Your request for administrative remedy has been received, reviewed and evaluated   The basis of your complaint is that you are challenging the continuation of close management on CM status, specifically, being approved for CM 2, instead of being released to open population during the January 2019 review period    These decisions are based on the professional judgement and correctional experience of staff involved   Your placement in close management has been through your own behavior   A review of your close management report indicates that you were placed on CM I originally for be disorderly and spitting on a Correctional Officer which confirms you were a management problem   It was concluded that probable cause exists and that you committed the offense   Since placement on CM I it is noted that you have not received any disciplinary reports, and have shown positive adjustment and had above satisfactory security ratings   You appeared before ICT on 1/30/19 in which ICT concurred with the Classification officer's recommendation   The safety and security concern of you remaining on CM status is the serious nature of your initial placement   State classification concurred with ICT's recommendation and approved you to CM 2 status in Accordance with F S   Chapter 33-601 800   You will remain on your current CM status of CM 2
Based on the above information, your grievance is denied
To receive further administrative review of your complaint, you must obtain Form DC1-303 Request for Administrative Remedy or Appeal, complete the form, providing attachment as required, and submit the form to the Bureau of Inmate Grievance Appeals, 501 South Calhoun Street, Tallahassee, FL  32399

| _C SMITH_ | _J Edwards, Warden_ | _2/7/2019_ |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

**MAILED**

FEB 0 7 2019

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**
*(Classification)*

| | | |
|---|---|---|
| Mail Number | E. 3202 | |
| Team Number | 48 | |
| Institution | A.F.R.C. | |

**TO:** (Check One)
- [ ] Warden
- [ ] Asst Warden
- [x] Classification
- [ ] Security
- [ ] Medical
- [ ] Mental Health
- [ ] Dental
- [ ] Other

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Espinosa N Juan | 419680 | E 3202 | none | 1-28-19 |

**REQUEST**   Check here if this is an informal grievance [ ]

Under 33-601-800 Close Management Rule (16)(d).
The Six months "Review will be best on Three factor
(1) Security (2) mental Health and medical Health and
Safety to the inmate with institutional adjustment by the
Inmate.
(one) The Security will be considered if the inmate is a
Threat to the Institution Security or staff or any
Another inmate or the inmate himself.
Two, The inmate mental Health and Physical Health.
And Three how the inmate has adjusted while in confinement
and any behavioral risk and the inmates disciplinary
Record while in confinement for the past 6 months or less.

*All requests will be handled in one of the following ways  1) Written Information or   2) Personal Interview  All informal grievances will be responded to in writing*

Inmate (Signature) _Juan N. Espinosa_   DC# _419680_

—————————————— DO NOT WRITE BELOW THIS LINE ——————————————

**RESPONSE**  *exhibit (A)*   **DATE RECEIVED:** _____

What is your question?

[The following pertains to informal grievances only]
Based on the above information, your grievance is _T. Popes_. (Returned, Denied, or Approved)  If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103 006, F A C )

Official (Print Name) _T. Popes CC_  Official (Signature) _____  Date _2-4-19_

Original  Inmate (plus one copy)
CC  Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103 005, Florida Administrative Code

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal  completing the form as
required by Rule 33-103 006, F A C , attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no
later than 15 days after the grievance is responded to  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103 005, F A C

"one" Security," Inmate Espinosa will state that he
is not a Threat to the Security or to my Staff
Member, or a behavioral Problem. " The Incident that
happened was a one time incident, while Espinosa been
incarcerated for over 16 years, he has never had any
Kind of Problem as this one.
This Incident "escalate to a Point that it should have
not" Espinosa will take full responsible for his action's
There is a Lesson to be learned here, and Espinosa has
learned the Lesson and this will never happen to him again.

"Two" mental Health and medical Health, Espinosa for the
last 18 months has been fighting with tumors to his
lymph nodes, and on 12-20-18, had Surgery to removed
the tumors, "now due to this Surgery Espinosa has
lost his Voice, and still has Problem's with his Throat.
this has put him under alot of stress mentally and
Depressing, "and being in Solitary confinement 24 hours
a day is no helping him, to deal with these health Problem.
his mental state is not well, and with his ego dealing
with these Problem's is hard for him. Solitary confinement
is not helping him to deal with the stress and Depression that
he is under throught's time.
Inmate Espinosa dist saw a Doctor here for a Broken Foot.
and was fitted with a boot to this not to this Surgery to
the foot. if it does not heal correctly, then he will need
Surgery to repair the Bones, that will put him in a
wheel-chair for how long will be determine on how the
foot heals.

"and third"
    Espinosa will Respectfully Request classification ICC,
and SCO to look at his Institution Record and
see that he has never had any Problem of this
    kind before.                    2

— and will request also to look at the whole time he
has been in confinement since 6-27-18 that the present
date with no Discipline Reports his behavior has been
excellent.

Espinosa thinking head of him for one to adjust to not
been able to speak, and any other questions he may need in
the future with his recover and he in solitary confinem
with not help his recover.

Espinosa will also request to know what behavior I need
to show you so that I can nothing to general population
also please include me in all of the Review Process so I can
learn what I need to do to be able to go back to general pop-
ulation I also request to have a meaningful review of my
c-m Placement as required under F.D.C. c-m policies. I also
have not Posed any threat to my institutional Safety and Security
since my c-m placement.

