# Composite Exhibit 14

Formal Grievance Log # 11-6-21554

DEPARTMENT OF CORRECTIONS

RECEIVED

JUL 20 2011

DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES

**REQ** __T FOR ADMINISTRATIVE REMEDY O__ APPEAL

TO ☐ Warden ☐ Assistant Warden ☒ Secretary, Florida Department of Corrections

From _Hill, Johnny_ ___J33728___ ___F.S.P.___
Last  First  Middle Initial     Number        Institution

11-6-21554

---

Part A – Inmate Grievance

Subject is Appealing institutional Level Decision. see copy of Grievance Log # 1106-205-256 attached

This Grievance concern is of a sensitive Nature: on June 12-2011 while housed on close management (CM) at Florida state Prison (F.S.P) I had a mental crisis and went Psyche. as a result, I was transferred to union correctional institution (U.C.I) on June 15-2011 at Approximately 9:45 P.M. I was house in O-Dormitory in cell 3102 when the housing unit sergeant came to said cell and accused me of masturbating to the female officer assigned to the control Room. at that time I was secured in my cell. I denied the allegations. the control room and cells are not constructed so that any staff can see into the cells from that area. the sergeant told me:" We are Going to fuck you up." He Left and returned Approximately 10 minutes later. He told me I was leaving. that F.S.P. was coming to get me after lunch. At Approximately 1:45 P.m several officers escorted me from O-Dorm to shipping/ receiving in the administrative building. of the 4 officers, I observed the female staff I was accused of masturbating to das included two of the officers names were J. Walden and M.L. Bell. the others I didn't catch. once in the shipping / receiving area the Waistchain cuff Black Box. and shackles was Removed, then I placed in a holding cell. even the handcuffs das removed together all officers left me alone. however, officer Walden

___7/9/2011___          ___Hill Johnny # J 33728___
DATE                    SIGNATURE OF GRIEVANT AND D C #

the Attached original Grievance (3) Pages    continue. see Attached (5) Pages incluD the 303

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS ___Ø___ / _____
                                                                      #      Signature

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103 Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled to Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

1106-205-256

Submitted by the inmate on __7/13/11__    Institutional Mailing Log # __30511071302__    __M.V. club__
                         (Date)                                                            (Received By)

10a (205)
Ofc J. Walden

DISTRIBUTION    INSTITUTION/FACILITY        CENTRAL OFFICE
                INMATE (2 Copies)            INMATE
                INMATE'S FILE                INMATE'S FILE - INSTITUTION /FACILITY
                INSTITUTIONAL GRIEVANCE FILE CENTRAL OFFICE INMATE FILE
                                             CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

Returned alone and ordered me to cuff up to take my Picture. I complied with his order. my hands were secured behind my back. then I was led to a corner office where there were no cameras. when I stepped inside the other three officers awaited my arrive inside. officer Walden stated." don't you want to apologize to the Lady ' " I Replied." No SiR.' I have done nothing to her " At that Point she walked up and slapped me Really hard with (Right hand). then she grabbed my testicles and squeezed them so hard until I could hardly breathe. while she did this the other three officers was holding me. when she

Sensitive Grievance - Excessive & unreasonable Force - Filed 6/20/11

released her hold she backed up a step, then, kicked me very hard in my testicle and penis. I was Released by the others I fell to the FLOOR in excruciateing PAIN, and balled up in the Fetus Position. At that Point, the three male officers stated kicking me, Punching me, slapping me. and spitting on me continously. I was hrt in the Face only once. they took body shots on me I was kicked once in my left eye. my vision still is blurry and Painful is my eye. I can barely see out of that eye. my back, Ribs, chest, neck, stomach, legs, And testicles are very Painful.

they Pulled my PANts half way down, then start slapping, Punching and kicking me AGAin, And this time my buttock was RePeated included in the battery of my body.

   the sergeant that threatened me was white, so was the female officer, And two of the male officers that participated in the beating. the other officer was a Black male. Just as I am. officer Walden threatened to "kill me." then

started choking my neck with his hands until I almost loss consciousness. Shortly after being returned to the holding cell F.S.P. transport officers arrived, secured me with handcuffs behind my back, black box waistchain, and shackles.

I told them what happened. the white officer told me." that ain't our business. tell the nurse when we get to F.S.P." the black officer said nothing. Both of them was dressed out in F.S.P. search team uniform.

Once in medical I complained about me blurry vision and painful left eye, painful back, ribs, testicles, chest, neck, stomach, and legs. I was denied all forms of medical treatment. the doctor told me." ain't nothing wrong with your eye. stop lying. She lifted the back of my shirt. Look at my back and started pushing on it in spots really hard. When I complained about the pain this was causing she stated," stop acting like a baby. Go lay down somewhere."

Sensitive Grievance _Excessive & Unreasonable Force Filed 6/20/2011

I believe no notation was made indicating the injuries I sustained when beatened. there was a noticeable knot over my left eye. No ~~photos were taken of any~~ injuries or bruises upon my person. No pain medication or any other type provided.

On 6/19/2011 I submitted a sick-call Request complaining about the many painful spots on my body, as mentioned herein ~~about~~ above. I was assaulted and battered without penalogical justification, humilated, and degreed.

I in fear for my life, and safety my attackers intended to hurt me when they agreed to put me in handcuffs and beat me. The force applied as outlined hereinabove was applied "maliciously and sadistically" to cause me harm. This act of violence caused me severe pain and suffering, mental and emotional distress, as well as, mental anguish. Thus, in violation of the Eighth amendment to the United States constitution. Also, the United States supreme court's decision in Hudson v. McMillian, 503 U.S. 1, 7, 112 S.Ct. 995, 998-99, 117 L. Ed. 2d 156, 165-66 (1992); Estate of Davis by Ostenfeld v. Delo, 115 F. 3d 1388, 1394-95 (8th Cir. 1997) (Finding an 8th amendment excessive force violation when a correctional officer struck a non resisting prisoner in the head and face 20 to 25 times while four other officers restrained his limbs, resulting in serious injury)

By this grievance I seek a thorough and proper investigation. Appropriate corrective and disciplinary action taken not only against the offending employees, but their Lieutenant, captains, major, colonel, asst. wardens, warden and Inspector General's Representatives for allowing this widewide spread practice to continue to take place at U.C.I. For a prolonged period. I also seek monetary damages.

These are the facts why this grievance was

~~them~~ Denied at the institution level

(1) there are no incidence report regard to this incident in question the beating and my injuries.

(2) there are no investigation by the institution administration.

(3) Both officers that involved in the beating, battered, and assault. the officers administration and F.S.P. medical department having conspiracy by covering this incident and not treating my injuries.

I am seeking an appropriate corrective investigation into this matter and that appropriate corrective action be taken and I am seeking appropriate medical treatment for me left injured eye. and others injury I sustained

Respectfully submitted
Johnny Hill # J33728

Date 7/9/2011

**PART B - RESPONSE**

| HILL, JOHNNY | J33728 | 11-6-21554 | UNION C I | O1227S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative review has been received, reviewed, and evaluated

Your allegation was referred to the Office of the Inspector General for review and was dismissed on 06/16/2011 due to no evidence to support the allegation

Your issue regarding inadequate medical treatment is a separate issue and should be grieved as such, also, being initiated at the appropriate level

Based on the foregoing information, your appeal is denied

C Neel

_____          _____          07/21/2011

SIGNATURE AND TYPED OR PRINTED NAME          SIGNATURE OF WARDEN, ASST WARDEN, OR          DATE
OF EMPLOYEE RESPONDING          SECRETARY'S REPRESENTATIVE

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst /Facility

(1 Copy) C O  Inmate File

(1 Copy) Retained by Official Responding

# REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

☑ Warden  ☐ Assistant Warden  ☐ Secretary, Florida Department of Corrections

From: Hill, Johnny     Number J33728     Institution F.S.P.

Last   First   Middle Initial     Number     Institution

---

### Part A – Inmate Grievance

This Grievance Concern is of a Sensitive Nature:

On June 12, 2011 while housed on Close Management (CM) at Florida State Prison (F.S.P.) I had a mental Crisis and went psyche. As a result, I was transferred to Union Correctional Institution (U.C.I.). On June 15, 2011 at approximately 9:45 p.m. I was housed in O-Dormitory in Cell 3102 when the Housing Unit Sergeant came to said cell and accused me of masturbating to the Female Officer assigned to the Control Room. At that time I was secured in my Cell. I denied the allegations. The Control Room and cells are not constructed so that any staff can see into the cells from that area. The Sergeant told me, "We are going to fuck you up." He left and returned approximately 10 minutes later. He told me I was leaving. That F.S.P. was coming to get me after lunch. At approximately 1:45 p.m several officers escorted me from O-Dorm to Shipping/Receiving in the Administrative Building. Of the 4 Officers, I observed the Female staff I was accused of masturbating to, was included.

Two of the Officers names were J. Walden and M.L. Bell. The Others I didn't catch. Once in the Shipping/Recieving Area the waistchains, cuff cover, and shackles were removed, then I placed in a holding Cell. Even the handcuffs were removed. Thereafter all officers left me alone. However, Officer Walden returned alone and ordered me to cuff up to take my picture. I complied with his order. My hands were secured behind my back, then I was led to a Corner Office where there were no Cameras. When I stepped inside the Other three officers awaited my arrive inside. Officer Walden stated, "don't you want to apologize to the lady?" I replied, "No sir. I have me nothing to her." At that point she walked up and Slapped me really hard with her and (right hand), then she grabbed my testicles and squeezed them so hard until I could hardly breathe. While she did this the other three officers was holding me. When she

6/20/11
DATE

4 See 7 page Continuation
**SEE ATTACHED RESPONSE**

J33728
SIGNATURE OF GRIEVANT AND D C #

BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS _____ / _____

1106-205-256     #     Signature

### INSTRUCTIONS

form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103 la Administrative Code When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below)

the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance or is ed by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office The grievance may be sealed in the envelope by the e and processed postage free through routine institutional channels The inmate must indicate a valid reason for not initially bringing his grievance to the attention of stitution If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance e returned to the inmate for processing at the institutional level

### Receipt for Appeals Being Forwarded to Central Office

itted by the inmate on 6/23/11   Institutional Mailing Log # _____   K. adams
(Date)                                         (Received By)

| DISTRIBUTION | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION /FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

1-303 (Revised 2/05)

Sensitive Grievance - Excessive & unreasonable force - Filed 6/20/11

released her hold she backed up a step, then Kicked me very hard in my testicle and penis. I was released by the others. I fell to the floor in excruciating pain, and balled up in the fetus position. At that point, the three male officers started Kicking me, punching me, slapping me, and spitting on me Continuously. I was hit in the face only once. They took body shots on me I was Kicked once in my left eye. my vision st¹⁵ blurry and painful is my eye. I can barely see out of that eye. My back, ribs, chest, neck, stomach, legs, and testicles are very painful.

They pulled my pants half way down, then started slapping, punching, and kicking me again, and this time my buttock was repeated included in the battery of my body.

The Sergeant that threatened me was white. So was the female officer, and two of the male officers that participated in the beating. The other office was a black male. Just as I am.

Officer Walden threatened to "Kill me", then started choking my neck with his hands until I almost loss consciousness.

Shortly after being returned to the Holding Cell F.S.P. transport officers arrived, secured me with handcuffs behind my back, cuff-cover, waist chain, and shackles. I told them what happened. The white officer told me, "that ain't our business. Tell the nurse when we get to F.S.P.". The black officer said nothing. Both of them was dressed out in F.S.P. Search Team Uniform.

Once in medical I complained about my blurry vision and painful left eye; painful back, ribs, testicles, chest, neck, stomach, and legs. I was denied all forms of medical treatment. The doctor told me, "ain't nothing wrong with your eye. Stop lying. She lifted the back of my shirt, looked at my back and started pushing on it in spots really hard. When I complained about the pain this was causing she stated," Stop acting like a baby. Go lay down somewhere."

- 2 of 3 -

Sensitive Grievance - Excessive & Unreasonable Force - Filed 6/20/11

I believe no notation was made indicating the injuries I sustained when beatened. There was a ~~noticeable~~ noticeable knot over my left eye. No photos were taken of any injuries or bruises upon my person. No pain medication or any other type provided.

On 6/19/11 I submitted a Sick-Call Request complaining about the many painful spots on my body as mentioned herein above.

I was assualted and battered without penological justification, humilated, and degreed

I was in fear for my life, and safety. My attakers intended to hurt me when they agreed to put me in handcuffs and beat me.

The force applied as outlined hereinabove was applied "maliciously and sadistically" to cause me harm. This act of violence caused me severe pain and suffering. Mental and emotional distress. As well as, mental anguish. Thus, in violation of the Eighth Amendment to the United States Constitution. Also, the United States Supreme Court's decision in Hudson V. McMillian, 503 U.S. 1, 1, 112 S.Ct 995, 998-99, 117 L.Ed. 2d 156, 165-66 (1992); Estate of Davis by Ostenfeld V. Delo, 115 F.3d 1388, 1394-95 (8th Cir. 1997)(finding an 8th Amendment ~~use~~ ~~of force where prisoner was~~ excessive force violation where a correctional officer struck a non-resisting prisoner in the head and face 20 to 25 times while four other officers restrained his limbs, resulting in serious injury).

By this Grievance I seek a thorough and proper investigation, ~~corrective~~ appropriate corrective and disciplinary actions taken, not only against the offending employees, but their Lieutenants, Captains, Major, Colonel, Asst. Wardens, Warden and ~~Secretary~~ Inspector General's Representatives for allowing this widewide spread practice to continue to take place at U.C.I. for a prolonged period. I also seek, monetary damages.

-3 of 3-

**PART B - RESPONSE**

| HILL, JOHNNY | J33728 | 1106-205-256 | FLORIDA STATE PRISON | J1207S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

This issue was previously reported to the office of the Inspector General for appropriate review and disposition. If the allegations are substantiated, appropriate action will be administered by the Office of the Inspector General

As this issue was previously reported, your grievance is denied

You have fifteen days to appeal this decision to
Bureau of Inmate Grievance Appeals
2601 Blairstone Road
Tallahassee, FL 32399-2500

K Adams

K. Adams

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST  WARDEN, OR SECRETARY'S REPRESENTATIVE | 6/28/11 DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst /Facility
(1 Copy) C O  Inmate File
(1 Copy) Retained by Official Responding

MAILED
JUL 0 5 2011
FSP GRIEVANCE OFFICE

Formal Grievance Log # 11-6-23671

Urgent/Important!!!

**DEPARTMENT OF CORRECTIONS**

RECEIVED
AUG 09 2011

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO: ☐ Warden    ☐ Assistant Warden    ☑ Secretary, Florida Department of Corrections

From: Will          Johnny    L              A33735              F.S.P.
      Last    First   Middle Initial           Number            Institution

                                                                 11-6-23671

| Part A – Inmate Grievance |
| --- |

On 7-21-11, at approximately 1:25 p.m., I was getting transported along with two other inmates from Q-Dorm at Union Correctional Institution by four officers, two of these officers (Officers J. Walden and M. LaBell) are two of the officers that Assaulted and Sexual Assaulted me on June 15, 2011, to releasing so that I could wait for F.S.P. officers to pick me up. I was placed in the holding cell, with all of my shackles and restraining still on. After locking the other two inmates in their seperate holding cells, one of the officer left, leaving three (3) officers behind (J. Walden and M.L. Bell was amongst them). the other officer turned his identification card around so his name was hidden from my sight. I knew that they had Intentions of Jumping me, because I was placed in the holding cell with all the shackles and restrictions on and the holding cell gate was left open. When they walked into the holding cell Officer J. Walden said, "So, Will, you're back again, huh? Then turning his attention to Officer Bell, he asked, "Bell, didn't we tell this 'gay' not to come back, and if he did, what was going to happen to him?" Officer Bell nodded his head and smiled at me. Officer Walden then raised his right hand and slapped me on the left side of my head above my left eye. The blow was so powerful that it knocked me back a few steps, causing me to trip over the toilet and fall to the floor. When I fell, the two officers started to kick and punch me. I balled up in a fetal position in an attempt to protect my face and my hands were restrained behind my back, which left me getting punched and kicked in my side, neck, legs and head. After a while of enduring this, Officer Walden, pulled me half-way up and put me in a choke hold position with his right arm around my neck. I tried to inform Officer Walden that I could not breathe and he responded that he "didn't care." At that moment, I temporarily lost consciousness. When I regained consciousness, I was alone in the holding cell with all shackles, restrictions and cuffs removed and the cell door closed. I tried to lift myself off the floor, but I collapsed after the first few movements. My head was hurting and my side (right side) was hurting so bad, I could hardly

8-1-11                    Page 1 of 4         (signature) Johnny L Will    A33735
DATE                                          SIGNATURE OF GRIEVANT AND D C #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS** _____ / _____
                                                                          #        Signature

## INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on 8/2/11     Institutional Mailing Log # 205IIC80304     M. Vickers
                    (Date)                                                      (Received By)

                                                                                10a (205)
| DISTRIBUTION | INSTITUTION/FACILITY | CENTRAL OFFICE |
| --- | --- | --- |
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE  INSTITUTION /FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

Ofc. J. Walden

DC1-303 (Effective 2/05)                    Incorporated by Reference in Rule 33-103 019, F A C

breathing and when I did take in breaths, it hurt even worst. When I was transported back to F.S.P. and evaluated by medical, I reported the incident to the nurse. She leaned over my body at the places I pointed out to her, at which point she spotted a few bruises and knots (a knot on the back of my head; a knot over my right eyeage and a bruise over my left eye, the place Officer J. Walden first struck me at) and she noted these injuries. I was evaluated by the doctor as well. Reason of delay of this report being written is because I was getting denied my rights to a Grievance, which is violation of Chapter 33-103; I had to obtain a Grievance DC1-303 from another inmate. This is the third (3rd) "Sexual Abuse" incident that has been reported, yet it seems like nothing productive is happening in these cases; it seems like these Assaults are are ongoing and a continuing process in which I am not being guaranteed my safety. I am still having difficulties breathing due to the hurt and pain in my right side ribcage; headaches, dizziness and frequent light headedness due to the blow & knot in the back of my head after I flipped over the toilet and fell to the floor; and extreme back pains that leaves me in all night lying or sitting in discomfort. I still have extreme difficulties with the vision in my left eyes, due to the incident that occured 6-15-11, when I was assaulted by (4) Officers (Officers J. Walden and M. L. Bell) and two other officers that I wasn't able to obtain their names, the very first time at UCI. And, I'm still currently having difficulties with my eyesight; because of the incident that occured 7-18-11, when I was struck on the right knee with wrist-chains by Officer Johnson (at F.S.P.) when him and Sgt. Knight Assaulted me (the second incident reported to Stagg). As I have stated earlier within this report, this seems like it's an ongoing and continuous process. I am in fear of my life; I'm not being protected from the 'officers' at UCI or F.S.P. Care Custody and Control is not being upheld in my case and situation. There isn't anything I could do at this point because all situations are being over-looked by those in higher authority. Ever sence I started getting Assaulted and (especially) Sexual Assaulted, I've been experiencing alot of mental problem within myself due to the embarrassment, humiliation, threats, Assaults and fears I have to deal within alot. The first time I was

Assaulted, I was not just Assaulted, I was ~~once~~ twice Sexually Assaulted by (4) officers ———— a female officer ~~once~~ squeezed my testicals, then kicked me in my testicals; (3) male officers pulled my pants half-way down (In that same incident ———— 6-15-11 ————) and was slapping, punching and kicking me in my buttocks, saying obscene and ~~profane~~ profane things like, "Oh, Mr. Tooty Booty!" and "You got a real nice lil ass on you, boy!" In that ~~same~~ incident, I also got spit on in my face by all (4) officers. Although I am experiances mental distress problems, I am afraid to declare a psycological emergency, because I'm afraid that if I do, I'll be sent back to UCI, where I'm afraid I'll get Assaulted yet again and endure more, maybe more murder, pain and anguish in the process. This makes the mental distress issue even worst because I can't call for the proper help for myself in fear that I'll get Assaulted or Sexually Assaulted again. If I am having suicidal or homicidal thoughts, I couldn't notify the proper authorities, ~~for~~ for fear of ~~too~~ me, getting sent back to UCI, that's why on 7-18-11, at 3:00 am, I swallowed (17) pills in order to ~~to~~ take me from the fear I am experiancing at F.S.P. and U. Co. I. Even after the first incident was reported, I have never gotten the chance to talk to an investigator about either incident. I recieved a letter from my grandmother ———— Rev. Jewel Watley (404-358-3508) ———— and she was informed me that she called and talked to somebody in the Dept. of Law Enforcement (the Investigative Section), when she called, she said that the person she called told her that they have investigated the (first) incident and because it occured in an area where there were no cameras, they "closed the case". This is a blatant lie told by somebody in the Dept. of Law Enforcement ———— Investigative Section, because a case ~~of~~ my "Staff Abuse" could not have been investigated without me talking to and investigator and making a statement (which I never did). By these major incidents being ignored, it is sort of like that the Department of Corrections is like ignoring their own rules and regulations ~~on~~ of the Chapter 33 laws and statues concerning Staff Abuse and Sexual Assault/Abuse being reported and handled; it is saying that DOC is condoning Staff and officers and those in authority to do whatever they please to do to an inmate ———— including Sexually Assault them, by DOC ignoring the pleas

rights and begs of inmates being violated by those in authority, it is saying that they don't care about the safety and wellbeing of the inmates that are housed in this custody. This is the third time that an incident concerning officers attacking and assaulting me has gotten reported, but nothing is coming out of these incidents and no help or safety has been granted. Just like every other incidents that has occurred concerning these incidents, this one, too, has been documented and copies have been made and sent off to my family and my lawyer. I am seeking proper legal assistance and remedy because these incidents have been ignored by the facility/institution I am housed at (F.S.P.). We are in the process of fiting the proper papers and motions to prepare for a lawsuit under 19.83 and tort. These incidents have been going on for far too long and nothing is being done about them. I am still around these same officers that has waused me and I am experiencing mental distress and having coping problems, but I can't call upon the proper authorities for any physological Emergency because I am afrid that if I was to go back to UCI (SHOS Cell) then I would be forced to endure more abuse, physically, emotionally, verbally and, also, sexually as once before. If things get too hard and something worst happens to me then the fault lies upon those I have informed about these problems but have decide to ignore them. The copies of these incidents/reports that has been sent to my family are for just that reason. Because if some happened to me while I am still at F.S.P. among the officers that has already assaulted me and so many more that has told me when they get the chance, they will do me worst then the others. Because the institution is not doing as it is supposed to do to make sure I'm safe, I have decided to tell my family to send copies, along with a signed letter from me, to on every major news paper company in Florida, including but not limited to, the Florida Star, the USA Today, The Florida Times Union, The Florida Sentinal .... and several more, explaining to the public how I have reported (3) different Staff abuses on (3) different occasions and DOC is trying to cover them up and ignore them. If we (as inmates) can not go to higher authorities when we are violated by other inmates or staff, then we can't turn to anybody. Once again, you have been informed. Copies of this report has also been made.

