# United States District Court
CIVIL MINUTES - GENERAL

Time: 1:35 – 1:43 p.m.                                Case # 4:19cv212-MW-CAS

Date  September 19, 2019

JACQUANN MARQUIS HARVARD et al v. INCH et al

DOCKET ENTRY:  TELEPHONIC MOTION HEARING held.  Court hears argument Re:  [38] Motion for HIPAA Qualified Protective Order.  Order to follow.

PRESENT:   HONORABLE **MARK E. WALKER**, CHIEF U. S. DISTRICT JUDGE

| Victoria Milton McGee | Megan Hague |
| Deputy Clerk | Court Reporter |

ATTORNEY(S) APPEARING FOR PLAINTIFF(S):

Dante Trevisani

ATTORNEY(S) APPEARING FOR DEFENDANT(S):

Daniel Gerber

Initials of the Clerk:  VMM