UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

|  |  |  |
|---|---|---|
| JAC'QUANN (ADMIRE) HARVARD, et al., | ) ) ) ) |  |
| *Plaintiffs*, | ) ) |  |
| v. | ) ) | Case No.: 4:19-cv-00212-MW-CAS |
| MARK S. INCH, et al., | ) ) ) |  |
| *Defendants*. | ) ) |  |

**MONTHLY JOINT STATUS REPORT ON DISCOVERY**

The parties, by and through undersigned counsel, pursuant to the Court's Initial Scheduling Order (ECF 24) requiring a 30-day joint report on the status of discovery, hereby submit the following:

1. Plaintiffs served their First Request for Production to Defendants Mark Inch and Florida Department of Corrections ("FDC") on August 13, 2019. Defendants responded with objections on October 11, 2019. Defendants requested, and Plaintiffs agreed to, an extension until October 23, 2019 to produce documents not objected to. Defendants produced documents to Plaintiffs on October 24, 2019, and October 25, 2019.

2. Plaintiffs served Plaintiff Harvard's First Set of Interrogatories to Defendant FDC on August 28, 2019. Defendants responded to the interrogatories on October 14, 2019.

3. The parties conferred on November 12, 2019, regarding Defendants' objections to Plaintiffs' First Requests for Production to Inch and FDC and Plaintiff Harvard's First Set of Interrogatories to FDC. Although the parties were able to resolve some disputes, there are other disputes that remain unresolved. The remaining disputes regarding Defendants' responses to Plaintiffs' discovery requests propounded on August 13, 2019, and August 28, 2019 are the subject of the pending Plaintiffs' Motion to Compel. ECF 65-1.

4. Plaintiffs served their First Requests for Admission to Defendant Mark Inch on October 21, 2019. Defendants responded on November 20, 2019. Parties plan to meet and confer regarding Defendant's responses and objections on January 10, 2020.

5. Plaintiffs served Plaintiff Harvard's First Set of Interrogatories to Defendant Inch on November 4, 2019. Defendants responded on December 17, 2019.

6. Plaintiffs served their Second Requests for Production on Defendant Mark Inch on November 6, 2019. Defendants requested, and Plaintiffs agreed to, an extension until January 6, 2020 to respond. Defendants requested, and Plaintiffs

agreed to, an additional extension until January 10, 2020 for Defendants' objections and until January 20, 2020 for all responsive, non-privileged documents, and privilege log.

7. Plaintiffs served their Third Request for Production on Defendant Mark Inch on December 16, 2019. Defendant's responses are due on January 15, 2020.

8. Plaintiffs served their Second Request for Production on Defendant FDC on December 24, 2019. Defendant's responses are due January 23, 2020, but Plaintiffs requested expedited responses given the January 6, 2020 hearing on Plaintiff Johnny Hill's Motion for Protective Order to Prevent Retaliation. The parties reached an agreement that Defendant FDC would produce certain responses by January 3, 2020.

9. Defendant Florida Department of Corrections served Plaintiffs with its First Requests for Production, Requests for Admission, and First Set of Interrogatories to each Plaintiff on August 2, 2019. Plaintiffs responded on October 3, 2019. The parties conferred on November 4, 2019, regarding Plaintiffs' responses and objections to these Requests and Interrogatories. Plaintiffs provided Amended Objections and Supplemental Responses to Defendant's first request for production on November 18, 2019 and provided amended responses to Defendant Florida Department of Corrections' First Set of Interrogatories on December 20, 2019. The parties will continue to attempt to work together to resolve any outstanding

discovery issues concerning Defendants' discovery requests propounded on August 2, 2019.

10. On November 5, 2019, Defendants served Plaintiffs with notices of depositions. The parties have now agreed to delay depositions until outstanding issues regarding the conditions of the depositions can be resolved and more discovery is provided. The conditions of the depositions are the subject of the pending Plaintiffs' Motion for a Protective Order Regarding Deposition Conditions set for hearing on January 6, 2020.

11. The parties held their Rule 26(f) conference on August 23, 2019.

12. The parties' joint report of the Rule 26(f) Conference was filed on September 6, 2019.

13. The parties provided Initial Rule 26 Disclosures on October 3, 2019.

**Certificate of Word Limit:** Under N.D. Fla Local Rule 7.1(F), I hereby certify that this response contains 610 words.

Dated: January 2, 2020                              Respectfully Submitted,

*s/ Laura A Ferro*                                        *s/ Daniel J. Gerber*
Laura A. Ferro                                             Daniel J. Gerber
Fla. Bar No. 1015841                                  Florida Bar No. 0764957
Dante P. Trevisani                                      Samantha C. Duke
Fla. Bar No. 72912                                      Florida Bar No. 091403
Sam Thypin-Bermeo                                  Rumberger, Kirk & Caldwell
Fla. Bar No. 1019777                                 A Professional Association
Florida Justice Institute, Inc.                       Lincoln Plaza, Suite 1400
100 SE 2nd St., Ste 3750                            300 South Orange Avenue (32801)
Miami, FL 33131                                        Post Office Box 1873

Telephone: (305) 358-2081
dtrevisani@floridajusticeinstitute.org
lferro@floridajusticeinstitute.org
sthypin-bermeo@floridajusticeinstitute.org

Kelly Knapp
Fla. Bar No. 1011018
Southern Poverty Law Center
4770 Biscayne Blvd., Suite 760
Miami, FL 33137
Telephone: (786) 347-2056
kelly.knapp@splcenter.org

Sumayya Saleh
Fla. Bar No. 119372
Shalini Goel Agarwal
Fla. Bar No. 90843
Southern Poverty Law Center
106 East College Ave., #1010
Tallahassee, FL 32302
Telephone: (850) 521-3024
sumayya.saleh@splcenter.org
shalini.agarwal@splcenter.org

Lisa Graybill*
Texas Bar No. 24054454
Southern Poverty Law Center
201 St. Charles Avenue, Suite 2000
New Orleans, LA 70170
Telephone: (334) 549-0498
lisa.graybill@splcenter.org

Andrea Costello
Fla. Bar No. 532991
Christopher M. Jones
Fla. Bar No. 994642
Jennifer Painter
Fla. Bar No. 110966
Aimee Lim
Fla. Bar No. 116209

Orlando, Florida 32802-1873
Telephone: (407) 872-7300
dgerber@rumberger.com
sduke@rumberger.com

Nicole Smith
Florida Bar No. 0017056
Rumberger, Kirk & Caldwell
A Professional Association
Post Office Box 10507
Tallahassee, Florida 32302-2507
Telephone: (850) 222-6550
nsmith@rumberger.com

**Attorneys for Defendants**

{07216273;1 }

Florida Legal Services
122 E. Colonial Drive, Suite 100
Orlando, FL 32801
Telephone: (407) 801-0332 (direct)
andrea@floridalegal.org
christopher@floridalegal.org
jennifer.painter@floridalegal.org
aimee.lim@floridalegal.org

*Admitted *pro hac vice*

**Attorneys for Plaintiffs**