IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAC'QUANN (ADMIRE)
HARVARD; J.H., a minor, by and
through his parent and natural
guardian, Valentine Robinson;
ANGEL MEDDLER; JUAN
ESPINOSA; JEROME BURGESS
(a/k/a SHAM'LA GOD ALLAH);
JAMES W. KENDRICK, JR.; and
JOHNNY HILL; on behalf of
themselves and all others similarly
situated,

       CASE NO. 4:19-cv-00212-MW-CAS

     Plaintiffs,

vs.

MARK INCH, in his official
capacity as Secretary of the Florida
Department of Corrections; and
FLORIDA DEPARTMENT OF
CORRECTIONS, an Agency of the
State of Florida,

     Defendants.

_____/

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFFS'
MOTION TO COMPEL [ECF No. 65-1] AND
<u>REQUEST TO INCREASE WORD LIMIT</u>**

     Defendants, Mark Inch, in his official capacity as Secretary of the Florida

Department of Corrections, and the Florida Department of Corrections, hereby

request a one-week extension of time, until January 13, 2020, to file a response to

Plaintiffs' Motion to Compel Various Discovery Responses [ECF No. 65-1], and an increase in word limit.

1. On December 12, 2019, Plaintiffs filed an Unopposed Motion and Incorporated Memorandum to Request Increased Word Limit regarding their attached Motion to Compel First Requests for Production and Interrogatory Responses from the Defendants. [ECF No. 65].

2. On the same date, this Court granted that Motion and recognized Plaintiffs' Motion to Compel as filed. [ECF No. 66]. The Court extended Defendants' deadline to respond until January 6, 2020. *Id.*

3. Since that filing, Plaintiffs filed two Motions for Protective Order. [ECF Nos. 67 and 68]. This Court required responses to both Motions by January 31, 2019. [ECF No. 70]. This Court further set a hearing on both Motions to occur on January 6, 2020. [ECF No. 71].

4. As a result of focusing their efforts on responding to Plaintiffs' two Motions for Protective Order, and the holidays, Defendants' counsel have been unable to prepare the Response to Plaintiffs' Motion to Compel in the time remaining before the Court's deadline.

5. Due to the expansive nature of the discovery at issue, as well as the number of discovery requests to address, Defendants request additional time in order to prepare their Response.

6.    This request for a one-week extension of time is made in good faith, is supported by good cause, and will not prejudice any party.  The request is not sought for the purpose of delay, nor will the requested extension of time adversely impact these proceedings.  Plaintiffs do not oppose this extension of time.

7.    Further, Defendants request an increase in word limit in order to respond to Plaintiffs' Motion to Compel.  The Plaintiffs' requested, and were granted, an increase in word limit to 24,635 words.  [ECF No. 67].  Defendants request a corresponding increase in words to 24,000 in order to fully address Plaintiffs' Motion.

## MEMORANDUM OF LAW

Pursuant to Rule 6(b), Fed.R.Civ.P., this Court has the authority to extend the time for taking actions prescribed by the Federal Rules of Civil Procedure. Defendants have requested an extension before the expiration of the originally prescribed deadline and has good cause for the extension.  This Motion is made in good faith and not for the purposes of delay and the extension will not prejudice any party.

In addition, pursuant to Local Rule 7.1(F), this Court may allow, in extraordinary circumstances, a party to exceed the 8,000 word limit provided for in that rule.  Given the breadth of the discovery issues in dispute, Defendants have shown the extraordinary circumstances that justify an increase in the word limit.

## Certificate of Local Rule 7.1(B) Conference

In accordance with Local Rule 7.1(B), the undersigned counsel certifies that she has conferred with counsel for Plaintiffs about the relief sought in this motion. Plaintiffs do not oppose the relief requested.

## Certificate of Compliance with Local Rule 7.1(F) Word Limit

In accordance with Local Rule 7.1(F), the undersigned counsel certifies compliance with the word limits in Local Rule 7.1(F).  There are 469 words in this Unopposed Motion and Memorandum of Law.

WHEREFORE, Defendants respectfully request that this Court grant their request for a one-week extension of time to file their Response to Plaintiffs' Motion to Compel [ECF No. 65-1] and that the word limit for Response be increased to 24,000 words.

Respectfully submitted,

/ s / *Samantha C. Duke*

DANIEL J. GERBER, ESQUIRE
Florida Bar No. 0764957
SAMANTHA C. DUKE, ESQUIRE
Florida Bar No. 091403
RUMBERGER, KIRK & CALDWELL
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida  32802-1873
Telephone:  (407) 872-7300
Telecopier:  (407) 841-2133
Email:  dgerber@rumberger.com
         sduke@rumberger.com

and

NICOLE SMITH, ESQUIRE
Florida Bar No. 0017056
RUMBERGER, KIRK & CALDWELL
A Professional Association
Post Office Box 10507
Tallahassee, Florida  32302-2507
Telephone:  (850) 222-6550
Telecopier:  (850) 222-8783
E-mail:  nsmith@rumberger.com

**Attorneys for Defendants,**
 **Mark Inch and Florida**
 **Department of Corrections**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 2, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will

5

send a notice of electronic filing to the following:  Christopher Michael Jones at cjones@filsinc.org; Jennifer Morrissey Painter at jennifer.painter@floridalegal.org; Shalini Goel Agarwal at shalini.agarwal@splcenter.org; Sumayya Saleh at sumayya.saleh@splcenter.org; Kelly Jean Knapp at Kelly.knapp@splcenter.org; Lisa S. Graybill at lisa.graybill@splcenter.org; Dante Pasquale Trevisani at dtrevisani@floridajusticeinstitute.org; and Laura Anne Ferro at lferro@floridajusticeinstitute.org.

/ s / *Samantha C. Duke*

DANIEL J. GERBER
Florida Bar No. 0764957
SAMANTHA C. DUKE, ESQUIRE
Florida Bar No. 091403
RUMBERGER, KIRK & CALDWELL
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida  32802-1873
Telephone:  (407) 872-7300
Telecopier:  (407) 841-2133
Email:  dgerber@rumberger.com
          sduke@rumberger.com
and

NICOLE SMITH, ESQUIRE
Florida Bar No. 0017056
RUMBERGER, KIRK & CALDWELL
A Professional Association
Post Office Box 10507
Tallahassee, Florida  32302-2507
Telephone:  (850) 222-6550
Telecopier:  (850) 222-8783
E-mail:   nsmith@rumberger.com

**Attorneys for Defendants,**
 **Mark Inch and Florida**
 **Department of Corrections**

13009473.v1