**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JAC'QUANN MARQUIS HARVARD, JR.,
et al.,**

      **Plaintiffs,**

**v.**                 **Case No.  4:19cv212-MW/CAS**

**MARK INCH, Secretary,
Florida Department of Corrections,
et al.,**

      **Defendants.**
_____/

**ORDER GRANTING EXTENSION OF TIME TO
RESPOND TO PLAINTIFFS' MOTION TO COMPEL
<u>AND REQUEST FOR INCREASED WORD LIMIT</u>**

This Court has considered, without hearing, Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiffs' Motion to Compel (ECF No. 65-1) and Request to Increase Word Limit. ECF No. 76. The motion is **GRANTED.** Defendants' shall file their response to the Motion to Compel on or before January 13, 2020, and the word limit for the response is increased to 24,000 words.

      **SO ORDERED on January 2, 2020.**

                        **<u>s/ MARK E. WALKER</u>
                        Chief United States District Judge**