UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAC'QUANN (ADMIRE)
HARVARD; J.H., a minor, by and
Through his parent and natural
Guardian, Valentine Robinson;
ANGEL MEDDLER; JUAN
ESPINOSA; JEROME BURGESS
(a/k/a SHAM'LA GOD ALLAH);
JAMES W. KENDRICK, JR.; and
JOHNNY HILL; on behalf of
Themselves and all others similarly
Situated,

      Plaintiffs,

vs.                                                CASE NO.: 4:19-cv-00212-MW-CAS

MARK INCH, in his official
Capacity as Secretary of the Florida
Department of Corrections, and
FLORIDA DEPARTMENT OF
CORRECTIONS, an Agency of the
State of Florida,

      Defendants.
_____/

## DEFENDANTS' NOTICE OF FILING
## AMENDED DECLARATION OF MASHBURN

Defendants Mark Inch, in his official capacity as Secretary of the Florida Department of Corrections and Florida Department of Corrections, file with this Notice the Amended Declaration of Michael Mashburn, dated January 6, 2020. This Affidavit is being filed in connection with the court's consideration of

Defendants' Response in Opposition to Plaintiff Johnny Hill's Motion for Protective Order to Prevent Retaliation and Incorporated Memorandum of Law, DE 73, dated December 31, 2019, and has been amended to correct a typographical error as to the date in paragraph 4.

          Respectfully submitted,

          <u>/ s / Nicole Smith</u>
          DANIEL J. GERBER, ESQUIRE
          Florida Bar No. 0764957
          SAMANTHA C. DUKE, ESQUIRE
          Florida Bar No. 091403
          RUMBERGER, KIRK & CALDWELL
          Lincoln Plaza, Suite 1400
          300 South Orange Avenue (32801)
          Post Office Box 1873
          Orlando, Florida  32802-1873
          Telephone:  (407) 872-7300
          Telecopier:  (407) 841-2133
          Email:  dgerber@rumberger.com
                  sduke@rumberger.com

          and

          NICOLE SMITH, ESQUIRE
          Florida Bar No. 0017056
          RUMBERGER, KIRK & CALDWELL
          Post Office Box 10507
          Tallahassee, Florida  32302-2507
          Telephone:  (850) 222-6550
          Telecopier:  (850) 222-8783
          E-mail:  nsmith@rumberger.com

          **Attorneys for Defendants,**
           **Mark Inch and Florida**
           **Department of Corrections**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 6, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Christopher Michael Jones at cjones@filsinc.org; Jennifer Morrissey Painter at jennifer.painter@floridalegal.org; Shalini Goel Agarwal at shalini.agarwal@splcenter.org; Sumayya Saleh at sumayya.saleh@splcenter.org; Kelly Jean Knapp at Kelly.knapp@splcenter.org; Lisa S. Graybill at lisa.graybill@splcenter.org; Dante Pasquale Trevisani at dtrevisani@floridajusticeinstitute.org; Laura Anne Ferro at lferro@floridajusticeinstitute.org; Sam Thypin-Bermeo at sthypin-bermeo@floridajusticeinstitute.org; Andrea Costello at andrea@floridalegal.org; Christopher M. Jones at Christopher@floridalegal.org; Jennifer Painter at Jennifer.painter@floridalegal.org; and Aimee Lim at aimee.lim@floridalegal.org.

                / s / Nicole Smith
DANIEL J. GERBER, ESQUIRE
Florida Bar No. 0764957
SAMANTHA C. DUKE, ESQUIRE
Florida Bar No. 091403
RUMBERGER, KIRK & CALDWELL
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida  32802-1873
Telephone:  (407) 872-7300
Telecopier:  (407) 841-2133
Email:  dgerber@rumberger.com
        sduke@rumberger.com

and

NICOLE SMITH, ESQUIRE
Florida Bar No. 0017056
RUMBERGER, KIRK & CALDWELL
A Professional Association
Post Office Box 10507
Tallahassee, Florida  32302-2507
Telephone:  (850) 222-6550
Telecopier:  (850) 222-8783
E-mail:   nsmith@rumberger.com

**Attorneys for Defendants,**
 **Mark Inch and Florida**
 **Department of Corrections**

4