# United States District Court
CIVIL MINUTES - GENERAL

Case #  4:19-cv-212-MW-CAS            Date   January 6, 2020

JACQUANN MARQUIS HARVARD v. MARK S INCH et al

DOCKET ENTRY:   Motion Hearing Held   12:59 – 1:27 p.m.; 1:33 – 1:54 p.m.

Court hears argument regarding Plaintiffs' [67] & [68] Motions for Protective Order. Ruling by Court: [68] Motion taken under advisement. Parties to confer, view video and notify Court on or before January 20, 2020. Order to follow.

PRESENT: HONORABLE MARK E. WALKER, CHIEF UNITED STATES DISTRICT JUDGE

| Victoria Milton McGee | Megan Hague |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) for Plaintiff(s):                    Attorney(s) for Defendant(s):
Kelly Knapp, Sumayya Saleh, Laura Ferro       Daniel Gerber, Nicole Smith

PROCEEDINGS:   Motion Hearing Held

| Time | Event |
|---|---|
| 12:59 | Court in session |
|  | Court addresses parties |
| 1:01 | Court hears argument regarding Plaintiffs' [68] Motion for Protective Order |
| 1:08 | Ruling by Court: [68] Motion taken under advisement. Parties to confer, view video and notify Court on or before January 20, 2020. Order to follow. |
| 1:10 | Court addresses parties |
| 1:11 | Court hears argument regarding Plaintiffs' [67] Motion for Protective Order |
| 1:27 | Court in session |
| 1:33 | Court in session |
|  | Argument continues regarding [67] Motion for Protective Order |
| 1:52 | Ruling by Court: Order to follow. |
|  | Court addresses parties |
| 1:54 | Court adjourned |

Initials of Clerk: **VMM**