UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAC'QUANN (ADMIRE)
HARVARD; J.H., a minor, by and
Through his parent and natural
Guardian, Valentine Robinson;
ANGEL MEDDLER; JUAN
ESPINOSA; JEROME BURGESS
(a/k/a SHAM'LA GOD ALLAH);
JAMES W. KENDRICK, JR.; and
JOHNNY HILL; on behalf of
Themselves and all others similarly
Situated,

      Plaintiffs,

vs.                                CASE NO.: 4:19-cv-00212-MW-CAS

MARK INCH, in his official
Capacity as Secretary of the Florida
Department of Corrections, and
FLORIDA DEPARTMENT OF
CORRECTIONS, an Agency of the
State of Florida,

      Defendants.
_____/

**NOTICE OF APPEAL OF DEFENDANTS MARK INCH AND
THE FLORIDA DEPARTMENT OF CORRCTIONS**

Defendants, Mark Inch, in his official capacity as Secretary of the Florida Department of Corrections, and the Florida Department of Corrections ("FDC", or together, "Defendants"), give notice that they appeal to the United States Court of Appeals for the Eleventh Circuit from this Court's Order entered on January 22,

2020, denying Defendants' Motion for Entry of a Protective Order [Doc. 94], and the related portions of the Court's Order entered on March 9, 2020, granting Plaintiffs' Motion to Compel [Doc. 98] concerning highly confidential prison security information sought in Plaintiffs' First Requests for Production to Inch and FDC (including the definitions used therein), Request Numbers 12-15, 22, 23, 34-37, 46-49, 50, 51, 53, 54, 107-117, 135, 136, and Plaintiff Harvard's First Set of Interrogatories to Defendant FDC, Interrogatory No. 16.

Defendants submit that the Eleventh Circuit should assume jurisdiction of this appeal under 28 U.S.C. § 1291 and the collateral order doctrine. Defendants are also filing a separate Petition for Writ of Mandamus with the Court of Appeals, as an alternative basis for jurisdiction.

Dated: February 21, 2020

Respectfully submitted,

/s/ *Daniel J. Gerber*
DANIEL J. GERBER, ESQUIRE
Florida Bar No. 0764957
SAMANTHA C. DUKE, ESQUIRE
Florida Bar No. 091403
RUMBERGER, KIRK & CALDWELL
Post Office Box 1873
Orlando, Florida 32802-1873
Telephone: (407) 872-7300
Telecopier: (407) 841-2133
Email: dgerber@rumberger.com
sduke@rumberger.com

and

NICOLE SMITH, ESQUIRE
Florida Bar No. 0017056

2

RUMBERGER, KIRK & CALDWELL
Post Office Box 10507
Tallahassee, Florida  32302-2507
Telephone:  (850) 222-6550
Telecopier:  (850) 222-8783
E-mail:   nsmith@rumberger.com

**Attorneys for Defendants, Mark Inch and Florida Department of Corrections**

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on February 21, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:  Jennifer Morrissey Painter at jennifer.painter@floridalegal.org;  Shalini Goel Agarwal at shalini.agarwal@splcenter.org; Sumayya Saleh at sumayya.saleh@splcenter.org; Kelly Jean Knapp at Kelly.knapp@splcenter.org; Lisa S. Graybill at lisa.graybill@splcenter.org;  Dante Pasquale Trevisani at dtrevisani@floridajusticeinstitute.org;  Laura Anne Ferro at lferro@floridajusticeinstitute.org;  Sam Thypin-Bermeo at sthypin-bermeo@floridajusticeinstitute.org;  Andrea Costello at andrea@floridalegal.org; Christopher M. Jones at Christopher@floridalegal.org;  and Aimee Lim at aimee.lim@floridalegal.org.

/ s / *Daniel J. Gerber*
DANIEL J. GERBER, ESQUIRE
Florida Bar No. 0764957

SAMANTHA C. DUKE, ESQUIRE
Florida Bar No. 091403
RUMBERGER, KIRK & CALDWELL
Post Office Box 1873
Orlando, Florida  32802-1873
Telephone:  (407) 872-7300
Telecopier:  (407) 841-2133
Email:  dgerber@rumberger.com
        sduke@rumberger.com
and

NICOLE SMITH, ESQUIRE
Florida Bar No. 0017056
RUMBERGER, KIRK & CALDWELL
Post Office Box 10507
Tallahassee, Florida  32302-2507
Telephone:  (850) 222-6550
Telecopier:  (850) 222-8783
E-mail:   nsmith@rumberger.com

**Attorneys for Defendants, Mark Inch and Florida Department of Corrections**

4

13195830.v1