IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 20-10650-J

In re: SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS,

   Petitioner.

On Petition for a Writ of Mandamus from the United States
District Court for the Northern District of Florida

BEFORE: JORDAN, BRANCH, and LUCK, Circuit Judges.

BY THE COURT:

Before the Court is a petition for a writ of mandamus. Respondents are directed to file an answer to this petition within 7 days after the date of this order. *See* Fed. R. App. P. 21(b)(1).

If the District Judge elects to address the petition, the Court invites the District Judge to address the petition within 7 days after the date of this order. *See* Fed. R. App. P. 21(b)(4). If the District Judge elects not to address the petition, the Court requests that the District Judge provide a letter to that effect to this Court's Clerk of Court within 7 days after the date of this order.

The petitioners' duty to produce in discovery information at issue in the district court's "Order Denying Defendants' Motion for Entry of a Protective Order" (Doc. 94) is TEMPORARILY STAYED pending further order of this Court.