IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JAC'QUANN (ADMIRE)
HARVARD, et al.,**

    *Plaintiffs*,

v.                                  CASE NO.:  4:19cv212-MW/CAS

**MARK INCH, Secretary of Florida
Department of Corrections, et al.,**

    *Defendants*.
_____/

## AMENDED ORDER DIRECTING EXPEDITED RESPONSE

On March 26, 2020, this Court entered an Order directing Defendants to respond to Plaintiffs' request for production and interrogatories. ECF No. 125. In its Order, this Court mistakenly indicated that Plaintiffs' motion was granted—as evidenced by the title of the prior order. The parties shall, therefore, ignore this Courts Order, ECF No. 125. Instead, Defendants are directed to respond to Plaintiffs' motion, ECF No. 124, **on or before March 30, 2020**. *See* N.D. Fla. Loc. R. 7.1(E). In so ruling, this Court understands Plaintiff requested the discovery be turned over on or before that date.

    **SO ORDERED on March 26, 2020.**

                                                s/Mark E. Walker          
                                              **United States District Judge**