IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAC'QUANN MARQUIS HARVARD, JR.,
et al.,
      Plaintiffs,

v.    Case No.  4:19cv212-MW/CAS

MARK INCH, Secretary,
Florida Department of Corrections,
et al.,
      Defendants.
_____/

**ORDER GRANTING EXTENSION OF TIME TO
FILE STIPULATED CONFIDENTIALITY ORDER**

This Court has considered, without hearing, the Joint Motion for Extension of Time to File Stipulated Confidentiality Order. ECF No. 131. The motion is **GRANTED.** The parties may file their stipulated order on or before **April 10, 2020**.

**SO ORDERED on April 3, 2020.**

                                        s/ MARK E. WALKER
                                        Chief United States District Judge