

PO Box 533986, Orlando, FL  32853 - PHONE: (407) 801-4350 - FAX: (407) 505-7327

J. SAMANTHA VACCIANA  
PRESIDENT

CHRISTOPHER M. JONES  
EXECUTIVE DIRECTOR

**VIA NEXT DAY DELIVERY**

Clerk of Court  
United States Courthouse  
U.S. District Court for the Northern District of Florida  
111 N. Adams Street, STE 322  
Tallahassee, FL 32301-7730

      Re:    *Harvard, et al. v. Inch, et al.*  
              Case No. 4:19-cv-00212-MW-CAS (N.D. Fla.)

Dear Clerk of Court:

      Our office represents the Plaintiffs in the above-referenced case. Pursuant to the Confidentiality Order entered in this matter (ECF 138), by The Honorable Chief Judge Mark Walker and N.D. Local Rule 5.5, Plaintiffs submit the enclosed unredacted copies of Plaintiffs' Motion to Compel Discovery Responses with Incorporated Memorandum of Law (ECF 149), Declaration of Jennifer Painter (ECF 149-2), Exhibit D (ECF 149-6) for filing under seal. The redacted versions of the documents were filed on August 3, 2020, (ECF 149).

      Please feel free to contact me at: (407) 777-2862 (direct) should you have any questions concerning this matter. Thank you for your assistance.

                                          Sincerely,

                                          Jennifer M. Painter  
                                          Co-Counsel for Plaintiffs

cc:    Daniel J. Gerber (via email only)  
        Nicole Smith (via email only)  
        Samantha C. Duke (via email only)

RCV'D USDC FLND TL  
AUG 4 '20 PM2:09

```
ORIGIN ID:TLHA  (904) 415-6798          SHIP DATE: 03AUG20
PAINTER JENNIFER MORRISSEY              ACTWGT: 1.45 LB
2305 NOTLEY CT                          CAD: 6992689/SSF02110

TALLAHASSEE, FL 32309
UNITED STATES US                        BILL CREDIT CARD

TO  CLERK OF COURT
    UNITED STATES COURTHOUSE
    111 N ADAMS STE 322

    TALLAHASSEE FL 32301
(850) 521-3601             REF:
INV:
PO:                                     DEPT:
```



FedEx Express

TRK# 3954 4367 5463        TUE - 04 AUG 3:00P
0201                       STANDARD OVERNIGHT
                                        DSR
36 TLHA                                 32301
                                FL-US   TLH

