UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAC'QUANN (ADMIRE)
HARVARD; J.H., a minor, by and
through his parent and natural
guardian, Valentine Robinson;
ANGEL MEDDLER; JUAN
ESPINOSA; JEROME BURGESS
(a/k/a SHAM'LA GOD ALLAH);
JAMES W. KENDRICK, JR.; and
JOHNNY HILL; on behalf of
themselves and all others similarly
situated,

    Plaintiffs,

vs.                              CASE NO.:  4:19-cv-00212-MW-CAS

MARK INCH, in his official
capacity as Secretary of the Florida
Department of Corrections, and
FLORIDA DEPARTMENT OF
CORRECTIONS, an Agency of the
State of Florida,

    Defendants.
_____/

**NOTICE OF PARTIAL COMPLIANCE REGARDING ORDER ON
THIRD MOTION TO COMPEL DISCOVERY RESPONSES**[1]

---

[1] The Notice is "partial" to the extent that the Order provides different deadlines for the discovery at issue in the Third Motion to Compel. The instant notice concerns RFPs 346, 353 and 355 to Inch.

1

The parties, by and through undersigned counsel, pursuant to the Court's Order on Plaintiffs' Third Motion to Compel (ECF 158) ("Order"), hereby submit the following:

1.  Pursuant to the Court's ruling with regard to RFP 346 to Inch, the parties hereby notify the Court of their proposed solution to provide FERPA notice to former inmates of the disclosure of their educational records pursuant to court order.

2.  At this time, FDC has identified 258 former inmates whose status as exceptional students will be disclosed to Plaintiffs in connection with Defendants responding to RP 346.

3.  FDC shall send such FERPA notice by U.S. Mail to the address the former inmate provided in connection with their release plan. In the event no address was provided by the former inmate at the time of their release from FDC custody, FDC shall make reasonable efforts to search public records to locate an address for the former inmate.

4.  The mailing of such FERPA notices shall commence immediately and shall be completed no later than November 2, 2020.

5.  The former inmates shall have until November 23, 2020, to object to the disclosure of their educational records by providing such objection to FDC

pursuant to the contact information provided in the notice. Defendant will provide the list of names of former inmates responsive to RFP 346 by December 1, 2020.

6. With regard to RFPs 353 and 355 regarding "the FSU Study," the parties hereby notify the Court that they continue their meet and confer efforts to resolve these requests. Defendants have explained their search efforts to Plaintiffs and the parties will continue to meet and confer to address Plaintiffs' continuing concern that additional responsive documents exist. Plaintiffs retain their right to seek relief from the Court, including renewing their request that the Defendants provide a search affidavit.

**Certificate of Word Limit:** Under N.D. Fla Local Rule 7.1(F), I hereby certify that this document contains 377 words.

Dated: October 2, 2020

Respectfully submitted,

*s/ Kelly Knapp*
Kelly Knapp
Fla. Bar No. 1011018
Southern Poverty Law Center
4770 Biscayne Blvd., Suite 760
Miami, FL 33137
Telephone: (786) 347-2056
kelly.knapp@splcenter.org

Marcel A. Lilavois, Jr.
Fla. Bar No. 1016175
Laura A. Ferro
Fla. Bar No. 1015841
Dante P. Trevisani
Fla. Bar No. 72912
Sam Thypin-Bermeo

*s/ Nicole Smith*
Nicole Smith
Florida Bar No. 0017056
Rumberger, Kirk & Caldwell
Jeffrey James Grosholz
Florida Bar No. 1018568
Post Office Box 10507
Tallahassee, Florida 32302-2507
Telephone: (850) 222-6550
nsmith@rumberger.com
jgrosholz@rumberger.com

Daniel J. Gerber
Florida Bar No. 0764957
Samantha C. Duke
Florida Bar No. 091403

Case 4:19-cv-00212-MW-MAF   Document 162   Filed 10/02/20   Page 4 of 4

Fla. Bar No. 1019777
Florida Justice Institute, Inc.
100 SE 2nd St., Ste 3750
Miami, FL 33131
Telephone: (305) 358-2081
dtrevisani@floridajusticeinstitute.org
lferro@floridajusticeinstitute.org
sthypin-bermeo@floridajusticeinstitute.org
Mlilavois@floridajusticeinstitute.org

Sumayya Saleh
Fla. Bar No. 119372
Southern Poverty Law Center
106 East College Ave., #1010
Tallahassee, FL 32302
Telephone: (850) 521-3024
sumayya.saleh@splcenter.org

Andrea Costello
Fla. Bar No. 532991
Christopher M. Jones
Fla. Bar No. 994642
Jennifer Painter
Fla. Bar No. 110966
Aimee Lim
Fla. Bar No. 116209
Florida Legal Services
122 E. Colonial Drive, Suite 100
Orlando, FL 32801
Telephone: (407) 801-0332 (direct)
andrea@floridalegal.org
christopher@floridalegal.org
jennifer.painter@floridalegal.org
aimee.lim@floridalegal.org

**Attorneys for Plaintiffs**

Rumberger, Kirk & Caldwell
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
Telephone: (407) 872-7300
dgerber@rumberger.com
sduke@rumberger.com

**Attorneys for Defendants**

4

14120058.1