IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAC'QUANN (ADMIRE)
HARVARD, et al.,

    *Plaintiffs*,

v.                                  CASE NO.:  4:19cv212-MW/MAF

MARK INCH, Secretary of Florida
Department of Corrections, et al.,

    *Defendants*.
_____/

## ORDER DENYING PLAINTIFFS' EMERGENCY MOTION

This Court has considered, without hearing, Plaintiffs' Emergency Motion for an Expedited Telephonic Hearing Regarding Rule 34 Inspections. ECF No. 176. Defendants filed a response. ECF No. 179. Defendants' objections are well-taken. If Dr. Craig Haney needs to participate in the confidential inmates' interviews, he must either be physically present or conduct these interviews telephonically.

In so ruling, this Court does not determine whether videoconference for confidential inmate meeting is always disallowed—as Defendants suggest. Plaintiffs negotiated the terms of the inspection, where the terms specifically included issues related to COVID-19. Plaintiffs could have negotiated a possibility of videoconferences. Indeed, given that the negotiations occurred during the COVID-19 pandemic, the possibility of videoconference was foreseeable to Plaintiffs.

Plaintiffs failed to do so negotiate the possibility of videoconference, and now cannot rely on COVID-19 to amend the negotiated terms.

Plaintiffs' motion, ECF No. 176, is **DENIED**.

**SO ORDERED on November 15, 2020.**

**s/Mark E. Walker**
**Chief United States District Judge**
