# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JAC'QUANN (ADMIRE)**
**HARVARD, et al.,**

    *Plaintiffs*,

**v.**                     **CASE NO.:  4:19cv212-MW/MAF**

**MARK INCH, Secretary of Florida**
**Department of Corrections, et al.,**

    *Defendants*.
_____/

## ORDER DISMISSING PLAINTIFF ANGEL MEDDLER'S CLAIMS
## <u>WITHOUT PREJUDICE</u>

This Court has considered, without hearing, the Joint Stipulation of Dismissal of Plaintiff Angel Meddler Without Prejudice. ECF No. 187. The Clerk shall enter judgment stating, "Plaintiff Angel Meddler's claims against Defendants are dismissed without prejudice."  All other claims shall remain pending and thus the file will remain open.

    **SO ORDERED on December 1, 2020.**

                                                    <u>s/Mark E. Walker           </u>
                                                    **Chief United States District Judge**