**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

HARVARD, *et al.*, )
)
Plaintiffs, )
)
v. ) Case No.: 4:19-cv-00212-MW-CAS
)
)
MARK S. INCH, *et al.*, )
)
Defendants. )

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY TO DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR PROTECTIVE ORDER, ECF 199**

Plaintiffs, by and through their undersigned counsel, hereby move under Local Rule 7.1(I), for leave to file a reply to Defendants' Response in Opposition to Plaintiffs' Motion for Protective Order, ECF No. 199, and state as follows:

1. On November 23, 2020, Plaintiffs filed a Motion for Protective Order, alleging that Defendants retaliated against putative class members for participating in Plaintiffs' Rule 34 facility inspections. ECF No. 183. Plaintiffs also alleged that Defendants were improperly communicating with putative class members about this lawsuit. *Id.*

2. Defendants filed their Response in Opposition to Plaintiffs' Motion for Protective Order and Memorandum of Law on December 14, 2020. ECF No. 199.

3. The nature of Defendants' response creates extraordinary circumstances that require Plaintiffs to file a reply memorandum. *See* N.D. Fla. Local Rule 7.1(I).

4. In their response, Defendants accuse Plaintiffs of acting in bad faith by failing to perform "any diligence," and by filing their motion a little over two months after their first inspection and before requesting discovery of certain documents. ECF No. 199, at 2 and 35.[1] They accuse Plaintiffs of filing a "frivolous motion" and seek sanctions against them. *Id.*, at 35-36. Plaintiffs should be able to respond to these serious, and unjustified, accusations and requested relief.

5. The arguments Defendants raise in their opposition warrant a reply. This request will not prejudice any party, is made in good faith, and for good cause. The additional briefing will assist the Court in resolving the complex issues raised in Plaintiffs Motion for Protective Order.

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order granting Plaintiffs leave to file a reply memorandum to Defendants' Response in Opposition to Plaintiffs' Motion for Protective Order, ECF No. 199, by December 21, 2020.

[1] Defendants made nearly identical accusations in their 21-page Motion for Extension of Time to Respond to Plaintiffs' Motion for Protective Order, ECF No. 195, to which Plaintiffs did not have an opportunity to respond.

Respectfully Submitted,

Dated: December 15, 2020

/s/ *Kelly Knapp*
Kelly Knapp
Fla. Bar No. 1011018
Southern Poverty Law Center
2 South Biscayne Boulevard
Miami, FL 33131
Telephone: (786) 347-2056
kelly.knapp@splcenter.org

Andrea Costello
Fla. Bar No. 532991
Christopher M. Jones
Fla. Bar No. 994642
Jennifer Painter
Fla. Bar No. 110966
Aimee Lim
Fla. Bar No. 116209
Florida Legal Services
122 E. Colonial Drive, Suite 100
Orlando, FL 32801
Telephone: (407) 801-0332 (direct)
andrea@floridalegal.org
christopher@floridalegal.org
jennifer.painter@floridalegal.org
aimee.lim@floridalegal.org

Dante P. Trevisani
Fla. Bar No. 72912
Laura A. Ferro
Fla. Bar No. 1015841
Sam Thypin-Bermeo
Fla. Bar No. 1019777
Marcel A. Lilavois Jr.
Fla. Bar No. 1016175
Kara Sheli Wallis*
Florida Justice Institute, Inc.
100 SE 2nd St., Ste 3750

Miami, FL 33131
Telephone: (305) 358-2081
dtrevisani@floridajusticeinstitute.org
lferro@floridajusticeinstitute.org
sthypin-bermeo@floridajusticeinstitute.org
mlilavois@floridajusticeinstitute.org
kwallis@floridajusticeinstitute.org

*Admitted *pro hac vice*

**Attorneys for Plaintiffs**

**Local Rule 7.1(B) Certificate**

Under Rules 7.1(B) and (C) of the Local Rules of the Northern District of Florida, undersigned counsel certifies that she has conferred with counsel for the Defendants about the relief sought in this motion. Defendants do not oppose Plaintiffs "briefly responding to the fee issue."

**Local Rule 7.1(F) Certificate**

Under Rule 7.1(F) of the Local Rules of the Northern District of Florida, undersigned counsel certifies that this motion contains 344 words.

/s/ *Kelly Knapp*
Kelly Knapp