# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JAC'QUANN (ADMIRE)**
**HARVARD, et al.,**

    *Plaintiffs*,

v.                                                   CASE NO.:  4:19cv212-MW/MAF

**MARK INCH, Secretary of Florida**
**Department of Corrections, et al.,**

    *Defendants*.

_____/

## ORDER GRANTING MOTION TO REPLY

This Court has considered, without hearing, Plaintiffs' Motion for Leave to File Reply. ECF No. 202. The motion is **GRANTED**. Plaintiffs shall file a reply **on or before December 21, 2020**.

**SO ORDERED** on December 16, 2020.

                                                     s/Mark E. Walker
                                                   **Chief United States District Judge**