LEGAL MAIL
Provided to Wakulla CI
NOV 17 2020
for mailing

NOVEMBER 16, 2020

TO: ATTORNEY HARVARD V.I., P.L.L.C.
ATTORNEYS AND COUNSELORS AT LAW
WAKULLA C.I. ANNEX
110 MELALEUCA DRIVE
CRAWFORDVILLE, FLORIDA 32327-4963

Re: CASE NO.: 4019CV212-MW/MAF

FROM: RAYMOND PERRY DC#B-094013
WAKULLA C.I. ANNEX
110 MELALEUCA DR.
CRAWFORDVILLE, FL 32237

DEAR ATTORNEY HARD, P.L.L.C.

THIS IS TO REQUEST YOU H. HARVARD TO CONSIDER AN IMMEDIATE A SETTLEMENT IN THIS CASE AND CIVIL LAWSUIT IN CASE NO.: 419CV-212-MW/MAF. PLEASE LET ME KNOW HOW YOU FEEL ABOUT ME AND MY OUT OF

Court settlement for $ Three Thousand and $ Five Hundred Dollars ($3—) 3,500$^{00}$ in U.S. Currency.

Thank you for your help and much needed assistance in same time as follows United States District Court for the Northern District of Florida in the Tallahassee Division then just contact me.

Respectfully Submitted,

Raymond Perry

Raymond Perry DC# G-094013 Q 1-210
Wakulla C.I. Annex
110 Melaleuca Drive
Crawfordville, FL 32327-4963

RAYMOND PERRY DC# G-094013-09123<TOSZE
110 UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT of FLORIDA
111 NORTH ADAMS STREET
TACCAHASSEE, FCORIDA 32301-1777

ATTORNEY FRAN O. ROSS, ET AC
UNITED STATES DITRICT COURT
NORTHER DISTRICT OF FCORIDA
→ 111 ADAMS STREET
TACCAHASSEE, FCOREDA 32399
(32301)

MAILED FROM
A STATE
CORRECTIONAL
INSTITUTION

FIRST-CLASS MAIL
11/17/2020
US POSTAGE $000.50⁰

ZIP 32327
011E11675914

NOV 30 2020

