United State of district court of Florida of southern division

1-of-5

Yvon moncher
plaintiff    Please add case No., add to Florida bar.

V.

United state of america totaltorien 45, 46, President Photos, see impeach, see law.

I, the above name, Yvon moncher, want, the southern, Eastern, Northern division of United state court of district court, to add my name, photos, Please forfeit, see the above name, City of miami beach Police department, memorial Park, see club, See the Sun-kids, see the above name, dad, Pierre w. moncher, is a Jury at Harvey ruvin, clerk of court, 1351 North West 12 street, miami, FL 33125, Please contact Judge blake court room, for my dad jury

father, Possition.,. I, the above name is a officer, valid certify at weiser security, see proof, see investigate.;. See my license No. at the Tallahassee officer license bureau,,, see the above name license No. at the Florida bar, see my dad, Pierre Wilson moncher, license No. Jury at the florida bar, see Judge blake court room, 1351 North west 12 street, miami, FL 33125. my dad, Pierre W. moncher make decision at the Judge blake court room, also, in Tallahassee Florida, and southern U.S., See when, if, laxi. Please, for non-misunderstanding.,. I, the above name is crimefree, I don't have no criminal chargers, please check, U.S. court of district court of Florida. eastern division, see all or nothing secssion. I the above name is Pending. seventeen Judicial to be re-investigate for a mis-

3-of-5

Pleading, at Paul lee backman courtroom. the Van transportation is unknown,;. I, the above name want chief richardson, stevens m. larimore, kendall G. marshall to contact these individual for the U.S. photo to be place properly,. Please see never donald John Trumph.;. Please,,. I the above name, yvon moncher is a exceptional student, see bureau of department of Education; I the above name michael Number impeach donald J. trumph becacse criminal Justice is the NO. One ocupation, donald J. trump mayor in business,, the above name is a certify train, fine art, practical art lawyer see proof,,. I impeach donald J. trump because, he mention my name, see, hear my name at his location, see hear, los angeles, sacrementat celebity, media microphone, See the above name have

4-of-5

Never been kidnapp, see, Look at, the satellite, see claim See yvon monchr' v. seatlelite See case NO. see all or Nothing. See court, see eastern division of Florida. see the seatle, satellite office at my location, See media, hear media.

— Certifcate of Service:
This is a true correct hand furnish copie to be mail at U.S. Post office, for delivry at U.S. court of Northern division of Florida, sacremental, capital, state of los aNgeles,.. see ect. I Want the team to investigate about the above name yvon properly Place in the 45, 46 U.S. President, Place of NEVR Photos. See Team, see Mr. Jessie Jackson, See Ms. maxime william, See Ms. Jessica, See Profersor, stevens m. larimore, See Venesa william, See Venesa Powell, See Isaiah bell moncher, See Marie V. monchr, See Marie S. monchr, See Pierre W. moncher, See marie Venante monchr, See marie m.

5-of-5

moncher, see asia nicole bell, see Emmanuel moncher, see Natasha monestime, see septina galette Emmanuel monestimes, see Jefre monestimes. See Patrick a. White, see inmate d.o.c. federal complain, see clemency court, see Telephonic classisfication hearing, see if, when, laki, see, hear, look, at, audio, see camera, location, Please, for disrespect of the above name yvon moncher, all valid certify rank, See election, see vote, see campain, see marielude olga. moncher, yvon M19176 J22045 dade correctional institution 19000 south west 377 street florida city, Fity 33032

Print Name: Yvon moncher
Singnature: M———
Initual: Y.M.
November 26, 2020

moncher, yvon, m19176
dade correctional Institutione +
19000 south west 377
Florida city, FL 33032

Y.M.
Legal Mail Received
DEC 0 1 2020
Dade C.I.

chief, chief, richardson
United State of district
court of Northern division
of Florida, 111 North adams
street, Tallahassee, FL
32399-2500