UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| JAC'QUANN (ADMIRE) HARVARD, *et al.*,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>)<br>MARK S. INCH, *et al.*,  )<br>)<br>Defendants.  )<br>_____ | Case No.: 4:19-cv-00212-MW-CAS |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF DECLARATION OF MACK SIMMONS FROM PLAINTIFFS' MOTION FOR <u>PROTECTIVE ORDER (ECF 183)</u>**

Plaintiffs, by and through their undersigned counsel, hereby notify the Court and Defendants that they withdraw the Declaration of Mack Simmons, DC# P53779, (ECF No. 183-9) from Plaintiffs' Motion for Protective Order (ECF No. 183) and will not call Mr. Simmons to testify at the evidentiary hearing scheduled in this matter to commence on January 11, 2021.

**<u>Local Rule 7.1(F) Certificate</u>**

Under N.D. Local Rule 7.1(F), the undersigned counsel hereby certifies that this Notice contains 99 words.

Dated: January 6, 2021                    Respectfully Submitted,

/s/ Andrea Costello
Andrea Costello
Fla. Bar No. 532991
Christopher M. Jones
Fla. Bar No. 994642
Jennifer Painter
Fla. Bar No. 110966
Aimee Lim
Fla. Bar No. 116209
Florida Legal Services
122 E. Colonial Drive, Suite 100
Orlando, FL 32801
Telephone: (407) 801-0332 (direct)
andrea@floridalegal.org
christopher@floridalegal.org
jennifer.painter@floridalegal.org
aimee.lim@floridalegal.org

Kelly Knapp
Fla. Bar No. 1011018
Leonard J. Laurenceau
Fla. Bar No. 106987
Southern Poverty Law Center
2 South Biscayne Boulevard
Miami, FL 33131
Telephone: (786) 347-2056
kelly.knapp@splcenter.org
leo.laurenceau@splcenter.org

Dante P. Trevisani
Fla. Bar No. 72912
Laura A. Ferro
Fla. Bar No. 1015841
Sam Thypin-Bermeo
Fla. Bar No. 1019777
Marcel A. Lilavois Jr.
Fla. Bar No. 1016175
Kara Wallis (admitted pro hac vice)

2

>Florida Justice Institute, Inc.
>100 SE 2nd St., Ste 3750
>Miami, FL 33131
>Telephone: (305) 358-2081
>dtrevisani@floridajusticeinstitute.org
>lferro@floridajusticeinstitute.org
>sthypin-bermeo@floridajusticeinstitute.org
>mlilavois@floridajusticeinstitute.org
>kwallis@floridajusticeinstitute.org
>
>**Attorneys for Plaintiffs**