UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

HARVARD, *et al.*,                )
                                  )
            Plaintiffs,           )
                                  )
v.                                )   Case No.: 4:19-cv-00212-MW-MAF
                                  )
                                  )
MARK S. INCH, *et al.*,           )
                                  )
            Defendants.           )
_____

**JOINT PETITION ON BEHALF OF DEFENDANTS, PLAINTIFFS, AND PUTATIVE CLASS MEMBERS FOR WRITS OF HABEAS CORPUS AD TESTIFICANDUM**

Defendants, Plaintiffs, and Putative Class Member Petitioners, Odell Jamal Lee, Michael Lowery, John Gilday, Nicholas Cruz, Lewis E. Johnson, Mack Simmons,[1] Mindy Lethco, Jessica McDaniel, Simone Littles,[2] Curley Andre

---

[1] Plaintiffs will not call Mr. Simmons as a witness and have filed a notice to withdraw his declaration from the motion; however, Defendants may call Mr. Simmons.

[2] Plaintiffs will not call Ms. Littles as a witness and have filed a notice to withdraw her declaration from the motion; however, Defendants may call Ms. Littles.

Williams, Dillon "Dylicia" Gresham, Derrick Grantley, Jhony Milo, Marcus Broadnax, by and through undersigned counsel, hereby file this Joint Petition for Writs of Habeas Corpus Ad Testificandum. In support of the Joint Petition, they state as follows:

1. Odell Jamal Lee, Michael Lowery, John Gilday, Nicholas Cruz, Lewis E. Johnson, Mack Simmons, Mindy Lethco, Jessica McDaniel, Simone Littles, Curley Andre Williams, Dillon "Dylicia" Gresham, Derrick Grantley, Jhony Milo, Marcus Broadnax are putative class members in the above-styled action, they submitted declarations in support of Plaintiffs' Motion for Protective Order, ECF No. 183, and they are necessary witnesses for the evidentiary hearing set in this matter, as determined by the Court. ECF No. 184.

2. Odell Jamal Lee, Michael Lowery, John Gilday, Nicholas Cruz, Mack Simmons, Curley Andre Williams, and Dillon "Dylicia" Gresham, are currently incarcerated at Santa Rosa Correctional Institution.

3. Lewis E. Johnson is currently incarcerated at Reception and Medical Center – West Unit.

4. Mindy Lethco is currently incarcerated at Lowell Correctional Institution. Jessica McDaniel and Simone Littles are currently incarcerated at Lowell Correctional Institution – Annex.

5. Derrick Grantley, Jhony Milo, and Marcus Broadnax are currently incarcerated at Florida State Prison.

6. A hearing has been scheduled for January 11-15, 2021. The parties have tentatively agreed to the following schedule for incarcerated witnesses. On January 11, Nicholas Cruz, Lewis E. Johnson, Odell Jamal Lee, Michael Lowery, and John Gilday will testify, time permitting; otherwise, Michael Lowery and John Gilday may need to testify on January 12, 2021. On January 12, 2021, Curley Andre Williams, Dillon "Dylicia" Gresham, Mindy Lethco, and Jessica McDaniel will testify, time permitting; otherwise Mindy Lethco and Jessica McDaniel may need to testify on January 13, 2021. On January 13, 2021, Derrick Grantley, Jhony Milo, and Marcus Broadnax will testify. On January 14, 2021, Mack Simmons and Simone Littles may testify. Counsel for the Florida Department of Corrections shall communicate any changes to the foregoing schedule to the wardens of each facility.

7. Petitioner putative class members are in the custody of the Florida Department of Corrections and should be transported to a room in the respective prisons where they can provide testimony over video to the Court at the evidentiary hearing in this matter.

8. **<u>Certificate of Conference</u>**. Defendants and Plaintiffs have conferred, and they move jointly.

9.      Proposed Writs are attached.

WHEREFORE, Defendants, Plaintiffs, and Petitioner putative class members respectfully request that this Court issue Writs of Habeas Corpus ad Testificandum to Wardens Michael Booker, Donald Davis, Joseph Edwards, and Stephen Rossiter ordering them to bring the witnesses identified in this Petition before this Court to testify by video in said case on the hearing date set by this Court.

Respectfully submitted,

*s/Sam Thypin-Bermeo*_____
Dante P. Trevisani
Fla. Bar No. 72912
Laura A. Ferro
Fla. Bar No. 1015841
Sam Thypin-Bermeo
Fla. Bar No. 1019777
Marcel A. Lilavois Jr.
Fla. Bar No. 1016175
Kara Sheli Wallis*
Florida Justice Institute, Inc.
100 SE 2nd St., Ste 3750
Miami, FL 33131
Telephone: (305) 358-2081
dtrevisani@floridajusticeinstitute.org
lferro@floridajusticeinstitute.org
sthypin-bermeo@floridajusticeinstitute.org
mlilavois@floridajusticeinstitute.org
kwallis@floridajusticeinstitute.org

*Admitted *pro hac vice*

Kelly Knapp

4

Fla. Bar No. 1011018
Leonard J. Laurenceau
Fla. Bar. No. 106987
Southern Poverty Law Center
2 South Biscayne Boulevard
Miami, FL 33131
Telephone: (786) 347-2056
kelly.knapp@splcenter.org
leo.laurenceau@splcenter.org

Andrea Costello
Fla. Bar No. 532991
Christopher M. Jones
Fla. Bar No. 994642
Jennifer Painter
Fla. Bar No. 110966
Aimee Lim
Fla. Bar No. 116209
Florida Legal Services
122 E. Colonial Drive, Suite 100
Orlando, FL 32801
Telephone: (407) 801-0332 (direct)
andrea@floridalegal.org
christopher@floridalegal.org
jennifer.painter@floridalegal.org
aimee.lim@floridalegal.org

**Attorneys for Plaintiffs**

_s/ Nicole Smith_____
Nicole Smith
Florida Bar No. 0017056
Jeffrey J. Grosholz
Florida Bar No. 1018568
Rumberger, Kirk & Caldwell
Post Office Box 10507
Tallahassee, Florida 32302-2507
Telephone: (850) 222-6550
E-mail: nsmith@rumberger.com
Daniel J. Gerber

5

Florida Bar No. 0764957
Samantha C. Duke,
Florida Bar No. 091403
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
Telephone: (407) 872-7300
dgerber@rumberger.com
sduke@rumberger.com
**Attorneys for Defendants**