# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**JAC'QUANN (ADMIRE) HARVARD,**
et al.,

    **Plaintiffs,**

vs.                          Case No. 4:19cv212-MW-MAF

**MARK S. INCH, and the FLORIDA DEPARTMENT OF CORRECTIONS,**

    **Defendants.**
_____/

## O R D E R

An evidentiary hearing has been scheduled for the week of January 11-15, 2021, to consider Plaintiffs' motion for a protective order, ECF No. 183. *See* ECF No. 204. Despite the fact that the prior Order, ECF No. 204 at 12, required the filing of a motion for a writ to secure the appearance of any inmates "no later than **January 6, 2021**," the motion was filed today. The motion is, nevertheless, a joint motion and requests that the witnesses identified, and the putative class members "be transported to a room in the respective prisons where they can provide testimony over video to the Court at the evidentiary hearing in this matter." ECF No. 214 at 3-4. To

ensure the witnesses will be able to provide testimony, and this Court is fully advised of all relevant facts, the motion is granted. The writ will be separately issued to cover all witnesses and the Plaintiffs' listed.

Additionally, Plaintiffs were granted leave to file a reply to Defendants' response. ECF Nos. 203, 210. Plaintiffs have since advised that they withdraw the motion for leave to file the reply. The notice, ECF No. 211, is noted.

Additionally, two notices have been filed by Plaintiffs, ECF Nos. 212-213, advising that they withdraw two declarations previously submitted (inmates Mack Simmons and Simone Littles), and will not call them to testify at the hearing. Defendants, however, advise that they might call them to testify. ECF No. 214 at 1, n.1. Those inmates will be included in the writ.

Accordingly, it is

**ORDERED:**

1. The joint motion for issuance of writs of habeas corpus ad testificandum, ECF No. 214, is **GRANTED**.

2. Ruling on Plaintiffs' motion for a protective order, ECF No. 183, remains **DEFERRED**.

3.  Should the parties agree to a stipulation prohibiting retaliation which moots Plaintiffs' motion, ECF No. 183, an appropriate notice must be immediately filed.

**DONE AND ORDERED** on January 7, 2021.

>   **S/   Martin A. Fitzpatrick**
>   **MARTIN A. FITZPATRICK**
>   **UNITED STATES MAGISTRATE JUDGE**