# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JAC'QUANN (ADMIRE) HARVARD,
et al.,

    Plaintiffs,

vs.                                        Case No. 4:19cv212-MW-MAF

MARK S. INCH, and the FLORIDA
DEPARTMENT OF CORRECTIONS,

    Defendants.
_____/

## O R D E R

Defendants files a motion in limine to exclude Plaintiffs' witness, Dan Pacholke. ECF No. 223. After argument heard during the evidentiary hearing yesterday, this Order memorializes that the motion is granted in part and denied in part. Mr. Pacholke is permitted to testify as a fact witness, but not as an expert witness. Plaintiffs indicated that they would also seek to introduce a Department of Justice report through the testimony of Mr. Pacholke. *See* ECF No. 223 at 3. That report will not be considered nor will Mr. Pacholke be permitted to testify as to the report.

Accordingly, it is **ORDERED** that the Defendants' motion in limine, ECF No. 223, is **GRANTED** in part and **DENIED** in part.

**DONE AND ORDERED** on January 15, 2021.

<u>S/   Martin A. Fitzpatrick</u>
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**