# UNITED STATES DISTRICT COURT
# GENERAL MINUTES

**Case # 4:19cv212-MW/MAF**              **Date: February 9, 2021**

## HARVARD et al -vs- INCH, et al

**DOCKET ENTRY: Telephonic Motion Hearing Held        10:40 - 11:12 am**

Court grants in part and denies in part the parties emergency motions, ECF Nos. 241 and 242.

Court stays Magistrate Judge Fitzpatrick's Order, ECF No. 240, filed 2/8/21 pending review by District Judge.

Scheduled Hamilton and Union CI inspections shall go forth. Judge Fitzpatrick's Order, ECF 240, will not apply for these inspections but the previous Rule 34 Rule stipulation.

**PRESIDING: Mark E. Walker, Chief United States District Judge**

| Angie Maxwell | Megan Hague |
|---|---|
| **Courtroom Deputy Clerk** | **Court Reporter** |

**Attorney Present for Plaintiffs**           **Attorney Present for Defendants**
Kelly Knapp                                                   Nicole Smith

**Proceedings:**