UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| HARVARD, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 4:19-cv-00212-MW-CAS |
| ) | |
| ) | |
| MARK S. INCH, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' MOTION FOR LEAVE FOR LORI RIFKIN TO APPEAR *PRO HAC VICE*, CONSENT TO DESGINATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

Pursuant to Local Rule 11.1 of the United States District Court for the Northern District of Florida, Plaintiffs move the Court to permit Lori Rifkin, California State Bar No. 244081, to appear *pro hac vice* and participate in this case as co-counsel on behalf of Plaintiffs.

1. Lori Rifkin is a lawyer licensed to practice law in California and is not admitted to practice in the Northern District of Florida.  Ms. Rifkin's current certificate of good standing for the State Bar of California is attached.

2. Ms. Rifkin studied and is familiar with the Local Rules for this District. She has completed the Attorney Admission Tutorial (confirmation number **FLND16130022234135**).

3. Ms. Rifkin is familiar with the CM/ECF e-filing system, has an upgraded PACER account, and has registered to file *pro hac vice* in this District through the PACER system.  She requests authorization to receive electronic notices of filing at lrifkin@rifkinlawoffice.com.

4. Ms. Rifkin will pay the $208 *pro hac vice* fee for this case at the time of filing as required.

For these good reasons, Plaintiffs request that this Court permit Lori Rifkin to appear *pro hac vice* in this matter.


Date: February 17, 2021                                Respectfully Submitted,

                                                       */s/ Lori Rifkin*
                                                       Lori Rifkin
                                                       CA Bar No. 244081
                                                       Rifkin Law Office
                                                       3630 Hight St. #18917
                                                       Oakland, CA
                                                       Telephone: (510) 414-4132
                                                       lrifkin@rifkinlawoffice.com

## **CERTIFICATE OF SERVICE**

I certify that on February 17, 2021, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on CM/ECF and transmitted in accordance with CM/ECF requirements.

*/s/ Lori Rifkin*
Lori Rifkin

# The State Bar of California

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

## CERTIFICATE OF STANDING

February 11, 2021

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, LORI ELLEN RIFKIN, #244081 was admitted to the practice of law in this state by the Supreme Court of California on September 28, 2006 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Records