# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JAC'QUANN (ADMIRE)**
**HARVARD, et al.,**

    *Plaintiffs*,

v.                                   CASE NO.:  4:19cv212-MW/MAF

**MARK INCH, Secretary of Florida**
**Department of Corrections, et al.,**

    *Defendants*.

_____/

## ORDER ADMITTING LORI RIFKIN
## *PRO HAC VICE*

This Court has considered, without hearing, the Motion for Admission *Pro Hac Vice* of Lori Rifkin. ECF No. 250. The motion is **GRANTED**. Ms. Rifkin has fulfilled the requirements of the Local Rules for admission and is admitted *pro hac vice* as counsel for Plaintiffs.

**SO ORDERED on February 18, 2021.**

                                                  s/Mark E. Walker
                                                  **Chief United States District Judge**