**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JAC'QUANN (ADMIRE)
HARVARD, et al.,**

    *Plaintiffs*,

v.                                          Case No.:  4:19cv212-MW/MAF

**MARK INCH, Secretary of Florida
Department of Corrections, et al.,**

    *Defendants*.

_____/

## ORDER DENYING MOTION AS MOOT

In light of Defendants' Amended Motion, ECF No. 256, Defendants' Motion for Relief from, and Objections to, the Magistrate Judge's Order, ECF No. 254, is **DENIED as moot**.

**SO ORDERED** on February 23, 2021.

                                                  s/Mark E. Walker              
                                                **Chief United States District Judge**