# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JAC'QUANN (ADMIRE) HARVARD, *et al.*,

    Plaintiffs,

v.

MARK S. INCH, *et al.*,

    Defendants.

Case No.: 4:19-cv-00212-MW-MAF

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' AMENDED MOTION FOR RELIEF FROM, AND OBJECTIONS TO, THE MAGISTRATE JUDGE'S ORDER (ECF 256)**

_____

Under Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.1, Plaintiffs, by and through their undersigned counsel, hereby respectfully move this Court for a three-day extension of time until March 12, 2021, to file a memorandum in response to Defendants' Amended Motion for Relief From, and Objections to, the Magistrate Judge's Order and Incorporated Memorandum of Law. ECF 256. As grounds for the motion, Plaintiffs state:

    1.    This action was filed on May 8, 2019. ECF No. 1. Plaintiffs and the putative class challenge Secretary Mark Inch's and the Florida Department of Corrections' (collectively, "Defendants") policies and practices regarding the use of

1

isolation in violation of their rights under the Eighth and Fourteenth Amendments to the United States Constitution and on the basis of disability discrimination. *Id.*

2. On November 23, 2020, Plaintiffs filed a Motion for Protective Order, alleging that Defendants were threatening Plaintiffs' fact-gathering by retaliating against putative class members. ECF No. 183.

3. This Court heard evidence in this matter from January 11, 2021, through January 15, 2021, which included testimony from twenty-three witnesses and a range of declarations and documents submitted by both parties.

4. Following this five-day evidentiary hearing, the Court entered an Order granting Plaintiffs' Motion for Protective Order on February 8, 2021. ECF 240.

5. On February 23, 2021, Defendants filed an Amended Motion for Relief From, and Objections to, the Magistrate Judge's Order and Incorporated Memorandum of Law.[1] ECF 256. Defendants' objections and arguments are detailed in over 58 pages and nearly 13,000 words[2] and raise arguments that include the following:

    a. There was no authority to enter this Order under 28 U.S.C. § 636(b)(1)(A);

---

[1] On February 22, 2021, Defendants filed a Motion for Relief From, and Objections to, the Magistrate's Order and Incorporated Memorandum of Law. ECF 254. Upon Defendants' Amended Motion, the Court denied Defendants' Motion as Moot. ECF 258.

[2] On February 19, 2021, the Court entered an Order increasing the word limit for each party from 8,000 words to 13,000 words. ECF 253.

    b. The Order improperly applies Federal Rule of Civil Procedure 26;

    c. The Order, to the extent entered under the Court's inherent authority, was not based on any findings that the alleged conduct and communications impaired the Court's ability to administer justice or the Plaintiffs' ability to complete their fact-finding and that the Court cannot use its inherent authority to side-step the requirements of the First Amendment, Rule 65, Rule 23, or the separation of powers doctrine;

    d. The Order is not permissible under Rule 23(d) because the relief ordered is not available under that Rule, there were no findings satisfying the *Gulf Oil*[3] standard, and the findings made were not based on a clear record;

    e. The Order violates the separation of powers doctrine;

    f. The Order is an unconstitutional prior restraint on speech;

    g. The Order violates the Prison Litigation Reform Act; and

    h. The Order is impermissibly vague.

6.     Under Local Rule 7.1(E), Plaintiffs' memorandum in opposition to Defendants' Amended Motion is due on March 9, 2021.

7.     Plaintiffs respectfully request a three-day extension of time until March

---

[3] *Gulf Oil Co. v. Bernard,* 452 U.S. 89 (1981).

12, 2021, to respond to Defendants' Amended Motion for Relief From, and Objections to, the Magistrate Judge's Order and Incorporated Memorandum of Law.

8.   Additional time is necessary for Plaintiffs' counsel to prepare a comprehensive response that will assist the Court in the resolution of this matter.

9.   This request for an extension of time is made in good faith, is supported by good cause, and will not prejudice any party. The request is not sought for the purpose of delay, nor will the requested extension of time adversely impact these proceedings. Defendants do not oppose this extension of time.

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order granting a three-day extension of time, until March 12, 2021, for Plaintiffs to file a response to Defendants' Amended Motion for Relief From, and Objections to, the Magistrate Judge's Order and Incorporated Memorandum of Law.

## Certificate of Local Rule 7.1(B) Conference

In accordance with N.D. Fla. Local Rule 7.1(B) and (C), the undersigned counsel certifies that Plaintiffs' Counsel, Sam Thypin-Bermeo, and Defendants' counsel, Samantha Duke, have conferred via electronic mail about the relief sought in this motion. Defendants do not oppose the relief sought.

## Certificate of Word Limit

The undersigned counsel certifies compliance with the word limit in N.D. Fla. Local Rule 7.1(F). This motion contains 631 words.

Respectfully Submitted,

Dated: March 8, 2021

   *s/ Kelly Knapp*
Kelly Knapp
Fla. Bar No. 1011018
Leonard Laurenceau
Fla. Bar. No. 106987
Southern Poverty Law Center
2 South Biscayne Boulevard
Miami, FL 33131
Telephone: (786) 347-2056
kelly.knapp@splcenter.org
leo.laurenceau@splcenter.org

Andrea Costello
Fla. Bar No. 532991
Christopher M. Jones
Fla. Bar No. 994642
Jennifer Painter
Fla. Bar No. 110966
Aimee Lim
Fla. Bar No. 116209
Florida Legal Services
122 E. Colonial Drive, Suite 100
Orlando, FL 32801
Telephone: (407) 801-0332 (direct)
andrea@floridalegal.org
christopher@floridalegal.org
jennifer.painter@floridalegal.org
aimee.lim@floridalegal.org

Dante P. Trevisani
Fla. Bar No. 72912
Laura A. Ferro
Fla. Bar No. 1015841
Sam Thypin-Bermeo
Fla. Bar No. 1019777

        Marcel Lilavois, Jr.
Fla. Bar No. 1016175
Kara Wallis*
NY Bar No. 5394671
Florida Justice Institute, Inc.
100 SE 2nd St., Ste 3750
Miami, FL 33131
Telephone: (305) 358-2081
dtrevisani@floridajusticeinstitute.org
lferro@floridajusticeinstitute.org
sthypin-bermeo@floridajusticeinstitute.org
mlilavois@floridajusticeinstitute.org
kwallis@floridajusticeinstitute.org

Lori Rifkin*
CA Bar No. 244081
Rifkin Law Office
3630 Hight St. #18917
Oakland, CA
Telephone: (510) 414-4132
lrifkin@rifkinlawoffice.com

*Admitted *pro hac vice*

**Attorneys for Plaintiffs**