IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAC'QUANN (ADMIRE)
HARVARD, et al.,

    *Plaintiffs*,

v.                                Case No.: 4:19cv212-MW/MAF

MARK INCH, Secretary of Florida
Department of Corrections, et al.,

    *Defendants*.
_____/

## ORDER DENYING MOTION FOR JOINDER

This Court has considered, without hearing, Mr. Thompson's Motion for Joinder. ECF No. 262. This Court previously denied Mr. Thompson's motion to join. ECF No. 35. As such, this Court construes Mr. Thompson's motion as a motion for reconsideration. For the reasons provided below, Mr. Thompson's motion is **DENIED**.

In the previous Order, this Court explained why it declined to exercise its discretion in granting Mr. Thompson's motion to join. Namely, this Court explained that class certification was still pending, allowing joinder would open floodgates, and that Mr. Thompson's claims can be raised in his own lawsuit. ECF No. 35.

None of the factors have changed since Mr. Thompson's first motion. Mr. Thompson can still file his own lawsuit. In the event this Court denies class

certification, he may move to consolidate his lawsuit with this lawsuit. Moreover, in the event this Court grants class certification and Mr. Thompson believes that he is not being adequately represented by the named Plaintiffs, he can move to join then. Or Mr. Thompson can have his rights adjudicated as a member of the class. But, until this Court addresses the issue of class certification, it will not join Mr. Thompson to this lawsuit.

**SO ORDERED on March 12, 2021.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**