IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAC'QUANN (ADMIRE)
HARVARD, et al.,

    *Plaintiffs*,

v.                               Case No.:  4:19cv212-MW/MAF

MARK INCH, Secretary of Florida
Department of Corrections, et al.,

    *Defendants*.
_____/

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

This Court has considered, without hearing, the parties' Joint Motion to Modify Class Certification Deadlines. ECF No. 271. The motion is **GRANTED**. The deadlines are changed as follows, (1) Plaintiffs' Class Certification Motion, presently set for April 28, 2021, is now due **on or before May 28, 2021**; (2) Defendants' Response, presently set for July 28, 2021, is now due **on or before September 27, 2021**; and (3) Plaintiffs' Reply, presently set for August 18, 2021, is now due **on or before October 18, 2021**. The remaining deadlines in the Amended Scheduling and Mediation Order, ECF No. 166, remain unchanged.

    SO ORDERED on March 29, 2021.

                                          s/Mark E. Walker              
                                          **Chief United States District Judge**