UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAC'QUANN (ADMIRE) )
HARVARD, *et al*., )
)
    Plaintiffs, )
)
v. )    Case No.: 4:19-cv-00212-MW-CAS
)
)
MARK S. INCH, *et al*., )
)
    Defendants. )
_____

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE FOR JENNIFER M. PAINTER TO WITHDRAW <u>AS CO-COUNSEL FOR PLAINTIFFS</u>**

The undersigned co-counsel for Plaintiffs in this action, Jennifer M. Painter, respectfully moves this Court under N.D. Local Rule 11.1(H) for an Order permitting her to withdraw as an attorney for the named Plaintiffs and directing the Clerk of the Court to delete her from receiving CM/ECF filings in the instant case. In support of this motion, undersigned counsel states:

    1.    It has been a privilege to serve Plaintiffs and the putative class, and to practice before this Court, in this matter. As of April 2, 2021, I will no longer be employed at Florida Legal Services.

    2.    Plaintiffs will continue to be well represented in this case. Lead

counsel from Southern Poverty Law Center (Kelly Knapp) and co-counsel from Florida Legal Services (Christopher Jones, Andrea Costello, and Aimee Lim), and co-counsel with the Florida Justice Institute (Dante Trevesani, Laura Ferro, Sam Thypin-Bermeo, Marcel Lilavois, and Kara Wallis) will remain counsel for Plaintiffs and the putative class in this action.

3. Counsel for Plaintiffs provided all Plaintiffs with the required notice under Local Rule 11.1(H)(2). Plaintiffs consent to the withdrawal.

WHEREFORE, the undersigned counsel, Jennifer M. Painter, respectfully requests that this Court enter an Order withdrawing her as counsel for the named Plaintiffs and directing the Clerk of the Court to delete her from receiving CM/ECF filings in this case.

Dated: March 31, 2021

Respectfully Submitted,

/s/ *Jennifer M. Painter*
Jennifer Painter
Fla. Bar No. 110966
Florida Legal Services
122 E. Colonial Drive, Suite 100
Orlando, FL 32801
Telephone: (407) 801-0332 (direct)
Jennifer.Painter@floridalegal.org

**Attorney for Plaintiffs**

2