May 4, 2021

Case Name: Harvard v. Inch
Case No. 4:19CV212-MW/MAF

To whom it may concern,

My name is Jennifer L. Garcia (DOC# 157246) and I'm currently incarcerated at Lowell Correctional Institution-ANNEX, 11120 N.W. Gainesville Rd Ocala, FL 34482 I am also placed in Close Management a program they-(DOC) place inmates in due to adjustment issue that occur, such as battery on a officer, battery on an inmate, too many discipline reports, etc, the list goes on.

I've been placed in Close Management for the past 5 months. I can complain how I dont like it and how I feel like other inmates and there shouldnt be a Close Management. However I'm my own person and for me to go against the program Close Management would be me not grateful for the help I was and been receiving.

No-one likes confinement just as no-one likes prison. Peqole get in trouble and sentenced to a prison term. The rules dont change because we are in prison. If one cant follow the rules then theres consequences behind ones actions.

Close Management gives us options to do one on-one sessions with Mental health or attend a group weekly, and education classes. I will be honest when I was first placed in Close Management I didnt come out the cell for anything I was mad at everyone. But I wasnt mad at myself, funny right? It was

FILED USDC FLND GV
MAY 6 '21 AM 11:53

the correctional staff that pushed me to
get involved in the programs that are offered
to us.
    Majority of these inmates just look at
Close Management as time to do and just
to get out. Thats the wrong mind frame to have.
If one doesn't focus on change within their self
then there wouldn't be a difference in themselves
which one should accomplish.
    I've grown alot and we get more one on one
with Mental health being placed in Close Management
which I feel is the main treatment we need. I
feel we should be receiving AODA classes too,
for those who have an issue in that area.
    Close Management isnt how people are
making it so negative to be. The only negative
is how one chose to do their time. One has to
learn to accept their actions and decide when
they want structure in their life.
    I hope you take my letter into consideration
as this case goes on. I would only hope for my
voice to be heard. Thank You for your time
and I hope to hear from the Plaintiff/Respondent
in due time.

                                    Sincerely
                                    Jeff Garcia

Jennifer Garcia 157246
Lowell Correctional Instit
11120 N.W Gainesville Rd
Ocala, FL
        34482

Jennifer Garcia 157246
Lowell Correctional Instut.
11120 N.W. Gainesville Rd
Ocala, FL 34482

MAIL ORIGINATED AT
FLORIDA STATE
CORRECTIONAL INSTITUTION

CHECKED
MAY 06 2021

32601-689568

JACKSONVILLE FL 320
4 MAY 2021 PM 3 L

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 34482   $ 000.51⁰
02 4W
0000360144 MAY. 04. 2021

U.S. District Courts, Northern FL
Clerk of Courts
401 S.E. First Ave, Ste 322
Gainesville, FL
32601

**PROVIDED TO:**
Lowell Correctional Annex On:

MAY 0 4 2021

BY:  For Mailing