UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAC'QUANN (ADMIRE) HARVARD,
et al.,

    Plaintiffs,

v.                                            4:19cv212–WS/MAF

MARK INCH, Secretary of Florida
Department of Corrections, et al.,

    Defendants.

_____

ORDER OF DISQUALIFICATION

I hereby disqualify myself from participation as a judge in this case.

DONE AND ORDERED this   12th   day of   August  , 2021.

                              s/ William Stafford
                              WILLIAM STAFFORD
                              SENIOR UNITED STATES DISTRICT JUDGE