UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HARVARD, *et al.*,

    Plaintiffs,

v.     Case No.: 4:19-cv-00212-AW-MAF

DIXON, *et al.*,

    Defendants.

**MOTION FOR LEAVE BY RACHEL ORTIZ TO WITHDRAW AS CO-COUNSEL FOR PLAINTIFFS**

The undersigned co-counsel for Plaintiffs in this action, Rachel Ortiz, respectfully moves this Court under N.D. Local Rule 11.1(H) for an Order permitting her to withdraw as an attorney for the named Plaintiffs and directing the Clerk of the Court to delete her from receiving CM/ECF filings in this case. In support of this motion, undersigned counsel states:

1. I will no longer be working on this litigation as a staff attorney at Florida Legal Services, Inc.

2. Plaintiffs and the putative class will continue to be well-represented in this case by lead counsel from Southern Poverty Law Center (Kelly Knapp); co-counsel from Southern Poverty Law Center (Leonard Laurenceau and Krista

Dolan); co-counsel from Florida Legal Services (Christopher Jones, Andrea Costello, and Rebecca Klonel); co-counsel from the Florida Justice Institute (Dante Trevisani, Laura Ferro, and Kara Wallis); and co-counsel from the Rifkin Law Office (Lori Rifkin), who will remain counsel for Plaintiffs and the putative class in this action.

3. Counsel for Plaintiffs provided all Plaintiffs with the notice required under Local Rule 11.1(H)(2). Plaintiffs consent to the withdrawal.

WHEREFORE, the undersigned counsel, Rachel Ortiz, respectfully requests that this Court enter an Order withdrawing her as counsel for the named Plaintiffs and directing the Clerk of the Court to delete her from receiving CM/ECF filings in this case.

Dated: April 12, 2022                    Respectfully Submitted,

/s/ *Rachel M. Ortiz*
Rachel M. Ortiz
Fla. Bar No. 0083842
Florida Legal Services, Inc.
122 E. Colonial Drive, Suite 100
Orlando, FL 32801
(407) 801-4709
rachel.ortiz@floridalegal.org
**Attorney for Plaintiffs**