# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JAC'QUANN (ADMIRE)**
**HARVARD, et al.,**

    **Plaintiffs,**

**v.**                                                   **Case No. 4:19-cv-212-AW-MAF**

**RICKY DIXON, Secretary of Florida**
**Department of Corrections, et al.,**

    **Defendants.**

_____/

## ORDER DENYING MOTION FOR SANCTIONS WITHOUT PREJUDICE

As discussed during today's telephonic hearing, the motion for sanctions (ECF No. 319) is DENIED without prejudice.

SO ORDERED on August 3, 2022.

                                              s/ *Allen Winsor*
                                              United States District Judge