**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | | |
|---|---|---|
| JAC'QUAN (ADMIRE) | ) | |
| HARVARD, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: 4:19-cv-00212-AW-MAF |
| | ) | |
| RICKY DIXON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY
TO DEFENDANTS' RESPONSE IN OPPOSITION TO
PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL, ECF 440**

Plaintiffs, by and through their undersigned counsel, hereby move under Local Rule 7.1(I), for leave to file a reply to Defendants' Response in Opposition to Plaintiffs' Motion for Voluntary Dismissal, ECF No. 440, and state as follows:

1.      On September 30, 2022, Plaintiffs filed a Motion for Voluntary Dismissal Without Prejudice under Rule 41(a)(2).  ECF No. 440.

2.      Defendants filed their Response in Opposition to Plaintiffs' Motion for Voluntary Dismissal Without Prejudice on October 13, 2022.  ECF No. 442.

3.      The nature of Defendants' response creates extraordinary circumstances that require Plaintiffs to file a reply memorandum.  *See* N.D. Fla. Local Rule 7.1(I).

1

4. Plaintiffs need a reply: a) to address Defendants' mischaracterizations regarding the record and Plaintiffs' positions, including the classwide injunctive relief Plaintiffs sought in this case; b) to respond to Defendants' analysis and characterization of 11th Circuit case law; and c) to address the impact of the Court's order denying class certification.

5. The arguments Defendants raise in their opposition warrant a reply. This request will not prejudice any party, is made in good faith, and for good cause. Defendants do not object to Plaintiffs' filing a reply. The additional briefing will assist the Court in resolving the complex issues raised in Plaintiffs' Motion for Voluntary Dismissal Without Prejudice.

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order granting Plaintiffs leave to file a reply memorandum to Defendants' Response in Opposition to Plaintiffs' Motion for Voluntary Dismissal, ECF No. 440, by October 19, 2022.

Respectfully Submitted,

Dated: October 13, 2022

/s/ *Kelly Knapp*
Kelly Knapp
Fla. Bar No. 1011018
Krista Dolan
Fla. Bar No. 1012147
Southern Poverty Law Center
2 South Biscayne Boulevard
Miami, FL 33131
Telephone: (786) 457-7310

kelly.knapp@splcenter.org
krista.dolan@splcenter.org

Dante P. Trevisani
Fla. Bar No. 72912
Kara Sheli Wallis
Florida Justice Institute, Inc.
100 SE 2nd St., Ste 3750
Miami, FL 33131
Telephone: (305) 358-2081
dtrevisani@floridajusticeinstitute.org
kwallis@floridajusticeinstitute.org

Andrea Costello
Fla. Bar No. 532991
Christopher M. Jones
Fla. Bar No. 994642
Rebecca Klonel
Fla. Bar No. 1028003
Maite Garcia
Fla. Bar No. 99770
Florida Legal Services
122 E. Colonial Drive, Suite 100
Orlando, FL 32801
Telephone: (407) 801-0332
andrea@floridalegal.org
christopher@floridalegal.org
rebecca.klonel@floridalegal.org
maite.garcia@floridalegal.org

Lori Rifkin*
CA Bar No. 244081
Rifkin Law Office
3630 High St. #18917
Oakland, CA
Telephone: (510) 414-4132
lrifkin@rifkinlawoffice.com

*Admitted *pro hac vice*

**Attorneys for Plaintiffs**

## Local Rule 7.1(B) Certificate

Under Rules 7.1(B) and (C) of the Local Rules of the Northern District of Florida, undersigned counsel certifies that she has conferred with counsel for the Defendants about the relief sought in this motion. Defendants do not object to Plaintiffs filing a reply.

## Local Rule 7.1(F) Certificate

Under Rule 7.1(F) of the Local Rules of the Northern District of Florida, undersigned counsel certifies that this motion contains 268 words.

/s/ *Kelly Knapp*

Kelly Knapp