Provided to Suwannee Correctional Institution on: NOV 16 2022 9 AM for mailing, by: [initials]

United States District Court
Northern District of Florida
Tallahassee Division

Jac'Quann Harvard, et. al.,
    Plaintiffs,

v.    Case No. 4:19-cv-212-MW-CAS

Ricky Dixon,
    Defendant.

## Akeem Muhammad's Motion To Intervene

Akeem Muhammad, pro se, respectfully requests leave to intervene for the limited purpose of submitting evidence of the following new facts (that are material to the Court's resolution of this case):

1). Muhammad is a Florida prisoner housed in Close Management (CM) level I at Suwannee Correctional Institution (SCI).

2). On 10-6-22, the Florida Department of Corrections (FDC) amended Rule 33-601.800 (10) (c), FAC, to prohibit all CM inmates from possessing a Walkman-type radio and batteries, and to authorize all CM inmates to possess a tablet.

1. of 3.

3). Immediately after 10-6-22, FDC directed institutions to stop selling batteries to CM inmates, and to NOT issue tablets to CM I or CM II inmates.

4). At the end of Oct. 2022, FDC confiscated all tablets from all inmates statewide. FDC initially stated that new and different tablets would be issued to all inmates, including all CM inmates, within three weeks.

5). On 11-15-22, SCI notified CM inmates that per FDC, tablets will not be issued to SCI inmates for at least another 90 days.

6). Meanwhile, FDC refuses to suspend the ban on batteries until tablets are issued to CM inmates.

7). Currently and for the unforseeable future, CM inmates will not be able to use their Walkman-type radio (for lack of batteries to operate it) to stimulate their mind and help cope with their mental issues and isolation. This development will certainly lead to more suicides and suicide attempts by CM inmates.

8). FDC's refusal to sell batteries to CM inmates (to operate radios) pending the distribution of tablets evidences FDC's deliberate indifference to the risk of harm to CM inmates caused by isolation AND the lack of means to stimulate their mind (e.g., listen to a radio).

9). FDC has a history of making misrepresentations about when they will implement new plans. Accordingly, there is no certainty that FDC will issue tablets to CM inmates in 90 days.

## Conclusion

Wherefore, Muhammad requests leave to intervene to submit evidence of the foregoing facts.

Respectfully Submitted,
Akeem Muhammad
Akeem Muhammad #706732
Suwannee C.I.
5964 U.S. Hwy. 90
Live Oak, FL 32060

I certify that on 11-16-22, a copy of the foregoing was mailed to Attorney General, The Capitol, PL-01, Tallahassee, FL 32399.

Akeem Muhammad
Akeem Muhammad

3.



Akeem Muhammad
DL #706732
Suwannee Correctional Institution
5964 U.S. Hwy. 90
Live Oak, FL 32060

Mailed From State
Correctional Institution
Suwanee C.I.

RECEIVED
NOV 21 2022

Clerk of Court
U.S. District Court
111 North Adams Street
Suite 322
Tallahassee, Florida 32301

32301-773057