IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAC'QUANN (ADMIRE)
HARVARD, et al.,

    Plaintiffs,

v.                                      Case No. 4:19-cv-212-AW-MAF

RICKY DIXON, Secretary of Florida
Department of Corrections, et al.,

    Defendants.

_____/

## ORDER GRANTING DISMISSAL

Plaintiffs moved to dismiss their claims without prejudice and without conditions. ECF No. 440. Defendants opposed that relief, and the court held a hearing. After some discussion on the motion, Plaintiffs withdrew the motion to dismiss without prejudice and moved ore tenus to dismiss *with* prejudice and without conditions. *See* ECF No. 451 (minutes). At the time, Defendants indicated they would oppose even dismissal *with* prejudice, and I set a deadline for them to file a written response.

Defendants have now filed a response, and Plaintiffs have filed a reply. ECF Nos. 455, 458. Defendants no longer oppose the motion to dismiss, but they say this is "with the understanding that as the prevailing parties, they are entitled to the strong presumption of being awarded costs." ECF No. 455 at 4. But whatever their understanding, and whatever happens regarding costs, the fact is that Defendants

1

have offered no basis to disallow Plaintiffs' voluntary dismissal with prejudice. The claims, then, will be dismissed with prejudice.

The matter of costs will be addressed separately if and when Defendants file a timely request for costs. (If the parties seek time to resolve the issue without court involvement, the court will entertain a motion to extend the deadline to seek costs.)

The ore tenus motion to dismiss with prejudice (*see* ECF No. 452) is GRANTED. The clerk will enter a judgment that says, "Pursuant to the Plaintiffs' motion for voluntary dismissal, all claims are dismissed with prejudice." All pending motions are denied as moot, and the clerk will close the file.

SO ORDERED on December 14, 2022.

s/ *Allen Winsor*  
United States District Judge