UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

JAC'QUANN (ADMIRE) HARVARD, et al.,

    *Plaintiffs*,

v.

RICKY DIXON, et al.,

    *Defendants*.

Case No.: 4:19-cv-00212-AW-MAF

**JOINT MOTION TO EXTEND TIME
FOR DEFENDANTS TO FILE BILL OF COSTS**

    The parties, by and through undersigned counsel, hereby jointly request an extension of 45-days for Defendants to file the bill of costs in this case, and in support state the following.

    1.    On December 14, 2022, the Court entered an Order Granting Dismissal of this action with prejudice. ECF No. 459.

    2.    Pursuant to that Order, the Court stated that it will entertain a motion to extend the deadline to seek costs if the parties sought time to resolve the issue without court intervention. *Id*.

3. Counsel for the parties have reached an agreement that would resolve the issue of costs and therefore seek additional time for Defendants to file the bill of costs.

4. The present deadline for Defendants to file the bill of costs is December 28, 2022.

5. Due to the intervening holidays and the anticipated time it will take for the parties to complete the terms of the settlement, the parties request that the Court extend the deadline for Defendants to file the bill of cost by 45 days, or until February 11, 2022.

WHEREFORE, the parties respectfully request that the Court grant their request to extend the deadline for Defendants to file the bill of costs as proposed herein.

## Certificate of Word Limit

Under N.D. Fla Local Rule 7.1(F), the undersigned counsel hereby certify that this document contains 243 words.

Dated: December 16, 2022                    Respectfully Submitted,

*s/ Kelly Knapp*                             *s/ Nicole Smith*
Kelly Knapp                                  Nicole Smith
Fla. Bar No. 1011018                         Florida Bar No. 0017056
Southern Poverty Law Center                  Rumberger, Kirk & Caldwell
2 South Biscayne Boulevard                   A Professional Association
Miami, FL 33137                              Post Office Box 10507
Telephone: (786) 347-2056                    Tallahassee, Florida 32302-2507

kelly.knapp@splcenter.org					Telephone: (850) 222-6550
								nsmith@rumberger.com

**Attorney for Plaintiffs**					**Attorney for Defendants**