Finally Espinosa will respectfully Classification, I.C.T. and S.C.O.
review my Presentation and to Please take in to
t all of the health Problems Espinosa has Faced and cond-
ition to face with his medical Problems

Espinosa will respectfully expect the decision by this Board
thank you for your time for allowing to Present this
Presentation to Classification, I.C.T, S.C.O.
Thank you Jose P Espinosa
Jose Espinosa

Formal Grievance Log # 19-6-11385

FLORIDA ~~RTMENT OF C~~    ~~N~~

~~REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL~~

RECEIVED
MAR 18 2019
Department of Corrections
Inmate Grievance Appeals

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Capron Juan A. | 419680 | Carcehon Annex/Centre |
|---|---|---|
| Last   First   Middle Initial | DC Number | Institution R.M.C. |

**Part A – Inmate Grievance**    19-6-11385

This is to "Equie" to a pending appeal log no
(1902-209-605). At Grievance Recipt 2-1-19.
This is appeal is to the Review of Grievance C-No.
response 419680 That was denied at the Institution
level. This appeal was filed over 40 days ago and
file this date of March 14 2019. This office has not
Responed to the appeal
Inmate Capron has not agreed to any Extension of
time with this appeal (Circle 33-103-004 and
33-103-006 (6). A response shall be provided to the
Inmate within 20 calender days of receipt of the
Grievance as required by Paragraph 33-103-011(31)(6), F.A.C.
in this case 40 days have (pass with no response.)
This Grievance is approved or Denied. This office
has not Granted any Extension of time. The inmate is
Inquiring as to why this appeal has taken this
office over 40 days to approve or Denies the appeal
the inmate is respectfully Requesting this office
to file it's response to this appeal that has been
pending now for over 40 days. So the inmate can
move to the next step it nees to the appeal well
in the distance court. For the D.O.C. abusing it's
Authority with inmates on discrimination with
medical condition's. Thank you for your time
with this matter. Thank you

3-14-19
DATE

SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

MAR 14 2019
RMC MAILROOM

Signature

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on 3/14/19    Institutional Mailing Log # 209-5/169    (Received by)

(Date)

DISTRIBUTION:
INSTITUTION/FACILITY
INMATE (2 Copies)
INMATE'S FILE
INSTITUTIONAL GRIEVANCE FILE

CENTRAL OFFICE
INMATE
INMATE'S FILE - INSTITUTION/FACILITY
CENTRAL OFFICE INMATE FILE
CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)    Incorporated by Reference in Rule 33-103.006, F.A.C.

3/14/19

9d

MAILED/FILED
WITH AGENCY CLERK

MAR 27 2019

Bureau of Inmate Grievance Appeals

PART B - RESPONSE

| ESPINOSA, Department of Corrections   419680 | 19-6-11385 | R.M.C.- MAIN UNIT | K3202L |
|---|---|---|---|
| NAME                               NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative review has been received, reviewed, and evaluated.

A review of the formal grievance log database reveals that formal grievance log 1902-209-005 has been responded to and mailed to you. You should have received your response by now.

Based on the foregoing information, your appeal is returned.

A. Keaton

| | *A. Keaton* | 3|21|19 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

Formal Grievance Log # 19-6-24441

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
JUN 27 2019
Bureau of Inmate Grievance Appeals

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From: Espinosa  Jivan N        G19680
      Last  First  Middle Initial     Number        Institution

---

Part A – Inmate Grievance                    19-6-24441

This my Third Inquire to my appeal
filed with this office on appeal log
No: 19-6-02866. That was received by this
office on 1-7-19
Till this date of 6-16-19. I have still not
received the answer to my appeal. I
would request at this time for the
response to my appeal
if the appeal was denied or approved
it's been almost 7 months now and I have
still not received my response.
Can this office Please forward me the
response or a copy of this response.
I got moved from Florida State Prison on
1-24-19. I be been here at R.M.C. Since that
date
I requested a copy here and was told to
contact the appeals office see Exhibit (A).
I have not signed any extension of time
with this appeal
Can Sec Please allow me to know what
has happen to my appeal so I will know
what my next step will be.
Thank you for your time with this matter
Thank you

6-16-19
DATE                          SIGNATURE OF GRIEVANT AND D.C. #

RECEIVED
JUN 18 2019
#_____  Signature
RMC MAILROOM

---

***BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

MAILED/FILED
WITH AGENCY CLERK

JUL 1 0 2019

Department of Corrections
Bureau of Inmate Grievance Appeals

PART B - RESPONSE

| ESPINOSA, JUAN | 419680 | 19-6-24441 | R.M.C.- MAIN UNIT | K3202L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative review has been received and reviewed, and evaluated.

A review of the grievance/appeal log database reveals that appeal log #19-6-02866 was responded to and mailed to you.

Based on the foregoing information, your appeal is returned without action.

A. KEATON

_____
SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

*A. Keaton*
SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

7/3/19
DATE

**INMATE REQUEST**   DEPARTMENT OF CORRECTIONS

_Grievance Coordinate MS Bot_

Mail Number: _____
Team Number: _____
Institution: _____

TO:
(Check One)
☐ Warden
☑ Asst. Warden
☐ Classification
☐ Security
☐ Medical
☐ Mental Health
☐ Dental
☑ Other _____

FROM: Inmate Name _____  DC Number _419680_  Quarters _____  Job Assignment _none_  Date _5-12-19_

REQUEST _____  ☐ Check here if this is an informal grievance

_handwritten text_

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____  DC#: _419680_

---

DO NOT WRITE BELOW THIS LINE

**RESPONSE**   DATE RECEIVED: _____

_You will need to contact Appeals Office concerning your response to 19-6-02866._

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

Official (Print Name): _____  Official (Signature): _____  Date: _5/23/19_

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| ESPINOSA, JUAN | 419680 | 19-6-02866 | FLORIDA STATE PRISON | C1224S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

11 (PERSONAL PROPERTY)

| 1/7/19 | 19-6-02866 |
|---|---|
| DATE | GRIEVANCE LOG NUMBER |