Date: 8-1-11

Signature: Johnny Hill

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| HILL, JOHNNY | J33728 | 11-6-23671 | FLORIDA STATE PRISON | B1120S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative appeal has been received in non-compliance   This office has previously addressed this issue in appeal log number 11-6-21554   We will not redress this issue or your allegations

Your request for administrative appeal is returned without action

C Neel

| | | 08/10/2011 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN  ASST  WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst /Facility
(1 Copy) C O  Inmate File
(1 Copy) Retained by Official Responding

Formal Grievance Log # 11-6-23672

DEPARTMENT OF CORRECTIONS

RECEIVED

AUG 09 2011

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

...TIONS

TO ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From  Weil   Johnny   Lee   A33725   F. Sc. Pe.
Last   First   Middle Initial   Number   Institution

1-6-23-72

| Part A – Inmate Grievance |
|---|

On the date of 6-10-11, I filed an Inmate Grievance and request for administrative remedy about an incident that occurred while I was housed at Clean Correctional Institution.

On 6-15-11, at approximately 1:45 p.m., I was leaving the (SHOS) wing Q-Dorm, wing 10, cell 3102. I was getting transported to the release by CO officer's Officer of Walden and Officer Mch. Bell the other two officer's including a female officer, I was not able to identify this, but I know where they work and they look like. When I got to the holding cell, officer J. Walden removed my handcuffs, shackels and waist restrictions and they all left me alone. Then, Officer J. Walden returned ten minutes later and told me to "cuff-up". He stated that I said to take my picture before I leave. I wasn't too sure about but I didn't want to get into any trouble so I answered his order and allowed him to place the handcuffs on my wrists. He then led me to a corner, secluded office where there were no cameras. The other 3 officers, Officer Mch. Bell and got there, were standing around waiting on us to return. Officer Mch. Bell told me that they were going to hurt me up because I got into a verbal altercation with the dorm sgt. Sgt. Dorn before I left Q-Dorm. I tried to plead and apologize but nothing worked. The lady officer approached me and, before I know what was happening, slapped me with her fist hand across the left side of my face. I tried to plead with them again before it could get out of hand, but, once again, my lips went scarred. The law-public officer then reached between my legs and squeezed my testicles until I could not rightly breathe. He told me to resist it to the best of my abilities but the other three officers was holding me down. When the female officer finally released her grip from my testicles, she was reaching on her floor gesturing back down by this male officer and me onto his leg and kneed me between my legs in my testicles. The other officers took her place, after she stepped over, and I endured getting punched, slapped, kneed and spit on the...

7-34-11                Page 1 of 2        Johnny Lee Weil  #A33725
DATE                                    SIGNATURE OF GRIEVANT AND DC #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS**  ____/____
#        Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on 8/2/11   Institutional Mailing Log # 2051108033   M. Vickers
(Date)                                                                      (Received By)

1 Da (205)

Dr. J. Welden

| DISTRIBUTION | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Revised 2/05)

were pulling my teeth halfway down, saying things like, "Oh, Mr. Tooty Duggy... They got a little assam you, oh, while they slapped and kicked me in my buttocks and tried to do the same with my testicles (but I kept my eyes pried closed). I was also stomped in my back, sides, legs, stomache and chest. I got hit and an my left eye also, and now the visions in my left eye is now blurry and fuzzy to the point where I can't hardly see clearly out of it. I had other injuries such as back pains and headaches, as well. When I inquired the doctor that "inspected" me of these things, she told me that there was nothing wrong with me, when it was obvious that my left eye was swollen shut and I had bruises in a lot of other areas. Pictures of my injuries were not taken (as they should have been), an incident report was not written by the nurse I testified (at 9:30?) about the incident that took place at UCI, and, the body-assessment on me it was not done correctly because all of my injuries were not documented as they should have been. My condition and situation was rationalized, over-looked, and trying to be covered up by the staff (Medical), which is a stand that they condone, the unjustified abuse of officials to inmates. It has been brought to my attention that after a staff abuse or "sexual abuse" by any kind has been reported, the victim of the "abuse" will be able to see the investigator to give his/her statement of the alleged incident and pictures are supposed to be taken of all and uses reported in an incident to serve as proof whether the incident did/did not occur or if it did not. No charges were taken to prove if I did indeed got committed or not even after it was reported. And, even after I already gave (4) days (from 6-15-11 when the incident was reported — to 7-29-11) today, I still haven't even given the chance to give my statement and account to an investigator, which makes me believe that even the entire DOC is trying to cover up this incident. My goal is only to see brought to justice for what is right, which is and, also asking to be a part of investigations such an event involving for legal actions against those officers for what is just done is not and anciety-right etc and issue but my rights in this matter and not those rights given an rights. I would seek a legal custody for a small, serious security... on the behalf of the... appliances. Thank you. You have been "Informed"!   Date: 7-29-11.
Copies of this report has been made!!    Signature: (Johnny Hill

MAILED/FILED
JUN AGENCY CLERK

Department of Correction.
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| HILL, JOHNNY | J33728 | 11-6-23672 | FLORIDA STATE PRISON | B1120S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative appeal has been received in non-compliance  This office has previously addressed this issue in appeal log number 11-6-21554  We will not redress this issue or your allegations

Your request for administrative appeal is returned without action

C  Neel

| | | 08/10/2011 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST  WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst /Facility
(1 Copy) C O  Inmate File
(1 Copy) Retained by Official Responding

Formal Grievance Log # 11-6-26044

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

RECEIVED
[illegible] 29 2011
DEPARTMENT OF CORRECTIONS
BUREAU OF INMATE GRIEVANCES

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO ☐ Warden ☐ Assistant Warden ☑ Secretary, Florida Department of Corrections

From Bell, Johnny L. A53128 Florida State Prison

Last First Middle Initial Number Institution

11-1-[illegible]

Part A – Inmate Grievance

This Grievance concerns of a sensitive nature:

At approx. 1:30 p.m., on 6-23-11, I, was getting transported by (3) officers, along with another inmate (Justin Settle) to the movement center to prepare for F.S.P. to pick us up. One of the officer's names was T. B. Walker (Sgt Walker was one of the (3) officers that attacked me on 6-15-11 ——— one of the officer's names I didn't catch at the time, but I recognized his face), the second officer was Sgt. Manning, and I could catch the female officers name. I was placed in the last holding cell and inmate Settle was placed in the holding cell next to mine. After Settle was secured in his holding cell, T. B Walker and Sgt Manning came into mine, and without a word of warning, T. B. Walker slapped me hard with his left hand across the right side of my face. Shocked and stunned from the sudden blow, I stumbled, lost my balance and fell [illegible] the bench. T. B. Walker then grabbed me around my throat with both of his hands and started to squeeze, cutting off my air circulation. Gasping for air, I tried tell T. B. Walker that I couldn't breath, but he ignored this. By this time, the female officer had left and Sgt. Manning was standing in the holding cell doorway watching the entire scene unfold before his eyes. T. B. Walker then bent down to where his face were only inches from mine he said "[illegible] Bell and Walden [illegible] to [illegible] or you must [illegible]. Then he said "And [illegible] you was talking to the Inspector [illegible] didn't you? For your sake, I [illegible] you didn't [illegible] to [illegible] you would be going back to F.S.P., [illegible]!" Then he released his grip on my neck. As they were leaving, Sgt Manning stated "Consider yourself lucky, [illegible], 'cause we are going to [illegible] you off today." When I returned back to F.S.P., I informed the [illegible] Ms. [illegible] and she [illegible] me to [illegible]

DATE (Pg. 1 of 2) SIGNATURE OF GRIEVANT AND D C #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS _____ / _____
# Signature

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103 Florida Administrative Code When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below)

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate the grievance will be returned to the inmate for processing at the institutional level

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on 8/24/11 (Date) Institutional Mailing Log # 305110824409 M. Vickers (Received By)

10a (205)

DISTRIBUTION

INSTITUTION/FACILITY
INMATE (2 Copies)
INMATE S FILE
INSTITUTIONAL GRIEVANCE FILE

CENTRAL OFFICE
INMATE
INMATE'S FILE INSTITUTION/FACILITY
CENTRAL OFFICE INMATE FILE

Sgt [illegible] Walker

(this is of a sensitive nature) (continue - pg. 5 exst)

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| HILL, JOHNNY | J33728 | 11-6-26044 | FLORIDA STATE PRISON | B1102S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your appeal has been reviewed and evaluated   The issue of your complaint has been referred to the investigative section of the Office of the Inspector General for appropriate action   Upon completion of necessary action, information will be provided to appropriate administrators for final determination and handling

As action has been initiated, you may consider your appeal approved from that standpoint

C  Neel

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST WARDEN OR SECRETARY'S REPRESENTATIVE | 09/01/2011 DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst /Facility
(1 Copy) C O  Inmate File
(1 Copy) Retained by Official Responding

Formal Grievance Log # 11-6-26636

STATE OF FLORIDA
PARTMENT OF CORRECTIONS

SEP 12 2011

## REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

DEPARTMENT OF CORRECTION
INMATE GRIEVANCES

TO ☐ Warden    ☐ Assistant Warden    ☑ Secretary, Florida Department of Corrections

From Hill, Johnny L        J33728    I.S.P.
Last  First  Middle Initial    Number    Institution

11-6-26636

### Part A — Inmate Grievance

This Grievance concerns of a sensitive nature;
Failing to Comply With Security Regulations-33 — 208.002 Subsection 22;

At approx 5:00 a.m. on 8-20-11, I woke up with sharp, strong headaches, chest pains and I was experiencing ft headaches, dizziness and shortness of breath. At that moment, I noticed one of the wing officers, Sgt. George, conducting his 30 minute security check and I opened him of my medical issues, stating that I had a medical emergency. He said "Okay, and walked away from my cell door. 30 minutes later, 5:30 a.m., as I was still experiencing these medical problems, I noticed the wing Sgt. K. Brown, conducting his 30 minute security ackt. I stopped Sgt. Brown when at my cell door and apprised him of my medical condition, telling him that I had medical emergency, just as I had done with Officer A. George. Sgt. K. Brown also said "Okay before walking away from my cell door. Moments later, Officer A. George and Sgt. K. Brown came back to my cell and went through the motions of placing me in full restraints. During this process, as Officer A. George was intentionally hurting me while placing the restraints on me he stated, "Did you know that me, Knight and Johnson are good friends? And I don't like how you ran your big mouth, you'll overreact on an ass-whoopin' like a man". At that moment, I was afraid because I, was now in full restraints and I thought Officer A. George and Sgt. K. Brown was going jump on me, also, in my cell. Sgt. K. Brown then said "Damn Hill, what you trying to go back to U.C.S.? I sayst you had problems over there? I, had notice what we was talking about and why he would mention U.C. I, they flowed me out of my cell without incident. I was transported to medical by Officer Frederick and one of the rest that I don't know name I, couldn't see ear at the time. At the medic, I, was placed in a holding cell, Officer "Chin, the medical officer, came out and asked me do I've ever had a "havarge" incopred when the nurses shove a one down your throat and pour liquid down your the hose in an attempt to "flush" your system of non-healthys things induced by mental. When I said no, he smiled and said, "It'll be for you, you'll like it". I scared, nervous and still a pain from the incubatore and chest pains. I, didn't know what he was talking about. When Lt. McSpadden came to medical, I, attempted to apprise him of my medical condition but I was cut short. I, soon found out that after I, declared a medical emergency with Sgt. K. Brown and Officer A. George, one of them or both of

8-27-11            Page 1 of 3        [signature] Hill #J33728
DATE                                SIGNATURE OF GRIEVANT AND D C #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS _____ / _____
                                                           #        Signature

### INSTRUCTIONS

us form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103 orida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below)

hen the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is itled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the mate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of e institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance ill be returned to the inmate for processing at the institutional level

1Dg (205) (D+)

Receipt for Appeals Being Forwarded to Central Office

bmitted by the inmate on  8/30/11      Institutional Mailing Log # 2051002906    M. Vickers
                          (Date)                                              (Received By)
                                                                            Sgt. K. Brown
                                                                            Ofc J. Garay

| DISTRIBUTION | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE S FILE | INMATE S FILE  INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Revised 2/05)

Page 2 of 3

Continuation — "This Grievance concerns of a sensitive nature";

Failing To Comply With Safety Regulations — 33 - 208.002 Subsection 22.

them) called medical and told the medical staff that I "supposedly" swallowed some pills. This was a blatant blatant lie by Sgt. K. Brown and Officer J. Guinge. I was made to go into the Emergency Room and the on the gurney while Nurses Laurent and Sermons performed the lavage. Four officers, Officer Cobb, Officer Frederick, Lt. McSpadden and the other Lt., whose name I was unable to recieve at the moment, stood close by to observe and assist in any way if I resisted the lavage or "bucked" it. But, I was in too much pain to resist; on two different occasions during this procedure, I felt as if I was going to passout, which would have been dangerous for the lavage. But, I followed all instructions given by Nurse Laurent (who was performing the lavage). After the procedure, the results were that the liquid that was used to "flush my system" came back out clear and devoid of any other substance or substances that was not supposed to be there. This is to show and prove that there was a lie and in this conspiracy on behalf of Sgt. K. Brown and Officer J. Guinge to prove that I did NOT swallow any pills, or anything else. this Sgt. K. Brown and Officer J. Guinge's actions could easily be classified as "cruel and unusual punishment" and retaliation" —— to get back at me for exercising my constitutional rights in writing other officers up for also violating them same constitutional rights. Sgt. K. Brown and Officer J. Guinge acted unprofessionally and personally, in an attempt, I am led to believe, to cause great bodily harm, considering I had a medical emergency and my medical emergency had to be put on hold due to the lie they told about me "swallowing" pills, and also in hopes to get me sent back to U.C.I., knowing I have gotten assulted several times there and that it was more than likely to happen again. Later I was placed in cell #1 in the infirmary and I asked Nurse Laurent if I could get my prescribed medication to prepared to dull my growing my growing infirm, she complied.

"This Grievance concerns of a sensitive nature";

On 8-21-11, at approx. 12:30 p.m., while housed in the clinic under SHOS

Page 3 of 3
Continuation — This Grievance concern's of a sensitive nature;
   Failing to Comply With Safety Regulations — 33 ~ 209.002 Subsection 20.

Observation Officer Williams, medical officer, approached my cell and informed me that I was getting transferred to U.C.I. In the beginning I refused, scared for my life, afraid that if I went back to U.C.I., I would get attacked again, because in the incident prior, I was warned "not to come back to U.C.I" or there would be extreme consequences if I did. Captain Lindsey then came to my cell and told me that if I didn't come out willingly, they would come in there and get me and I was still going to U.C.I. I begged and pleaded with him not to send me back to U.C.I, explaining the problems I gave over there if me did, and I also pointed out that there was another SHOS inmate that they could move instead of me in they NEEDED a SHOS Cell. Captain Lindsey then repeated himself, stating that they would come in there and get me if I didn't come out willingly. He told me that the "Doctor made the call" and they had to move this certain inmate in that cell. Also with him was Officer Williams and Sgt. R. Knight, who was smiling at me. Sgt. R. Knight is one of the officer's I reported "jumped" on me on 7-18-11. I decided to come out of my cell willingly to avoid any extra troubles and/or problems. As Officer Williams was putting on my restraints to prepare me for transportation, Sgt. R. Knight stated, "Damn, or you should've refused. I was on the extraction team and I would've had alot of fun coming in here on you." I said nothing. Later, as I was getting transferred, I noticed the inmate that was "supposedly" going into my cell was also getting transferred to U.C.I. with me. When I pointed this out to Captain Lindsey and asked him if I could please stay, he stated, no, it was too late.
I believe that Cap. Lindsey, Sgt. R. Brown and Officer I. Going acted maliciously in an attempt to cause me harm by getting me shipped to U.C.I., knowing there was a great possibility that I would get assaulted again. Their actions resulted in an attack on me at U.C.I., as Sgt. Manning observed the incident, choosing not to intervine. I am seeking disciplinary actions on these officers. I have bypassed writing this Grievance to the Warden because this is a continuation of the abuse I've been receiving for the past 8 months.

MAILED/FILED
AGENCY CLE

Department of Correction
Inmate Grievance Appeal

**PART B - RESPONSE**

| HILL JOHNNY | J33728 | 11-6-26636 | FLORIDA STATE PRISON | B1102S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

NOTE  This grievance is not accepted as a grievance of a sensitive nature

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103, Inmate Grievance Procedure  The rule requires that you first submit your appeal at the appropriate level at the institution  You have not done so or you have not provided this office with a copy of that appeal, nor have you provided a valid or acceptable reason for not following the rules

The institution should be given the opportunity to respond to your issue

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure

Based on the foregoing information, your grievance is returned without action

C  Neel

| | | 09/06/2011 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST  WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst /Facility
(1 Copy) C O  Inmate File
(1 Copy) Retained by Official Responding

STATE OF FLORIDA
EPARTMENT OF CORRECTIONS

### REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO ☑ Warden      ☐ Assistant Warden      ☐ Secretary, Florida Department of Corrections

From: Hill        Johnny  L        133728        F.S.P.
      Last   First   Middle Initial        Number        Institution

| Part A – Inmate Grievance |
|---|

This Grievance of Reprisal (33-103.002(10) concerns of a sensitive nature, concerning a violation of Rule 33-208.002 (22) — Failure To Comply with Safety Regulations.

This Grievance of Reprisal (33-103.002(10) is being written based on Officer I. Going, and Sgt K. Brown failing to comply with Safety Regulations in violation of 33-208.002 (22) Reason for delay of this Grievance is that of my property had gotten misplaced, I just got it back- Grievance Hill-6-26636
On 8/20/11, at approximately 5:00 A.M., I was experiencing headaches, chest pains, light-headedness, dizziness, and shortness of breath, of two separate times, I notified one of the wing officers on D-wing, Officer I. Going, and the wing Sgt., Sgt K. Brown and informed them both of my medical conditions, explaining that I had a medical emergency. Instead of calling medical, telling medical personnel I had a medical emergency, Officer I. Going, or Sgt K. Brown or both of them called medical and flat-out lied, saying that I "swalled some pilles". I wrote a prior Grievance on this issue on 5-27-11 — Grievance Log Number: 11-6-26636 — to the Secretary, Florida Department of Corrections, it was returned without action, stating I had to allow the institution to answer the Grievance first — See, attached Grievance and Response for more details. As I was getting pulled out of my cell, cell# 1120 on B-wing, with the thoughts I was going to the medical clinic to be seen about my medical issues, Officer I. Going asked, "Did you know that my right-hand Johnson are good friends? And I don't like how

~~_____~~  9-28-11                    Johnny Hill # 133728
DATE                                    SIGNATURE OF GRIEVANT AND D C #

SEE ATTACHED
RESPONSE

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS  _____ / _____
                                                                        #      Signature
1110-205-016

'00

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code   When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below)

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office   The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels   The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution   If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate  the grievance will be returned to the inmate for processing at the institutional level

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on  10/3/11  Institutional Mailing Log #  _____   K. adams
                             (Date)                                      (Received By)

| DISTRIBUTION | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 2/05)                    Incorporated by Reference in Rule 33-103 019, F A C

This Grievance of Reprisal (33-103.002(b)) concerns is of a Sensitive nature, concerning a violation of Rule 33-208.002 (23) — Failure To Comply With Safety Regulations.

Page 2 of 3

you run your big mouth, pussy. Can't even take an ass whoopin' like a man." Right then, I was afraid because Officer S. Johnson and Sgt. R. Knight were the two (2) officers I reported assaulted me on 1-18-11. Sgt. K. Brown stated, "Damn, Hill, what you trying to do? Go back to U.C." I thought you had problems over there. I had no idea what Sgt. Brown was talking about. When I got to medical, I discovered that the offending officers lied on me intentionally. Sgt. K. Brown and Officer A. Gainey's actions were in violation of D.O.C.'s own Rules: 33-103.017(1), 33-208.002(26), 33-103.001(3)(C), 33-208.002(8) and 33-208.002(23); including my 8th and 14th Amendments of the U.S. Constitution. Officer Gainey and Sgt. Brown acted in thier individual and official capacities with the clear state of mind of concious awareness of thier actions and the physical danger they were placing me in by lying to medical personell, purposely and intentionally delaying my medical care(also in violation of Rule 33-208.002(23)) to get me sent back to U.C. where I have had prior incidents of reported physical abuse from U.C. officials. These acts and violations are committed under color of state laws, and the failure To Comply With Safety Regulations is a Procedural Due Process violation in which the knowing, Malicious and sadistic acts of lying on an inmate just to cause him physical harm unjustly will constitute as Cruel and Unusual Punishment in violation of the 8th and 14th Amendments of the U.S. Constitution. Sgt. Brown and Officer Gainey's actions were done with evil intent, bad faith and Reprisal/retaliation on me for excersizing my Constitutional Rights and Institutional Rights and reporting unconstitutional actions concerning Officer S. Johnson and Sgt. R. Knight unjustifiably assaulting me and using excessive force on me without proper cause. Because of Sgt. Brown and Officer

This Grievance of Reprisal (33-103.002.(a)) concerns of a sensitive nature; concerning a violation of Rule 33-208.002. (a) — "Failure To Comply With Safety Regulations".

Page 3 of 3

Grigney's actions, I was sent back to U.C.I. under psychological evaluation and assaulted once again on 8-23-11 (see "Grievance of a sensitive nature" — Grievance number: 11-6-26044). I herein seek the immediate relief of a thorough investigation on this matter. Check medical personell and medical records dated 8-20-11----- Sgt. Brown stated that Officer Grigney told him he "saw" me swallow some pills, if this was true, and Officer Grigney indeed did "see" me swallow some un-identified pills, why would it take him and Sgt. Brown over 30 minutes to pull me out of my cell? I stopped Officer Grigney at my cell at 5:00 a.m. and I stopped Sgt. Brown at 5:30 a.m. Furthermore, when I went to medical I reluctantly, but willingly went through the process of a "lavague", which showed nothing abnormal in my stomach or system. Also, check with Officer Frederick on the 12-8 shift, who transported me to medical and was also present when the lavague was going on. Officer Frederick stated later on down the line and after the incident had passed that he didn't know what was going on and that he thought "Big Dog" made the call to medical. I took "Big Dog" to be Officer Grigney. Also, if Officer Grigney claims to have saw me swallowing some unidentified pills, an incident report by Officer Grigney should have been written, along with a Disiplinary Report, there was none. Therefore, it is quite obvious that Sgt. Brown and Officer Grigney lied on me for no other reason than to cause me physical harm and, intentionally, they contributed to me getting attacked on 8-23-11 by lying to get me sent back to U.C.I. Failure of a proper, correct and thorough investigation will force me to obtain mandamus relief and further civil actions on the offending officers, thier immediate supervisors, the Superintendant of F.S.P and the Inspector General's Office. Thank You!

**PART B - RESPONSE**

| HILL, JOHNNY | J33728 | 1110-205-016 | FLORIDA STATE PRISON | A1102S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative remedy has been received, reviewed and evaluated  Contact with Officer J  Gainey and Sergeant K  Brown and they deny your allegations  An incident report was completed on you declaring a psychological emergency and swallowing the pills    You issue with Sergeant Knight and Officer Johnson has been previously reported to the Office of the Inspector General for further review

Based on the foregoing information, your grievance is denied

You may obtain further administrative review of your complaint by obtaining form DC 1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required, and forwarding your complaint to the Bureau of Inmate Grievance Appeals

K  Adams

STEVEN F  SINGER
WARDEN
FLORIDA STATE PRISON          10/21/11

| K Adams | Jm | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN  ASST  WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst /Facility
(1 Copy) C O  Inmate File
(1 Copy) Retained by Official Responding

MAILED
OCT 3 1 2011
FSP GRIEVANCE OFFICE

Formal Grievance Log # 11-6-29963

REQU̲ __FOR ADMINISTRA̲TIVE REMEDY O̲ __PEAL

DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES

TO ☐ Warden    ☐ Assistant Warden    ☑ Secretary, Florida Department of Corrections

From: Hill, Anthony L.    L33728    Florida State Prison
_____    _____    _____
Last    First    Middle Initial    Number    Institution

---

Part A – Inmate Grievance    11-6-29963

GRIEVANCES ADDRESSED TO THE
INSPECTOR GENERAL'S OFFICE:

This Grievance concerns of a sensitive nature, concerning a
Violation of Rule 33-208.008(13): Failure To Comply with Safety
Regulations:

This Grievance of a Sensitive Nature Is being written based upon the Inspector General's Office
personnel and staff failing To Comply with Safety Regulations in violation of Rule 33-208.008(13)
in which the acts of Deliberate Indifference by the Inspector General's Office personnel is
known to be causing or irreparable initial harm based on the lack of Investigation on a
purposel staff error incident reported on 6-15-11. Me and my grandmother Mrs. Janet Watson
were informed that on 6-16-11 one day after the incident occured and was reported, the
case was "closed" because the evidence didn't support our claim. Only a proper Investigation
WAS NOT conducted because, in order for a proper and thorough investigation to be done, I would
have been given the opportunity to talk and give my full statement to an investigative representative for
the Inspector General's Office. Now, the case has been closed without at a through investigation and after
103 days (till to date) I still haven't been made to give a full statement to an investigator. I assert the
Inspector General Office personnel has deliberately performed an inadequate investigation concerning the
serious matter of prison security while acting in their individual and official capacities with the
clear state of mind of conscious awareness of my sustained injuries, the reported incident and my
complaints. These acts are committed under color of state law, and the Failure To Comply with
Safety Regulations is a Procedural Due Process in which I've taken to include the harming, malicious acts of
inadequate investigation as well cognitive as Cruel and Unusual Punishment in violation to the 8th
Amendment on the U.S. Constitution. At this point I will be forced to take an employees relief civil action

9-27-11    Anthony Hill # L33728
DATE    SIGNATURE OF GRIEVANT AND D C #

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS** _____ / _____
# Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on 9/28/11    Institutional Mailing Log # 2051109-2809    M. Vickers
(Date)    (Received By)

10 o (205)
Inspector General's office

DISTRIBUTION    INSTITUTION/FACILITY    CENTRAL OFFICE
    INMATE (2 Copies)    INMATE
    INMATE'S FILE    INMATE'S FILE - INSTITUTION/FACILITY
    INSTITUTIONAL GRIEVANCE FILE    CENTRAL OFFICE INMATE FILE
        CENTRAL OFFICE GRIEVANCE FILE

DC1-303-(Revised 2/05)

OCT 1 0 2011

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| HILL, JOHNNY | J33728 | 11-6-29963 | FLORIDA STATE PRISON | B1102S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

NOTE  This grievance is not accepted as a grievance of a sensitive nature

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103, Inmate Grievance Procedure  The rule requires that you first submit your appeal at the appropriate level at the institution   You have not done so or you have not provided this office with a copy of that appeal, nor have you provided a valid or acceptable reason for not following the rules

You need to file an informal grievance to the institution inspector

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure

Based on the foregoing information, your grievance is returned without action

C  Neel

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST  WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst /Facility
(1 Copy) C O  Inmate File
(1 Copy) Retained by Official Responding

Formal Grievance Log # 11-6-29965

PART A - INMATE GRIEVANCE

**REQU~ OR ADMINISTRATIVE REMEDY OR APPEAL**

DEPARTMENT OF CORRECTIONS

TO ☐ Warden ☐ Assistant Warden ☑ Secretary, Florida Department of Corrections

From: _Hill, Johnny L._    _J33228_    _F.S.P_

Last   First   Middle Initial     Number     Institution

11-6-29965

---

Part A – Inmate Grievance

*Grievance addressed to the Inspector General's Office:*

This Grievance concerning a Sensitive Nature's concerning a Violation of Rule 33-208.002 (23). Failure to comply with Safety Regulations.

This Grievance of a Sensitive Nature is being written based upon an Inspector General's Office personnel and staff failing to comply with Safety Regulations, a violation of Rule 33-208.002 (23), in as the acts of Deliberate indifference of the Inspector General's Office personnel is known to be causing me irreparable injury based on the lack of investigation as a physical injury abuse incident reported on 7-18-11. On 7-18-11, around the approximate times of 10:00 a.m. to 11:15 a.m (See both handheld video cameras 7-18-11 between the approximate times of 10:00 a.m to 11:15 a.m.) I reported an assault on me of two officers, Sgt. H. Stott and Officer S. Johnson. I reported this incident to two (2) nurses and one (1) Captain, while being video raped on the handheld cameras under Nurse Johnson's I was reported the incident on a DC1-303 grievance and was so injured that there was no will be investigated but up until this day 9-27-11, I haven't been given the opportunity to turn in or give any full statement in investigation. This means the no proper investigation or inquiry or no currently being conducted because a full investigation could NOT have been conducted without me talking to an investigator and giving an account of the incident. Inspector General's Office personnel and staff has deliberately or as deliberately recurring inadequate investigation concerning the serious matter of prison brutality, while acting an official individual and official capacity with the sure state of mind of serious and critical awareness of current and injuries the resulted incident and my complaints thereof. This was an assault under color of state law, and the Failure to comply with Safety Regulation is a Procedural Due Process violation in which the bridging acts and acts of inadequate investigation will constitute as Cruel and Unusual Punishment, in violation

9-27-11       Johnny Hill #J33228

DATE                    SIGNATURE OF GRIEVANT AND D C #

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS** ____ / ____

                                                  #           Signature

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103 Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on _9/28/11_    Institutional Mailing Log # _2051109-2803_    _M Vickers_
                 (Date)                                                   (Received By)

                                                           IGa (205)

| DISTRIBUTION | INSTITUTION/FACILITY | CENTRAL OFFICE | |
|---|---|---|---|
| | INMATE (2 Copies) | INMATE | |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY | Sgt. R. Knight |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE | Ofc. S. Johnson |
| | | CENTRAL OFFICE GRIEVANCE FILE | |

DC1-303 (Revised 2/05)

GRIEVANCE ADDRESSED TO THE
INSPECTOR GENERAL'S OFFICE:

This Grievance concerns as of a Sensitive Nature, concerning a violation of
Rule 33 209.602(A?): Failure to comply with Safety Regulations:

Of the 8th and 14th Amendments of the U.S. Constitution, I herein seek the
immediate seating of Grievance properly thorough, and its full investigation
and to be allowed to talk with an investigator/representative of the Inspector
General's Office. Failure to do so will give me to obtain mandamus relief
on this matter and seek further civil action.

**PART B - RESPONSE**

| HILL, JOHNNY | U33728 | 11-6-29965 | FLORIDA STATE PRISON | B1102S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your appeal has been reviewed and evaluated   The subject of your grievance is currently being reviewed by the investigative section of the Office of the Inspector General   A copy of your complaint will be forwarded to that section to be included as a part of the current review  Upon completion of this review, information will be provided to appropriate administrators for final determination and handling

As this process was initiated prior to the receipt of your grievance, your request for action by this office is denied

C  Neel

| | | 10/06/2011 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST  WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst /Facility

(1 Copy) C O  Inmate File

(1 Copy) Retained by Official Responding

Formal Grievance Log # 11-6-30427

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

RECEIVED

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From  Hall Johnny L.         N33728       Florida State Prison
      Last   First   Middle Initial      Number        Institution

| Part A – Inmate Grievance | 11-6-30427 |
|---|---|

Amended Grievance of a Sensitive Nature, concerning a violation of Rule 33-208.002(5) and Rule 33-208.002 (9?)".

This Amended Grievance of a Sensitive Nature is written based upon a reported "physical abuse" incident that occured on 6-15-11 (See attached Grievance of a Sensitive Nature — Grievance Log Number: 1102-205-252 for the matter details). I got several responses back on this issue and one (1) response was that because my evidence didn't support my claim, the case was closed on 6-16-11. One(1) day after the incident was reported. My family was told the same thing, my grandmother, Rev. Jewel Walley inquired me that she was told by a person in the Inspector General's Office that the case was closed because "the incident happened in an area where there were no cameras". But, a proper investigation could not have been conducted without me talking to an investigator and giving my recorded statement and account of the incident, this is classified as an inadequate investigation. There was no witnesses, In this Amended Grievance I am naming one witness: Edwin Humphrey, who was present and heard officers threaten me with bodily harm. In this Amended Grievance, I herein seek the immediate relief that this case be reopened, thoroughly investigated and I am asking why hasn't an investigator come to take my statement on this matter. An inadequate investigation is a violation of the 14th Amendment of the U.S. Constitution which makes the Inspector General's Office liable and also at gault of the violation of the U.S. Constitution. Failure to comply and conduct a proper investigation will force me to seek mandamus relief on the offending officers, their immediate supervisies, the Superintendent of U.C.I. and the Inspector General's office, and further civil actions will be taken

10-2-11                          Johnny Hall #N33728
DATE                 SIGNATURE OF GRIEVANT AND DC #

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS**  ___/___
                                          #      Signature

## INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on  10/3/11        Institutional Mailing Log # 205111003110      M Vickers
                  (Date)                                             (Received By)

                                                               10a (205)
                                                               Ofc J Wilder

| DISTRIBUTION | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION /FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 2/05)

**PART B - RESPONSE**

| HILL, JOHNNY | J33728 | 11-6-30427 | FLORIDA STATE PRISON | B1102S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative appeal has been received in non-compliance   This office has previously addressed this issue in appeal log number 11-6-21554   We will not redress this issue or your allegations, as there is no provision in the grievance process to appeal a decision already rendered by this office

If you feel that an inadequate investigation was conducted you need to file an informal grievance to the institution Inspector

Your request for administrative appeal is returned without action

C  Neel

| | | 10/11/2011 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST  WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C O  Inmate File

(1 Copy) Retained by Official Responding

DEPARTMENT OF CORRECTIONS

**REQ**    **T FOR ADMINISTRATIVE REMEDY C.. APPEAL**

DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES

TO  ☐ Warden     ☐ Assistant Warden     ☒ Secretary, Florida Department of Corrections

From  _HILL, JOHNNY_     _J33728_     _F.S.P._
      Last   First   Middle Initial     Number     Institution

                                        116-21554

| Part A – Inmate Grievance |
|---|

Subject is APPEALING INSTITUTIONAL LEVEL DECISION. See copy of GRIEVANCE. LOG # 1106-205-256 attached

    THIS GRIEVANCE CONCERN IS of a SENSITIVE NATURE:
ON JUNE 12-2011 While housed on close MANAGEMENT (CM) at
FLORIDA STATE PRISON (F.S.P.) I had a MENTAL CRISIS and went
PSYCHE. As a RESULT, I was tRANSFERRED to UNION CORRECTIONAL
INStiTUtiON (U.C.I.) ON JUNE 15-2011 At APPROXIMATELY 9:45 P.M. I
Was house IN O-DORMITORY IN CELL 3102 when the HOUSING UNIT
SERGEANT CAME to said CELL ANd ACCUSED me of MASTURBATING
to the FEMALE OFFICER ASSIGNED to the CONTROL ROOM. At that
time I was secured IN my CELL. I denied the ALLEGATIONS. the
CONTROL ROOM ANd CELLS ARE NOt CONStRUCtED so that ANY
StAFF CAN see INto the CELLS FROM that AREA. the SERGEANT
told me "We ARE GoiNG to FUCK you UP." He LEFt ANd REtURNEd
APPROXIMATELY 10 MINUtES LAtER. He told me I was LEAVING. that
F.S.P. was coming to Get me AFtER LUNCH. At APPROXIMATELY 1:45 P.M.
SEVERAL OFFICERS ESCORTED me FROM O-DORM to SHIPPING/ RECEIVING
IN the ADMINIStRAtiVE BUILDING. of the 4 OFFICERS, I observed
the FEMALE stAFF I was ACCUSED of MAStURBAtiNG to was iNcLuded.
two of the OFFICERS NAMES WERE J. WALDEN ANd M.L. BELL. the
others I didN't CAtCH. ONCE IN the SHIPPING/ RECEIVING AREA
the WAISt CHAIN CUFF BLACK BOX. ANd SHACKLES was REMOVED,
then I PLACED IN a holding CELL. EVEN the HANdCUFFS was REMOVED.
tOGEthER ALL OFFICERS LEFt me ALONE. HOWEVER, OFFICER WALDEN

_7/9/2011_     _HILL JOHNNY # J 33728_
DATE            SIGNATURE OF GRIEVANT AND D C #

the AttACHEd ORIGINAL GRIEVANCE (3) PAGES
CONTINUE. SEE AttACHEd (5) PAGES INCLUd the 303

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS   ☒ /
                                                                        #      Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103 Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below)

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level

Receipt for Appeals Being Forwarded to Central Office

                                                             1106-205-256

Submitted by the inmate on  _7/13/11_   Institutional Mailing Log #  _3051071302_     _M.V.clee_
                             (Date)                                                   (Received By)

                                                                          10a (205)
| DISTRIBUTION | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
|  | INSTITUTION (2 Copies) | INMATE |
|  | INMATE'S FILE | INMATE'S FILE - INSTITUTION /FACILITY |
|  | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
|  |  | CENTRAL OFFICE GRIEVANCE FILE |

Ofc J. Walden

DC1-303 (Revised 2/05)

Returned alone and ordered me to cuff up to take my picture. I complied with his order. My hands were secured behind my back, then I was led to a corner office where there were no cameras. When I stepped inside the other three officers awaited my arrive inside. Officer Walden stated." Don't you want to apologize to the lady '" I replied." No sir! I have done nothing to her " At that point she walked up and slapped me really hard with (Right hand). Then she grabbed my testicles and squeezed them so hard until I could hardly hreathe. While she did this the other three officers was holding me. When she

Sensitive Grievance-Excessive & unreasonable Force-Filed 6/20/11

released her hold she backed up a step, then, kicked me very hard in my testicle and penis. I was released by the others. I fell to the floor in excruciating pain, and balled up in the fetus position. At that point, the three male officers started kicking me, punching me, slapping me. And spitting on me continously. I was hrt in the face only once. They took body shots on me I was kicked once in my left eye. My vision still is blurry and painful is my eye. I can barely see out of that eye. My back, ribs, chest, neck, stomach, legs, and testicles are very painful.

they pulled my pants half way down, then start slapping, punching and kicking me again, and this time my buttock was repeated included in the battery of my body.

the sergeant that threatened me was white, so was the female officer, and tule of the male officers that participated in the beating. the other officer was a black male. Just as I am. Officer Walden threatened to "kill me! then

Started choking my neck with his hands until I almost loss conscionsness. Shortly after being returned to the holding cell F.S.P. Transport officers arrived, secured me with handcuffs behind my back, black box waistchain, and shackles.

I told them what happened, the white officer told me." that ain't our business. tell the nurse when we get to F.S.P." the black officer said nothing. Both of them was dressed out in F.S.P. search team uniform.

Once in medical I complained about me blurry vision and painful left eye, painful back, ribs, testicles, chest, neck, stomach, and legs.
I was denied all forms of medical treatment. the doctor told me." ain't nothing wrong with your eye. Stop lying. she lifted the back of my shirt. Look at my back and started pushing on it in spots really hard. when I complained about the pain this was causing she stated," stop acting like a baby. Go lay down somewhere."

Sensitive grievance -Excessive & unreasonable force Filed 6/20/2011

I believe no notation was made indicating the injuries I sustained when beatened. there was a noticeable knot over my left eye. No ~~████ ████~~ Photos were taken of any injuries or bruises upon my person. No pain medication or any other type provided.

(49)

on 6/19/2011 I submitted a sick-call request complaining about the many painful spots on my body, as mentioned herein ~~above~~ above. I was assualted and battered without penological justification, humiliated, and degreed.

I in fear for my life, and safety my attakers intended to hurt me when they agreed to put me in handcuffs and beat me. the force applied as outlined hereinabove was applied "maliciously and sadistically" to cause me harm. this act of violence caused me severe pain and suffering, mental and emotional distress, as well as, mental anguish. thus, in violation of the Eighth amendment to the united states constitution. also, the united states supreme court's decision in Hudson v. McMillian, 503 u.s. 1, 7, 112 s.ct. 995, 998-99, 117 L. Ed. 2d 156, 165-66 (1992); Estate of Davis by Ostenfeld v. Delo, 115 F. 3d 1388, 1394-95 (8th cir. 1997)(Finding an 8th amendment excessive force violation when a correctional officer struck a non resisting prisoner in the head and face 20 to 25 times while four other officers restrained his limbs, resulting in serious injury)

By this grievance I seek a thorough and proper investigation. appropriate corrective and disciplinary action taken not only against the offending employees, but their lieutenant, captains, major, colonel, asst. wardens, warden and inspector General's representatives for allowing this widewide spread practice to continue to take place at U.C.I. for a prolonged period. I also seek monetary damages.

these are the facts why this grievance was

~~denied~~ denied at the institution level

(1) there are no incidence report regard to this incident in question the beating and my injuries.

(2) there are no investigation by the institution administration.

(3) both officers that involved in the beating, battered, and assault. the officers administration and F.S.P. medical department having conspiracy by covering this incident and not treating my injuries.

I am seeking an appropriate corrective investigation into this matter and that appropriate corrective action be taken and I am seeking appropriate medical treatment for me left injuried eye. and others injury I sustained

Date 7/9/2011

Respectfully submitted
Johnny Hill # J33728

205

**PART B - RESPONSE**

| HILL, JOHNNY | J33728 | 11-6-21554 | UNION C I | O1227S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative review has been received, reviewed, and evaluated

Your allegation was referred to the Office of the Inspector General for review and was dismissed on 06/16/2011 due to no evidence to support the allegation

Your issue regarding inadequate medical treatment is a separate issue and should be grieved as such, also, being initiated at the appropriate level

Based on the foregoing information, your appeal is denied

C  Neel

_07/21/2011_

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST  WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst /Facility
(1 Copy) C O  Inmate File
(1 Copy) Retained by Official Responding

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☑ Warden    ☐ Assistant Warden    ☐ Secretary, Florida Department of Corrections

From  Hill, Johnny                    J33728          F.S.P.
      Last   First   Middle Initial       Number         Institution

---

Part A – Inmate Grievance

This Grievance Concern is of a Sensitive Nature:

On June 12, 2011 while housed on Close Management (CM) at Florida State Prison (F.S.P.) I had a mental Crisis and went psyche. As a result, I was transferred to Union Correctional Institution (U.C.I.). On June 15, 2011 at approximately 9:45 p.m. I was housed in O-Dormitory in Cell 3102 when the Housing Unit Sergeant Came to said Cell and accused me of masturbating to the Female Officer assigned to the Control Room. At that time I was secured in my Cell. I denied the allegations. The Control Room and Cells are not Constructed so that any staff Can see into the Cells from that area. The Sergeant told me, "we are going to fuck you up." He left and returned approximately 10 minutes later, He told me I was leaving. That F.S.P. was Coming to get me after lunch. At approximately 1:45 p.m several officers escorted me from O-Dorm to Shipping/Receiving in the Administrative Building. Of the 4 officers, I observed the female staff I was accused of masturbating to, was included.

Two of the Officers names were J. Walden and M.L. Bell. The Others I didn't Catch.   Once in the Shipping/Receiving Area the waistchains Cuff Cover, and Shackles were removed, then I placed in a holding Cell. Even the handcuffs were removed. Together all Officers left me alone. However, Officer Walden returned alone and ordered me to Cuff up to take my Picture. I Complied with his order. My hands were secured behind my back, then I was led to a Corner Office where there were no Cameras. When I stepped inside the Other three Officers awaited my arrive inside. Officer Walden stated, "don't you want to apologize to the lady?" I replied, "No sir. I have nothing to her." At that point she walked up and slapped me really hard with her hand (right hand), then she grabbed my testicles and squeezed them so hard until I could hardly breathe. While she did this the other three officers was holding me. When she

| 6/20/11 | "See 7 Page Continuation | J33728 |
| DATE | SEE ATTACHED RESPONSE | SIGNATURE OF GRIEVANT AND D C # |

BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS _____ / _____
                                                                        #      Signature

10a    1106-205-256

**INSTRUCTIONS**

form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103 fla Administrative Code  When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below)

the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance  or is ed by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office  The grievance may be sealed in the envelope by the e and processed postage free through routine institutional channels  The inmate must indicate a valid reason for not initially bringing his grievance to the attention of stitution  If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance e returned to the inmate for processing at the institutional level

Receipt for Appeals Being Forwarded to Central Office

itted by the inmate on  6/23/11        Institutional Mailing Log #_____        K. Adams
                  (Date)                                                    (Received By)

DISTRIBUTION      INSTITUTION/FACILITY              CENTRAL OFFICE
                  INMATE (2 Copies)                INMATE
                  INMATE'S FILE                    INMATE'S FILE - INSTITUTION /FACILITY
                  INSTITUTIONAL GRIEVANCE FILE     CENTRAL OFFICE INMATE FILE
                                                   CENTRAL OFFICE GRIEVANCE FILE

1-303 (Revised 2/05)

Sensitive Grievance - Excessive & unreasonable force - Filed 6/20/11

released her hold she backed up a step, then kicked me very hard in my testicle and penis. I was released by the others. I fell to the floor in excruciating pain, and balled up in the fetus position. At that point, the three male Officers started kicking me, punching me, slapping me, and spitting on me continuously. I was hit in the face only once. They took body shots on me. I was kicked once in my left eye. my vision still is blurry and painful is my eye. I can barely see out of that eye. My back, ribs, chest, neck, stomach, legs, and testicles are very painful.

They pulled my pants half way down, then started slapping, punching, and kicking me again, and this time my buttock was repeated included in the battery of my body.

The Sergeant that threatened me was white. So was the female officer, and two of the male officers that participated in the beating. The other office was a black male. Just as I am.

Officer Walden threatened to "Kill me", then started choking my neck with his hands until I almost loss consciousness.

Shortly after being returned to the Holding Cell F.S.P. transport Officers arrived, secured me with handcuffs behind my back, cuff-cover, waistchain, and shackles. I told them what happened. The white Officer told me," that ain't our business. Tell the nurse when we get to F.S.P.'. The black Officer said nothing. Both of them was dressed out in F.S.P. Search Team Uniform.

Once in medical I complained about my blurry vision and painful left eye; painful back, ribs, testicles, chest, neck, stomach, and legs. I was denied all forms of medical treatment. The doctor told me," ain't nothing wrong with your eye. Stop lying. She lifted the back of my shirt, looked at my back and started pushing on it in spots really hard. When I complained about the pain this was causing she stated, " Stop acting like a baby. Go lay down somewhere."

-2 of 3-

Sensitive Grievance- Excessive & Unreasonable Force- Filed 6/20/11

I believe no notation was made indicating the injuries I sustained when beatened. There was a ~~noticable~~ noticeable Knot over my left eye. No photos were taken of any injuries or bruises upon my person. No pain medication or any other type provided. On 6/19/11 I submitted a Sick-Call Request complaining about the many painful spots on my body as mentioned herein above.

I was assaulted and battered without penological justification, humiliated, and degreed.

I was in fear for my life, and safety. My attakers intended to hurt me when they agreed to put me in handcuffs and beat me.

The force applied as outlined hereinabove was applied "maliciously and sadistically" to cause me harm. This act of violence caused me severe pain and suffering, mental and emotional distress, as well as, mental anguish. Thus, in violation of the Eighth Amendment to the United States Constitution. Also, the United States Supreme Court's decision in Hudson V. McMillian, 503 U.S. 1, 7, 112 S.Ct. 995, 998-99, 117 L.Ed. 2d 156, 165-66 (1992); Estate of Davis by Ostenfald V. Delo, 115 F.3d 1388, 1394-95 (8th Cir. 1997)( finding an 8th Amendment ~~when prison~~ excessive force violation where a correctional officer struck a non-resisting prisoner in the head and face 20 to 25 times while four other officers restrained his limbs, resulting in serious injury).

By this Grievance I seek a thorough and proper investigation, ~~and the~~ appropriate corrective and disciplinary actions taken, not only against the offending employees, but their Lieutenants, Captains, Major, Colonel, Asst. Wardens, Warden and ~~Regional~~ Inspector General's Representatives for allowing this widewide spread practice to continue to take place at U.C.I. for a prolonged period. I also seek monetary damages.

~ 3 of 3 ~

**PART B - RESPONSE**

| HILL, JOHNNY | J33728 | 1106-205-256 | FLORIDA STATE PRISON | J1207S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

This issue was previously reported to the office of the Inspector General for appropriate review and disposition  If the allegations are substantiated, appropriate action will be administered by the Office of the Inspector General

As this issue was previously reported, your grievance is denied

You have fifteen days to appeal this decision to
Bureau of Inmate Grievance Appeals
2601 Blairstone Road
Tallahassee, FL 32399-2500

K  Adams

| K. Adams | (Smith) A-Wdn | 6/28/11 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST  WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

| COPY DISTRIBUTION -INSTITUTION / FACILITY | COPY DISTRIBUTION - CENTRAL OFFICE |
|---|---|
| (2 Copies) Inmate | (1 Copy) Inmate |
| (1 Copy) Inmate's File | (1 Copy) Inmate's File - Inst /Facility |
| (1 Copy) Retained by Official Responding | (1 Copy) C O  Inmate File |
| | (1 Copy) Retained by Official Responding |

**MAILED**
**JUL 0 5 2011**
**FSP GRIEVANCE OFFICE**

Formal Grievance Log # 11-6-30697


[Not filed pending Order on Motion to File Under Seal]

Formal Grievance Log # 12-6-03437

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

RECEIVED
FEB 01 2012

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES

TO:  ☐ Warden    ☐ Assistant Warden    ☑ Secretary, Florida Department of Corrections

From: Hill     Johnny    L.    333728    F.S.P. Union
      Last    First   Middle Initial    Number    Institution

---

**Part A – Inmate Grievance**                                        12-6-03437

[Grievance of Reprisal]

This Grievance concerning a Sensitive Nature;
concerning a violation of Rules 33-208.002 (6) and,
33-208.002 (8)#, 33-208.002 (10), 33-208.002 (4),
33-602.210(1)(a-h), 33-602.210(4) and 8th & 14th
Amendments of the U.S. Constitution (Cruel & Unusual
Punishment).

This Grievance is being written based V-Dorm Security violation DOC's own rules
concerning safety and a violation of my 8th and 14th Amendments of the U.S.
Constitution (cruel and unusual punishment); in which Sgt. L.S. Cranford and
Officer Gamble request me of my breakfast food and Officer Gamble also committed the
act of assault and battery by throwing hot coffee into my cell, in which the coffee burned my
left leg ———— In violation of Section(s) 944.35 F.S.; 708.28 F.S.; and 775.083-4.

On 1-26-12 @ the approx. time between 4:00 am - 5:30 a.m., Sgt. L.S.
Cranford woke me up by kicking the door (cell#V1-208). When I approached the
door to see what he wanted, he said, "Why you wrote me up bitch?" I asked what
he was talking about and he told me that the Lt. just showed him the grievance and he
read it, "So don't trip." He then threatened me, stating, "Don't worry about it, Nigger, I'mma
make you pay for that. Just wait. You think I beat your ass last time, just wait to see what I'mma
do this time." Then he blew a kiss @ me and walked away. Moments later, the nurse, Roberts, was
passing out medication on the wing (V-Dorm, Quad #2) and as she made it upstairs, she bypassed
my cell and continued to pass out medication. Because of my prior 1 to DR, my window was
covered with a white/black magnet, but as I heard her pass my cell, I knocked on the

1-26-11                    Pg. 1 of 4        Johnny Lee Hill #333728
DATE                                        SIGNATURE OF GRIEVANT AND D C #

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS _____ /_____
                                                                          #        Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below)

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on 2/1/12      Institutional Mailing Log #: _____
                         (Date)

Ofc Ofc Gamble / Sgt. Cranfield

213

SM DF
(Received By)

DISTRIBUTION    INSTITUTION/FACILITY          CENTRAL OFFICE
                INMATE (2 Copies)             INMATE
                INMATE'S FILE                 INMATE'S FILE - INSTITUTION /FACILITY
                INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                              CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 2/05)          Incorporated by Reference in Rule 33-103 019, F A C

Pg. 2 of 4

[Grievance of Reprisal]

door and yelled loudly that she forgot to give me my medication. She deliberately ignored me and continued on.

@ the approx. times between 6:00 a.m - 6:30 a.m (same day) as breakfast was being served on V-Dorm, Quad #1, Sgt. L.S. Crawford, along with inmate orderly "Wright", was passing out juices, coffee, milk and food trays on the second tier. As they made it to my cell, I noticed Officer Gamble join them. @ my cell, I quickly noticed the the top tray that inmate Wright was carrying was empty and void of good. As I grabbed the empty tray, I sat it on the floor and reached for my milk and juice. As I sat them on the floor as well, Officer Gamble tossed the coffee into my cell, in which it hit the floor and my right leg. I jumped and asked Officer Gamble why did he throw the coffee @ me, and he stated that I grabbed my coffee. I am writing this grievance and bypassing the institutional level because I have reported numerous infractions and Sgt. Crawford told me that the warden tells him everything that I write and nothing else gets done.

Officer Gamble is the same [unknown] officer that I mentioned that Crawford physically and sexually assault me on 12-14-11. In that grievance I reported that I did not know Officer Gamble's name to Sgt. it, or write it in the grievance. I now know his name.

Officer Gamble's actions in deliberately tossing the coffee into my cell and burning my right leg is a violation of, not only DOC's own rules, but also a violation of Section 775.083 -4 by committing assault and battery and violation of my 8th and 14th Amendments of the U.S. Constitution, in which his action is considered excessive use of force. State and Federal laws state that excessive use of force is any force or physical [contact] used not to a restore order or to cause deliberate pain. Officer Gamble acted under color of state law and in the clear state of mind of concious awareness of his malicious and sadistic acts.

Pg. 3 of 4

[Grievance of/Reprisal]

\* \* \* \* \*

Sgt. ~~Jm~~ A.S. Cranford is also in violation of DOC's own rules and also in violation of Sections 944.35, ~~and~~ 768.28 ~~this~~ and 775.083-4 F.S., in violation of my 8th and 14th Amendments of the U.S. Constitution, by constantly and continuously reprising and retaliating against me for reporting his prior misconduct and unprofessional behavior, by threatening me and requesting me of my food. Sgt. Cranford acted in his individual and official [Capacities], under color of state law with the clear state of mind of concious awareness of his malicious and sadistic actions, in which he acted in bad faith and evil intent to cause me irreparable actual harm, by displaying a Failure To Comply With Safety Regulations Violation.

\* The Failure To Comply With Safety Regulations is a Due Process Violation under the Procedural Due Process Clause, in violation of the 14th Amendment of the U.S Constitution. \*

\* A violations of Sections 944.35, 768.28 and 775.083-4 are violations of the 8th [and] 14th Amendments of the U.S. Constitution, in which the 8th Amendment prohibits cruel and unusual punishment and the 14th Amendment, in so many ways, "backs up" or "protects" the 8th Amendment. \*

\* [Relief Sought/ \* Requested]

I hereby request and seek the immediate relief that **Something** be done about the constant abuse and neglect I constantly endure ~~while~~ while housed in V-Dorm. This abuse has been going on since I was transferred to U.C.I in November. All I ask is that I

Pg. 4 of 4.

[Grievance of Reprisal]

*[Relief Sought/
Requested]*

be removed from V-Dorm and/or any area that Sgt. J.S. Crawford and
Officer Gamble is assigned to. I seek the relief that these two officers
named, herein this grievance not to be allowed around me due to thier lack
of prefessionalism and thier evil, malicious, sadistic actions towards me
constantly. I've reported numerous of infractions on Sgt. Crawford and
Officer Gamble and has asked for help and justice against the offending
officers. I've asked/requested that either I be removed from V-Dorm or the
offending officers be removed from V-Dorm, with no actions being taken to
protect me from further abuse and reprisal from the two officers, which
means the Failure To Comply With Safety Regulations falls on U.C.I.'s
Superintendent for not responding or reacting accordingly after being
notified of the continuous problems I am having with the midnight shift
officers. As I have stated earlier in this report, all I ask is that I be
safe from all hurt, harm, danger and further abuse. I don't want, I
don't need, and I am not looking for any further problems, but if
if my requested relief for guaranteed safety from the two above named
officers does not get met, then I will have no choice but to seek
mandamus relief and further civil actions on U.C.I. officials.

Furthermore, I request that the video cameras for V-Dorm Squad
#I be pulled, reviewed, evaluated and held for litigation purposes
only (if it came to that) for the above mentioned times in this report
(4:00-5:30 am and 6:00-6:30 am on 1-26-18).
As I have already stated, many of Sgt. Crawford's misconducts and in-
fractions has been brought to Warden V. Reddish's attention with no actions
being done and I am continuously getting abused and harrassed. Therefore, I
am forced to go beyond the institution to the Secretary of DOC.

WITH AGENCY CLERK

FEB 0 6 2017

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| HILL, JOHNNY | J33728 | 12-6-03437 | UNION C I | V1208L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Note   This grievance is not accepted as a grievance of reprisal

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103, Inmate Grievance Procedure   The rule requires that you first submit your appeal at the appropriate level at the institution   You have not done so or you have not provided this office with a copy of that appeal, nor have you provided a valid or acceptable reason for not following the rules

A review of staff names reveals no Gamble at Union Correctional Institution or a Cranfield in the department

When making allegations of staff misconduct, provide all pertinent information such as names, dates, times, places and specific details

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure

Based on the foregoing information, your grievance is returned without action

S  Milliken

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST  WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst /Facility
(1 Copy) C O  Inmate File
(1 Copy) Retained by Official Responding

Formal Grievance Log # 12-6-11387

DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

APR 1 0 2012

DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES

TO ☐ Warden   ☐ Assistant Warden   ☒ Secretary, Florida Department of Corrections

From: Hill, Johnny L.   L33725   U.C.C.I.
Last   First   Middle Initial   Number   Institution

---

Part A – Inmate Grievance   12-6-1138

* Inmate Grievance Appeal *

This Appeal is being written based on "Denied" response I received on Grievance Log # 1202-213-177. This appeal is being written to challenge the "Denied" response I received on Grievance Log #1202-213-177 (See attached) based on "erroneous denial" and "relevance of denial".

* On 2-29-12 I submitted a grievance concerning my lost/misplaced personal property (See attached grievance and response #1202-213-177). I received thus said grievance back with a response on 3-21-12. The response was a "Denied" one. Reasons for denial of my prior grievance #1202-213-177 are as follows: "The informal grievance (attached) addresses the concerns I raised." But it was also said that I "contact with the Colonel's office and there is no record of me being placed on property restriction the entire month of December, 2011."

Both reasons for denying my grievance are both false and/or irrelevant to the points I raised in grievance #1202-213-177 and stated to be true. The informal grievance I submitted on 2-3-12 (See attached informal grievance, #02-12-017) was returned denied by Sgt. SK Watts because she said "there is no record of any property being stored on or around #12-11-11." Her response backs up my point to help prove what I alleged, because I never stated not one time in any of my grievances that my property went to the property room (what I was stating is that was the total opposite, meaning records would show that I was placed on property restriction on 12-11-11. So that raises the question in my. I was placed on property restriction on 12-11-11 then why wasn't my property taken to the property room for property inventory as it should have been? Their response stated that there was no record of me being on property restriction the entire month of Dec. I never alleged this. Once again I stated the total opposite. In prior grievances (attached) I distinctly stated that I was put on property restriction on 12-11-11 and taken off on 12-14-11 three days later.

The reasons for denying my grievance #1202-213-177 is incorrect and irrelevant to the

3-27-12
DATE   Pg. 2 of 2   Johnny Hill, #J33725
SIGNATURE OF GRIEVANT AND D C #

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS ____ / ____**
                                                          #        Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on 4/10/12   Institutional Mailing Log # _____   1202-213-177
                        (Date)                                                      (Received By)

DISTRIBUTION:   INSTITUTION/FACILITY          CENTRAL OFFICE
                INMATE (2 Copies)             INMATE
                INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                              CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

Pg. 2 of 2

## Inmate Grievance Appeal
### (Continue)

Complaint am is raised and the subject matter of grievance #1202-213-177. My complaint obviously states that I'm missing my property records will show that I was placed on property on 12-11-11 and taken off on 12-14-11 (3 days later) in which I was received my personal property on the midnight shift (12-8). Therefore I know and I am very aware that my property never made it to the property room. To prove this in writing, attached to this "appeal" is two (2) Informal grievances written by me, addressed to the warden, in which it was transferred to the Property room Dept. In which one was returned, stating that NO record shows any property (of mine) was stored in the Property room or inventoried on or around 12-11-11. It was signed by Sgt. Watts (the Property room Sgt). The second (2nd) Informal grievance I wrote, also addressed to the Warden was returned to the Property room Dept. again. It was returned returned, stating this same issue was already addressed in prior Informal grievance #02-12-017. It was also signed by Sgt. Sk. Watts. See attached to review both informal grievances. Also attached is the evidence and proof of the things I once had in my property and the things I am missing, now. They are labeled as EXHIBIT (A), (B), and (C)(D): (C) receipt I received for the money that was paid for my legal papers that are missing; (C): A receipt of the extra pair of eyeglasses and a pair of eyeglasses (with no cost towards me), and for my missing eyeglasses. First got here, most I am also missing). See attached Grievance #1202-213-177 for a list of all things missing and the estimated total sum of everything. ($123.42).

```
┌─────────────┐
│*Relief Sought*│
└─────────────┘
```

Inmate seeks the immediate relief to get reimbursed for his missing/misplaced personal property. Inmate does NOT, or IS NOT, at this moment, asking, demanding, or requesting to get reimbursed for ALL of the things on the list of missing property on grievance #1202-213-177; Inmate, at this moment, is only requesting to get reimbursed for only the Important things missing, such as, the money for his missing legal papers and eye glasses. Inmate is requesting to get reimbursed $79.40, for his missing legal papers and a pair of eyeglasses (with no cost towards me), and for my missing eyeglasses. Furthermore, Inmate requests that a proper Investigation be conducted on this matter because it is obvious that an proper Investigation was not conducted due to the "Denial" of Grievance #1202-213-077, signed by (both) G. Johnson and N. Terry coat on 3-14-12. Also, if the relief sought, after proof and sufficient evidence has been provided (by me), does not get met, I will be forced and have no other choice to seek mandamus relief and further civil actions, not just for ALL money and ALL items missing, but also for the fact that the appeal with the courts has to be delayed due to me not having my proper legal papers. Also, I am having constant headaches due to me having to force my blurry eyesight because I haven't had my eyeglasses. I was forced to borrow another inmates eyeglasses at times to see or read certain things. This concludes my complaint/appeal of the matter of my missing/misplaced property.

Thank You Very Much for Your Time!

FILED
WITH AGENCY CLERK

APR 1 7 2012

Department of Corrections
Bureau of Inmate Grievance Appeals

PART B - RESPONSE

| HILL, JOHNNY | J33728 | 12-6-11387 | UNION C I | V2205L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative appeal has been received in non-compliance with Chapter 33-103, "Appeals must be received in the Office of the Secretary within 15 calendar days of the institutional response "

Chapter 33-103 006(8), F A C  makes provisions for appeals/grievances to the Secretary to be receipted at the local institution/facility in order to facilitate your need to submit your appeal within the established time frames   Your failure to have your grievance receipted locally may have contributed to your failure to file the grievance timely

In future, submit the continuation sheets to the informal grievance

Your administrative appeal is being returned without action

S  Milliken

---

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST  WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst /Facility
(1 Copy) C O  Inmate File
(1 Copy) Retained by Official Responding

STATE OF FLORIDA
PARTMENT OF CORRECTIONS

## REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO.  [X] Warden   [ ] Assistant Warden   [ ] Secretary, Florida Department of Corrections

From: Ull, Johnny L.      J35728      U.C.o.f
      Last  First  Middle Initial      Number      Institution

---

### Part A – Inmate Grievance

(Grievance of a Sensitive Nature)

This grievance concerns a (Sensitive Nature), concerning petitioner's (one) missing/misplaced personal property and a violation of the 14th Amendment of the U.S. Constitution — Procedural Due Process Violation.

*Appeal of Informal Grievance*

This grievance is being written, based on petitioner missing his personal property, including important, well-needed legal papers, as the petitioner in this matter was placed on property restriction on 12-11-11 and taken off on 12-14-11. On 12-14-11, as I was given my property back, and started to put my belongings away, I immediately noticed a few items missing (some VERY important). Impound

Items missing:

1). State issued eyeglasses without them, I have a hard time seeing and/or reading — $35.⁰⁰;
2). Legal work/papers (important) — $74.⁴⁰;
3). Soap dish — $1.⁰⁰; Soap/Dial — $1.⁰⁵; Deodorant/Arms Antispersant — $4.⁹⁹; wooden hair brush — $2.⁰⁰

*Estimated* total sum is $123.⁴² (ALL prices are a close estimate of the accurate prices)

Evidence to prove these are the items I had:

1) Exhibit (A) — Acknowledgement Reciept of Eyeglasses.
2) Exhibit (B) — Invoice and Reciept to show the money paid to redeem my legal papers.
3) Exhibit (C) — Inmate Impound Property List Reciept, dated 11-17-11 (24 days before I was placed on property restriction).

✗ ✗ ✗ ✗

Continue Next Page →

---

DATE                              SIGNATURE OF GRIEVANT AND D C #

SEE ATTACHED
RESPONSE

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS  # ____ / ____
                                                                              Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code   When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below)

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office   The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels   The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution   If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on _____      Institutional Mailing Log # 1202-213-177      _____
                              (Date)                                                    (Received By)

DISTRIBUTION:   INSTITUTION/FACILITY        CENTRAL OFFICE
                INMATE (2 Copies)           INMATE
                INMATE'S FILE               INMATE'S FILE - INSTITUTION /FACILITY
                INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                            CENTRAL OFFICE GRIEVANCE FILE

11A
2/29/12
V3-205C

Continue
Page 2 of 3

Informal Grievance

(Missing or Misplaced Property)

was taken on 12-11-11. The list included:

1). State Issued Eyeglasses. I have a hard time seeing and reading without these and I have bad headaches from straining my vision. Evidence: Exhibit A (5) - "Acknowledgment Receipt of Eyeglasses." $35.00.

2). Legal work/papers (IMPORTANT). Evidence: Exhibit A (7) - Invoice. Receipt of the money paid to receive thus-said paper work. $79.42.

3). The following items were given to me through my property on 12-1-11, Inventoried on 11-17-11. Soap dish (1) $1.00; Soap - Dial - $1.00; Deodorant - Antiperspant - $4.99; wooden brush - $2.00. Total Estimated Sum: $123.41. These prices are estimated prices, except for the eyeglasses and legal papers (as you can see), but these prices are closer to the actual prices.

My prior Informal grievance was denied by property because: (a) Sgt. said that my current property was returned back to me; and (b) there was no documents or property Inventoried on 12-11-11 or around 12-11-11.

I never stated that property didn't give me my proper property, because on 12-1-11, I did receive my property. That's not the nature of my Informal grievances. The nature of my Informal grievances are based on the 2nd reason my grievance was denied. No documents stating property was taken, confiscated and inventoried.

On 12-11-11, I was written up on a DR for having my property improperly stored and having my light covered (Reasons for me to be on property restriction for 72 hours). And I received

Pg. 3 of 3

(Missing/Misplaced
Property)

I've written an informal grievance and it was "returned" by Sgt. Watts (See attached informal grievance, log# 2-12-15). ~~~~

[*Relief Sought*]

Inmate seeks the immediate relief to get reimbursed of ALL missing/misplaced items. Inmate [really (only)] seeks the relief to get reimbursed for the state-issued seeing eye glasses and legal papers—Total sum $114.42

**PART B - RESPONSE**

| HILL, JOHNNY | J33728 | 1202-213-177 | UNION C I | V2205L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative remedy has been reviewed and evaluated   The response that you received to the attached informal grievance is found to appropriately address the concerns you raised   Contact was made with the Colonel's office and there is no record of you being placed on property restriction the entire month of December 2011

Based on the foregoing, your request for administrative remedy is denied

You may obtain further administrative review of your complaint by obtaining form DC 1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required, and forwarding your complaint to the Bureau of Inmate Grievance Appeals

A Johnson                                        N Jeffcoat

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST WARDEN, OR SECRETARY'S REPRESENTATIVE | 3/19/12 |
|---|---|---|
| | | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C O  Inmate File
(1 Copy) Retained by Official Responding

**MAILED**
MAR 21 2012
UCI GRIEVANCE OFFICE

PUBLIC RECORDS REQUEST ESTIMATED INVOICE
DEFENDANT:   JOHNNY LEE HILL
DATE:             October 14, 2011        *Exhibit A(2)*

| # of Hours<br># of Pages | Item | Line Total |
|---|---|---|
| ~163 | Documents copied  $ 15/page | 24.45 |
| | Documents copied  2-sided  $.20/page | |
| | CD/DVD(s) @ $1.00 | |
| | Attorney1 Labor hours @ $28.00/hour | |
| ~1 | Attorney2 Labor hours @ $25 00/hour | 25.00 |
| | Clerical Labor hours·  $9.50/hour | |
| | IT Labor hours @ $35.00/hour | |
| 1 | Postage | 4 95 |
| | **ESTIMATE TOTAL** | 79.40 |

*Exhibit A: Reciept from the courts of legal documents

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

...MATE REQUEST

Mail Number
Team Number
Institution

_DC_

| TO.<br>(Check One) | ☒ Warden<br>☐ Asst Warden | ☐ Classification<br>☐ Security | ☐ Medical<br>☐ Mental Health | ☐ Dental<br>☐ Other |
|---|---|---|---|---|

| FROM | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | | 513378 | V-1-20? | | 02-3-12 |

REQUEST                          Check here if this is an informal grievance ☒

This informal grievance is being written in regards of my missing property:

① On ___ My property was taken by sgt. J.S. CRANFORD. I was put on a PROPERTY RESTRICTION. ON 12-14-11, I WAS GIVEN MY a PROPERTY BACK WITH NO PROPERTY SLIP (HE DID NOT SEND IT TO THE PROPERTY ROOM AS THE RULES STATES). UPON INSPECTION OF MY THINGS, I NOTICED ALOT OF THINGS MISSING (SOME VERY IMPORTANT)

⟵   CONTINUE   ⟶

THIS REPORT HAS ALREADY BEEN REPOTED ON A FORMAL GRIEVANCE BUT IT WAS NONCOMPLIANT. I MUST FOLLOW THE INFORMAL FIRST. ①FORMAL GRIEVANCE # 1901-213-0??

All requests will be handled in one of the following ways  1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing

———————————— DO NOT WRITE BELOW THIS LINE ————————————

RESPONSE                          DATE RECEIVED RECEIVED FEB 0 3 2012

Refered to property Room for Response 2-3-12 ≤

you were gained at UCI on 11-16-11, on 11-17-11 property was inventoried for you and stored. On 12-1-11 you signed a DC6-220 stating that you received all stored property that you are authorized to have in your possession, according to your TID/CSU level. There is no documentati stating where property was confescated and inventoried for you on or around 12-11-11

The following pertains to informal grievances only
Based on the above information, your grievance is  Denied  (Returned, Denied, or Approved)  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): S.K.Water Sgt.          Date: 2-9-12

RECEIVED
FEB 0 7 2012
...TY ROOM

Original Inmate (plus one copy)
CC  Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

Mail Number ___9___
Team Number _____
Institution: _U.C.I._

| TO: | ☒ Warden | ☐ Classification | ☐ Medical | ☐ Dental |
|-----|----------|------------------|-----------|----------|
| (Check One) | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other ___ |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|-------|-------------|-----------|----------|----------------|------|
| | _Anthony_ | J33728 | N1-106 | here | 2-9-12 |

REQUEST                    J33728  Check here if this is an informal grievance ☒

This informal grievance/appeal is being written accordingly. This Grievance **DOES NOT CONCERN THE PROPERTY ROOM !!!!!**

I am appealing the "denial" of my missing/misplaced personal property. Grievance "denied" by property Sgt. Sk. Watts.

*As I have stated in my prior grievance (informal) on this same issue: I was placed on property restriction by Sgt. S. Cranford and all my property was _____ by Sgt. S. Cranford on 12-11-11.

*On 12-14-11, I was given my property back by Sgt. Cranford and upon putting my things away, at the same time while inspecting the contents, I immediately noticed that I was missing several items — most very important items. Attached as evidence and proof of the things I had before my property

Page 1093   ← Continue →

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview  All informal grievances will be responded to in writing

---

DO NOT WRITE BELOW THIS LINE

RECEIVED FEB 1 0 2012

RESPONSE                                     DATE RECEIVED:

Returned to property room for response. 2-10-12

Inmate Hill This was addressed to you on informal grievance log #. 02-12-017 dated 2-8-10 and was returned to you on 2-9-12

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _Returned_ (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.)

Official (Signature) _Sk Watts Sgt_          Date: _2-16-12_

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file.

This form is also used to file informal grievances in accordance with Rule 33-103 005, Florida Administrative Code

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09) (Technical Change 1/6/10)

RECEIVED
FEB 13 2012

Exhibit A(2)

**FLORIDA DEPARTMENT OF CORRECTIONS**
## OPTOMETRIC PRESCRIPTION DISPLAY SHEET AND
### RECEIPT OF EYEGLASSES

**ATTACH LAST REPORT WITH TOP AT THIS LINE**

**ATTACH THIRD REPORT HERE AND SUCCEEDING ONES ON ABOVE LINES**

**ATTACH SECOND REPORT WITH TOP AT THIS LINE**

**ATTACH FIRST REPORT WITH TOP AT THIS LINE**

## ACKNOWLEDGEMENT RECEIPT OF EYEGLASSES

In accordance with Health Services Technical Instruction 15.02.10 *Vision Care in Institutions*, I, Johnny Hill, hereby acknowledge receipt of one pair of eyeglasses and I understand that I will not be provided an additional pair for a three year period unless such requirement is caused by a change in my vision.

**I understand that any contact lenses in my possession are to be surrendered to the institutional property officer upon receipt of eyeglasses.**   ☐ **Check if contact lenses are surrendered.**

_____
**Inmate's Signature**

_____
**Witness Signature/Stamp**

_____
**Date**   11-9-11

_____
**Date**

Inmate Name  Hill  Johnny
DC#  133728    Race/Sex  B/M
Date of Birth  3-5-87
Institution  FSP

*Exhibit A(2): Acknowledgement Receipt of eyeglasses*

Original – Health Record
Copy - Inmate

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration

DC4-784 (10/04)

Formal Grievance Log # 12-6-31488

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

RECEIVED

SEP 28 2012

## REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES

☐ Warden    ☐ Assistant Warden    ☒ Secretary, Florida Department of Corrections

From: Hill, Johnny L.    133728    Union C.I.
     Last   First   Middle Initial      Number        Institution

---

**Part A – Inmate Grievance**    12-6-31488

Grievance of a Sensitive Nature

This Grievance of a Sensitive Nature still
continues and is forwarded as such.

\* \* \* \*

Everything in His Grievance of a Sensitive Nature, Log #
1209-213-032, is fully incorporated herein See attached docum-
ents "Grievance of a Sensitive Nature", Log # 1209-213-032, and
response attached; forward to the Office of the Inspector Gene-
ral.

---

Sep. 22, 2012    Johnny L Hill #133728
DATE             SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS** ___/___
                                                                          #    Signature

---

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below)

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level

10h Chemical agents

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on 9/22/12    Institutional Mailing Log # _____    SM 1209-213-032
                        (Date)                                              (Received By)

DISTRIBUTION:    INSTITUTION/FACILITY        CENTRAL OFFICE
                INMATE (2 Copies)           INMATE
                INMATE'S FILE               INMATE'S FILE - INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE CENTRAL OFFICE INMATE FILE
                                            CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

MAILED/FILED
WITH AGENCY CLERK

OCT 1 6 2012

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| HILL, JOHNNY | J33728 | 12-6-31488 | UNION C I | T2116S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your appeal has been reviewed and evaluated   The subject of your grievance is currently being reviewed by the investigative section of the Office of the Inspector General   A copy of your complaint will be forwarded to that section to be included as a part of the current review  Upon completion of this review, information will be provided to appropriate administrators for final determination and handling

There is no longer a sensitive category              .

As this process was initiated prior to the receipt of your grievance, your request for action by this office is denied

S  Milliken

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST  WARDEN, OR SECRETARY'S REPRESENTATIVE | 10/11/12 DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C O  Inmate File
(1 Copy) Retained by Official Responding

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

### REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

To [X] Warden   [ ] Assistant Warden   [ ] Secretary, Florida Department of Corrections

From   Mill   Johnny   L.          #33725       Union C.I.
       Last    First   Middle Initial      Number        Institution

---

**Part A – Inmate Grievance**

Grievance on a Sensitive Nature

* This Grievance on a Sensitive Nature is concerning a violation of Rule 33-208.002(14), 33-208.002(21), and 33-208.002(22), F.A.C. — Failing To Comply With Safety Regulations — also in violation of Rule 33-602.210 F.A.C. — Use Of Force — 944.35 F.S. — and the 8th and 14th Amendments of the United States Constitution.

* This Grievance on a Sensitive Nature is being written based upon Lieutenant Robinson and Officer Martin Failing to Comply With Safety Regulations, in violation of 33-208.002(22) by using (excessive) Use of (physical) Force (33-602.210, F.A.C.) in which L.t. (Robinson) unjustifiably authorized Officer Martin to administer chemical agents a second time after I very clearly stated that I would comply with his orders and come out of the cell.

***** 

STATEMENT:

On 8-30-12, @ the approximate times between 11:15 a.m. and 11:35 a.m., Lt. Robinson approached my cell #0221S and stated that he was told that I was kicking on the door and he was ordering me to cease my disruptive behavior. I then informed him that I was not disruptive nor was it, he left my cell. Moments later, he returned back to my cell with Officer T.M. Sexton, who had her handheld camera, and instructed me again to cease my disruptive behavior @ that moment, then and only then did I start to kick on my cell door. Lt. Robinson then left from in front of my cell and Officer Sexton remained stationed in front of my door with the handheld camera, as I continued to kick the door. L.t. then returned back to my cell, along with Officer Bell who had a shield, and Officer Martin, who had the can of chemical agents, and Lt. Robinson

9-2-12
DATE                    **SEE ATTACHED**   Johnny Mill #N33725
                        **RESPONSE**       SIGNATURE OF GRIEVANT AND D C #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS   0 / 0
                                                                       #    Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code   When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below)

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office   The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels   The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution   If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on   9/7/12         Institutional Mailing Log #   1209213032      CB
                              (Date)                                                  (Received By)

DISTRIBUTION:   INSTITUTION/FACILITY        CENTRAL OFFICE
                INMATE (2 Copies)           INMATE
                INMATE'S FILE               INMATE'S FILE - INSTITUTION /FACILITY
                INSTITUTIONAL GRIEVANCE FILE CENTRAL OFFICE INMATE FILE
                                            CENTRAL OFFICE GRIEVANCE FILE      02218S

DC1-303 (Revised 2/05)

## GRIEVANCE OF A SENSITIVE NATURE:
### (Continued)

ordered me again to "cease my disruptive behavior" or chemical agents will be used. As I continued to kick the cell door, L.T. Robertson ~~ordered~~ authorized Officer Martin to "spray" me with 3 1-a-second-round bursts [NOTE that each burst was longer than One-Second — 33-602.210(3)(C).] After the first initial spray was completed, L.T. Robertson and Officers Bell and Martin ~~all~~ left my cell, only to return 10 minutes later. L.T. Robertson asked me if I was going to comply with his orders and come out of my cell. I nodded my head, Yes. He then told me to hold my hands in the air so he could see them and step back from the ~~cell~~ door. I did as he said. He told me to drop my boxer-shorts. With my right arm still raised in the air, I ~~also~~ took my left hand a pulled my boxer-shorts down. L.T. Robertson then yelled, "Put your hands where I can see them!" I raised my hands back in the air, then L.T. Robertson stated that I refused to comply with the strip-search. Officer T.M. Sexton was purposely holding the handheld camera @ an angle to where, as I stepped back from the door as directed by L.T. Robertson, I would be out of its immediate view. I immediately jumped in front of the door window with both hands held high and stated that I was complying. But, even after my attempted compliance with L.T. Robertson's orders, he still ordered the officer to spray me a second time with the chemical agents [NOTE] L.T. Robertson never stated that I didn't comply with the strip-search, chemical agents would be administered a second time — 602.210(2)(1). As I attempted to comply with L.T. Robertson's orders to a strip search, and a 2nd administration of chemical agents were applied, @ a very close range, I was struck in my entire ~~face~~, chest and face(eyes).

Please also NOTE[] that it is documented in my medical charts that I have ~~multiple~~ "seizers" and no medical staff, nor ~~do~~ any official in authority has bothered to check and review this fact in violation of 33-602.210(2)(1)(2)(4). ~~After administered~~ Now, I am having constant headaches and ~~spasms~~ and my body occasionally shakes and jumps ~~involuntarily~~ involuntarily. Also, the examining nurse that examined me after the "spontaneous use of force" never flushed ~~out~~ ~~my~~ my eyes after I informed her that spray went into them and they were burning, nor did she advise me to do so. Neither did she advise me not to rub or wipe ~~at~~ them — 33-602.210(2)(1)(P). Because this was my first time being directly sprayed with chemical agent in my eyes, I had no knowledge of how to get rid of it from my eyes. Now, my eyes are constantly burning and my vision is blurry.

\* \* \* \* \*

L.T. Robertson, ~~and~~ Officer Martin, ~~and~~ ~~~~ ~~~~ ~~~~ Officer Bell and Officer Sexton in violation of Rule(s) 33-208.002(4), (11), and (22) — Failing To Comply With Safety Regulations — & 33-602.210(2). Even though Officer Martin is the one that administered the chemical agents and L.T. Robertson authorized him to do so, after I attempted to comply with the directed strip search, every officer official present and mentioned herein this complaint is guilty and found liable. Each personnel ~~acted~~ in their official and individual capacities with the clear state of mind and conscious awareness of their wrongfull and unconstitutional actions in violation of 944.35 F.S., and also in violation of the 8th ~~Amendment~~ (cruel and unusual punishment) and the 14th (Procedural Due Process Clause) Amendments of the U.S. Constitution. These officials acted in wanton, with the malicious, evil, sadistic intentions to cause me great bodily harm by administering chemical agents and/or allowing the chemical agents be administered without proper justification after I specifically stated that I was complying with L.T. Robertson's orders to a strip search. (33-602.210(1)(D)(e) — Chemical agents shall not be used to punish an inmate.)

\* \* \* \* \*

\*Relief Sought\*

Pg 3 of

## <u>GRIEVANCE OF A SENSITIVE NATURE:</u>
(Continued)

(Petitioner hereby herein this complaint seeks the immediate relief of a thorough and corrective investigation concerning this matter of (excessive) Use of force, in which Petitioner requests that the handheld camera for August 30, 2012, @ the approx. times between 11:15 am through 12:30 p.m. be pulled, viewed and evaluated for evidence and truth of the above statement.

Petitioner also requests that the handheld video/audio camera on 8-30-12, @ the approx. times taken 11:15 am through 12:30 p.m. be held and <u>saved</u> for litigation purposes Only. <u>DO NOT DISCARD, THROW AWAY! THE REQUESTED CAMERA - FOOTAGE!</u>

Furthermore, if the relief sought does <u>NOT</u> get met, the Petitioner in this matter will have no other choice but to seek mandamus relief and further civil actions on the offending officials and thier immediate supervisors.

I solemnly swear and declare under penalty of perjury that the foregoing and above statement is personally known by me to be true and correct.

Johnny Hill, #J33728
Signature and Number

9-2-12
Date

OZ-218

**PART B - RESPONSE**

| HILL, JOHNNY | J33728 | 1209-213-032 | UNION C I | O2218S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative remedy has been reviewed and evaluated   The issue of your complaint has been referred to Office of the Inspector General for appropriate action   Upon completion of necessary action, information will be provided to appropriate administrators for final determination and handling

As action has been initiated, you may consider your request for administrative remedy approved from that standpoint

C  Brown                                    M  L  Willis

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst /Facility
(1 Copy) C O  Inmate File
(1 Copy) Retained by Official Responding

**MAILED**
SEP 1 8 2012
UCI GRIEVANCE OFFICE

Formal Grievance Log # 12-6-36621


[Not filed pending Order on Motion to File Under Seal]

Formal Grievance Log # 14-6-35146

**FLORIDA DEPARTMENT OF CORRECTIONS**

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

RECEIVED
NOV 08 2014
DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES

☐ *Third Party Grievance Alleging Sexual Abuse*

TO ☐ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of

Hill          Johnny     L        433728        Santa Rosa C.I.
Last      First    Middle Initial    DC Number        Institution

---

Part A – Inmate Grievance                    14-6-35716

"Inmate Bank"

This grievance, I wish to be forwarded to "Inmate Bank" @ Control Office, is being written in regards to money missing out of my account — unaccounted for. On 10-13-14, I had $94.63, in which I ordered canteen, which left me with $84.01. Medical co-payments were taken out of my account — one for dental and one for routine sick call — which is only $15.00. This should have left me with $69.00. But, I have a canteen receipt that states on 10-19-14, I had $55.91. Money was taken from my account on 10-20-14 ($11.93) and I ended up with $43.98 on 10-20-14. This is not adding up to be a correct total sum of my money. I am missing almost $14.00 from my account, unaccounted for, and I wish to find out where the money went and why it's missing. See attached informal grievance — was told to re-write grievance.

Thank You!

Respectfully Submitted

Johnny Hill

10-22-14                    Johnny Hill #433728
DATE                    SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:     # ___/___ Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103, to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d)

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on 10-20-14   Institutional Mailing Log #: MR14 2717 12   _____ (Received By)
(Date)

119
06L

| DISTRIBUTION | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

MAILED/FILED
WITH AGENCY CLERK

DEC 0 3 2014

Department of Corrections
Inmate Grievance Appeals
Inmate Grievance Appeals

**PART B - RESPONSE**

| HILL, JOHNNY | J33728 | 14-6-35146 | SANTA ROSA C I | B3206U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been received, evaluated and referred to Inmate Bank, who provided the following information  You should review your monthly statement upon receipt and be specific about any transactions in question

Your administrative appeal is denied

T  Bowden

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN  ASST  WARDEN, OR SECRETARY S REPRESENTATIVE | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate s File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst /Facility

(1 Copy) C O  Inmate File

(1 Copy) Retained by Official Responding

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Mail Number _____
Item Number _____
Institution _____

| TO (Check One) | ☐ Warden ☐ Asst Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☒ Other _Inmate Banking_ |
|---|---|---|---|---|

| FROM: | Inmate Name Hill, Johnny Lee | DC Number J33728 | Quarters B32-13C | Job Assignment | Date |
|---|---|---|---|---|---|

**REQUEST**                                    Check here if this is an informal grievance ☒

This Grievance is concerning money that In believe to be [missing] out of my account unaccounted for. On 10-13-14, I had $94.63. I ordered canteen, then I had $84.01. I only went to two (2) sick calls — 1 for medical and 1 for dental — which was only $15. That should have left me with $69.00. But, on 10-19-14, I had $55.96. In ordered Canteen ($11.93) that left me with $43.96. I'm missing almost $14.00 unaccounted for and In NEED to know where the money went and why it was taken out of my account.

Thank You

B. Johnny H. Hill

All requests will be handled in one of the following ways  1) Written Information or  2) Personal Interview  All informal grievances will be responded to in writing

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                                    DATE RECEIVED

RECEIVED
OCT 27 2014
BY _____

Resubmit on DI-333 attached
to I/M Bank
at Central Office

$84.0
15
9.0

[The following pertains to informal grievances only]

Based on the above information, your grievance is _____ (Returned, Denied, or Approved)  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103 006, F A C ]

| Official (Signature) | Date 10/27/14 |
|---|---|

Original  Inmate (plus one copy)
CC  Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate s file

This form is also used to file informal grievances in accordance with Rule 33-103 005 Florida Administrative Code

Informal Grievances and Inmate Requests will be responded to within 10 days  following receipt by the appropriate person
You may obtain further administrative review of your complaint by obtaining form DCI-303, Request for Administrative Remedy or Appeal  completing the form as required by Rule 33-103 006  F A C , attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to  If the 15th day falls on a weekend or holiday  the due date shall be the next regular work day

DC6-236 (Effective 6/12)

Incorporated by Reference in Rule 33-103 005, F A C

Formal Grievance Log # 14-6-35644


[Not filed pending Order on Motion to File Under Seal]

Formal Grievance Log # 15-6-07128

RECEIVED

MAR 06 2015

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS** DEPART... ... ... ...TIONS
INMATE GRIEVANCES
REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☒ Warden     ☐ Assistant Warden     ☐ Secretary, Florida Department of Corrections

From: Hill,    Johnny    Lee    133728    BMC Main Unit
       Last    First    Middle Initial    Number    Institution

15-6-07128

---

Part A – Inmate Grievance

This grievance is being written in regards to my canteen and money that was taken out of my account for this said Acanteen.

Before I left Santa Rosa C.I., I purchase a canteen order but, before I was able to receive my order, I was transferred here to BMC, I am writing this grievance, making sure that the money that was taken out of my account for this order gets returned back to my account.

Thank You,

2-23-15
DATE

Johnny Hill #133728
SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

___ / ___
#    Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on 03/05/2015    Institutional Mailing Log #: _____    C. _____
                          (Date)                                                    (Received By)

DISTRIBUTION:    INSTITUTION/FACILITY    CENTRAL OFFICE    6m (209)
                  INMATE (2 Copies)    INMATE
                  INMATE'S FILE    INMATE'S FILE - INSTITUTION/FACILITY
                  INSTITUTIONAL GRIEVANCE FILE    CENTRAL OFFICE INMATE FILE

FILED
CY CLERK

MAR 11 2015

DOI of Corrections
Inm... ... ...Appeals

**PART B - RESPONSE**

| HILL, JOHNNY | J33728 | 15-6-07128 | R M C - MAIN UNIT | K3208U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your grievance was inadvertently forwarded to this office in error

Upon receipt of this response, you are allowed an additional 15 days from the date this response was mailed (date stamped in upper left corner) to resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure  Attach a copy of this response and any relevant attachments to your re-filed grievance

This is a canteen issue requiring an initial informal grievance

*Based on the foregoing information, your appeal is returned without action*

C  Neel

| | |
|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST WARDEN, OR SECRETARY'S REPRESENTATIVE          03/0/2015 DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate s File - Inst./Facility
(1 Copy) C O  Inmate File
(1 Copy) Retained by Official Responding

Formal Grievance Log # 15-6-23346


[Not filed pending Order on Motion to File Under Seal]

Formal Grievance Log # 15-6-25010

FLORIDA DEPARTMENT OF CORRECTIONS
RECEIVED
JUL 17 2015
REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

RECEIVED
JUL 1 6 2015
BY:

DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden      ☐ Assistant Warden      ☒ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

Hill, Johnny L.    J33728    SRCI
Last  First  Middle Initial    DC Number    Institution

15-6-2540

Part A – Inmate Grievance

This appeal is being written in regards to appeal a magazine publication being impounded/rejected @ institutions magazine publication is "Playboy's Lingerie, Aug/Sept. 2012" My argument is as follows: there is no justifiable reason for this publication to be rejected or impounded, I was informed that the stated publication above was on the approved list, therefore I orded the publication I am appealing the rejection under grounds stated herein above.

7-14-15
DATE

Johnny Hill #J33728
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ___/___
                                                                    #    Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

N/A

Submitted by the inmate on: 7/15/15    Institutional Mailing Log #: AM2-15 0398        (Received By)
                              (Date)

DISTRIBUTION:    INSTITUTION/FACILITY          CENTRAL OFFICE
                 INMATE (2 Copies)             INMATE
                 INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
                 INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                               CENTRAL OFFICE GRIEVANCE FILE

Playboy's Lingerie
Aug/Sept
2012

DC1-303 (Effective 11/13)              Incorporated by Reference in Rule 33-103.006, F.A.C.

NOTICE OF REJECTION OR IMPOUNDMENT OF PUBLICATIONS

Date:   JULY 06, 2015                                      E1213

Inmate:   HILL. JOHNNY                                     J33728

Institution:   SANTA ROSA CORRECTIONAL INSTITUTION

This letter is notice that the following publication:

Title:   PLAYBOY'S LINGERIE

Volume/Issue/Edition:   AUG/SEPT 2012

Which was received on the following date:   JULY 01, 2015

MOVIE MARS, 1113 –B TECHNOLOGY DRIVE, INDIAN TRAIL, NC 28079

Has been reviewed by an authorized employee, and:

☐   IS IMPOUNDED pending review by the Department's Literature Review Committee, because another institution believes that the publication may contain subject matter that is inadmissible per Section (3) of Rule 33-501.401 F.A.C.

☐   IS IMPOUNDED pending review by the Department's Literature Review Committee, because the Warden or designee believes that the publication may contain subject matter that is inadmissible per Section (3) of Rule 33-501.401 F.A.C.

☐   IS IMPOUNDED pending review by the Department's Literature Review Committee, per Section (10) of Rule 33-501.401 F.A.C. The Warden believes that this inmate's prior criminal history or disciplinary record indicates that giving him or her access to subject matter in this publication would constitute a threat to the security, order or rehabilitative objectives of the correctional system or the safety of any person. (Specify):

☒   IS REJECTED and may not be received by inmate. The Department's Literature Review Committee has reviewed the publication and determined that it contains subject matter that is inadmissible per Section (3) of Rule 33-501.401 F.A.C., Admissible Reading Material.

☐   IS REJECTED for reasons not related to subject matter. (Specify):

Criteria in Section (3) of Rule 33-501.401 F.A.C., Admissible Reading Material, that authorizes IMPOUNDMENT or REJECTION of the publication due to subject matter:

☐   (3)(a)   It depicts or describes procedures for the construction of or use of weapons, ammunitions, bombs, chemical agents, or incendiary devices;

☐   (3)(b)   It depicts, encourages, or describes methods of escape from correctional facilities or contains blueprints, drawings or similar descriptions of Department of Corrections facilities or institutions, or includes road maps that can facilitate escape from correctional facilities;

☐   (3)(c)   It depicts or describes procedures for the brewing of alcoholic beverages, or the manufacture of drugs or other intoxicants;

☐   (3)(d)   It is written in code or is otherwise written in a manner that is not reasonably subject to interpretation by staff as to meaning or intent;

☐   (3)(e)   It depicts, describes or encourages activities which may lead to the use of physical violence or group disruption;

☐   (3)(f)   It encourages or instructs in the commission of criminal activity;

☐   (3)(g)   It is dangerously inflammatory in that it advocates or encourages riot, insurrection, disruption of the institution, violation of department or institution rules;

☐   (3)(h)   It threatens physical harm, blackmail or extortion;

☒   (3)(i)   It depicts sexual conduct as follows:  (1.) Actual or simulated sexual intercourse; (2.) Sexual bestiality; (3.) Masturbation; (4.) Sadomasochistic abuse; (5.) Actual lewd exhibition of the genitals; (6.) Actual physical contact with a person's unclothed genitals, pubic area, buttocks, or, if such person is a female, breast with the intent to arouse or gratify the sexual desire of either party; (7.) Any act or conduct which constitutes sexual battery or simulates that sexual battery is being or will be committed.

☒   (3)(j)   It depicts nudity  in such a way as to create the appearance that sexual conduct is imminent, i.e., display of contact or intended contact with a person's unclothed genitals, pubic area, buttocks or female breasts orally, digitally or by foreign object, or display of sexual organs in an aroused state.

☐   (3)(k)   It contains criminal history, offender registration, or other personal information about another inmate or offender, which, in the hands of an inmate, presents a threat to the security , order or rehabilitative objectives of the correctional system or to the safety of any person;

☐   (3)(l)   It contains an advertisement promoting any of the following where the advertisement is the focus of, rather than being incidental to, the publication or the advertising is prominent or prevalent throughout the publication: (1.) Three-way calling services; (2.) Pen pal services; (3.) The purchase of products or services with postage stamps; or (4.) Conducting a business or profession while incarcerated.

☐   (3)(m)   It otherwise presents a threat to the security, good order, or discipline of the correctional system or the safety of any person.

If the publication was IMPOUNDED per criteria established in Section (3) of Rule 33-501.401 F.A.C., the following details the specific written or pictorial matter that is believed to be inadmissible, and lists the page numbers in the publication where it is found:

DC5-101 (Effective 6/16/09) (Revised 12/9/11)          Page 1 of 2
                          Incorporated by Reference in Rule 33-501.401, F.A.C.

Inmates may obtain further administrative review of a publication rejected for reasons not relating to subject matter by submitting an informal grievance on Form DC6-236, Inmate Request, as prescribed by Rule 33-103.005 F.A.C. A copy of this Form DC5-101, Notice of Rejection or Impoundment of Publications, must be attached to the informal grievance.

Inmates may obtain further administrative review of a publication that was impounded or rejected due to subject matter per Sections (3) or (10) of Rule 33-501.401 F.A.C. by obtaining Form DC1-303, Request for Administrative Remedy or Appeal, completing the form, attaching a copy of this Form DC5-101, Notice of Rejection or Impoundment of Publications, and forwarding the complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun Street, Tallahassee, Florida 32399-2500. The complaint must be filed within 15 days from the date of impoundment or rejection.



Senders are advised that when a publication is impounded or rejected because it contains written or pictorial matter that is inadmissible pursuant to the criteria established in Section (3) of Rule 33-501.401 F.A.C, the impoundment or rejection shall be immediately applied in all major institutions, work camps, road prisons, and forestry camps of the Florida Department of Corrections. However, senders may appeal an institution's decision to impound or reject reading materials by writing the Department's Library Services Administrator within 15 days of receipt of the notice of impoundment or rejection. The appeal must include a copy of this form. Sender appeals are to be mailed to the following address: Department of Corrections, ATTN: Library Services Administrator, 501 South Calhoun Street, Tallahassee, FL 32399-2500.

## D. LOCKE
D. LOCKE
Authorized Employee

DATE MAILED TO SENDER: _____

cc:     Library Services Administrator; Sender

| **DEPARTMENT USE ONLY.** Impounded publications approved by Literature Review Committee or per grievance appeal: RECEIVED BY: |
|---|
| Inmate Signature                                          Date |

WITH AGENCY CLERK

JUL 29 2015

Department of Corrections
Inmate Grievance Appeals

PART B - RESPONSE

| HILL, JOHNNY | J33728 | 15-6-25010 | SANTA ROSA C.I. | D3113U |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative remedy or appeal has been received and reviewed with the following result.

You were appropriately informed by the institutional staff; PLAYBOY'S LINGERIE, AUGUST/SEPTEMBER 2012 has been previously reviewed and rejected by the Literature Review Committee in Central Office.

The department may prohibit admission of materials or publications if they are determined to be detrimental to the safety, security, order or rehabilitative interests of a facility or would create a risk of disorder at that facility.

On August 14, 2013 the Literature Review Committee reviewed the questionable subject matter content in the publication that was submitted by the institution.  It was determined to contain subject matter that is inadmissible per Rule 33-501.401(3)(i)(j).

Chapter 33-501.401(16)(d), states that, "Inmates subscribe to and purchase periodicals or other reading materials at their own risk and expense.  Inmates will not be reimbursed by the Department of Corrections for materials that are rejected or for the expense for mailing rejected items to other persons or entities."

Your issue regarding the approved list is not an Admissible Reading Material issue and is a concern that must be initiated at the appropriate institutional level.

Based on the proceeding, your appeal is denied.

S. Milliken

| | | |
|---|---|---|
| _____ | _____ | 7/23/15 |
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

Formal Grievance Log # 15-6-29618

FLORIDA ADMINISTRATIVE REMEDY OR APPEAL

☐ Third Party Grievance Alleging Sexual Abuse    AUG 06 2015    AUG 1 4 2015

☐ Warden   ☒ Assistant Warden   ☒ Secretary, Florida Department of Corrections   BY: ___

☐ or if Alleging Sexual Abuse, on the behalf of    DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES

Hill, Johnny ___   J33728   JARC
Last   First   Middle Initial   DC Number   Institution

Part A – Inmate Grievance    15-6-29618

Disciplinary Appeal

This is an appeal of Disciplinary Report # 119-150505 (violation # 1-6 ___) and ___

[several lines of faded handwriting]

Summary of Statement of Facts:

7-14-15, I received a DR for ___

[several lines of faded handwriting]

the DR ___ ... was found guilty and sentenced to 60 days disciplinary
confinement. I appealed the disciplinary decision @ the institutional level but
it was denied.

Further Arguments:

[several lines of faded handwriting]

See, ___ v. Singletary, 633 So. 2d 597, 599 (Fla. 1st DCA 1993), ___

8-12-15    Johnny Hill #J33728
DATE    SIGNATURE OF GRIEVANT AND DC #

SIGNATURE INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS    ___ / ___
#    Signature

INSTRUCTIONS

[small faded instruction paragraphs]

Received for Appeals Being Forwarded to Central Office

the inmate on    8-14-15    Institutional Mailing Log #    IRIS 2798    ___
(Date)    (Received by)

DISTRIBUTION:    INSTITUTION/FACILITY    CENTRAL OFFICE
INMATE (2 Copies)    INMATE
INMATE'S FILE    INMATE'S FILE, INSTITUTION/FACILITY
INSTITUTIONAL GRIEVANCE FILE    CENTRAL OFFICE INMATE FILE
CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)    Incorporated by Reference in Rule 33-103.006, F.A.C.

1507-119-442
Ø5/A
7/14/15
1-6

Appeal
Grievance (Continued)

Coker failed to acquire this issue or respond to it all together. This is an issue of truth, fact and gives me merit for an appeal and aquital of this said disciplinary. Shower call D3325 is the last shower cell @ the end and closer to the white blinds hanging on the fence, blocking the shower(s) from the bottom and vise versa, esp. Shower cell D3325. The only way the officer in the booth could see into that shower cell (See well enough to see an inmate masterbating) is if, #1, the shower cell door was open and I was practically halfway out of the shower, ~~of which the door being open~~ Which Officer Anderson never stated the door was open. and/or I was halfway out of the shower in her statement of facts and that never occured. So, there was no way she could have possibly seen into my shower and noticed me masterbating. Per 33-601, F.A.C., all things that occured and needed to find inmate guilty of infraction MUST be in the statement of facts. I'm not saying that someone in a glasses - down shower that can clearly see into the office's station was not masterbating towards Officer Anderson, I'm saying that I WASN'T masterbating towards Officer Anderson. This is clearly a case of mistaken identity. But, in this case, an in that shower call.

Furthermore, I also, as alleged in my 1st appeal, the fact that Officer Anderson, in her statement of facts, stated that I was "peering" through the shower cell door while masterbating, but never stated that I was "peering directly @ her". Warden Coker ~~was~~ pointed out that this was said in her witness statement, ~~but~~ unseen, Anderson in her witness statement stated that I was allegedly "peering" in the office's station, looking directly @ her. But, this was NOT stated in the statement of facts. It was only stated that I was allegedly "peering" through the shower door and master- bating, with the assumption that I was allegedly "peering @ Officer Anderson." Assumptions are not "facts" and all "facts" of a case in infrac- tion should be stated in the "statement of facts". Per 33-601, F.A.C. All of this was presented to the disciplinary team and on 1st appeal. I was found guilty ~~off~~ based on officer's statement and "evidence", but there was no "evidence" but the officer's statement. I maintain my innocence.

Appeal
(Grievance continued)

In this case of "mistaken shower cells", I was NOT masturbating!

Relief Sought:

Therefore, based on the above argument and facts herein, said ~~arbitrary~~ ~~and~~ violation of Due Process, I respectfully move that this DR be properly sponged from my record and that thus said DR be overturned.

Thank You.

Respectfully Submitted,
J. Johnny Hill
# J33728

MAILED/FILED
WITH AGENCY CLERK

SEP 09 2015

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| HILL, JOHNNY | J33728 | 15-6-29618 | SANTA ROSA C.I. | D1118U |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been reviewed and evaluated   The response that you received at the institutional level has been reviewed and is found to appropriately address the concerns that you raised at the institutional level as well as the Central Office level

You have not presented sufficient evidence or information to warrant overturning the disciplinary report

Your administrative appeal is denied

T  Bowden

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST WARDEN, OR SECRETARY'S REPRESENTATIVE

DATE

FLORIDA DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

☐ Third Party Grievance Alleging Sexual Abuse

TO ☒ Warden     ☐ Assistant Warden     ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of

_Hill, (Johnny) Lee_  |  _A33728_  |  _Santa Rosa C.I._
Last   First   Middle Initial  |  DC Number  |  Institution

☐ DR Appeal # D-3  ☐ Part A - Inmate Grievance  1502-115-442

This appeal is being written in regards to appealing a Disciplinary
decision on a Disciplinary Report I received for a violation of
F.A.C., Chapter 33-601.314, 1-6, Lewd or Lascivious Exhibition.
Authorization of appeal under Rule 33-102.006.

Statement of Facts:
On 7-14-15, @ approx 11:45 pm, I was taking a shower in shower cell Q3228
when an officer approached my shower cell and stated that I was recieving a DR
for "guarding/masterbating" the female officer in the control room, Ms Anderson. I
told the officer that I was not guarding anyone and he stated, "That's what she said
and I have to believe her." I then was given the shower and escorted back
to my cell (Q3113). I received a DR for this on 7-16-15 and was found
guilty and sentenced to sixty (60) days Disciplinary Confinement on 7-23-15.

Argument:
On the DR in question, Officer Anderson stated that I was "pulling" through the
shower cell door with my erect penis in my hand, stroking it in an up and downward
motion. (See Charging Disciplinary Report log #119-151505.) I argue that
it is practically impossible for Officer Anderson to have seen me inside my
shower cell; the shower I was in (Q3228) is the shower closer to the fence
closer to the white blinders that is blocking the shower/hatch, which cripples the
officer's vision from the shower I was in and only leaves approximately
3½ inches of space in a crack. For the officer to have seen inside my
shower, she had to go outside her way and practically strain to see through
that small space, and into my shower. I maintain my innocence on this

7-23-15                                    S. Hill #33728
DATE                                    SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS
1-6  7/14                                    #  ___1___  Signature _____

119-1515-05

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on _____   Institutional Mailing Log # _____   _____ (Received By)   Sa
                              (Date)                                                                Demond

DISTRIBUTION   INSTITUTION/FACILITY        CENTRAL OFFICE
               INMATE (2 Copies)            INMATE
               INMATE'S FILE                INMATE'S FILE, INSTITUTION/FACILITY
               INSTITUTIONAL GRIEVANCE FILE CENTRAL OFFICE INMATE FILE
                                            CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)             Incorporated by Reference in Rule 33-103.006, F.A.C.

Part A – Inmate Grievance Continuance

I'm in question upon the fact that Officer Anderson stated in her Statement of Fact that I "was" peeking through the shower cell door while stroking my erect penis in an up and downward motion, but in order to charge an inmate with 1-k Lewd or Lascivious Exhibition, that inmate has to have "intentionally exposed genitals in a lewd or lascivious manner or intentionally been masterbating. The word "intentionally" means "on purpose" and for me to have been "intentionally masterbating towards Ms. Anderson, I would have had to have been looking directly @ her while masterbating. Ms. Anderson said that I "was" peeking through the shower cell door but never said that I was looking" directly @ her which is not intentional, had I been masterbating ——— which I was NOT. Furthermore Officer Anderson said that I "was" peeking out the shower door, but this too is virtually impossible for her to determine in the shower that I was in. Inmate cell D3228 opens in a way that the opening is towards the pole. In order for her to have seen me looking, or even peeking, for that matter through the shower door, my shower door would have had to been open and I would have had to been looking through the small glass, which she never stated. So either me door was open and/or I was looking through the small glass. Per Rule 33-601 all facts on the charge MUST be stated in the Statement of Fact. Also, if Ms. Anderson had said that I "was" peeking out the glass, it would also be impossible for her to see me peeking down to "peek" through the glass and masterbate @ the same time. Therefore, I contend that I am innocent of this infraction based on the facts stated herein above. Officer Anderson has picked the wrong shower cell if anyone was indeed masterbating towards her.

Relief Sought:

I hereby seek the immediate relief that this Disciplinary Report gets thrown out and my current DC time also gets thrown out based on the facts stated herein above.

Thank You

**PART B - RESPONSE**

| HILL, JOHNNY | J33728 | 1507-119-442 | SANTA ROSA C I | G3213L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

YOUR REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL HAS BEEN RECEIVED, REVIEWED AND EVALUATED

DISCIPLINARY REPORT #119-151505 HAS BEEN REVIEWED   YOU HAVE NOT PRESENTED ANY INFORMATION THAT WAS NOT ALREADY CONSIDERED OR WOULD CHANGE THE DECISION MADE BY THE DISCIPLINARY HEARING TEAM

YOU ARE GRIEVING DR #119-151505 STATING IN ORDER FOR YOU TO BE CHARGED WITH 1-6, YOU WOULD HAVE TO HAVE BEEN "INTENTIONALLY" MASTURBATING TOWARD OFFICER ANDERSON BY LOOKING DIRECTLY TOWARD HER   YOU CLAIM UNLESS YOU ARE LOOKING DIRECTLY TOWARD HER, IT IS NOT INTENTIONAL

THE INVESTIGATIVE REPORT SHOWS THAT THE REPORTING OFFICER CONFIRMED THE REPORT TO BE TRUE AND FACTUAL AS WRITTEN  DURING THE HEARING, OFFICER ANDERSON'S WITNESS STATEMENT WAS READ TO YOU AND STATES YOU WERE "PEEKING" THROUGH THE SHOWER CELL (D3228) LOOKING INTO THE OFFICER'S STATION, LOOKING DIRECTLY AT HER  OTHER THAN DENYING YOUR GUILT YOU HAVE OFFERED NO NEW EVIDENCE OR INFORMATION THAT WOULD CHANGE THE DECISION RENDERED BY THE HEARING TEAM

FURTHERMORE  THE DISCIPLINARY REPORT WAS WRITTEN, INVESTIGATED, AND HEARD IN ACCORDANCE WITH FAC 33-601 301 TO  313  THERE IS NO SUFFICIENT BASIS FOR VOIDING THE DISCIPLINARY REPORT


BASED ON THE ABOVE INFORMATION, YOUR GRIEVANCE IS DENIED

TO RECEIVE FURTHER ADMINISTRATIVE REVIEW OF YOUR COMPLAINT, YOU MUST OBTAIN FORM DC1-303, REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL, COMPLETE THE FORM, PROVIDING ATTACHMENTS AS REQUIRED, AND SUBMIT THE FORM TO THE BUREAU OF INMATE GRIEVANCE APPEALS, 501 SOUTH CALHOUN STREET, TALLAHASSEE, FLORIDA, 32399 WITHIN THE TIME FRAMES SPECIFIED IN CHAPTER 33-103

C PADGETT                                            JIMMY COKER, WARDEN

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|
| | | JUL 3 0 2015 |

Formal Grievance Log # 16-6-10080

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

MAR 07 2016

DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCE APPEALS

☐ Third Party Grievance Alleging Sexual Abuse

O: ☐ Warden   ☐ Assistant Warden   ☒ Secretary, Florida Department of Corrections

rom or IF Alleging Sexual Abuse, on the behalf of:

| Hill | Johnny | L | J33728 | F.S.P. |
|------|--------|---|--------|--------|
| Last | First | Middle Initial | DC Number | Institution |

16-6-10080

**Part A – Inmate Grievance**  33-103.007

*Grievance of Appeal*

This grievance of appeal is being written, appealing the "Return With" a Action decision of original informal grievance (log # 205-1601-0226) and formal grievance of appeal (log # 1601-205-208) ——— See brief Grievance attached [Reason for this] Grievance of Appeal is as follows: ① obviously, my first grievance(s) were not understood and instead improperly responded [therefore] did not really respond or additionally the issues of complaint; and ②, all issues(s) complaint's were not only one concern was addressed and responded to by

*Statement of Facts*

On 10-15-15, I was transferred to F.S.P. from F.S.C.I. Upon reviewing my property list 10-23-15, I noticed that certain work was not in my property, nor was it documented a my property receipt Note: I was able to see the property receipt in order to see my property. Please see both attached grievances (log # 205-1601-0226 —informal grievance — and 1601-205-208 — grievance of appeal) for full summaries of the full details. In the mentioned grievances, I stated that I was missing some personal property such as legal work documents, personal (family photos (all of them) and some other items listed in the two ② grievances. My first [informal grievance as to property log 205-1601-0226 was "Returned" by S.B. Thompson as being in non-compliance with Chapter 33-103.011(b), stating that "informal grievance must be received within 20 days of when incident or action being grieved occurred". But, as I've stated in both of these said grievances, I was unaware that my legal work was missing; I was under the impression that my legal work was still stored in the property room based on what the property room told me when I asked him where my legal work was it might still be in property. See grie-

| Feb. 3 2016 | Page 1 of 2 | [signature] Johnny Hill # J33728 |
|-------------|-------------|----------------------------------|
| DATE | | SIGNATURE OF GRIEVANT AND D.C. # |

'BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

_____ #  ___/___  *Signature

**INSTRUCTIONS**

s form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, rida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

en the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by apter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and icensed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the itution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the evance will be returned to the inmate for processing at the institution level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

mitted by the inmate on: _____ Institutional Mailing Log #: _____   _____ (Received By)
(Date)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

1601-205-208
V/a (205)

C1-303 (Effective 11/13)   Incorporated by Reference in Rule 33-103.006, F.A.C.

vance, log # 1601-205-205) ☒ Therefore, it was not __knowingly__ known that my legal work was "missing" until I continuously inquired about "it", and even went to the property room with Sgt. Maddox grievance log # 1601-205-205) and was told that I didn't have any legal work in storage, @ that time, I __knew__ that my legal work was "missing" and, then, did I file complaints concerning this matter (1-7-16 and 1-24-16), Which did not exceed 30 days, because I was unaware, @ first, that my legal work was "missing".

__Furthermore__, on both responses, [they] were not (neither a response) focused, not did either response address the other property that I raised as also missing, even as: 62 personal/family photos; 2 Colgate Toothpastes; 3 Dial Soaps; 3 Ivory Soaps, and 4 full books of stamps (both attached grievances). I discovered all of this was missing on 1-6-16, when I recieved my first property reciept after being in DC Confinement (Please, see grievance records for grievance I filed concerning my property reciept, answered by S.D. Thomassen ——— informal grievance ——— denied, stating that I recieved a property reciept on 1-6-16). I immediately filed grievance on lost property, but on Ms. Thomassen's response to informal grievance, log # 205-1601-0006, she failed to address the concerns of the other listed lost property, named herein above. She only mentioned or addressed about the concerns about my legal work, nothing else. Also, on grievance, log # 1601-205-205, Officer's did the same, neglecting to address my other claims.

## *Relief Sought*

I am respectfully requesting that I may be reimbursed for __All__ missing property, including, but not limited to: all the missing property listed herein above. Furthermore, if Relief Sought is not met accordingly, I will have no other choice but to file a Former Complaint with the federal courts and and seek further help through litigations. Therefore, I ask that __All__ [of] some/all of missing property be reimbursed.

MAILED/FILED
WITH AGENCY CLERK

MAR 2 3 2016

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| HILL, JOHNNY | J33728 | 16-6-10080 | SANTA ROSA ANNEX | |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal to this office is in non-compliance with Chapter 33-103, Inmate Grievance Procedure, because your grievance at the institutional level was determined to be in non-compliance with the requirements of the rule.

Your request for administrative appeal is being returned without action.

C. Neel

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 03/17/2016 DATE |

**INMATE REQUEST**          DEPARTMENT OF CORRECTIONS

Prop 16 loss

| | | Mail Number: |
|---|---|---|
| | | Team Number: |
| | | Institution: |

TO:          ☐ Warden          ☐ Classification     ☐ Medical     ☐ Dental
(Check One)   ☐ Asst. Warden     ☐ Security          ☐ Mental Health  ☒ Other _Property_

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Johnny Lee Hill | T30728 | C-1204 | | 1-7-15 |

REQUEST                                    Check here if this is an informal grievance ☒

This informal grievance is in regards to my personal property/legal work/legal documents missing. In accordance to "33-103.010, F.A.C." and "33-602.201(4), F.A.C." On 10-19-15, I was transported to F.S.P. from Santa Rosa C.I. When I came to F.S.P. I had ALL of my personal property including ALL of my legal work. On 10-23-15, I received my property from the property room and I immediately noticed that I did have [ny] of my legal work. I asked the officer where my legal work was and he said that he didn't know, for months now, (2½ months) I've been without my legal work, I have a motion pending in the courthouse, as of right now, and I NEED my legal work to respond appropriately when it's time for me to do so. I've unreasonably been without my legal work for far too long. Furthermore, I am also missing ALL of my photos (62 of them) and my personal hygiene items.

*All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.*

| Inmate (Signature): Johnny Lee Hill | DC#: T30728 |
|---|---|

DO NOT WRITE BELOW THIS LINE

RESPONSE **JAN 11 2016**          DATE RECEIVED:

205-1601-0226

You were given a receipt on 10/23/15 when you received your property.

Per chapter 33-103.011(a) Informal grievance must be received within 20 days of when the incident or action being grieved occured.

Your grievance is being returned.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _returned_   (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): S.B. Thomassen | Official (Signature): S.B. Thomassen | Date: 1/12/16 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

-nformal Grievance - Missing Property (continue)

1). (2)$4.99 deodorants; one opened, one unopened;
2). (2) Colgate toothpastes; one opened, one unopened;
3). (2) Dial soaps (both unopened);
4). (2) Ivory soaps (one opened, one unopened

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☒ Warden     ☐ Assistant Warden     ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

Hill, Johnny L.        J33729        F.S.P.
Last   First   Middle Initial        DC Number        Institution

| Part A – Inmate Grievance | |
|---|---|
| 33-103010 | 33-602.201(H)(a)-(e) |

This grievance/appeal is being written in accordance to 33-103.005 F.A.C. and 33-602.201(H)(a)-(e) F.A.C. in regards to my legal work, along with other personal property, "missing" after being in F.S.P. staff's care and custody. Also in violation of my 8th and 14th Amendments of the United States Constitution.

Appealing the "return" decision of Informal grievance — 205-1601-0226 — addressed to property.

\*  Statement of Facts  \*

On 10-17-15, I was transferred to F.S.P. from S.R.C.I. @ S.R.C.I. I PACKED MY OWN PROPERTY Including ALL of my legal work. Upon getting to F.S.P., I turned my property over to F.S.P.'s staff to be inventoried as required. On 10-23-15, while housed on E-Wing, my property was returned to me (being "inventoried") by S.O. Thomasson and Tyre-son. I immediately noticed that ALL of my legal work was missing. I asked the property officer where was my legal work, and he stated that "[I] didn't know" it, asked still to its property. My legal work wasn't even documented on my property receipt, so, I "assumed" that because those were out of "inmates" that were transferred from S.R.C.I. on 10-17-15, some of my property (i.e. my legal work) may have still been in the property room. I had then started asking the "wing officers" is they could call property or go to retrieve my legal work from property. Never happened. On 11-30-15, I went to C-Wing on DC Confinement, in which my property was left on E-Wing to be inventoried. Upon receiving my property back, I immediately noticed that, not only was I still missing my legal work, I was also missing other personal items, as well that I "had before going to DC. Also missing was a copy of my inventoried property. After continuously asking C-Wing's officers is they could bring me a property receipt from property and writing a request to Property requesting a

Jan. 24, 2016          [signature] J33729
DATE          SIGNATURE OF GRIEVANT AND D.C. #

1601-205-308

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**  n/a     _____ / _____
#         Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: 1-25-16     Institutional Mailing Log #: _____     [signature]
(Date)                                                                 (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)                    Incorporated by Reference in Rule 33-103.006, F.A.C.

copy of my property or receipt, C-Wing Officer Lee finally brought me one on 1-6-16. Upon inspection of my property receipt (dated 11-30-15), I noticed that NONE of the following items (that I am missing) was documented on my property receipt: 1). 62 photos of my family, friends, children and deceased relatives —— held sentimental value that can't be replaced; ($15);

2). 2 Colgate Toothpastes (one opened, one unopened); ($6.98);

3). 3 Dial Soaps (one opened, two unopened); ($3.69);

4). 3 Ivory Soaps (one opened, two unopened); ($1.71);

5). and 4 books of USA Forever stamps (sent in from my family) ($39.20). Total: $51.08.

That total is not including my lost photos or my legal work, which was approximately roughly around 590 pages of legal documents ($590 —— @ $1 a page).

Furthermore, On 1-12-16, as I was being escorted back to C-Wing from medical by Sgt. Maddox, he (Sgt. Maddox) took me into the property room, himself, to check on my missing property and legal work. The property officer informed me and Sgt. Maddox that I didn't have any legal work or any of the above-mentioned property items in property storage.

*   Argument   *

I currently have an appeal concerning my criminal case in process in the Courts, in which I'll have to either file an "Answer" to the Prosecutor's "Answer", or file a "Writ of Mandamus" by April 1, 2016, because the 6TH month deadline is up @ that time. But, I am unable to do that or "respond" appropriately without my legal work. I filed

an "informal grievance (#205-1601-0226) with Property on 1-7-16 (accidentally dated 1-7-15) and "it was "Returned" by S.D. Thomassen, stating "Informal Grievance must be received within 20 days of incident or action being grieved (See attached informal grievance). But, I argue that I WAS NOT AWARE that my legal work was "missing" until me and Sgt. Maddox went into the property room on 1-12-16. Also, "it wasn't brought to my attention that I was missing my other personal property until I received my property receipt on 1-6-16 from Officer Lee. Until 1-6-16, I was under the impression that my photos and other mentioned property was still stored in the property room. With-out my legal work, I am being denied proper access to the Courts, in violation of my 5th and 14th Amend. of the U.S. Constitution, governing my Due Process Clause. Also attached to this complaint are several property receipts from different institutions @ different time periods that states that I[had] legal documents/legal paper work. I packed my own property personally, so, I KNOW I brought my legal work with me from SRCI and handed it over to T.S.P's officials. Now, my legal work is gone, distroyed or lost.

## Relief Sought

I hereby seek the immediate relief that I may get reim-bursed for ALL missing property, esp. my legal work and my personal photos, in which I cannot get back, for [they], the photos of my family, friends, children and deceased rela-tives, held extreme Sentimental value and ment alot to me.

Respectfully Submitted,
Johnny Hill
#J33728

**PART B - RESPONSE**

| HILL, JOHNNY | J33728 | 1601-205-208 | FLORIDA STATE PRISON | K1325S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative remedy to this office is in non-compliance with Chapter 33-103, Inmate Grievance Procedure, because the attached informal grievance was determined to be in non-compliance with the requirements of the rule.  Chapter 33-103.014 (1) (u) state(s): The formal grievance may be returned to the inmate without further processing if the inmate filed an informal grievance in excess to 20 days from the time the event being grieved occurred.

Your request for administrative remedy is being returned without action.

B. Roberts

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 1/29/2016 DATE |
|---|---|---|

MAILED
Feb 01, 16
FSP GRIEVANCE OFFICE

Formal Grievance Log # 18-6-18552

FLORIDA DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

RECEIVED
MAY 0 2 2018
Department of Corrections
~~Bureau of Inmate Grievance Appeals~~

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden    ☐ Assistant Warden    ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

Hill, Johnny L. — A83728 — R.M.C - Main Unit

Last    First    Middle Initial    DC Number    Institution

---

Part A – Inmate Grievance   18-6-18552

Sensitive Nature

This grievances concern is of a Sensitive Nature, regarding staff abuse/ excessive use of force

**PLEASE NOTE:** On the approx dates between 3/7/18 and 3/9/18, I submitted an Emergency Grievance concerning the under-described issue(s) to (first) officer, but never received a receipt for my grievance, nor any response on my grievance. Therefore, I'm now re-submitting my complaint(s)

※ Statement of Facts

On 3/1/18, on or about the approx time between 8:00 p.m and 8:30 p.m, while housed @ Suwannee C.I.-Main Unit in Cell # ~~E110~~ E110B 2 (along w/ IM Victor Starworth). Officer Eaton approached my cell door (3) times and told me to clean my cell and get it into compliance. The last time Officer Eaton approached my cell, he was accompanied by Sgt Stokes. Officer Eaton ordered ~~me~~ me to comply w/ a strip search. Sgt ? was

4/20/18            Johnny Hill #83728

DATE    Pg. 1 of 4    SIGNATURE OF GRIEVANT AND D.C. #

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____ / _____
                                                                        # Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

APR 2 4 2018    Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on:    Institutional Mailing Log #: 29-35-02    (Received By) _____  10ᵃ

RMC MAILROOM

DISTRIBUTION:    INSTITUTION/FACILITY    CENTRAL OFFICE
                 INMATE (2 Copies)        INMATE
                 INMATE'S FILE            INMATE'S FILE - INSTITUTION/FACILITY
                 INSTITUTIONAL GRIEVANCE FILE    CENTRAL OFFICE INMATE FILE
                                          CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)    Incorporated by Reference in Rule 33-103.006, F.A.C.

Ofc Eaton
Ofc Thorton
Sgt Stokes

Sensitive Nature Continue .......    Pg. 2 of 4

Being on property restriction. I immediately complied w/ Officer Eaton's order. After the strip search, I was allowed to only put back on my boxers (only). I was then cuffed behind my back and told to exit the cell. Being escorted by Officer Eaton and Sgt. Stokes, I was led into the sallyport and headed to Wing 3. Suddenly, Sgt. Stokes started yelling, "Drop the weapon! Drop the weapon!" I was then slammed to the floor by C/O Eaton & Sgt. Stokes. Then, I was being punched and kicked in different areas of my body by C/O Eaton and Sgt. Stokes. Then, Officer Thornton rushed out of the officer's station and started kicking and punching me, as well. While I was being punched and kicked by C/O Eaton, C/O Thornton and Sgt. Stokes, I heard Sgt. Stokes yelling, "You wanna play w/ your dick?! Huh?! Imma teach you bout running your ████

## ✱ Argument(s) ✱

C/O Eaton, Sgt. Stokes & C/O Thornton acted in wanton w/ this evil, sadistic, malicious intent to cause me great irreparable harm, showing deliberate indifference to my safety needs and concerns by deliberately & intentionally physically assaulting and battering me while I was physically restrained in handcuffs behind my back. The ③ officers named above acted in their official capacities w/ the direct knowledge of their actions. Because of Sgt. Stokes statement "You wanna play with your dick? & huh? & Imma treaor you about running, nigger!" led me to believe that the reason they "jumped" on me was in retaliation for a 1-2 hurd 3 hasc. Exhib. ③h ± recieved earlier that day by officer Greene. Sgt. Stokes 1st said that I had a weapon, in which he told the Capt. I had a weapon (please see the hand-held camera @ Suwannee C.I.

Sensitive Nature Continue (P. 4 of 4)

Main Unit on 3/1/18, @ the approx. time of 9:40 p.m. and it will be shown that the Captain stated that the officer said that I had a "weapon" ~~but~~ but I recieved a DR that said I had a home-made handcuff key.) Furthermore, if I was only in my boxers al my hands cuffed behind my body (please see the Fixed Wing cameras @ S.W. C.I Main Unit, Wing 7), it is virtually impossible for me to have a hand cuff key and/or a weapon, especially after being stripped-searched prior.

## Relief Sought

I seek the immediate relief of fur-ther protection from C/O's Eaton & Thratton & Sgt. Stokes; I am currently housed @ a different institution now, but I fear that I will eventually go back to S.W C.I-M.U and be subjected to further abuse & retal-lation.

MAILED/FILED
WITH AGENCY CLERK

MAY 09 2018

Department of Corrections
Administrative Inmate Grievance Appeal

PART B - RESPONSE

| HILL, JOHNNY | J33728 | 18-6-18552 | R.M.C - MAIN UNIT | K3117L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Note  There is no longer a sensitive category of grievance/appeal

Only 2 additional pages of narrative will be allowed  If additional space is needed, the inmate shall use only 2 additional attachment pages and not multiple copies of Form DC1-303  If the inmate writes his complaint anywhere other than within the boundaries of Part A or on the 2 allowable attachment pages, his grievance shall be returned for non-compliance

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103, Inmate Grievance Procedure  The rule requires that you first submit your grievance at the appropriate level at the institution   You have not done so or you have not provided this office with a copy of that grievance, nor have you provided a valid or acceptable reason for not following the rules

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure

Based on the foregoing information, your appeal is returned without action

A  Keaton

_____
SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

*A. Keaton*
_____
SIGNATURE OF WARDEN, ASST
WARDEN, OR SECRETARY'S
REPRESENTATIVE

5/4/18
_____
DATE

Formal Grievance Log # 18-6-29395

FLORIDA DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

RECEIVED
JUL 1 2 2018

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden  ☐ Assistant Warden  ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

Hill          Johnny          L          V93128          SRCI-MU

Last   First   Middle Initial   DC Number J33738   Institution

Part A – Inmate Grievance   Nature 180-2935

Sensitive

PLEASE NOTE: I am submitting
this Complaint directed to your office,
by-passing the institutional level @ the
time, because I've submitted (6) previous
Complaints concerning, this same issue
and have not received any responses for
my Complaints and or I have yet to speak
to an investigator concerning the issues
@ hand. I filed previous Grievances:on:
3/6/18; 3/26/18 - both filed @ Suwannee
C.I.-MU - 4/16/18; 5/4/18; 5/24/18; and
6/10/18, all submitted while I was @
B.M.C-MU. I recieved no response to both
for either grievance. The issue @ hand
is as follows:

* Statement of Facts *

On 3/1/18, while housed @ Suwannee C.I.
Main Unit - E1105 - C/O D. Eaton app-
roached my cell door and stated "I'm Hill
your room is in disarray, clean it up". NONE
my cell was NOT in disarray & I had
a roommate @ that time - Victor Star-
worth. The time was approx. 8:30 p.m.
C/O D. Eaton approached my cell door
2 more times saying the same thing -

7/7/18          1 of 3          Johnny Hill #J33738

DATE          SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____ / _____
                                                                          #        Signature

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____   Institutional Mailing Log #: MR8-1869   T1.P
                    (Date)                                                    (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

Pg. 2 of 3

9:00 p.m.; 9:30 p.m.; @ 9:30 p.m. C/O
① Eaton approached my Cell door
w/ Sgt. J. Stokes and told me that
I was going on property restric-
tion, ordering me to a strip-search.
I complied w/ the order. After
being stripped-searched, I was
told to ONLY put back on my
boxers, which I did. I was then
hand cuffed behind my back, &
escorted in the hallway by C/O
① Eaton and Sgt. J. Stokes. In the
hallway, between Quads 3 and 4,
Sgt. Stokes began to yell "Drop the
weapon! Drop the weapon!" I was
then slammed to the floor @ that
moment, Sgt. Stokes and C/O Eaton
started punching and kicking me
in various areas of my body, then,
C/O Thratton rushed out of the
officers station and started punching
and kicking me, as well. Finally, the
Captain and the handheld camera
showed up and I was allowed to
be evaluated by the nurse. (Also,
while punching and kicking me, Sgt.
Stokes kept repeating "You wanna
pull your dick out? I'ma teach you
about gunning, nigger.") The injuries
I sustained from this incident are a
busted chin which I had to get
stitches for, a broken jaw (in 2
places) 4 chipped, shattered and/or

Pg. 3 of 3

crushed teeth and bruises in various areas of my body. ~~(scribbled out)~~

~~(scribbled out)~~

**NOTE:** As I've stated in the beginning of this Complaint, I've submitted (2) previous grievances on this matter, but received no response back for either one. And I am asking that this incident be investigated properly and thoroughly and that I may speak of an investigator.

MAILED/FILED
WITH AGENCY CLERK

JUL 1 8 2018

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| HILL, JOHNNY | J33728 | 18-6-29395 | SANTA ROSA C.I. | D1214L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your appeal has been reviewed and evaluated  The subject of your grievance was previously referred to the Office of the Inspector General  It is the responsibility of that office to determine the amount and type of inquiry that will be conducted  This inquiry/review may or may not include a personal interview with you  Upon completion of this review, information will be provided to appropriate administrators for final determination and handling

Note  There is no longer a sensitive category of grievance/appeal

As this process was initiated prior to the receipt of your appeal, your request for action by this office is denied

A  Johns

| | | 7/16 18 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

Formal Grievance Log # 18-6-46665


[Not filed pending Order on Motion to File Under Seal]

Formal Grievance Log # 18-6-52644

**FLORIDA DEPARTMENT OF CORRECTIONS**

RECEIVED
DEC 10 2018
Department of Corrections
Inmate Grievance Appeals

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Hill | Johnny | L. | 133728 | SRCI-MU |
|------|--------|----|--------|---------|
| Last | First | Middle Initial | DC Number | Institution |

**Part A – Inmate Grievance**   18-6-52644

This Grievance is being written in regards to a previous Grievance that I submitted, but has not recieved any response to it...

On or about 11/1/18, I submitted a Formal Grievance regarding "Americans with Disabilities Act" (Log #18-6-46655), but as to date, I haven't recieved any responses concerning this said Formal Grievance. The 20 days for me to recieve a response has now elapsed. I am respectfully requesting that Grievance #18-6-46655, be answered so that I may move on to the next level.

| 12/6/18 | Johnny Hill #133728 |
|---------|---------------------|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

90

Signature  I/9

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: _____ (Date)

Institutional Mailing Log #: MR18-3702   T.P.
(Received By)

RECEIVED
DEC 06 2018

DISTRIBUTION:
INSTITUTION/FACILITY
INMATE (2 Copies)
INMATE'S FILE
INSTITUTIONAL GRIEVANCE FILE

CENTRAL OFFICE
INMATE
INMATE'S FILE - INSTITUTION/FACILITY
CENTRAL OFFICE INMATE FILE
CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)   Incorporated by Reference in Rule 33-103.006, F.A.C.

DEC 2 8 2018

**PART B - RESPONSE**

| HILL, JOHNNY | J33728 | 18-6-52644 | SANTA ROSA C.I. | F3121S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative review has been received, reviewed, and evaluated.

Log #18-6-46655 has been responded to and mailed. You should have a copy by now.

Based on the foregoing information, your appeal is returned with no action.

J. Adams

_J. Adams_

| | | 12/14/18 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

Formal Grievance Log # 19-6-00595


[Not filed pending Order on Motion to File Under Seal]

Formal Grievance Log # 19-6-10697

FLORIDA DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

RECEIVED
MAR 08 2019
Department of Corrections
Inmate Grievance Appeals

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden    ☐ Assistant Warden    ☑ Secretary, Florida Department

From or IF Alleging Sexual Abuse, on the behalf of:

Hill,          Johnny  L.          133788          SRCI. MU
Last    First    Middle Initial    DC Number    Institution

| | Part A – Inmate Grievance | Appeal 19-6-10697 |

Grievance

This Grievance is appealing the ~~Grievance~~ att-
ached Grievance's response (See attached Grie-
vance), whereas, the attached Grievance was
denied.

*Arguments*

GROUND 1. The issue of me not ever
getting the opportunity to speak to an inspec-
tor concerning the assult I endured @ Suw-
annee CI- Main Unit I was not addressed in
the DENIED reponce - See attached.
GROUND 2. As stated in the attached
Grievance, I specified in the very begging
that I've submitted several Grievances on
the assualt explained, but I've yet to re-
cieve any reponce on those attached Grievance
- See attached. This issue was obviously over-
looked and unaddressed.
*Relief Sought*
I hereby seek the relief of the DENIAL
of the attached Grievances to be over-turn-
ed and I also seek, the relief of speaking
to an inspector concerning that assault.

3/7/19          Johnny Hill, #133788
DATE          SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

6R          1403-119-          119
          411          Signature

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled to Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____    Institutional Mailing Log #: MR19-0733    77.S.
          (Date)          (Received By)

DISTRIBUTION:          INSTITUTION/FACILITY          CENTRAL OFFICE
MAR 0 7 2019          INMATE (2 Copies)          INMATE
          INMATE'S FILE          INMATE'S FILE - INSTITUTION/FACILITY
          INSTITUTIONAL GRIEVANCE FILE          CENTRAL OFFICE INMATE FILE
                    CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

MAILED/FILED
WITH AGENCY CLERK

MAR 22 2019

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| HILL, JOHNNY | 19-6-10697 | SANTA ROSA C.I. | F2121S |
|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative review has been received and reviewed, and evaluated.

All your grievances and appeals have been responded to and returned to you.  If your issue is regarding the Office of the Inspector General investigating your allegations, you should send an inmate request to the institutional inspector for information regarding your issues.

Based on the foregoing information, your appeal is returned without action.

J. ADAMS

_____           *J. Adams*                    3/18/19
SIGNATURE AND TYPED OR PRINTED NAME OF        SIGNATURE OF WARDEN, ASST.            DATE
EMPLOYEE RESPONDING                           WARDEN, OR SECRETARY'S
                                              REPRESENTATIVE

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☑ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

Hills, Johnny h.      # 33728        SRCI - Main Unit
Last    First    Middle Initial      DC Number       Institution

1902-119-411

Part A – Inmate Grievance

Sensitive Nature                    Sensitive Nature

This Grievance concern is of a Sensitive Nature, regarding a Staff abuse that I've reported several times, via, I/M Grievance process, but has yet to recieve any replies on those Grievances and/or speak w/ an Investigator. (Please Note: The following incident has been reported by me numerous times over approximately a year - although the incident occured @ another institution). I've only recieved one reply telling me to follow Institutional levels. See Grievance log #: 18-6-29395;

※ Statement of Facts ※

On 3/1/18, while housed @ Suwannee C.I - Main Unit, between the approx. times between 9:00 p.m and 10:00 p.m., I was physically assaulted by (3) correctional officers - C/O's D. Eaton and Thornton and Sgt. J. Stokes - resulting in serious bodily harm to myself, such as a broken jaw (in 3 places) that had to get wired; a busted chin that had to get stitched closed; and shattered, chipped and/or broken teeth (some of which had to be pulled and some of which had to recieve other serious dental care and recieve temp. fillings).

As stated above, I've submitted several formal Grievances concerning this issue (I've also reported it to medical staff @ Suwannee C.I - Main Unit - Nurse Morgan - RN - and mental health officials)

2/20/19              1 of 2        Johnny Hill #133728
DATE                              SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ___ / ___
                                                                       #    Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the Inmate on: _____   Institutional Mailing Log #: _____   _____
                          (Date)                                        (Received By)

FEB 21 2019
                    INSTITUTION/FACILITY         CENTRAL OFFICE
                    INMATE (2 Copies)            INMATE
                    INMATE'S FILE                INMATE'S FILE - INSTITUTION/FACILITY
                    INSTITUTIONAL GRIEVANCE FILE CENTRAL OFFICE INMATE FILE
                                                 CENTRAL OFFICE GRIEVANCE FILE
DC1-303 (Effective 11/13)        Incorporated by Reference in Rule 33-103.006, F.A.C.

Sensitive Nature - continue

Yet, I've only recieved one (1) response — on grievance that was submitted to the ~~Director~~ Sec. of Dept. of Corr., Log # 18-6-29395.

The grievances mentioned above response was that I had to go through the Institutional level. But, as stated in that grievance (as well as this one), I've submitted several grievances through the institutional level, just never received any other responses on those grievances. I've submitted grievances on the following dates: ~~illegible~~ 3/6/18; 3/26/18; 4/16/18; 5/4/18; 5/24/18; 6/13/18; and 4/7/18. I've yet to be interviewed by an inspector concerning the attack and abuse I endured @ the hands of correctional officers. By not responding to my grievances in a proper and timely fashion or allowing me to speak w/ an inspector, my Due Process under the 14th Amendment of the U.S. Constitution.

**PART B - RESPONSE**

| HILL, JOHNNY | J33728 | 1902-119-411 | SANTA ROSA C.I. | F3121S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

YOUR REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL HAS BEEN RECEIVED, REVIEWED AND EVALUATED.

ACCORDING TO CHAPTER 33-103.014 (1) (N) REASONS FOR RETURN OF GRIEVANCE. THIS ISSUE HAS BEEN PREVIOUSLY ADDRESSED BY CENTRAL OFFICE #18-6-29395.  THERE IS NO PROVISION IN THE RULE THAT ALLOWS YOU TO FILE AN FORMAL GRIEVANCE ON AN ISSUE THAT CENTRAL OFFICE HAS ALREADY DENIED ON APPEAL.

THEREFORE, THIS FORMAL GRIEVANCE IS BEING RETURNED WITHOUT FURTHER PROCESSING.

P. RODRIGUEZ                          WALKER CLEMMONS, WARDEN

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 2/21/19 DATE |
|---|---|---|

FEB 22 2019

Formal Grievance Log # 19-6-14024

*Appeal for notification*

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
APR 08 2019
Department of Corrections
Inmate Grievance Appeals

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden   ☐ Assistant Warden   ☒ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

Hill, Johnny A.    133728    SFRCI- Main Unit
Last  First  Middle Initial   DC Number   Institution
19-6-74024

**Part A – Inmate Grievance**   Grievance Appeal

This Grievance of Appeal is appealing Grievance #1903-119-153 – See attached Grievance (Exhibit A).

★Appeal★

GROUND 1: It is stated in the response for Grievance Log #1903-119-153 that my continued placement on CLM is "based on my inability to follow the rules and regulations of the institution" which is evident from my disciplinary history since being on CLM. But, the issue at hand is not, or should not be my Disciplinary history. For, being required to do 6 months on CLM 1 (housed in a one-man cell) for 6 months; then CLM 2 for 6 more months; and, then, an additional 6 months on CLM 3 (18 months in total — a minimum) recieving any disiplenary report for anything — even minor infractions — can and, most likely will, force me to start all the way over on CLM, in which I may have to do an additional 6 months on my current CLM level, or even be upgraded to my previous CLM level. Furthermore, recieving a Disiplenary Report (DR), I will be placed on Disiplenary Confinement (DC), in which I'd face multiple restrictions (ie, visitation restriction; phone restriction; day-room restriction; canteen restriction, and and possibly more) and start over on my CLM level. This is a double punish-ment for 1 infraction — this is also cruel and inhumane treatment, a violation of my 8th and 14th Amendments

4/4/19   1 of 2    Johnny Hill #133728
DATE              SIGNATURE OF GRIEVANT AND D.C. #

2C  1903-119-  19

**BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C 33-103.007 (6)(d)

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on _____   Institutional Mailing Log # _____
                         (Date)                                                          (Received By)

DISTRIBUTION.   INSTITUTION/FACILITY        CENTRAL OFFICE
                INMATE (2 Copies)           INMATE
                INMATE'S FILE               INMATE'S FILE - INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE CENTRAL OFFICE INMATE FILE
                                            CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)        Incorporated by Reference in Rule 33-103.006, F A C

2C 119
1903-119-15.

of the United States Constitution.

GROUND 2: In the response to Grievance #1903-119-153, It is also stated that I "have access to mental health and medical "for any issue(s) I may have. But, me not having access to mental health and/or medical was not a claim I raised. I did, however, raise the issue of the actual and irreparable harm done to me ~~physically~~ mentally, emotionally and medically, caused by a continued placement on CM status. Which was not addressed in the response to Grievance #1903-119-153.

✳ Relief Sought ✳
Based on the information provided in the attached informal grievance, formal Grievance #1903-119-153 and this Grievance of Appeal, I hereby seek the immediate relief to be immediately released from CM and placed back into general population, for, I AM NOT A THREAT TO MYSELF, ANY ~~xxxxx~~ STAFF AND/OR OTHER INMATES!!!

WITH AGENCY CLERK

MAY 0 1 2019

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| HILL, JOHNNY | J33728 | 19-6-14024 | SANTA ROSA C.I. | G2121S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been received, evaluated and referred to Bureau of Classification Management, who provided the following information

The response that you received at the institutional level has been reviewed and is found to appropriately address the concerns that you raised at the institutional level as well as the Central Office level

Your administrative appeal is denied

T BOWDEN

_____
SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

_____
SIGNATURE OF WARDEN, ASST
WARDEN, OR SECRETARY'S
REPRESENTATIVE

4/26/19
DATE

FL  A DEPARTMENT OF C  ECTI
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ Third Party Grievance Alleging Sexual Abuse

TO ☑ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Hill | Johnny | L. | J33728 | JRCI-NU |
|------|--------|-----|--------|---------|
| Last | First | Middle Initial | DC Number | Institution |

---

Part A – Inmate Grievance

Grievance Appeal 1903-119-153

This Grievance Appeal is appealing informal grievance - See attached informal grievanc.

☒ *Arguament* ☒

GROUND 1: The issue I raised in the attached informal grievance was not concerning the 6 month review period of C.M. As stated in the attached informal grievance, I am CHALLENGING the effects C/M is having on my mental and emotional capacities - It (C/M) is inhumane. As stated I am NOT a threat to myself and others.

☒ (Belief Sought) ☒

I seek the relief of the informal grievance to be over-turned and my immediate release from C/M

3/7/19
DATE

Johnny Hill, J33728
SIGNATURE OF GRIEVANT AND D C #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS ___ / ___
# Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103 006, Florida Administrative Code   When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below)

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office   The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels   The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution   If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C 33-103 007 (6)(d)

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: _____   Institutional Mailing Log # _____   _____
(Date)                                                                    (Received By)

MAR 08 2019   INSTITUTION/FACILITY
                    INMATE (2 Copies)
                    INMATE S FILE
                    INSTITUTIONAL GRIEVANCE FILE

CENTRAL OFFICE
INMATE
INMATE'S FILE - INSTITUTION/FACILITY
CENTRAL OFFICE INMATE FILE
CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103 006, F.A C

## PART B - RESPONSE

| HILL, JOHNNY | J33728 | 1903-119-153 | SANTA ROSA C.I. | F2121S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

YOUR REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL HAS BEEN RECEIVED, REVIEWED AND EVALUATED

YOUR CONTINUED PLACEMENT IS BASED ON YOUR INABILITY TO FOLLOW THE RULES AND REGULATIONS OF THE INSTITUTION, WHICH IS EVIDENT FROM THE EXTENSIVE DISCIPLINARY HISTORY THAT YOU HAVE SINCE YOUR PLACEMENT TO CLOSE MANAGEMENT

HOWEVER, WHILE ON CLOSE MANAGEMENT, YOU HAVE ACCESS TO MENTAL HEALTH AND MEDICAL FOR ANY ISSUES YOU MIGHT BE EXPERIENCING

BASED ON THE ABOVE INFORMATION, YOUR GRIEVANCE IS DENIED

TO RECEIVE FURTHER ADMINISTRATIVE REVIEW OF YOUR COMPLAINT, YOU MUST OBTAIN FORM DC1-303, REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL, COMPLETE THE FORM, PROVIDING ATTACHMENTS AS REQUIRED, AND SUBMIT THE FORM TO THE BUREAU OF INMATE GRIEVANCE APPEALS, 501 SOUTH CALHOUN STREET, TALLAHASSEE, FLORIDA, 32399 WITHIN THE TIME FRAMES SPECIFIED IN CHAPTER 33-103

P RODRIGUEZ                                          J SANTIAGO, AWP

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST WARDEN, OR SECRETARY'S REPRESENTATIVE | 3/26/19 DATE |
|---|---|---|

MAR 2 7 2019

Exhibit A

Pg. 1 of 3   Exhibit 15

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

119-1802-0871

| | Mail Number | |
|---|---|---|
| | Team Number | |
| | Institution. | |

**TO:**
(Check One)

☑ Warden     ☐ Classification     ☐ Medical     ☐ Dental
☐ Asst. Warden     ☐ Security     ☐ Mental Health     ☐ Other

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Hall, Johnny L. | A33728 | A-3121 | | 2/20/19 |

**REQUEST**                                   Check here if this is an informal grievance ☑

This informal grievance is in regards to my current placement on Close Management (CM) — in which I am currently being held @ Santa Rosa Correctional Institution (SRCI)-Main Unit. I first came to CM in 2010 and F.O. Bed from CM on 3/24/13. When I came back to prison in 8/14 I was placed back on CM and was transfered to SRCI-MU in 9/14. I've now been on CM for approximately 4½ years.

Since I've been on CM - from the very 1st time - i in 2010, I've developed certain characteristics that I've never had prior to me being placed on CM.

All requests will be handled in one of the following ways  1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing

| Inmate (Signature) /s/ Johnny Hall | DC# A33728 | **RECEIVED** |
|---|---|---|

4C Eldr
CM

DO NOT WRITE BELOW THIS LINE          FEB 2 1 2019

**RESPONSE**                                   DATE RECEIVED:

Your grievance has been received, reviewed and evaluated.

You are reviewed every 6 months while on cm for possible downgrade. However, the disciplinary reports that you receive during these review periods do not warrant a release to open population. Therefore, your grievance is Denied.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is  Denied     (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name)  Tallend | Official (Signature)  Tallend | Date 2/22/19 |
|---|---|---|

Original  Inmate (plus one copy)
CC  Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303 Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F A C , attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103 005, F A C

Pg. 2 of 3

(such as, major depression issues, hearing voices, seeing hallucination, suicidal attempts...). Since being on CM, I've endured physical and psychological abuse @ the hands of officials. I now have hypertension, whereas, I've never had blood pressure issues before coming to CM. Over the course of being on CM, I've been denied mental health services and medical services, when I believe that in general population, I could've and possibly would've received the proper treatment I needed @ those times. I've just recently lost most of my vision, whereas I'm now Legally Blind; before CM I had my full vision.

I am NOT a violent person and my being on CM is NOT necessary to keep myself, staff and others safe.

Although, through Request Forms, I am able to request case logs from the law-library and ask for a lawclerks' assistance; I AM LEGALLY BLIND!!! Therefore, it is futile for me to ask for caselogs, when I CAN'T READ THEM!!! That being said, I CAN'T recieve the proper legal assistance I need, being on CM. Furthermore, since being on CM, I've missed legal deadlines and have been time-barred from the Courts because I'm Legally Blind and can not recieve the proper legal assistance needed.

Pg. 3 of 3

**✗ Relief Sought ✗**

I hereby, herein the informal Complaint, seek the immediate relief to be removed off of CM status and placed back into general population, due to the facts that CM has effected — and is still effecting — me mentally and physically.

[PLEASE NOTE: I AM NOT CHALLEGING MY ORI- NAL PLACEMENT ON CM, IN- STEAD, I AM CHALLENGING THE FACT THAT I REMAIN ON CM, ALTHOUGH IT IS OBV- IOUSLY CAUSING ME GREAT, IRREPAIRABLE HARM!]

Formal Grievance Log # 19-6-22775


[Not filed pending Order on Motion to File Under Seal]